UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| IN RE: | ) | |
|---|---|---|
| | ) | |
| APPLEJACK ART PARTNERS, INC. | ) | Case No. 10-10    - cab |
| | ) | *Chapter 11 case* |
| | ) | |
| Debtor in Possession. | ) | |

**DEBTOR'S CHAPTER 11 AFFIDAVIT**
Pursuant to Vermont Local Bankruptcy Rule 1007

**NOW COMES** Applejack Art Partners, Inc., Debtor in Possession, and files its Chapter 11 affidavit in accordance with Vermont Local Bankruptcy Rule 1007-1 (c), and states as follows:

1. This case was filed as a Chapter 11 on July 6, 2010, seeking relief under Chapter 11 of the Bankruptcy Code.

2. There is no committee existing prior to the commencement of this case.

3. The Debtor is engaged in the business of fine art publishing and licensing. It has an inventory of posters and prints and also prints on request. It maintains a significant database of fine work from various artists and publishers with the licensing authority to transfer the image onto items as requested. The company made some expansion decisions in the past few years which turned out to be improvident in light of the circumstances surrounding the purchases and the declining state of the economy. It has recently received an offer for the purchase of a substantial part of its assets and operations which the company believes to be in the best interest of its creditors. Without the sale, the company believes it would not be able to continue.

4. The list of shareholders, or other equity holders, is below:
   Jack Appelman –     60%

    Leonard Stephens –    25%  (disputed/returned)

    Aaron Young --       15%.

5.    There is no debtor property in the hands of a receiver, custodian or other party at this time.

6.    The pending litigation in which the Debtor is involved is as follows:

    a.    *Leonard Stephens v. Applejack Art Partners, Inc.* Vermont Supreme Court (# 2010-089) appeal from Bennington Superior Court (#269-7-08 Bncv). Appealed judgment $1.538 million by former (now deceased) employee and shareholder. Stevens' Estate represented by Frank Urso, Reis, Urso, Ewald & Anderson, PLLC, PO Box 890, Rutland, VT 05702 (802)775-2361.

    b.    *Applejack Art Partners, Inc. v. Fine Art of Cruising, LLC.* Pending in Bennington Superior Court for collection of approximately $400,000 on unpaid invoice (#449-11-09 Bncv). Fine Art of Cruising, LLC represented by Joel Ianuzzi, Cleary, Shahi & Aicher, PC, PO Box 6740, Rutland, VT 05702. (802)775-8800.

    c.    *Applejack Art Partners, Inc. v. Daphne Brissonet, Lisa Audit, Pela Concept and Wild Apple Graphics.* Pending in Bennington Superior Court, alleging similar artwork utilized by former artists in violation of contract. (#135-4-10 Bncv). Defendants represented by Peter Kunin, Downs, Rachlin, PO Box 190, Burlington, VT 05402 and Charles-André Sauvé of Feldman Rolland. 1170 Place due Frère-Andre, 2 Etage, Montreal, QC H3B 3C6.

    d.    *Home Interiors & Gifts, Inc., Dennis Faulkner, Bankruptcy Trustee v. Applejack Art Partners, Inc.* Trustee seeking $145,000 for promissory note and contract amounts for bankrupt company. Default pending. Clay M Taylor at Kelly, Hart & Hallman, LLP, 201 Main Street 2500, Ft Worth, TX 76102 represents the Estate.

    e.    *Ross Galleries v. AJ Ross Auctions, LLC et al.* Pending in Supreme Court of State of New York, NY, Index 600381-09 for collection. Judgment of $1.579 mil issued March, 2010. Ross Galleries represented by Noah Klarish, Hutner Klarish, 1359 Broadway, Suite 2001, New York, NY 10018.

    f.    *Kellington Arts, LLC v. Applejack Art Partners, Inc.* ( # 217-6-10 Bncv). Collection for $9,453.22. Kellington represented by Christopher Larson, Meub,

Gallivan, Carter & Larson, PC, 65 Grove Street, Rutland, VT 05701.

The underlying claims are reflected in the Debtor's schedules.

7. The Debtor owns the Debtor's production facility and office building at 450 Wallace Road in Manchester, Vermont. It leases a portion of the facility to McGaw Graphics, Inc, RK Miles, Brook Valley Appliances, Decorative Interiors, Senecal Seed, Depot 62, Inc, and Scott Thompson.

8. The Debtor's estimate of payroll amounts due and owing within the 30 days after the commencement of the case is $20,675.00 as reflected in the attached Exhibit A (90 day budget).

