UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| In re: | : | No. 10-10 |
| --- | --- | --- |
| Applejack Art Partners, Inc., | : | Chapter 11 |
| Debtor. | : | |

**DECLARATION OF RAYMOND J. OBUCHOWSKI IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER UNDER
11 U.S.C. §§ 327(a) AND 329, FED. R. BANKR. P. 2014(a) and Vt. LBR 2014-1
AUTHORIZING EMPLOYMENT AND RETENTION OF
OBUCHOWSKI & EMENS-BUTLER, PC AS BANKRUPTCY COUNSEL TO DEBTOR-IN-POSSESSION AS OF PETITION DATE**

I, Raymond J. Obuchowski, Esq., hereby make solemn oath:

1. I am attorney and counselor at law, duly admitted to practice in the States of Vermont and Illinois, and before the United States Bankruptcy Court for the District of Vermont.

2. I presently practice law under the firm name of Obuchowski & Emens-Butler, PC and the law firm maintains offices for the practice of law at 1542 Route 107, Bethel, Vermont, with a mailing address of Post Office Box 60, Bethel, Vermont, 05032 and a phone number of (802)234-6244. Raymond Obuchowski and Jennifer Emens-Butler are experienced legal practitioners in the bankruptcy arena, with the requisite expertise required by the Debtor to assist it as counsel in the instant reorganization proceeding.

3. Neither I, nor the firm, insofar as I have been able to ascertain, has any connection with the Debtor, its creditors, or their respective attorneys and accountants, or any other party in interest, or the Office of the United States Trustee, which will pose a present or future conflict with the Debtor. After performing a conflicts check, noted connections which do not pose a present or future conflict are as follows: (a) Raymond J. Obuchowski is a Chapter 7 panel trustee for the District of Vermont, administered by the United States Trustee's Office. If and when any additional information becomes available with respect to the Debtor's parties in interest in this case, this Declaration will be supplemented, if necessary, to disclose any additional connections discovered at such time.

4. Neither I, nor the firm(s), insofar as I have been able to ascertain, represents any interest adverse to that of the Debtor in the matters upon which I am to be engaged.

5. Based upon the foregoing, I believe the law firm of Obuchowski & Emens-Butler is a "disinterested person" with the meaning of sections 101(14) and 327 of the Bankruptcy Code.

6. Affiant has advised the Debtor of the firm's willingness to serve as its counsel under a general retainer based upon time and standard billable charges, as further described in the Engagement Letter.

7. The fees that have been proposed to be charged under a general retainer agreement in this proceeding are: $250.00 per hour for Raymond J. Obuchowski; $200.00 per hour for

Jennifer Emens-Butler; $125.00 per hour for associates; $40.00 for paralegal, and for reimbursement of out of pocket expenses, as such fees and expenses may be reviewed and allowed by the Court.

8. The Debtor had paid the $25,000.00 initial retainer requested by Applicant's firm by for payment for the Chapter 11 retainer. Such retainer will pay for services through the date of filing, which were in the amount of approximately $5,200.00 resulting in a filing retainer of $18,761.00, after deduction of the court filing fee of $1,039.00.

9. I have read the Application and, to the best of my knowledge and belief, its contents are true and accurate.

**DATED** in Royalton, Vermont: July 6, 2010.

                                           /s/ Raymond J. Obuchowski
                                           Raymond J. Obuchowski, Esq.

SWORN TO AND SUBSCRIBED BEFORE ME on this, the 6th day of July, 2010.

                                           /s/ Jennifer Emens-Butler
                                           Notary Public