**B4 (Official Form4)(12/07)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re  Applejack Art Partners, Inc.,
Debtor

Case No.  10-10911-cab

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Soho Editions Inc - Licensing<br>50 S. Buckhout Street<br>Irvington, NY 10533 | | | | 20,676.70 |
| Leal, Fernando<br>Parroquia 296<br>Villa Alemana, Chile | | | | 21,203.84 |
| Boehme, Nicky<br>1977 North Olden Avenue Ext.#118<br>Trenton, NJ 08618 | | | | 21,632.43 |
| Charron, Veronique<br>17 Rue Du Bosquet<br>Rigaud, QC J0P 1P0 | | | | 22,609.94 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30346 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fed Ex Freight<br>Po Box 406708<br>Atlanta, GA<br>30384-6708 | | | | 22,850.06 |
| Zaccheo, John - Royalties<br>92 Country Club Estates<br>Manchester Ctr., VT 05255 | | | | 24,911.68 |
| Farrar, Dorothy - 7560014<br>1121 N Harbin Drive<br>Stephenville, TX 76401-2021 | | | | 28,269.00 |
| Helmut Klein - Germany<br>Lindenstrasse 14<br>Cologne, 50674 | | | | 46,046.37 |
| Aaron Fine Arts - Vendor<br>1848 Reisterstown Rd.<br>Baltimore, MD 21208 | | | | 48,024.00 |
| Audit, Lisa<br>223 Rue Principale<br>Marbleton, QC J0B 2LO | | | | 58,935.61 |
| Young, Aaron<br>1848 Reisterstown Road<br>Baltimore, MD 21208 | | | | 63,833.00 |
| Brissonnet, Daphne<br>201 Havre Familial<br>Ste-Beatrix, QC J0K 1Y0 | | | | 64,447.81 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30346 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Appelman, Judith - Int<br>7361 Cortes Lake Drive<br>Delray Beach, FL 33446 | | | | 98,131.86 |
| Pelletier, Alain<br>5500 Pl. De Jumonville #605<br>Montreal, QC H1M 3L8 | | | | 111,858.77 |
| Home Interiors & Gifts Inc.<br>1649 W. Frankford Road<br>Carrollton, TX 75007 | | | | 145,000.00 |
| Cincinnati Insurance Companies<br>Po Box 145496<br>Cincinnati, OH 45250-5496 | | | | 153,818.00 |
| Jay H. Ong, Esq.<br>Munschhardt Kopf & Harr, PC<br>One American Center<br>600 Congress St. Ste 2900<br>Austin, TX 07801-3057 | | | | 165,000.00 |
| Katz, Michael<br>236 Lang Hill Road<br>Granville, NY 12832 | | | | 177,000.00 |
| Estate Of Leonard Stevens<br>427 Upper Hollow Rd<br>Dorset, VT 05251-4433 | | | | 1,538,164.50 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30346 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Brad Butler<br>Ross Galleries, Llc<br>P O Box 1446<br>West Hampton Beach,<br>NY 11978 | | | | 1,579,343.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    July 6, 2010

Signature    /s/ Jack P. Appleman
JACK P. APPLEMAN,
President