9. The Debtor's expected monthly receipts and disbursements for the next 3 months is attached hereto as Exhibit A and incorporated herein by reference.

10. Proof of insurance is attached as Exhibit B.

DATED at Manchester, VT this 6th day of July, 2010.

APPLEJACK ART PARTNERS, INC.

By: _____
Jack Appelman, President

NOTARY:

## Applejack Art Partners, Inc.
## Projected Cash Flow July 2 - September 30, 2010

|  | Jul-10 | Aug-10 | Sep-10 |
|---|---:|---:|---:|
| **Beginning Cash** | - | 5,485 | 4,370 |
| **Cash Receipts** | 315,000 | 320,000 | 330,000 |
| Total Cash In | 315,000 | 325,485 | 334,370 |
|  |  |  |  |
| **Cost of Goods Sold** | 113,000 | 120,000 | 125,000 |
| **Direct Labor** | 34,000 | 34,500 | 35,000 |
| **Freight Expenses** | 5,300 | 5,800 | 6,200 |
| Total Cost of Goods | 152,300 | 160,300 | 166,200 |
|  |  |  |  |
| **Selling Expenses** |  |  |  |
| Sales - Wages | 24,600 | 24,600 | 24,600 |
| Postage | 800 | 1,000 | 1,000 |
| Telephone | 2,875 | 2,875 | 2,875 |
| Artist Royalties | 29,000 | 30,000 | 28,000 |
| Total | 57,275 | 58,475 | 56,475 |
|  |  |  |  |
| **Operating Expenses** |  |  |  |
| Repair and Maintenance | 800 | 800 | 800 |
| Art Department | 5,500 | 5,500 | 5,500 |
| Supplies | 3,100 | 3,300 | 3,700 |
| Total | 9,400 | 9,600 | 10,000 |
|  |  |  |  |
| **Administrative Expenses** |  |  |  |
| Administrative Salaries | 5,500 | 5,500 | 5,500 |
| Insurances | 3,000 | 3,000 | 3,000 |
| Employee benefits including health insurance | 15,600 | 15,600 | 15,600 |
| **Bank Payments** |  |  |  |
| Berkshire Interest | 7,430 | 7,430 | 7,430 |
| Berkshire Principal | 20,000 | 20,000 | 20,000 |
| Wells Fargo (Wachovia)* | 7,000 | 7,000 | 7,000 |
| VEDA | 2,210 | 2,210 | 2,210 |
| 401K Fees | 1,500 | 1,500 | 1,500 |
| Leases | 6,700 | 6,700 | 6,700 |
| Taxes | 6,000 | 8,000 | 8,000 |
| Credit Card Charges | 4,500 | 4,500 | 4,500 |
| Bank Charges | 1,200 | 1,200 | 1,200 |
| Payroll Taxes | 7,500 | 7,500 | 7,500 |
| Automotive Expenses | 1,400 | 1,400 | 1,400 |
| Bankruptcy Trustee | - | - | 4,875 |
| Misc. | 1,000 | 1,200 | 1,500 |
| Total | 90,540 | 92,740 | 97,915 |
|  |  |  |  |
| **Total Cash Out** | 309,515 | 321,115 | 330,590 |
|  |  |  |  |
| **Ending Cash** | 5,485 | 4,370 | 3,780 |

* <u>**not**</u> including the SWAP interest for Wells Fargo, which runs $8,000/month

| ACORD | EVIDENCE OF PROPERTY INSURANCE | OP ID PP | DATE (MM/DD/YY) 07/02/10 |
|---|---|---|---|

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER** PHONE/FAX (A/C, No, Ext): 802-442-5414 / 802-442-1131

Wills Insurance
116 South Street
Bennington VT 05201
David J. Newell
CODE: 44008   SUB CODE:
AGENCY CUSTOMER ID #: APPLJ-9

**COMPANY**
Cincinnati Insurance Company
PO Box 145496
Cincinnati OH 45250-5496

**INSURED**
Applejack Art Partners, Inc.
PO Box 1527
Manchester Center VT 05255

LOAN NUMBER
POLICY NUMBER: CPP0836989
EFFECTIVE DATE: 03/24/10
EXPIRATION DATE: 03/24/11
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION
001

450 Wallace Road
Manchester Center VT 05255

See attached Statement of Values

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Blanket Building/Special Form | $5,500,000 | 5000 |
| Blanket Business personal property | $1,500,000 | 5000 |

**REMARKS (Including Special Conditions)**

**CANCELLATION**
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW __10__ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

**ADDITIONAL INTEREST**
NAME AND ADDRESS

Wachovia Bank N A
7 St Paul Street
Baltimore MD 21202

[X] MORTGAGEE   [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #

AUTHORIZED REPRESENTATIVE
David J. Newell  /s/ Priscilla Perlman

ACORD 27 (3/93)
© ACORD CORPORATION 1993

| ACORD | EVIDENCE OF PROPERTY INSURANCE | OP ID EE | DATE (MM/DD/YY) 07/02/10 |
|---|---|---|---|

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER** PHONE/FAX (A/C, No, Ext): 802-442-5414 / 802-442-1131

Wills Insurance
116 South Street
Bennington VT 05201
David J. Newell
CODE: 44008   SUB CODE:
AGENCY CUSTOMER ID #: APPLJ-9

**COMPANY**
Cincinnati Insurance Company
PO Box 145496
Cincinnati OH 45250-5496

**INSURED**
Applejack Art Partners, Inc.
PO Box 1527
Manchester Center VT 05255

LOAN NUMBER:
POLICY NUMBER: CPP0836989
EFFECTIVE DATE: 03/24/10
EXPIRATION DATE: 03/24/11
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION**
LOCATION/DESCRIPTION
001

450 Wallace Road
Manchester Center VT 05255

See attached Statement of Values

**COVERAGE INFORMATION**

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Blanket Building/Special Form | $5,500,000 | 5000 |
| Blanket Business personal property | $1,500,000 | 5000 |

**REMARKS (including Special Conditions)**

**CANCELLATION**
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW  10  DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

**ADDITIONAL INTEREST**
NAME AND ADDRESS

Vermont Economic Development
Authority
58 East State Street
Montpelier VT 05602

[X] MORTGAGEE   [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #

AUTHORIZED REPRESENTATIVE
David J. Newell  /s/

ACORD 27 (3/93)   © ACORD CORPORATION 1993

# ACORD® STATEMENT OF VALUES

OP ID PP  DATE (MM/DD/YYYY): 07/02/2010

| AGENCY | | COMPANY | |
|---|---|---|---|
| PHONE (A/C, No, Ext): 802-442-5414 | | Cincinnati Insurance Company | NAIC CODE: |
| FAX (A/C, No): 802-442-1131 | | INSURED / APPLICANT | POLICY NUMBER |
| Wills Insurance  116 South Street  Bennington VT 05201  David J. Newell | | Applejack Art Partners, Inc.  HEADQUARTERS ADDRESS  PO Box 1527  Manchester Center  VT  05255 | CPP0836989 |

EFFECTIVE DATE: 03/24/10

CODE: 44008  SUBCODE:
AGENCY CUSTOMER ID: APPLJ-9

COINS %: [X] 90%
APPLICABLE CAUSES OF LOSS: [X] SPECIAL
[X] BLANKET RATE REQUESTED

| CLASS CODE | LOC # | BLDG # | DESCRIPTION AND ADDRESS OF PROPERTY | ACV/RC | SUBJECT | 100% VALUES | RATE OR LOSS COST | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | DESC:  ADDRESS: 6378 Rt 7A  Sunderland  VT  05252 | RC | BPP | 555555 | | |
| 2 | 1 | | DESC:  ADDRESS: 450 Wallace Road  Manchester Center  VT  05255 | ACV | B | 6111111 | | |
| 2 | 1 | | DESC:  ADDRESS: 450 Wallace Road  MANCHESTER CENTER  VT  05262 | RC | BPP | 1111111 | | |
| | | | DESC:  ADDRESS: 100% Bldg = $6,111,111  x .90 = $5,500,000 | | | | | |
| | | | DESC:  ADDRESS: 100% Contents = $1,666,666  x .90 = $1,500,000 | | | | | |

TOTAL: $7777777  N/A  $0

SIGNATURE

ALL VALUES AND LOCATION INFORMATION ARE CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

INSURED'S SIGNATURE:
TITLE:
DATE:

INSTRUCTIONS

ACV (Actual Cash Value) or RC (Replacement Cost): If other valuation basis applies, provide necessary information.

SUBJECT:
B = Building  S = Stock  F = Furniture & Fixtures  M = Machinery
BPP = Your Business Personal Property  PPO = Personal Property of Others
BI = Business Income  R = Rental Income  Other - specify

RATE OR LOSS COST: For class rated property, attach class rate information form or equivalent information for each location. For specifically rated property, attach specific rate or loss cost information if known.

ACORD 139 (2004/03)

© ACORD CORPORATION 1996