UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:                                        )
                                              )
APPLEJACK ART PARTNERS, INC.                  )        CASE NO. 10-10911-CAB
                                              )        *Chapter 11 Case*
                                              )
          Debtor in Possession.              )

**DISCLOSURE STATEMENT**
**OF**
**APPLEJACK ART PARTNERS, INC.**
**Debtor In Possession**

May 20, 2011

Prepared and Submitted by:
APPLEJACK ART PARTNERS, INC.
Debtor in Possession

Jennifer Emens-Butler, Esq.
OBUCHOWSKI & EMENS-BUTLER, P.C.
PO Box 60, Rt. 107
Bethel, Vermont 05032
(802) 234-6244
Counsel to Debtor in Possession

**May 20, 2011**

APPLEJACK ART PARTNERS, INC. (the "Debtor"), as Debtor in Possession under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), hereby proposes and files this Disclosure Statement (the "Disclosure Statement") for the Chapter 11 Plan of Liquidation of APPLEJACK ART PARTNERS, INC. dated May 20, 2011 (the "Plan").

THE DEBTOR STRONGLY URGES ALL HOLDERS OF CLAIMS IN IMPAIRED CLASSES TO ACCEPT THE PLAN.

THIS DISCLOSURE STATEMENT IS DESIGNED TO PROVIDE ADEQUATE INFORMATION TO ENABLE HOLDERS OF CLAIMS AGAINST THE DEBTOR TO MAKE AN INFORMED JUDGMENT ON WHETHER TO ACCEPT OR REJECT THE PLAN. ALL HOLDERS OF CLAIMS ARE HEREBY ADVISED AND ENCOURAGED TO READ THIS DISCLOSURE STATEMENT AND THE PLAN IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THE PLAN. PLAN SUMMARIES AND STATEMENTS MADE IN THIS DISCLOSURE STATEMENT ARE QUALIFIED IN THEIR ENTIRETY BY REFERENCE TO THE PLAN, WHICH IS ANNEXED HERETO AS APPENDIX "D", OTHER APPENDICES ANNEXED HERETO AND OTHER DOCUMENTS REFERENCED AS FILED WITH THE COURT BEFORE OR CONCURRENTLY WITH THE FILING OF THIS DISCLOSURE STATEMENT. FURTHERMORE, THE PROJECTED FINANCIAL INFORMATION CONTAINED HEREIN HAS NOT BEEN THE SUBJECT OF AN AUDIT. SUBSEQUENT TO THE DATE HEREOF, THERE CAN BE NO ASSURANCE THAT: (A) THE INFORMATION AND REPRESENTATIONS CONTAINED HEREIN ARE MATERIALLY ACCURATE; AND (B) THIS DISCLOSURE STATEMENT CONTAINS ALL MATERIAL INFORMATION.

ALL HOLDERS OF IMPAIRED CLAIMS SHOULD READ AND CONSIDER CAREFULLY THE MATTERS DESCRIBED IN THIS DISCLOSURE STATEMENT AS A WHOLE, INCLUDING THE SECTION ENTITLED "RISK FACTORS," PRIOR TO VOTING ON THE PLAN. IN MAKING A DECISION TO ACCEPT OR REJECT THE PLAN, EACH CREDITOR MUST RELY ON ITS OWN EXAMINATION OF THE DEBTOR AS DESCRIBED IN THIS DISCLOSURE STATEMENT AND THE TERMS OF THE PLAN, INCLUDING THE MERITS AND RISKS INVOLVED. IN ADDITION, CONFIRMATION AND CONSUMMATION OF THE PLAN ARE SUBJECT TO CONDITIONS PRECEDENT THAT COULD LEAD TO DELAYS IN CONSUMMATION OF THE PLAN. ALSO, THERE CAN BE NO ASSURANCE THAT EACH OF THESE CONDITIONS WILL BE SATISFIED OR WAIVED (AS PROVIDED IN THE PLAN) OR THAT THE PLAN WILL BE CONSUMMATED. EVEN AFTER THE EFFECTIVE DATE, DISTRIBUTIONS UNDER THE PLAN MAY BE SUBJECT TO SUBSTANTIAL DELAYS FOR CREDITORS WHOSE CLAIMS ARE DISPUTED.

THIS DISCLOSURE STATEMENT HAS BEEN APPROVED BY ORDER OF THE BANKRUPTCY COURT AS CONTAINING ADEQUATE INFORMATION OF A KIND AND IN SUFFICIENT DETAIL TO ENABLE HOLDERS OF CLAIMS TO MAKE AN INFORMED JUDGMENT WITH RESPECT TO VOTING TO ACCEPT OR REJECT THE PLAN. HOWEVER, THE BANKRUPTCY COURT'S APPROVAL OF THIS DISCLOSURE STATEMENT DOES NOT CONSTITUTE A RECOMMENDATION OR DETERMINATION BY THE BANKRUPTCY COURT WITH RESPECT TO THE MERITS OF THE PLAN.

NO PARTY IS AUTHORIZED BY THE DEBTOR TO GIVE ANY INFORMATION OR MAKE ANY REPRESENTATIONS WITH RESPECT TO THE PLAN OTHER THAN THAT WHICH IS CONTAINED IN THIS DISCLOSURE STATEMENT. NO REPRESENTATIONS OR INFORMATION CONCERNING THE DEBTOR, ITS FUTURE BUSINESS OPERATIONS OR THE VALUE OF ITS PROPERTIES HAVE BEEN

AUTHORIZED BY THE DEBTOR OTHER THAN AS SET FORTH HEREIN. ANY INFORMATION OR REPRESENTATIONS GIVEN TO OBTAIN YOUR ACCEPTANCE OR REJECTION OF THE PLAN WHICH ARE DIFFERENT FROM OR INCONSISTENT WITH THE INFORMATION OR REPRESENTATIONS CONTAINED HEREIN AND IN THE PLAN SHOULD NOT BE RELIED UPON BY ANY CREDITOR IN VOTING ON THE PLAN.

THIS DISCLOSURE STATEMENT HAS BEEN PREPARED IN ACCORDANCE WITH SECTION 1125 OF THE BANKRUPTCY CODE AND RULE 3016(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND NOT IN ACCORDANCE WITH FEDERAL OR STATE SECURITIES LAWS OR OTHER APPLICABLE NONBANKRUPTCY LAW.

THIS DISCLOSURE STATEMENT HAS NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION, NOR HAS SUCH COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THE STATEMENTS CONTAINED HEREIN.

WITH RESPECT TO CONTESTED MATTERS, ADVERSARY PROCEEDINGS AND OTHER PENDING OR THREATENED ACTIONS, THIS DISCLOSURE STATEMENT AND THE INFORMATION CONTAINED HEREIN SHALL NOT BE CONSTRUED AS AN ADMISSION OR STIPULATION, BUT RATHER AS STATEMENTS MADE IN SETTLEMENT NEGOTIATIONS GOVERNED BY RULE 408 OF THE FEDERAL RULES OF EVIDENCE AND ANY OTHER RULE OR STATUTE OF SIMILAR IMPORT.

THIS DISCLOSURE STATEMENT SHALL NEITHER BE ADMISSIBLE IN ANY PROCEEDING INVOLVING THE DEBTOR OR ANY OTHER PARTY NOR BE CONSTRUED TO BE ADVICE ON THE TAX, SECURITIES OR OTHER LEGAL EFFECT OF THE PLAN. EACH CREDITOR SHOULD, THEREFORE, CONSULT WITH ITS OWN LEGAL, BUSINESS, FINANCIAL AND TAX ADVISORS AS TO ANY SUCH MATTERS CONCERNING THE SOLICITATION, THE PLAN OR THE TRANSACTIONS CONTEMPLATED THEREBY.

This Disclosure Statement, the Plan annexed hereto as Appendix "D" (and the other appendices hereto), the accompanying form of Ballot, and the related materials delivered together herewith are being furnished by the Debtor to holders of Impaired Claims pursuant to section 1125 of the Bankruptcy Code, in connection with the solicitation by the Debtor of votes to accept or reject the Plan (and the transactions contemplated thereby), as described herein.

I. INTRODUCTION AND SUMMARY .................................................................................. 3

   A.   Disclosure Statement ................................................................................................. 3

   B.   The Solicitation ......................................................................................................... 4

   C.   The Plan ..................................................................................................................... 5

       1.   Secured claims: ...................................................................................................... 5

       2.   Unsecured Claims ................................................................................................. 5

       3.   Holders of Interests ............................................................................................... 6

II. BACKGROUND ............................................................................................................... 6

   A.   The Debtor ................................................................................................................ 6

       1.   Analysis of Pre-petition debt. .............................................................................. 8

       2.   Post-petition operations and Prospects for the Future. ....................................... 9

III.    THE BANKRUPTCY PLAN VOTING INSTRUCTIONS AND PROCEDURES ........... 9

   A.   General ...................................................................................................................... 9

   B.   Holders of Claims Entitled to Vote......................................................................... 9

   C.   Vote Required for Class Acceptance ....................................................................... 9

   D.   Counting of Ballots for Determine Acceptance of the Plan ................................. 10

   E.   Voting Deadline ..................................................................................................... 10

   F.   Voting Procedures.................................................................................................. 10

   G.   Miscellaneous ........................................................................................................ 11

IV. THE CHAPTER 11 CASE ............................................................................................ 12

   A.   Continuation of Business; Stay of Litigation........................................................ 12

   B.   Significant Events During the Chapter 11 Case ................................................... 12

       1.   First Day Orders.................................................................................................. 12

       2.   Cash Collateral Order ......................................................................................... 12

       3.   Official Committee ............................................................................................. 12

V.  THE PLAN ...................................................................................................................... 13

   A. General .................................................................................................................... 13

   B.   Classification and Treatment of Claims and Interest Under the Plan.............................. 13

   1.   Treatment of Administrative Expenses and Certain Priority Claims.............................. 14

   2.   Class 1 – Wachovia (Wells Fargo). ..................................................................... 14

   3.   Class 2 – VEDA. ................................................................................................... 15

   4.   Class 3 – Protocol Management Solutions, Ltd.................................................... 15

   5.   Class 4 –  Brad Butler. ........................................................................................ 16

   6.   Class 5 – Aaron Young, LV Administrative Services, Inc., James Meserve and Kellington Arts, LLC .................................................................................................................................. 16

   6.   Class 6 -- General Unsecured Creditors................................................................ 16

   7.   Class 7 - Holders of interests ............................................................................... 17

   C.   Effects of Plan Confirmation ................................................................................. 17

       1.   Discharge ............................................................................................................ 17

       2.   Binding Effect..................................................................................................... 17

   D.   Executory Contracts and Unexpired Leases ......................................................... 17

       1.   General................................................................................................................ 17

       2.   The Plan .............................................................................................................. 17

   E.   Distributions Under the Plan.................................................................................. 18

       1.   Time of Distributions Under the Plan ................................................................ 18

       2.   Compliance with Tax Requirements................................................................... 18

    3.      Allocation Between Principal and Accrued Interest ................................................ 18

    4.      Set-Offs ................................................................................................................ 18

  F.    Procedures for Resolving Disputed Claims ........................................................... 19

    1.      Objection to Claims ............................................................................................. 19

    2.      Payments and Distributions With Respect to Disputed Claims ............................ 19

  G.   Retention of Jurisdiction ...................................................................................... 19

  H.   Amendment and Modification to the Plan ............................................................. 20

  I.    Withdrawal of the Plan .......................................................................................... 20

  J.    Conditions to Modification, Withdrawal and Waiver Rights ................................. 20

VII. ACCEPTANCE AND CONFIRMATION OF THE PLAN .......................................... 20

  A.   Solicitation of Acceptance .................................................................................... 20

  B.   Confirmation Hearing .......................................................................................... 21

  C.   Requirements for Confirmation of the Plan ........................................................... 21

    1.      The Plan is Fair and Equitable ............................................................................. 21

    2.      The Best Interests Test ......................................................................................... 22

    3.      Feasibility ............................................................................................................ 25

VIII. ALTERNATIVES TO CONFIRMATION AND CONSUMMATION OF PLAN ............ 26

  A.   Liquidation Under Chapter 7 ................................................................................ 26

  B.   Alternative Plan ................................................................................................... 26

IX.  RISK FACTORS .......................................................................................................... 26

  A.   Business Risks ...................................................................................................... 26

  B.   Bankruptcy Risks ................................................................................................. 27

    1.      Objection to Classifications .................................................................................. 27

  2.    Risk of Nonconfirmation of the Plan .................................................................... 27

X.  CERTAIN INFORMATION CONCERNING THE DEBTOR ........................................ 27

  A.   Regulatory and Legal matters. .............................................................................. 27

    1.      General ................................................................................................................ 27

    2.      Related Party Transactions ................................................................................... 27

  B.   Key Management .................................................................................................. 28

  C.   Compensation ...................................................................................................... 28

XI. FINANCIAL AND LEGAL ADVISORS; FEES AND EXPENSES. .............................. 28

UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

IN RE:                                          )
                                                )
APPLEJACK ART PARTNERS, INC.                    )        CASE NO. 10-10911-CAB
                                                )        *Chapter 11 Case*
                                                )
              Debtor in Possession.             )


**DISCLOSURE STATEMENT
OF
APPLEJACK ART PARTNERS, INC.
Debtor in Possession
May 20, 2011May 23, 2011**


I. INTRODUCTION AND SUMMARY


The following introduction and summary is qualified in its entirety by, and should be read in conjunction with, the more detailed information and financial statements and notes thereto appearing elsewhere in this Disclosure Statement.

A.      Disclosure Statement

This Disclosure Statement is being submitted pursuant to the provisions of Section 1125 of Title 11 of the United States Code, (the "Bankruptcy Code" or "Code"), to all creditors, holders of claims against, and interests in, APPLEJACK ART PARTNERS, INC. Its purpose is to provide sufficient and adequate information so that the creditors and shareholders can make an informed and appropriate decision when voting on the Plan of Liquidation proposed by the Debtor. Only a summary is contained within this Disclosure Statement, and the Disclosure Statement does not itself represent the terms of the Plan of Liquidation which, if "confirmed" by the Court, such Plan will be binding on all parties. For those terms, all creditors should carefully read the Plan of Liquidation of the Debtor which accompanies this Disclosure Statement. If there is any discrepancy between the Disclosure Statement and the Plan of Liquidation, the provisions of the Plan govern.

Although this Disclosure Statement has not yet been approved as containing "adequate information" as defined by 11 USC §1125, it is the Debtor's belief that the Disclosure statement meets the requirements of §1125, and will be approved as same. The Disclosure Statement provided to all creditors will be approved as having "adequate information" prior to service upon the creditors.

Appendices to this Disclosure Statement include the following:

APPENDIX "A"   -   PURCHASE AND SALE AGREEMENT DATED 1/19/11 with Excluded Asset
                                                  list (remaining attachments available upon request)

APPENDIX "B"   -   SIX MONTH OPERATING BUDGET

APPENDIX "C"   -   2009 TAX RETURN

APPENDIX "D"   -   PLAN OF LIQUIDATION

APPENDIX "E"   -   MARCH OPERATING STATEMENTS

The statements contained in this Disclosure Statement are made as of the date hereof unless another time is specified herein and neither the delivery of this statement nor any exchange of rights made in connection herewith shall, under any circumstance, create an implication that there has been no change in the facts set forth herein since the date prepared.

No representations concerning the Debtor, its future business operations, the value of its property, or the value of any benefits offered to holders of claims or interest in connection with the Plan are authorized by the Debtor other than as set forth in this Disclosure Statement. Any representations or inducements made to secure your vote which are contrary to information contained in this Disclosure Statement should not be relied upon by you in arriving at your decision, and any such additional representations and inducements should be reported to the Debtor and its counsel, Jennifer Emens-Butler, Esq., OBUCHOWSKI & EMENS-BUTLER, P.C., PO Box 60, Rt. 107, Bethel, Vermont 05032.

B.       The Solicitation

The Debtor is hereby soliciting (the "Solicitation") votes for acceptance of the Plan under the Bankruptcy Code from the holders of: (i) SECURED CLAIMS Wachovia, VEDA, Protocol and Butler, (ii) UNSECURED CLAIMS, and (iii) INSIDER CLAIMS, which are impaired by the Plan. If the requisite acceptances of the Plan are obtained, the Debtor intends to use such acceptances to obtain confirmation of the Plan by the Bankruptcy Court. The Court has fixed the close of business (Eastern Standard Time) on_____, 2011 as the date for the filing of ballots of acceptance or rejection.

APPLEJACK ART PARTNERS, INC. has now filed its Plan of Liquidation pursuant to which it proposes to address the payment of its obligations to its creditors. Under the Bankruptcy Code, in order for a Plan to be "confirmed" by the Court, the holders of each class of claims, as those classes are defined in the Plan, must accept the Debtor's Plan of Liquidation by a vote that holds at least two-thirds (2/3) or sixty-six and six-tenths (66.6%) percent in Dollar amount and by more than fifty (50%) percent in number of those creditors voting upon approval of

the Plan. In the case of holders of interests, i.e. general partners, for a Plan to be confirmed, the holders of each class must accept the Plan by vote of two-thirds of the number of shares in each class. Should the Plan receive the acceptance of at least one class but fewer than all the classes, the Court may nevertheless confirm the Plan if certain provisions are made for dissenting classes. The details of this procedure, commonly known as "cram-down," are set out in Section 1129(b)(1) and (2) of the Code. The Debtor may need to employ the "cram-down" provisions; if that situation should arise, appropriate Motion or Application shall be filed pursuant to Section 1127, and request made in accordance with Vermont Local Bankruptcy Rules, and notice given to all appropriate parties as required by the Bankruptcy Code.

If the Debtor obtains the appropriate consents to the Plan, then a Hearing on confirmation will occur before the Court and, if the Court then confirms a Debtor's Plan, the Plan becomes binding on the Debtor, the creditors, the stockholders, and all other affected parties.

C.      The Plan

Included within this package as APPENDIX "D" is a copy of the Plan. Set forth below is a summary of the significant principles upon which the claims are addressed and treated by the Plan.

The Plan provides for the creation of seven (7) various classes of claims or interest, hereafter summarized. The Plan provides each class to be treated or paid in the following manner:

1.      Secured claims:

Wachovia, VEDA, Protocol and Butler.  Wachovia and VEDA are secured and partially secured creditors with real estate collateral.  The real estate will be sold by October 31, 2011, with payment going to Wachovia and VEDA according to their priorities.  Protocol, the purchaser of the Berkshire Bank Debt, has offered to purchase substantially all of the Debtor's assets by way of credit-bid.  Butler shall be treated by way of turnover of his collateral, assets of a wholly owned separate corporate entity.  Remaining secured creditors Aaron Young, LV Administrative Services, Inc., James Meserve and Kellington Arts, LLC are deemed fully unsecured creditors as there remains no value in the collateral available to secure their claims after the interest of Protocol Management Solutions, Ltd. should its bid be successful.

2.      Unsecured Claims:

The unsecured creditors shall be paid, pro rata, from the Excluded Assets, sold by way of auction, after approval of the Purchase and Sale Agreement of substantially all of the Debtor's assets to Protocol.

3.      Holders of Interests:

Jack Appelman, the Estate of Leonard Stephens and Aaron Young will receive no payment on account of their interests in the Debtor.


AMENDMENTS TO THE PLAN'S CLASSIFICATION AND TREATMENT OF ONE OR MORE CLASSES THAT DO NOT MATERIALLY AND ADVERSELY CHANGE THE TREATMENT OF ANY CLASS MAY BE MADE TO THE PLAN. SUCH AMENDMENTS MAY BE APPROVED BY THE BANKRUPTCY COURT AT THE CONFIRMATION HEARING WITHOUT ENTITLING THE MEMBERS OF ANY CLASSES WHOSE TREATMENT IS NOT ADVERSELY CHANGED TO WITHDRAW ANY VOTES CAST FOR OR AGAINST THE PLAN.


THE DEBTOR BELIEVES THAT THE PLAN PROVIDES FOR FAIR AND EQUITABLE TREATMENT OF THE CREDITORS AND INTEREST HOLDERS. THE DEBTOR, THEREFORE, BELIEVES THAT THE ACCEPTANCE OF THE PLAN IS IN THE BEST INTEREST OF EACH AND EVERY CLASS OF CREDITORS AND INTEREST HOLDER AND RECOMMENDS THAT YOU VOTE TO ACCEPT THE PLAN.


THE DEBTOR URGES EACH CREDITOR AND STOCKHOLDER TO REVIEW CAREFULLY THIS DISCLOSURE STATEMENT AND THE PLAN, AND TO COMPLETE AND RETURN THE BALLOT FURNISHED WITH THE DISCLOSURE STATEMENT. YOUR BALLOT MUST BE RECEIVED BY 5:00 P.M. ON _____ .


The Debtor believes the treatment of all claimants under the Plan is more beneficial than can be achieved through an immediate and orderly liquidation, as more fully detailed in ARTICLE VII - ACCEPTANCE AND CONFIRMATION OF THE PLAN, Paragraph C, Subparagraph 2, Section a. - The Debtor's Estimate of Liquidation Value and ARTICLE IX - ALTERNATIVES TO CONFIRMATION AND CONSUMMATION OF THE PLAN, Paragraph A - Liquidation Under Chapter 7.  The Plan is premised on continued and increased operations as of the effective date.  The Debtor considered alternative methods of providing more immediate payments to its creditors, however, review of projected results of operations during the course of the ensuing years did not make such method of expediting the amounts of such payments possible.


## II. BACKGROUND

A.      The Debtor


Applejack Art Partners, Inc. was founded in 1989.  It began by selling limited edition art prints in Long Island, New York, and soon also became involved in licensing on behalf of a number of artists.  In 1992, Applejack relocated to Manchester, Vermont.  Applejack acquired Bernard Fine Arts in 1995, and expanded its market base to open-edition prints.  In 2005, Applejack Art Partners, Inc. began a business relationship with the Fine Art of

Cruising (FAOC), an on-board art auctioneer serving the cruise line industry.   The projections of the volume of business that would result from FAOC business motivated Applejack management to make substantial investments in its physical assets and processing equipment. Applejack advanced $200,000 to FAOC as an investment loan, and, during the period 2005 through early 2006, Applejack shipped approximately $475,000 of product to FAOC to help supply its required shipboard inventories.

In 2006, Applejack acquired Denunzio Fine Art Reproductions, which significantly expanded Applejack's production capacity to include the ability to produce framed art, poster transfers on canvas, and specialty mirrors. In that same year, Applejack added Artinaclick, giving it a web portal from which it provides drop shipping for large retailers like Target and WalMart.  In 2007, Applejack acquired Ross Auctions from Ross Galleries, LLC.  Ross Auctions was a company that conducted charity fund-raising art auctions throughout the east coast.  This company was acquired to provide, among other things, a retail outlet for Applejack's open edition and limited edition art.  In early 2008, Applejack purchased the assets of Boehm Porcelain from Home Interiors.  In general, these expansions were more than Applejack could manage effectively, and the newly acquired divisions struggled. By 2008, it also became clear that FAOC was a troubled business.  FAOC defaulted on its $200,000 investment loan from Applejack, and was unable to pay for all of the art products purchased.  The total loss for Applejack in 2008 was approximately $1.8 million on $10 million in sales.

In 2009, following a precipitous drop in the art auction business, Applejack defaulted on the purchase money notes for Ross Galleries.  Further, a major shareholder parted ways with the company and, pursuant to a Stock Purchase Agreement and Shareholders' Agreement, was entitled to have his shares purchased by the company based on a formula utilizing gross sales figure, without regard to profitability.

In 2009, Applejack secured additional financing in the hope of reversing the losses of 2008.  However, the operation was still in need of additional sales volume to sustain operations. The sharp downturn in the U.S. economy added to the imbalance between structural overhead and operating cash generation, both for licensing and the finished goods divisions. Applejack's art products were historically sold to galleries for framing and retail.  The wall décor market in which these art products were sold was composed of thousands of small local framers. This market, while still active, has become much smaller, and is now being serviced, and dominated, by large box store operations and internet businesses.  The financial obligations to the Ross Auctions seller, as well as the money required to be paid to the departing shareholder, became insurmountable, and management could find no way to meet Applejack's obligations.  In July of 2010, Applejack Art Partners, Inc. filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code.

1.      Analysis of Pre-petition debt.

As of July 6, 2010, the date of the filing of the Petition for Relief under Chapter 11, the Debtor owed the following approximate amounts:

| | | | |
|---|---|---|---|
| I. | REAL PROPERTY SECURED CLAIMS: | | |
| | Wells Fargo (Wachovia)   RE: 0000170761 | $ | 1,802,764.49 |
| | Wells Fargo (Wachovia)   RE: 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-4 | $ | 1,009,523.78 |
| | Vermont Economic Development Authority | $ | 1,260,000.69 |
| | Total | $ | 4,072,288.96 |
| II. | PERSONAL PROPERTY SECURED CLAIMS: | | |
| | Berkshire Bank RE: 150024840 | $ | 101,975.86 |
| | Berkshire Bank RE: 55003006 | $ | 997,658.11 |
| | Berkshire Bank RE: 100020519090 | $ | 3,309.37 |
| | Berkshire Bank RE: 150024804 | $ | 625,933.53 |
| | Total | $ | 1,728,878.87 |
| | Brad Butler | $ | 1,579,343.00 |
| | Total: | $ | 3,308,221.87 |
| III. | PRIORITY UNSECURED CLAIMS | | |
| | Internal Revenue Service | | $47,039.07 |
| | New York | | $26,270.70 |
| | Indiana | | $ 1,000.00 |
| | New Jersey | | $30,000.00 |
| | Total | | $104,309.77 |
| IV. | UNSECURED: | | |
| | General Unsecured Claims (including Stephens) | | $ 5,403,540.51 |

On the asset side of the Debtor, as of the date of the Petition, there were the following assets on the books:

Real Property

| | |
|---|---|
| 450 Applejack Road, Manchester Center, VT | $3,500,000.00 |

Personal Property

| | |
|---|---|
| Accounts Receivable | $412,173.00 |
| Equipment, Improvements, machinery (net of depreciation) | $623,337.00 |
| Artists Licensing agreements | unknown |
| Inventories  (estimated from 2009 appraisal $1,038,070) | $1,000,000.00 |
| Total | $2,035,510.00 |

The only change in fixed assets since the filing of the Petition has been normal depreciation and any alternative valuations to be attributed to the assets by estimated sale value.   The remaining values were taken from the Debtor's estimated liquidation values at the time of filing.  Following the filing of the Petition, the Debtor has continued to operate as Debtor in Possession.

2.      Post-petition operations and Prospects for the Future.

The Debtor's sales are insufficient to maintain a sustainable operation.  The proposed purchase, with the carve-out of the Excluded Assets represents the best prospect for the unsecured creditors to recover some value and for the viable contracts to be continued by an entity with greater resources and ability to capitalize upon the Debtor's strengths.  Debtor anticipates a pro rata recovery for the creditors of the Debtor, which would not have been achievable had the assets been turned over to its arguably undersecured creditors. After distribution from the Plan Fund, the Debtor will be fully liquidated.

## III.    THE BANKRUPTCY PLAN VOTING INSTRUCTIONS AND PROCEDURES

A.      General

The Debtor is seeking the acceptance of the Plan by the holders of Secured Claims and General Unsecured Claims. All unexpired leases, if any, will be rejected and all interests of the Debtor will be extinguished under the Liquidating Plan.

B.      Holders of Claims Entitled to Vote

As more fully described below, the Plan designates seven (7) separate Classes of Claims and Interests.  See "THE PLAN - Classification and Treatment of Claims and Interests Under the Plan."  Generally, a claim or interest as to which legal, equitable or contractually rights are altered is "impaired."  A holder of an allowed impaired claim or interest that will receive a distribution under a plan or reorganization is entitled to vote to accept or reject such plan.  The Claims in classes 1 through 7 are impaired under the Plan.  Claims that are not disputed are being solicited and are entitled to vote to accept or reject the Plan, except where insiders.

A Ballot to be used to accept or reject the Plan has been enclosed with all copies of this Disclosure Statement mailed to holders of Claims whose Claims are Impaired by the Plan but who have not been conclusively presumed to reject the Plan as a matter of law.  Accordingly, this Disclosure Statement (and the appendices hereto), together with the accompanying Ballot and the related materials delivered together herewith, are being furnished to holders of all classes entitled to vote and may not be relied upon or used for any purpose by such holders other than to determine whether or not to vote to accept or reject the Plan.

C.      Vote Required for Class Acceptance

The Bankruptcy Court will determine whether sufficient acceptances have been received to confirm the Plan.  A class of impaired claims is deemed to have accepted a chapter 11 plan if votes to accept the plan have been

cast by creditors (other than any entity designated under section 1126(e) of the Bankruptcy Code) that hold at least two-thirds in dollar amount and more than one-half in number of the allowed claims of such voting creditors. The Debtor must request that the Bankruptcy Court confirm the Plan pursuant to section 1129(b) of the Bankruptcy Code.

D.      Counting of Ballots for Determine Acceptance of the Plan

The Debtor intends to count all validly executed Ballots received prior to the Voting Deadline (as defined below) for purposes of determining whether each Impaired Voting Class has accepted or rejected the Plan.

E.      Voting Deadline

Ballots will not be accepted after 5:00 p.m.; Eastern Standard Time, on _____, 2011  (the "Voting Deadline"), unless the Bankruptcy Court, at the request of the Debtor, extends the Voting Deadline, in which event the solicitation period will terminate at such extended time on such extended date. Except to the extent permitted by the Bankruptcy Court, Ballots that are received after the Voting Deadline will not be accepted or used by the Debtor in connection with the Debtor's request for confirmation of the Plan (or any permitted modification thereof).

F.      Voting Procedures

The Debtor is providing copies of this Disclosure Statement, Plan, Ballot, and Order of approval of Disclosure Statement, Fixing time for filing acceptances or rejections of plan, Fixing Hearing on confirmation, and Order of transmittal to all holders of Impaired and Unimpaired Claims, all holders of Unexpired leases and executory contracts, holders of priority claims and the holders of General Unsecured Claims. Any such nominee who requires additional copies of the Disclosure Statement and Ballots for distribution to beneficial holders may obtain them from the Debtor's counsel, Jennifer Emens-Butler, Esquire, by calling (802) 234-6244. Such nominees, if they do not hold for their own account, are required to provide copies of this Disclosure Statement and appropriate Ballots to their customers and to beneficial owners promptly. Any beneficial owner who has not received a Ballot should contact the Debtor. The following is a summary of the voting rules. Reference should be made to the "Order of Approval of Disclosure Statement, Fixing time for filing acceptances or rejections of plan, Fixing hearing on confirmation, and Order of transmittal" prior to voting.

Unless otherwise directed by the Bankruptcy Court, all questions as to the validity, form, eligibility (including time of receipt), acceptance, and revocation or withdrawal of Ballots will be determined by the Bankruptcy Court after notice and a hearing, pursuant to Bankruptcy Rule 3018(a). Any defects or irregularities in connection with the deliveries of Ballots must be cured within such time as the Bankruptcy Court determines.

Neither the Debtor nor any other person will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots nor will any of them incur any liabilities for failure to provide such notification.

G.      Miscellaneous

No statements or information concerning the Liquidating Debtor APPLEJACK ART PARTNERS, INC. (particularly as to future business, results of operations or financial condition, or with respect to the distributions to be made under the Plan) or any of the assets or business of the Debtor APPLEJACK ART PARTNERS, INC. have been authorized by the Debtor or should be relied upon, other than as set forth in this Disclosure Statement.

IN ORDER FOR YOUR BALLOT TO BE COUNTED, YOUR BALLOT MUST BE COMPLETED AS SET FORTH ABOVE AND RECEIVED BY THE VOTING DEADLINE, 5:00 P.M. EASTERN STANDARD TIME, ON _____ (OR SUCH LATER DATE TO WHICH THE BANKRUPTCY COURT, ON REQUEST OF THE DEBTOR, EXTENDS SUCH DATE).  BALLOTS SHOULD BE MAILED TO:

OBUCHOWSKI & EMENS-BUTLER, P.C.
P.O. BOX 60
BETHEL, VERMONT  05032

OR SENT BY OVERNIGHT DELIVERY TO:

OBUCHOWSKI & EMENS-BUTLER, P.C.
1542 ROUTE 107
ROYALTON, VERMONT  05068

OR SENT BY FACSIMILE TRANSMISSION TO:

JENNIFER EMENS-BUTLER, ESQ.
(802) 234-6245

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT:

Jennifer Emens-Butler, Esq.
OBUCHOWSKI & EMENS-BUTLER, P.C.
P.O. Box 60, Route 107
Bethel, Vermont 05032
(802) 234 - 6244
jennifer@oeblaw.com

IV. THE CHAPTER 11 CASE

A.      Continuation of Business; Stay of Litigation

On July 6, 2010 (the "Filing Date"), the Debtor commenced this Chapter 11 Case.  Since the Filing Date, the Debtor has continued to operate as a debtor in possession subject to the supervision of the Bankruptcy Court in accordance with the Bankruptcy Code.  Thus, the Debtor's management remained in place and has continued to date to manage the Debtor's affairs.  The Debtor is authorized to operate in the ordinary course of business.  Transactions out of the ordinary course of business have required Bankruptcy Court approval.  In addition, the Bankruptcy Court has supervised the Debtor's employment of attorneys, accountants and other professionals.

An immediate effect of the filing of the bankruptcy petition was the imposition of the automatic stay under the Bankruptcy Code which, with limited exceptions, enjoined the commencement or continuation of all collection efforts by creditors, enforcement of liens against the Debtor and litigation against the Debtor.  This injunction remains in effect, unless modified and lifted by order of the Bankruptcy Court, until consummation of a plan of liquidation.

B.      Significant Events During the Chapter 11 Case

1.      First Day Orders

The Debtor submitted several so-called "first day orders," along with supporting motions, to the Bankruptcy Court on the filing date, which was approved.  The first day orders included an order authorizing the retention of OBUCHOWSKI & EMENS-BUTLER, P.C. as bankruptcy counsel to the Debtor, an order approving authorizing payment of salaries and accrued wages, and an order authorizing the use of the pre-petition bank account.

2.      Cash Collateral Order

The Debtor negotiated and filed a stipulated bridge Cash Collateral Order, which, after revision and further hearing was ultimately approved by the Court.  The Debtor was authorized to use the cash collateral of the Berkshire Bank and to continue operating under the terms of the agreement and the attached proposed budget.  The Berkshire Bank notes have been since purchased by Protocol Management Solutions.

3.      Official Committee

After a meeting of potential members of a committee, the United States Trustee was unable to form an unsecured creditors committee.

## V.  THE PLAN

THE FOLLOWING IS A SUMMARY OF CERTAIN SIGNIFICANT PROVISIONS OF THE PLAN. THIS SUMMARY IS QUALIFIED IN ITS ENTIRETY BY REFERENCE TO THE MORE DETAILED INFORMATION SET FORTH IN THE PLAN WHICH IS ATTACHED TO THIS DISCLOSURE STATEMENT AS APPENDIX "D".  TO THE EXTENT THAT THE TERMS OF THIS DISCLOSURE STATEMENT VARY WITH THE TERMS OF THE PLAN, THE TERMS OF THE PLAN SHALL BE CONTROLLING.

A.  General

Chapter 11 is the principal business reorganization chapter of the Bankruptcy Code.  Under chapter 11, a debtor is authorized to reorganize its business for the benefit of itself and its creditors and holders of interest in the Company.  A Debtor may also liquidate under Chapter 11, allowing for operation pending the liquidation with the opportunity to maintain its presence and potentially increase the liquidation recovery.

Formulation of a plan is the principal objective of a chapter 11 case.  In general, a chapter 11 plan (i) divides claims and equity interests into separate classes, (ii) specifies the property that each class is to receive under the plan, and (iii) contains other provisions necessary to the reorganization or liquidation of the debtor.  Chapter 11 does not require each holder of a claim or interest to vote in favor of the plan in order for the Bankruptcy Court to confirm the plan.  However, a Plan must be accepted by the holders of at least one class of claims that is impaired (as defined above) without considering the votes of "insiders" within the meaning of the Bankruptcy Code.

Distributions to be made under the Plan will be made after confirmation of the Plan, on the Effective Date or as soon thereafter as is practicable, or at such other time or times specified in the Plan.

B.       Classification and Treatment of Claims and Interest Under the Plan

Section 1122 of the Bankruptcy Code requires that a plan or reorganization classify the claims of a debtor's creditors and the interests of its equity holders.  The Bankruptcy Code also provides that, except for certain claims classified for administrative convenience, a plan of reorganization may place a claim or interest of a creditor or equity holder in a particular class only if such claim or interest is substantially similar to the other claims or interests of such class.  The Plan places Secured Claims, General Unsecured Claims, and Interests in separate Classes.  The Debtor believes it has classified all Claims and Interests in compliance with the provisions of section 1122 of the Bankruptcy Code.  If a creditor or Interest holder challenges such classification of Claims of Interests and the Bankruptcy Court finds that a different classification is required for the Plan to be confirmed, the Debtor, to the extent permitted by the Bankruptcy Court, intends to make such reasonable modifications to the classification of Claims or Interests under the Plan to provide for whatever classification might be required by the Bankruptcy Court for confirmation.

Except to the extent that such modification of classification adversely affects the treatment of a holder of a Claim and requires re-solicitation, acceptance of the Plan by any holder of a Claim pursuant to this Solicitation will be deemed to be a consent to the Plan's treatment of such holder of a Claim regardless of the Class as to which such holder of a Claim is ultimately deemed to be a member.

The Bankruptcy Code also requires that a plan of reorganization provide the same treatment for each claim or interest of a particular class unless the holder of a particular claim or interest agrees to a less favorable treatment of its claim or interest. The Debtor believes that it has complied with such standard. If the Bankruptcy Court finds otherwise, it could deny confirmation of the Plan if the Creditors or equity holders affected do not consent to the treatment afforded them under the Plan.

1.      Treatment of Administrative Expenses and Certain Priority Claims

a.      Administrative Expenses - All administrative expenses including Allowed Claims of professionals (after Court approval of all final fee applications) shall be paid in full upon the Effective Date, and if insufficient funds are available, they shall nonetheless be paid from the sale of the Excluded Assets.

b.      Priority Tax claims - All priority tax claims shall be paid in full upon receipt of the sale proceeds from the Excluded Assets.  While, at the time of filing, the Debtor anticipated claims by the Internal Revenue Service and the states of New Jersey, Indiana and New York, altogether totaling approximately $104,000.00, the Debtor has since come current with all of its tax obligations.  Priority tax claims are anticipated to be $0.

2.      Class 1 – Wachovia (Wells Fargo).

 Wachovia holds a claim against the Debtor in the amount of approximately $2.8 Million, secured by a First and Second Mortgage upon the Debtor's commercial building and lot at its headquarters.  It also holds a claim in the approximate amount of $183,000.00 according to a pre-petition interest rate swap agreement between the parties. The property has been appraised in 2009 as having a value of $3.5 million.  The Debtor will attempt to sell the property over a 6 month marketing period, paying Wachovia interest-only payments of $7,000.00 for the 6 month period. If the property does not sell by October 31, 2011, the Debtor will stipulate to foreclosure judgment in the interest of Wachovia.

The Class 1 claimant is impaired under the Plan, and the legal, equitable and contractual rights of the holder of such claims have been altered.

3.      Class 2 – VEDA.

VEDA holds a third mortgage against the Debtor's commercial building and lot at its headquarters, second in interest to Wachovia.   VEDA's claim, in the amount of approximately $1.2 million, will be paid by way of sale of the property within 6 months as described in Class 1 above.  VEDA will receive regular payments in the amount of $6,576 per month until the anticipated closing to Protocol Management Solutions occurs (anticipated to be July 15, 2011) and shall thereafter receive interest-only payments in the amount of $2,210 per month during the remainder of the 6 month sale period.  If the property does not sell and/or the purchaser of the building does not assume the VEDA obligation by October 31, 2011, then the remaining unpaid balance owing to VEDA shall be treated as a general unsecured claim and treated according to Class 6.

Class 2 is impaired under the Plan, and the legal, equitable and contractual rights of the holders of such claims are altered.

4.      Class 3 – Protocol Management Solutions, Ltd.

Post-Petition, Protocol Management Solutions, Ltd. ("Protocol") purchased the debt of the Berkshire Bank, who held a pre-petition claim in the amount of $1,733,624.42 and secured by a first priority security interest in all of the Debtor's personal property.  Protocol filed a Notice of Transfer of Claim on December 15, 2010.  Protocol's claim will be treated by way of sale of substantially all of the Debtor's assets to Protocol.  Protocol has presented an offer to purchase substantially all of the assets of the Debtor, the Purchased Assets, for the sum of $1.7 Million by way of credit bid.  The Plan proposes to sell the Purchased Assets under the terms and conditions of the Purchase and Sale Agreement dated January 19, 2011, attached as Exhibit A, to Protocol, unless objections and/or counter-offers are filed with the Court.   Protocol will carve-out or exclude from its credit-bid purchase, those Excluded Assets historically holding a book value of over $1 million but estimated to have a liquidation value of approximately $150,000.00, a listing of which is attached to the Purchase and Sale Agreement.  Should an objection be filed, Protocol agrees that the sale to Protocol will be set for hearing with all counter-offers to be heard and considered by the Court.  As of the date of this Plan, one proposed bidder is currently reviewing the Debtor's financials and operations.   Counter-offers are encouraged.   The proposed Plan is being sent to all known or suspected interested parties, as well as all creditors.

The Class 3 claimant is therefore affected and impaired under the Plan, and the legal, equitable and contractual rights of the holder of such claims are altered.

5.      Class 4 – Brad Butler.

Brad Butler holds a first priority security interest in the assets of AJ Ross Auctions, LLC, of which the Debtor is the 100% sole member.  Brad Butler's claim of approximately $1.5 million is secured by the LLC's assets, which have an estimated value of $200,000.00.  Brad Butler shall be treated by way of turn over of all of the assets comprising his collateral (all assets of AJ Ross Auctions, LLC) to Mr. Butler.  Said assets have been segregated since the commencement of the case and have been prepared for shipment at Mr. Butler's direction and expense.  The remaining balance of Mr. Butler's claim shall be treated as a general unsecured creditor according to Class 6.

The Class 4 claimant is therefore affected and impaired under the Plan and the legal, equitable and contractual rights of the holder of such claims are altered.

6.      Class 5 – Aaron Young, LV Administrative Services, Inc., James Meserve and Kellington Arts, LLC

Aaron Young, LV Administrative Services, Inc., James Meserve and Kellington Arts, LLC are deemed fully unsecured creditors as there remains no value in the collateral available to secure their claims after the interest of Protocol Management Solutions, Ltd.  Should a creditor bid higher than Protocol's $1.7 million credit bid, the next available funds shall be paid to the claimants in Class 5 according to their pre-petition priority positions prior to any distribution to the Plan Fund.  The Debtor does not anticipate distribution directly from the sale to the Class 5 Claimants but will treat Class 5 among the creditors in Class 6 as general unsecured creditors.

The Class 5 claimants are therefore affected and impaired under the Plan, and the legal, equitable and contractual rights of the holders of such claims are altered.

6.      Class 6 -- General Unsecured Creditors

All Allowed General Unsecured Creditors shall receive, pro rata, proceeds from the sale of the Excluded Assets, and any remaining proceeds from the Purchased Assets, should a final successful bid exceed Protocol's secured claim and those claims listed in Class 5.  This Class includes all unsecured and trade creditors and also shall include remaining amounts owing to the Class 2 and 4 claimants; the members of Class 5; and the Estate of Leonard Stephens.   As a result of pre-petition litigation, it has been determined that Mr. Stephens has no interest in the Debtor, but instead holds a large unsecured claim stemming from a pre-petition stock repurchase agreement.

The Class 6 claimants are therefore affected and impaired under the Plan, and the legal, equitable and contractual rights of the holders of such claims are altered.

7.      Class 7 - Holders of interests

This class consists of Jack Appelman, Aaron Young, and the disputed interest of Leonard Stephens, if any. Class 7 will receive no payment under the Plan. The interests are being extinguished under the liquidating plan. Class 7 is presumed to have rejected the Plan and is therefore not required to vote.

C.      Effects of Plan Confirmation

1.      Discharge.  Since the Plan calls for the liquidation of the Company's assets, there will be no discharge by the confirmation of the Plan.

2.      Binding Effect.  The provisions of the Plan will be binding upon and inure to the benefit of the Debtor,  APPLEJACK ART PARTNERS, INC., any holder of a Claim or Interest, their respective predecessors, successors, assigns, agents, officers and directors and any other Entity affected by the Plan.

D.      Executory Contracts and Unexpired Leases

1.      General.  Subject to the approval of the Bankruptcy Court, the Bankruptcy Code empowers a debtor in possession to assume or reject executory contracts and unexpired leases.  Generally, an "executory contract" is a contract under which material performance is due from both parties.  If an executory contract or unexpired lease is rejected by a debtor in possession, the other parties to the agreement may file a claim for damages incurred by reason of the rejection, which claim is treated as a prepetition claim.  If an executory contract or unexpired lease is assumed by a debtor in possession, the debtor in possession has the obligation to perform its obligations thereunder in accordance with the terms of such agreement and failure to perform such obligations could result in a claim for damages which may be entitled to administrative expense status.

2.      The Plan.  Any unexpired lease or executory contract that has not been expressly rejected by the Debtor with the Bankruptcy Court's approval on or prior to the Confirmation Date will, as of the Confirmation Date (subject to the occurrence of the Effective Date), be deemed to have been REJECTED by the Debtor.  The purchaser of the Purchased Assets will not be restricted from assuming or entering into agreements with any artists upon the Effective Date.  The Purchase & Sale Agreement specifically references which contracts shall be purchased and assumed by the proposed purchaser. All pending and existing licensing agreements are proposed to be assumed by Protocol but not artist contracts.  If Protocol is the successful bidder, it intends to continue payment upon all

licensing/manufacturing agreements and the leases of Intellipack, Inc., CIT Technology Financing Services, Subaru Motor Finance, People's United and Crown Credit Company. All unexpired leases or executory contracts are REJECTED by the Debtor.

With respect to any executory contract or unexpired lease rejected by the Debtor, the rejection will be deemed to constitute a breach of such contract or lease immediately before the Filing Date and may result in a pre-Filing Date Claim against the Debtor for damages. A Claim for damages against the Debtor arising from the rejection of any executory contract or unexpired lease pursuant to a Final Order will be forever barred and will not be enforceable against the Debtor, APPLEJACK ART PARTNERS, INC., and no holder of any such Claim will participate in any distributions under the Plan, unless a proof of claim is filed with the Bankruptcy Court within (a) the time period established by the Bankruptcy Court in such Final Order approving such rejection or (b) if no such time period is or was established, thirty (30) days from and after the date of entry of such Final Order.

E.      Distributions Under the Plan

1.      Time of Distributions Under the Plan. Except as otherwise provided in the Plan and without in any way limiting the Plan, payments and distributions in respect to Allowed Claims will be made by the Plan Fund Administrator on or as promptly as practicable after the Effective Date and after receipt of the Excluded Assets Proceeds and Plan Fund. Cash or securities otherwise distributable with respect to Disputed Claims will be held by the Administrator pending resolution of all objections to each such Claim. When such objections have been resolved and the Claim has become an Ultimately Allowed Claim, the Administrator will make an appropriate distribution with respect to such Ultimately Allowed Claim.

2.      Compliance with Tax Requirements. Reorganized APPLEJACK ART PARTNERS, INC. will comply with all withholding and reporting requirements imposed by federal, state or local taxing authorities in connection with making distributions pursuant to the Plan.

3.      Allocation Between Principal and Accrued Interest. Except as specifically provided in the Plan, on the Effective Date, the aggregate consideration paid to creditors in respect of their Claims will be treated as allocated first to the principal amount of such Claims and then to any accrued interest thereon.

4.      Set-Offs. Except as otherwise expressly provided in the Plan, the Plan is not intended to, and will not, abrogate or impair any rights of setoff of the Debtor or reorganized APPLEJACK ART PARTNERS, INC.

F.      Procedures for Resolving Disputed Claims

        1.      Objection to Claims.  Any party in interest may object to an Impaired Claim, other than an Impaired Claim otherwise allowed as provided in the Plan, by filing an objection with the Bankruptcy Court and serving such objection upon the holder of such Claim not later than the last to occur of (a) the 60th day following the Effective Date, (b) thirty (30) days after the filing of the proof of claim of such Claim or (c) such other date set by order of the Bankruptcy Court (the application for which may be made on an ex parte basis), whichever is later.

        Unless otherwise ordered by the Bankruptcy Court or agreed to by written stipulation of the Debtor, the Plan Fund Administrator, or until the Debtor's objection thereto is withdrawn, the Debtor and/or the Plan Fund Administrator will litigate the merits of each Disputed Claim until determined by a Final Order; provided, however, subject to the approval of the Bankruptcy Court, if necessary, the Debtor and/or the Plan Fund Administrator may compromise and settle any objection to any Claim.

        2.      Payments and Distributions With Respect to Disputed Claims.  No payments or distributions will be made in respect of a Disputed Claim unless and until such Disputed Claim becomes an Ultimately Allowed Claim.

        Subject to the provisions of the Plan, payments and distributions with respect to each Disputed Claim that becomes an Ultimately Allowed Claim, which would have otherwise been made on the Effective Date had the Ultimately Allowed Claim been an Allowed Claim on the Effective Date, will be made within thirty (30) days after the date that such Disputed Claim becomes an Ultimately Allowed Claim.  Holders of Disputed Claims that become Ultimately Allowed Claims will be bound, obligated and governed in all respect by the provisions of the Plan.

G.      Retention of Jurisdiction

        The business and the assets of the Debtor will remain subject to the jurisdiction of the Bankruptcy Court until the Effective Date.  From and after the Effective Date, the Plan provides for the retention of jurisdiction by the Bankruptcy Court over Plan Fund, the Plan Fund Administrator and the Chapter 11 Case to the fullest extent permissible by law, including, but not limited to, for the purposes of determining all disputes and other issues presented by or arising under the Plan to: (i) determine and adjudicate all disputes relating to Claims and Administrative Expenses (including those allowed by operation of law), including the allowance and amount thereof, provided, however, the Bankruptcy Court's jurisdiction shall be concurrent, not exclusive, after the Effective Date with respect to the enforcement or adjudication of any Unimpaired Claim, (ii) determine all other matters, including any matter arising in an adversary proceeding related to the Chapter 11 Case, pending on the Effective Date, (iii) consider and allow any and all applications for compensation for professional services rendered any defect or omission or reconcile any inconsistency in the Confirmation Order, (v) interpret and enforce the provisions of the

Plan, and issue such orders, consistent with section 1142 of the Bankruptcy Code, as may be necessary to effectuate consummation and full and complete implementation of the Plan, and (vi) determine other such matters as may be set forth in the Confirmation Order or that may arise in connection with the implementation of the Plan.

H.      Amendment and Modification to the Plan

Subject to the provisions of the Plan, the Plan may be altered, amended, or modified by the Debtor, before or after the Confirmation Date, only as provided in section 1127 of the Bankruptcy Code.

I.       Withdrawal of the Plan

Subject to the provisions of the Plan, the Debtor reserves the right, at any time prior to the entry of the Confirmation Order, to revoke or withdraw the Plan.  If the Debtor revokes or withdraws the Plan or if the Confirmation Date does not occur, then the Plan will be deemed null and void.

J.       Conditions to Modification, Withdrawal and Waiver Rights

Notwithstanding any provisions of the Plan to the contrary, including, without limitation, of the Plan, the Debtor may:  (a) withdraw the Plan after having first given four (4) Business Days notice in writing to counsel for the Creditors, and United States Trustee (to be served via facsimile and overnight delivery) of the date of the proposed withdrawal and the reason therefore; provided, however, that the Creditors may object to such withdrawal and seek an order of the Bankruptcy Court preventing the occurrence thereof; or (b) amend or modify the Plan as set forth in Section 1127 of the Bankruptcy Code.

VII. ACCEPTANCE AND CONFIRMATION OF THE PLAN

Described below are certain important considerations under the Bankruptcy Code in connection with confirmation of the Plan.

A.      Solicitation of Acceptance

The Debtor is soliciting the acceptance of the Plan from all beneficial owners of Claims in certain Classes of Claims that are "impaired" under the Plan.  The solicitation of acceptances from holders of Claims in Unimpaired Classes is not required under the Bankruptcy Code.  Classes 1 through 6 are impaired under the Plan.

B.     Confirmation Hearing

Section 1128(a) of the Bankruptcy Code requires the Bankruptcy Court, after notice, to hold a confirmation hearing (the "Confirmation Hearing").  Section 1128(b) of the Bankruptcy Code provides that any party in interest may object to confirmation of the Plan.

Notice of the Confirmation Hearing will be provided to all holders of Claims and Interests and other parties in interest (the "Confirmation Notice").  The Confirmation Hearing may be adjourned from time to time by the Bankruptcy Court without further notice except for an announcement of the adjourned date made at the Confirmation Hearing or any adjournment thereof.  Objection to confirmation of the Plan must be made in writing, specifying in detail the name and address of the person or entity objecting, the grounds for the objection, and the nature and amount of the Claim or Interest held by the objector.  Objection must be filed with the Bankruptcy Court, together with proof of service, and served upon the parties so designated in the Confirmation Notice, on or before the time and date designated in the Confirmation Notice as being the last date for serving and filing objection to confirmation of the Plan.  Objection to confirmation of the Plan is governed by Bankruptcy Rule 9014 and the local rules of the Bankruptcy Court.

C.     Requirements for Confirmation of the Plan

As discussed below, the Debtor intends to request confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code.  Under section 1129(b) of the Bankruptcy Code, the Bankruptcy Court will confirm the Plan despite the lack of acceptance by an Impaired Class or Classes if the Bankruptcy Court finds that (a) the Plan does not discriminate unfairly with respect to each non-accepting Impaired Class, (b) the Plan is "fair and equitable" with respect to each non-accepting Impaired Class, (c) at least one Impaired Class has accepted the Plan (without counting acceptances by insiders) and (d) the Plan satisfies the requirements set forth in Bankruptcy Code section 1129(a) other than section 1129(a)(8).

The Debtor believes that, upon acceptance of the Plan by at least one Impaired Class, determined without including any acceptance of the Plan by any insider, the Plan will satisfy all the statutory requirements of chapter 11 of the Bankruptcy Code, that the Debtor has complied or will have complied with all of the requirements of Chapter 11, and that the Plan has been proposed in good faith.

1.     The Plan is Fair and Equitable

The Bankruptcy Code establishes different "fair and equitable" tests for holders of secured and unsecured claims.  With respect to a Class of Unsecured Claims that does not accept the Plan, the Debtor must demonstrate to the Bankruptcy Court that either (a) each holder of an Unsecured Claim of the dissenting Class receives or retains under the Plan property of a value equal to the Allowed amount of its Unsecured Claim or (b) the holders of Claims

or Interests that are junior to the Claims of the holders of such Unsecured Claims will not receive or retain any property under the Plan. With respect to a Class of secured Claims that does not accept the Plan, the Debtor must demonstrate to the Bankruptcy Court that either (a) the holders of such Claims are retaining the liens securing such Claims that (b) each holder of a Claim of such Class will receive on account of such Claim deferred cash payments totaling at least the Allowed amount of such Claim, of a value, as of the Effective Date, of at least the value of such holder's interest in such property, or (c) the holders of such Claims will realize the indubitable equivalent of such claims under the Plan. The Debtor believes the Plan is fair and equitable as no class will be paid until and unless the class senior to it is paid in full.

2.      The Best Interests Test

Whether or not the Plan is accepted by each Impaired Class of Claims entitled to vote on the Plan, in order to confirm the Plan the Bankruptcy Court must, pursuant to section 1129(b)(7) of the Bankruptcy Code, independently determine that the Plan is in the best interests of each holder of a Claim or Interest Impaired by the Plan if the Plan is not unanimously accepted. Thus, the Plan must provide each holder of a Claim or Interest in such impaired Class a recovery on account of such holder's Claim or Interest that has a value, as of the Effective Date, at least equal to the value of the distribution each such holder would receive in a liquidation of the Debtor under chapter 7 of the Bankruptcy Code.

To determine the value that holders of Impaired Claims and Interests would receive if the Debtor were liquidated under chapter 7, the Bankruptcy Court must determine the aggregate dollar amount that would be generated from the liquidation of the Debtor's assets if the Debtor's Chapter 11 Case were converted to a chapter 7 liquidation case and the Debtor's assets were liquidated by a chapter 7 trustee (the "Liquidation Value"). The Liquidation Value would consist of the net proceeds from the disposition of the Debtor's assets, augmented by cash held by the Debtor and reduced by certain increased costs and Claims that arise in a chapter 7 liquidation case that do not arise in a chapter 11 reorganization case.

The Liquidation Value available for satisfaction of general unsecured creditors and Interests in the Debtor would be reduced by: (a) the Claims of Secured Creditors to the extent of the value of their collateral, and (b) the costs, fees and expenses of the liquidation under chapter 7, which would include: (i) the compensation of a trustee and its counsel and other professionals retained, (ii) disposition expenses, (iii) all unpaid expenses incurred by the Debtor during the Chapter 11 Case (such as compensation for attorneys, financial advisors, brokers, auctioneers and accountants and the costs and expenses of members of any statutory committee of unsecured creditors appointed by the United States Trustee pursuant to section 1102 of the Bankruptcy Code and any other such appointed committee) which are allowed in a chapter 7 case, (iv) litigation costs, and (v) Claims arising from the operation of the Debtor during the pendency of the Chapter 11 Case and the chapter 7 liquidation case. The liquidation itself would trigger certain Claims, such as Claims for severance pay and would accelerate other priority payments which would

otherwise be paid in the ordinary course. These Claims would be paid in full out of the liquidation proceeds before the balance would be made available to pay most other Claims or to make any distribution in respect of Interests.

To determine if the Plan is in the best interests of each impaired Class, the present value of the distributions from the proceeds of the liquidation of the Debtor's assets and properties, after subtracting the amounts attributable to the foregoing Claims, costs, fees and expenses, are then compared with the value of the property offered to such Classes of Claims and Interests under the Plan on the Effective Date.

a.     The Debtor's Estimate of Liquidation Value

The Debtor estimates that under its proposed Plan, all priority creditors, both tax and otherwise, will be paid in full in accordance with the Debtor's Plan of Liquidation. The Company further estimates that the general unsecured creditors, excluding insiders, will be paid a pro rata percentage upon distribution of the Excluded Assets that would not be available in Chapter 7. While this is merely an estimate, any distribution expected meets or exceeds the Debtor's Chapter 7 liquidation value at this time.

If, however, the present plan is not acceptable to the creditors, the following is the Debtor's estimate of what could be realized by both secured and unsecured creditors in a liquidation of the assets at this time:

| Asset/Liability | Amount Estimated Liquidation Value | Note |
|---|---|---|
| Real Property | $ 2,000,000 | |
| Vehicles and Equipment | $ 100,000.00 | |
| Personal Property/Contracts | $ 1,000,000.00 | 1 |
| Cash and deposits | $ 5,000.00 | 2 |
| | | |
| Total Asset Value on Liquidation | **$ 3,205,000.00** | |
| | | |
| **Less:** | **Balance of Debt** | |
| Secured Claims | $ 7,380,500 | |
| Administrative Claims in Chapter 7 | $ 50,000.00 | 3 |
| Priority | $ 20,000.00 | |
| Chapter 7 Trustee | $ 55,000.00 | |
| | | |
| **Total :** | **$ 7,505,000.00** | |

DISTRIBUTION of $0 to General Unsecured Creditors holding approximately $5 Million would result in a distribution of zero percent (0%) PAYMENT to any unsecured creditors other than holders of first priority security interests, would occur under Chapter 7. Under the proposed Plan, without Chapter 7 Trustee costs, and the carve out of the Excluded Assets, the distribution would be approximately three percent (3%).

<em>Notes to Liquidation Analysis</em>

1.      *Personal Property has been reduced by 60% for quick liquidation value of poster inventory and 50% liquidation value for remaining personal property. The vehicles and equipment were valued per the asset value allocation in the proposed Purchase and Sale Agreement. The Debtor estimates the artist licensing contracts, estimated as unknown as of the filing date, to be worth approximately $450,000 based upon income stream.*

2.      *Cash and deposits are valued at current face value.*

3       *The balance of unpaid administrative claims includes approximately $15,000 estimated to be owing to Obuchowski & Emens-Butler, Chapter 7 administrative fees and US Trustee fees and possible rejection damages, unable to be estimated at this time.*

b.      Assumptions

The analysis is based on the projected assets and liabilities of the Debtor as of July 6, 2010. Underlying the liquidation analysis are a number of estimates and assumptions that are inherently subject to significant uncertainties and contingencies, many of which are beyond the control of the Debtor. Accordingly, there can be no assurances that the values assumed in the following analysis would be realized if the Debtor were in fact liquidated. Accordingly, although the analysis that follows is necessarily presented with numerical specificity, the actual liquidation values could vary significantly from the amounts set forth below. This analysis has been prepared solely for purposes of estimating proceeds in a complete chapter 7 liquidation, and does not represent values that are appropriate for any other purpose. Variance from the estimates may be caused by, among others, the following:

1.      Nature and timing of sales process. Under section 704 of the Bankruptcy Code, a chapter 7 trustee must, along with its other duties, collect and convert the property of the estate as expeditiously as is compatible with the best interest of the parties. The liquidation analysis assumes there would be pressure to complete the liquidation of the Debtor's operating properties and financial assets over a period of approximately 6-9 months. It is possible that the disposition of certain assets could reasonably exceed 12 months, causing deterioration in the value of the Debtor's estate. The liquidation analysis assumes that the Debtor's business has ceased, that assets are sold for their fair market values on an asset by asset basis, and that realization of any going concern value is not possible.

2.      Discount factor applied to assets. The precise discount attributable to assets in a chapter 7 case cannot be computed on the basis of any known empirical data. Accordingly, for purposes of the liquidation analysis,

assets are valued based on the Debtor's best estimates, which would vary on an asset by asset (and category by category) basis.

3. Estimated liquidation expenses. Such expenses were estimated to be incurred upon liquidation of the Debtor's assets, excluding cash and cash equivalents.

4. Estimated Claims. A conversion to a chapter 7 case would likely result in additional Claims, including Claims resulting from the rejection of executory contracts.

Liquidation values of major operating properties and non-operating assets were based in part upon the financial projection prepared by the Debtor and assume a discount applied to each asset to account for the nature and timing of the sales process. The Debtor applied a discount to all assets, other than cash and cash equivalents, ranging from 0 to 100 percent of their respective going concern values. The precise discount factors attributable to a chapter 7 liquidation are subject to various circumstances. Total chapter 7 expenses are estimated to be approximately $55,000. For purposes of the liquidation analysis, the Debtor has assumed no tax liability. This assumption was based upon the utilization of available tax benefits to offset any gains in the disposition of assets.

c. Conclusion

Due to the numerous uncertainties and time delays associated with liquidation under chapter 7, it is not possible to predict with certainty the outcome of liquidation of the Debtor or the timing of any distribution to creditors. As the Liquidation Analysis and Comparison of Recoveries under the Plan versus Liquidation demonstrate, however, liquidation under chapter 7 of the Bankruptcy Code would result in much lower distributions for most Creditors than that provided for in the Plan.

3. Feasibility

Even if the Plan is accepted by each Class of Claims voting on the Plan, and even if the Bankruptcy Court determines that the Plan satisfies the best interests test, the Bankruptcy Code requires that, in order for the Plan to be confirmed by the Bankruptcy Court, it must be demonstrated that consummation of the Plan is not likely to be followed by liquidation or the need for further financial reorganization of the Debtor. For purposes of determining whether the Plan meets this requirement, the Debtor has analyzed its ability to meet its obligations under the Plan. As part of such analysis, the Debtor has prepared forecasts of the Debtor's cash flow (assuming the transactions contemplated by the Plan are consummated) through October 2011. This assumes payment of interest-only to Wachovia and VEDA. These projections, and the significant assumptions on which they are based, are set forth in Appendix "B" hereto. Based on such projections, the Debtor believes that the Debtor can liquidate in a cost-effective manner, and will be able to make all payments required to be made pursuant to the Plan.

## VIII. ALTERNATIVES TO CONFIRMATION AND CONSUMMATION OF PLAN

If the Plan is not confirmed by the Bankruptcy Court and consummated, the alternatives to the Plan include (A) liquidation of the Debtor under chapter 7 of the Bankruptcy Code and (B) an alternative plan or reorganization.

A.      Liquidation Under Chapter 7

If no plan can be confirmed, the Debtor's Chapter 11 Case may be converted to a case under chapter 7 of the Bankruptcy Code, pursuant to which a trustee would be appointed to liquidate the assets of the Debtor for distribution to creditors and Interest holders in accordance with the priorities established by the Bankruptcy Code. For the reasons discussed above, under "ACCEPTANCE AND CONFIRMATION OF THE PLAN -- Best Interests Test," the Debtor believes that confirmation of the Plan will provide each holder of a Claim entitled to receive a distribution under the Plan with a recovery that is not less (and is expected to be substantially more) than it would receive pursuant to liquidation of the Debtor under chapter 7 of the Bankruptcy Code, especially in light of the proposed carve-out of the Excluded Assets for the benefit of creditors and lack of Chapter 7 trustee fees.

B.      Alternative Plan

If the Plan is not confirmed, the Debtor (or if the Debtor's exclusive period in which to file a plan of reorganization has expired, any other party in interest) may be entitled to file a different plan.  Such a plan might involve either reorganization and continuation of the Debtor's business or an orderly liquidation of its assets.  The Debtor and the members of its Unsecured Creditors Committee have explored various other alternatives in connection with the formulation and development of the Plan.  The Debtor believes the Plan enables holders of Claims to realize the most value under the circumstances.  Further, any alternative plan would likely be less favorable to holders of Claims because, *inter alia*, distributions would be delayed.

## IX.  RISK FACTORS

HOLDERS OF CLAIMS SHOULD READ AND CONSIDER CAREFULLY THE FACTORS SET FORTH BELOW, AS WELL AS THE OTHER INFORMATION SET FORTH IN THIS DISCLOSURE STATEMENT (AND THE DOCUMENTS DELIVERED TOGETHER HEREWITH AND/OR INCORPORATED BY REFERENCE HEREIN), PRIOR TO VOTING TO ACCEPT OR REJECT THE PLAN.

A.      Business Risks

The Debtor is minimally operating to allow it to maintain the minimal operations until sale.  The business risks continue to be minimal since the operating assets of the business are proposed to be sold.

B.      Bankruptcy Risks

        1.      Objection to Classifications

Section 1122 of the Bankruptcy Code provides that a plan may place a claim or an interest in a particular class only if such claim or interest is substantially similar to the other claims or interests of such class.  The Debtor believes that the classification of Claims and Interests under the Plan complies with the requirements set forth in the Bankruptcy Code.  However, there can be no assurance that the Bankruptcy Court would reach the same conclusion.

        2.      Risk of Nonconfirmation of the Plan

Even if all Classes of Claims that are entitled to vote accept the Plan, the Plan might not be confirmed by the Bankruptcy Court.  Section 1129 of the Bankruptcy Code sets forth the requirements for confirmation and requires, among other things, that the confirmation of a plan of reorganization is not likely to be followed by the liquidation or the need for further financial reorganization, and that the value of distributions to dissenting creditors and equity security holders not be less than the value of distributions such creditors and equity security holders would receive if the debtor were liquidated under chapter 7 of the Bankruptcy Code.  The Debtor believes that the Plan satisfies all the requirements for confirmation of a plan under the Bankruptcy Code.  There can be no assurance, however, that the Bankruptcy Court would also conclude that the requirements for confirmation of the Plan have been satisfied.  See "ACCEPTANCE AND CONFIRMATION OF THE PLAN."

There is likely nothing available for the unsecured creditors as was the case at the time of the filing. The proposed Purchase and Sale Agreement carves out some assets to be made available for unsecured creditors.  Given the current state of the Debtor's assets and the liquidation analysis provided above, the Debtor contends that the proposed Plan provides the best option for its creditors.

## X. CERTAIN INFORMATION CONCERNING THE DEBTOR

A.      Regulatory and Legal matters.

        1.      General.  Debtor anticipates commencing no objections to claims following the confirmation date. The Plan provides a proposed mechanism for any claims objections.  The Debtor anticipates no claims objections at this time.

        2.      Related Party Transactions.  For the months of July, August, and part of September of 2009, an insider, Jack Appelman, received a salary from the Debtor.  The total of the payments he received during the year preceding filing was $62,076.96.  Angela Appelman was on the Debtor's payroll until June 11, 2010, and received a total of $46,619 in compensation. Matt Appelman, a son of Jack Appelman, was, and remains, employed by

Applejack as manager of the finished good department. During the year preceding filing Matt Appelman received $56,900 in salary and $5,264.78 in sales' commissions. No other insider, or insider family member, received salaries from the debtor during the year before filing. There were various payments to and from the Debtor and insiders related to reimbursements, rent, commissions and other payments, which transactions have all been itemized and reviewed by the finance manager of the Debtor. Other than the salaries reported above, payments to Mr. Appelman and his family and payments to Mr. Young and his entities were *de minimus* in the year prior to filing, except for payment of rent to Applejack Real Estate Management for rental of the Sunderland property, in the approximate amount of $76,500.00 over the course of the year and one-half.

Also, in the year before filing, a principal of the Debtor, Jack Appelman, together with his wife, Angela Appelman, acquired Bruce McGaw Graphics, in part through a loan from the Debtor. All transactions between the newly formed McGaw Graphics, Inc. and the Debtor are set forth in the spreadsheet entitled Applejack Loan Disbursement and Repayment Schedule, which is available upon request. The Debtor's finance manager has reviewed all payments from McGaw Graphics, Inc. to Applejack and shows that the purchase loan has been fully repaid.

The other related party transactions consist of non-cash accounting transactions between McGaw Graphics, Inc. and the Debtor. The Debtor's finance manager has created a spreadsheet showing all non-cash transactions between McGaw Graphics, Inc. and the Debtor, which mainly consist of exchanging print credits, rental credits and further extension of monies from McGaw to the Debtor to cover payment to employees prior to and after the filing. The transactions accounting shows that the non-cash transactions are essentially in balance between the two companies, except for McGaw's need to write-off considerable balances owing from the Debtor which are presumably not collectible. McGaw is not a creditor of the Debtor. All transaction spreadsheets are available upon request.

B.       Key Management.

No change in key management is expected as the Debtor will be liquidating.

C.       Compensation

All anticipated compensation has been set forth in the Debtor's operating statements. Only the $5,000 administrative fund for the Plan Fund distribution costs and costs of final tax return preparation is anticipated.

## XI. FINANCIAL AND LEGAL ADVISORS; FEES AND EXPENSES.

The Company has employed and at the commencement of this Chapter 11 proceeding, the United States Bankruptcy Court approved the employment of the law firm of OBUCHOWSKI & EMENS-BUTLER, P.C., as Bankruptcy Counsel to the Debtor. At the commencement of the case, the Company was to have paid a pre-petition

retainer to OBUCHOWSKI & EMENS-BUTLER, P.C., as legal counsel, in the amount of approximately $17,000 ($17,000.00) dollars, has been fully billed against. It is contemplated that professional fees and expenses during the course of the proceeding, and post-confirmation may be approximately $30,000.00, total. The balance of any Allowed fees shall be paid as an Administrative Expense after a Final Fee Application and only after Allowance by this Court. Obuchowski & Emens-Butler will be required to file Fee Applications with the Court to receive ultimate approval of the fees incurred as Allowed Administrative Expenses.

## XII. CONCLUSION

Based upon the foregoing analysis, it is the Debtor's belief that the Debtor's Proposed Plan of Liquidation is in the best interests of the creditors of APPLEJACK ART PARTNERS, INC., and that the claimants should vote favorably for the Plan.

DATED at Manchester, Vermont this 20th day of May, 2011.

Respectfully submitted,

APPLEJACK ART PARTNERS, INC.

By: _____
Jack Appelman, President
APPLEJACK ART PARTNERS, INC.

_/s/ Jennifer Emens-Butler_
Jennifer Emens-Butler, Esq.
Counsel to Debtor in Possession
OBUCHOWSKI & EMENS-BUTLER, P.C.
PO Box 60, Route 107
Bethel, Vermont 05032
(802) 234-6244
jennifer@oeblaw.com

EXHIBIT "A"

PURCHASE AND SALE AGREEMENT DATED 1/19/11 with Excluded Asset list
(remaining attachments available upon request)

# ASSET PURCHASE AGREEMENT

**ASSET PURCHASE AGREEMENT** dated as of January *19*, 2011 (the "*Agreement*"), by and between **PROTOCOL MANAGEMENT SOLUTIONS, LTD.**, a United Kingdom Limited Company ("*Buyer*") and **APPLEJACK ART PARTNERS, INC.**, a Vermont Corporation with a principal place of business in Manchester Center, Vermont ("*Seller*"). Each of the Seller and Buyer may hereafter be referred to as a "**Party**" and collectively as the "**Parties**."

## W I T N E S S E T H:

WHEREAS, Seller owns and operates a business that publishes and licenses art, and sells finished art products (the "*Business*"); and

WHEREAS, Seller has experienced substantial financial difficulties and has determined that it is in its best interest to file for bankruptcy protection and sell its business and assets as a going concern free and clear of all liens and encumbrances; and

WHEREAS, Seller filed a petition for bankruptcy protection on or about July 6, 2010 (the "*Filing Date*" and Seller's Bankruptcy case is referred to as the "*Bankruptcy Case*") under Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy for the District of Vermont (the "*Bankruptcy Court*"); and

WHEREAS, Buyer is the holder of certain notes from Seller totaling approximately One Million Seven Hundred Thousand Dollars ($1,700,000.00), and has a perfected priority security interest in all assets, tangible and intangible, of Seller; and

WHEREAS, Seller desires to sell to Buyer, and Buyer desires to purchase from Seller, selected assets free and clear of all debts, claims, liens, taxes, mortgages, and any other liabilities of the Seller pursuant to 11 U.S.C. 363(b) and (f).

NOW, THEREFORE, in consideration of the mutual promises and agreements set forth in this Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the Parties agree as follows:

## ARTICLE 1: TERMS OF TRANSACTION

**1.01    Purchased Assets.** In exchange for the consideration provided in Section 1.05 (Purchase Price) of this Agreement, in reliance upon the representations, warranties, agreements and undertakings herein contained, and subject to the conditions set forth in Articles 5, 6 and 7, Seller shall convey, transfer, assign, and deliver to Buyer at Closing hereunder, and Buyer shall purchase and accept certain assets, rights and properties, tangible and intangible, of Seller (the "*Purchased Assets*" and "*Acquired Assets*"), excepting the Excluded Assets (defined herein). Buyer shall purchase the Acquired Assets free and clear of any and all debts, liens, taxes, claims (as claim is defined in Section 101(5) of the Bankruptcy Code) and other Encumbrances and liabilities of Seller or its bankruptcy estate of whatever kind or nature, including but not limited to any and all security interests, landlord's liens, warehouseman's liens, mortgages, pledges, charges, suits, licenses options, rights of recovery, judgments, rights of first refusal, orders and decrees of any court or foreign or domestic governmental entity, interest, covenants, restrictions,

indentures, instruments, leases, options, contracts, agreements, claims for reimbursement, contribution, indemnity or exoneration, successor, products liability, environmental, taxes, labor, alter ego and other liabilities (collectively "*Claims*"), it being understood and agreed that Buyer does not and shall not assume or become liable for any debts, liabilities or Claims of Seller in connection with the prior operation of Seller's business, including any claim of negligence, products liability, breach of contract or labor related obligations arising out of collective bargaining agreements or otherwise. All assets being conveyed herein shall be in "as is," "where is" form and shall have no warranties other than Seller's marketable title. The Acquired Assets include, without limitation:

(a) all art inventory, including all originals, open edition and limited edition prints, all paper, canvas, wood, metal, resin, and porcelain art products, all framing products and supplies, all printing products and supplies, shipping products and supplies, boxes, packaging, wrapping, and products, and all warehouse supplies located in the Manchester and Sunderland facilities of Seller (the "*Inventory*");

(b) all accounts receivable (the "*Accounts Receivable*"), see list attached hereto as Schedule 1.01(b);

(c) all existing operating equipment, manufacturing equipment, office equipment, furniture, fixtures, computers, computer files, and books, together with related spare parts and accessories, including all property and equipment listed on the attached Schedule 1.01(c)(the "*Fixed Assets*");

(d) all prepaid assets or other credits, deferred charges, advance payments, security deposits, returns to and rebates from vendors, and prepaid items arising prior to the Closing;

(e) all motor vehicles, including any trucks, vans, forklifts, sweepers, and other vehicles, whether gas, diesel, or electric powered, including those listed on the attached Schedule 1.01 (e);

(f) all customer lists, customer relationships, customer files, customer product specifications, historical sales and price information, vendor and supplier lists, historical vendor and supplier purchase and price information, marketing plans, market studies, customer proposals and all other files and records and business, records relating to the production, marketing and sale of Seller's products (the "*Business Records*"), but not the certificate of formation, minute books, stock transfer records, accounting and financial records or other corporate records of Seller (the "*Corporate Records*");

(g) all contracts, licenses, and agreements, and all manufacturing agreements in which Seller is the Licensor ("*Assumed Contracts*"), as well as all work-for-hire artist agreements and those artist agreements, contracts and licenses and equipment leases, relating to the Business which are listed on Schedule 1.01(g), and those licensing agreements added hereafter, it being understood that Seller shall not be required to obtain any consents to transfer contracts from counterparties; and

(h) The trade name Applejack Art Partners, all Goodwill, business know-how, copyrights, patent rights, trade secret rights, trademark rights, database rights, domain names, web sites, and other intellectual property rights, all phone numbers associated with Seller's business, and all business, contract rights and goodwill in, incorporated or embodied in, used to develop or produce or use, related to any of Seller's web site(s), including all source codes, object codes, tools, graphics, applications, demonstration version, microsites, prototypes, specifications, requirements, templates, equipment, databases, and database information training materials and other technology, information and materials relating to or necessary or useful in connection with any website owned, hosted, operated, or maintained by Seller, including all websites and domain names identified on the attached Schedule 1.01(h);

(i) Those certain claims and causes of action of Seller listed on the attached Schedule 1.01(i).

1.02 **Excluded Assets**. Notwithstanding anything to the contrary in Section 1.01 (Acquired Assets) or any other provision of this Agreement, the following specified rights, properties and assets of Seller (the "*Excluded Assets*"), shall not be included in the Acquired Assets and shall not be transferred to Buyer:

(a) the Corporate Records;

(b) all cash and cash equivalents on hand and in banks;

(c) all rights of Seller under this Agreement and all cash and non-cash consideration payable or deliverable to Seller under this Agreement;

(d) all artist contracts, leases and other contracts identified on Schedule 1.02(d);

(e) all causes of action belonging to Seller or its bankruptcy estate, including, but not limited to, any causes of action arising under Chapter 5 of the Bankruptcy Code, except those causes of action listed on the attached Schedule 1.01(i);

(f) all materials subject to any attorney-client or other privilege as well as any information concerning employees, the disclosure of which would violate an employee's reasonable expectation of privacy; and

(g) all insurance policies and rights thereunder;

(h) all rights to refunds or recoupment of taxes of the Seller for periods ending on or before the Closing Date.

(i) all poster and print inventory listed on the attached Schedule 1.02(i).

1.03 **Assumption of Certain Liabilities**. At Closing, Buyer shall assume only the following liabilities of Seller, all of which are specifically identified on the attached Schedule

1.03, relating to the Business (the "***Assumed Liabilities***"):

(a) accounts payable arising from operations for the period beginning on and following the Closing Date;

(b) accrued operating expenses for the period beginning on and following the Closing Date; and

(c) all executory liabilities and obligations of Seller not required to be performed prior to Closing under or in connection with any contracts described in Sections 1.01(g) above;

(d) any prepaid expenses relating to the prepaid assets will be reimbursed to the ***Seller at Closing;***

(e) any lease payments for the period beginning on and following the Closing Date pursuant to leases relating to the Fixed Assets;

**1.04 Excluded Liabilities**. Buyer shall not assume and shall not be deemed to have assumed or otherwise be liable for any debts, Claims, obligations or other liability of Seller or its bankruptcy estate whatsoever, all of which shall remain the sole responsibility and obligation of Seller.

**1.05 Purchase Price and Deposit**. The purchase price for the Acquired Assets shall be One Million Seven Hundred Thousand Dollars ($1,700,000) (the "***Purchase Price***"), payable as follows:

(a) The Purchaser may exercise its right to credit bid under Section 363(k) and/or under the terms of any plan under Section 1129(b)(2)(A)ii of the Bankruptcy Code for the entire Purchase Price.

(b) **Allocation**. The Purchase Price shall be allocated among the Purchased Assets in the manner required by Section 1060 of the Internal Revenue Code of 1986, as amended (the "***Price Allocation***"). The purchase Price shall be allocated among the Purchased Assets in accordance with Schedule 1.05(c). Each party agrees to timely file an IRS Form 8594 reflecting the Price Allocation for the taxable year that includes the Closing Date and to make any timely filing required by applicable state or local laws. Each party hereto shall adopt and utilize the Price Allocation for purposes of all tax returns filed by them and shall not voluntarily take any position inconsistent with the foregoing in connection with any examination of any tax return, and refund claim, any litigation proceeding or otherwise. In the event that the Price Allocation is disputed by any taxing authority, the Party receiving the notice of the dispute shall promptly notify the other Party of such dispute and the Parties shall cooperate in good faith in responding to such dispute in order to preserve the effectiveness of the Price Allocation.

(c) **Prorations**. All obligations due with respect to the Purchased Assets for periods prior to the Closing Date shall be paid in full or otherwise satisfied by Seller at closing, and all obligations due with respect to the Purchased Assets for periods from and after the Closing Date shall be paid in full or otherwise satisfied when due by Buyer. The covenant under

this Section 1.05(d) shall survive the termination of this Agreement.

**1.06    Assignment and Assumption Agreement**.  Seller and Buyer shall confirm the agreements set forth in this Article 1 at Closing by executing and delivering at the Closing an assignment and assumption agreement substantially in the form attached as <u>Exhibit A</u> hereto (the "*Assignment and Assumption Agreement*").

**1.06    Licenses.**  Seller and Buyer understand that certain licenses may prohibit assignment and assumption by Buyer without the written consent of the Licensor.  To the extent that any of Seller's licenses may potentially prohibit such assignment, Seller agrees to cooperate with Buyer, using its best efforts, to obtain written consent for any such Licensee.

## ARTICLE 2:  CLOSING.

**2.01    Time and Place of Closing**.  The Closing hereunder shall take place at the offices of Eichel & Teason in Manchester, Vermont at noon, Eastern Standard Time, (a) within three (3) Business Days after all of the conditions set forth in Article 7 have been satisfied or waived (or such longer period after such conditions have been satisfied as may be required by the Sale Order under the provisions of the Federal Rules of Bankruptcy Procedure 6004(g) or 6006(d), or (b)on such other date as the Parties mutually agree upon so long as Buyer is deemed a good faith purchaser under 11 U.S.C. 363(m), but no later than sixty (60) days from the Filing Date, time being of the essence (the "*Closing*").  The date on which the Closing occurs in accordance with the foregoing, and effective upon receipt of the Purchase Price, is referred to in this Agreement as the "*Closing Date*."

**2.02    Deliveries by Seller at Closing**.  At the Closing, Seller shall deliver or cause to be delivered to Buyer:

(a) the Bill of Sale in substantially the form of <u>Exhibit B</u> hereto executed by Seller;

(b) the Assignment and Assumption Agreement;

(c) a certificate executed by Seller, certifying that each representation and warranty made by Seller in this Agreement is true and correct as of Closing and that each of the acts and undertakings of Seller under this Agreement has been duly authorized and performed in every respect on or before the Closing; and

(d) a release of any security interest, lien, and UCC filing related to the Purchased Assets;

(e) evidence of the approval of the requisite majority of members of Seller authorizing Seller to enter into the transactions contemplated by this Agreement and the other documents described in this Section 2.02 (collectively, the "*Seller's Transaction Documents*");

**2.03    Deliveries by Buyer at Closing**.  At Closing, Buyer shall deliver or cause to be delivered to Seller:

(a)  The Purchase Price described in Section 1.05 above;

(b)  the Assignment and Assumption Agreement executed by Buyer;

(c)  such other documents and agreements or other instruments necessary in the reasonable judgment of Seller, to effectuate the transactions contemplated by this Agreement;

(d)  certified resolutions authorizing Buyer to enter into the transactions contemplated by this Agreement and the other documents described in this Section 2.03 (collectively, the "**Buyer's Transaction Documents**," and together with Seller's Transaction Documents, the "**Transaction Documents**"); and

## ARTICLE 3: REPRESENTATIONS AND WARRANTIES OF THE SELLER

Seller hereby represents and warrants to Buyer as follows:

**3.01    Organization and Standing**.  Seller is a corporation duly organized, validly existing and in good standing under the laws of Vermont, with all requisite limited liability company power and authority to own all of its properties and assets, to carry on its business as it is now conducted and to enter into and perform the transactions contemplated hereby.

**3.02    Authorization**.  The execution, delivery and performance of this Agreement and the transactions contemplated hereby by Seller have been duly authorized by all necessary corporate action, and this Agreement and the documents to be executed and delivered herewith by Seller are valid, legally binding and enforceable obligations of Seller, enforceable in accordance with their terms, except as such terms may be limited by bankruptcy, insolvency or similar laws or equitable principles relating to or affecting the enforceability of such terms. The execution, delivery, and performance of the transaction documents by Seller will not (a) violate any provision of the Certificate of Formation or Operating Agreement of Seller; (b) violate, conflict with or result in a modification of the effect of, or otherwise give any other contracting party the right to terminate, or constitute (or with notice or lapse of time or both, constitute) a default under, or result in the termination of, or accelerate the performance required by, or cause the acceleration of the maturity of any liability or obligation pursuant to, or result in the creation or imposition of any security interest, lien, charge or other encumbrance upon, Seller, the Business or the Acquired Assets under (i) any statute or law or any judgment, decree, order, award, writ, injunction, regulation or rule of any court, arbitrator or governmental or regulatory authority, or (ii) any note, bond, mortgage, indenture, deed of trust, license, lease, instrument, contract, commitment, understanding, arrangement, agreement or restriction of any kind or character; or (c) violate any statute, law or regulation as such statute, law or regulation relates to Seller, the  Business or the Acquired Assets.

**3.03   Title to Assets.**  On the Closing Date, Buyer shall acquire title to all of Seller's right, title and interest in the Purchased Assets, free and clear of any and all Encumbrances other than Encumbrances disclosed on Schedule 3.03.

**3.04   Claims, Litigation and Disputes.**  To Seller's knowledge, except (i) as set forth on Schedule 3.04 and (ii) for the Bankruptcy Case, there is no pending proceeding before a Governmental entity adversely affecting (A) Seller's ability to perform its obligations hereunder or (B) the ownership, use, maintenance or operation of the Purchased Assets by Seller, that in any such case if determined adversely to Seller, would reasonably be expected to have a material adverse effect.

**3.05   Absence of Broker.**  No broker or finder has acted for the Seller in connection with the transactions contemplated by this Agreement and no broker or finder is entitled to any broker's or finder's fee or other commissions based in any way on agreements with or representations by the Seller.

**3.06   Contracts.**  Except as disclosed in Schedule 3.06 hereto, each contract, agreement and commitment in connection with the Acquired Assets to which the Seller is a party was made in the ordinary course of business, and, to the best knowledge of Seller, is in full force and effect.

**3.07   Compliance With Laws.**  The Seller is in compliance with all material laws applicable to the Business, except in any case where the failure to be in compliance would not have a material adverse effect.  To Seller's knowledge, Seller has not received any written notice within the past 12 months relating to the violation or violations or alleged violations of any applicable law or order, where the failure to cure would result in a material adverse effect.

**3.08   Employees.**  Seller is not a party to any written or oral employment, consulting, service, severance, or pension agreement except for those described on Schedule 3.08. Buyer and Seller agree that, following the execution of this Agreement and prior to the Closing Date, Buyer shall be allowed to discuss with employees, officers, and directors currently or previously employed or otherwise compensated by Seller in connection with the business ("***Business Employees***") the possibility of employment with Buyer and shall be allowed, but shall not be obligated, to employ such persons effective as of the Closing Date on such terms and conditions as may be negotiated among Buyer and such persons.

**3.09**   WARN Act and COBRA.  If applicable, Seller shall be responsible for any notice required under or liability associated with the Worker Adjustment and Retraining Notification Act (29 U.S.C. §§2101-2109), COBRA group health plan continuation coverage (29 U.S.C. §§601-608 and 26 U.S.C. §4980B) and any applicable State or local plant closing, mass layoff, relocation, or severance, or continuation coverage laws associated with the Business Employees which takes place or arises on or before the Closing Date.  Buyer will agree to administer any COBRA plans of the seller for a period not to exceed nine months after closing, but Seller will agree to advance or reimburse any associated fees and expenses.

**3.10   Business Acumen.**  Seller has such knowledge and experience in financial and business matters so as to be capable of evaluating the relative merits of this transaction, as well as the structure of the transaction, and has engaged the assistance of legal counsel, accountants

and/or other experts to assist it, and its owners, in such evaluation, and has not relied upon the suggestions or advice of Buyer in structuring the financial components of this transaction.

**3.11    Representations and Warranties**.  No representation or warranty by the Seller in this Agreement contains any untrue statement of a material fact, or omits or will omit to state a material fact necessary to make the statements contained therein not misleading.    Such representations and warranties set forth herein shall be true on and as of Closing as though such representations and warranties had been made at that time.

## ARTICLE 4:  REPRESENTATIONS AND WARRANTIES OF BUYER

Buyer hereby represents and warrants to Seller as follows:

**4.01    Organization and Standing.**  Buyer is a Limited Company validly existing and in good standing, with all requisite power and authority to own all of its properties and assets, to carry on its business as it is now conducted and to enter into and perform the transactions contemplated hereby.

**4.02    Authorization.**  The execution, delivery and performance by Buyer of each of the Buyer's Transaction Documents and the actions provided for thereon have been duly authorized by all necessary proceedings on its part and will not violate the provisions of the organizational documents of Buyer or any laws or regulations or of any agreement, instrument or obligation to which Buyer is a part or by which Buyer is bound or affected.  This Agreement is binding in accordance with its terms upon Buyer.  No third party consents are required for Buyer to enter into any of the transactions provided for in this Agreement.

**4.03    Absence of Broker.**  No broker or finder has acted for Buyer in connection with the transactions contemplated by this agreement and no broker or finder is entitled to any broker's or finder's fee or other commissions based in any way on agreements with or representations by Buyer.

**4.04    Business Acumen.**  Buyer has such knowledge and experience in financial and business matters so as to be capable of evaluating the relative merits of this transaction, as well as the structure of the transaction, and has engaged the assistance of legal counsel, accountants and/or other experts to assist it, and its owners, in such evaluation, and has not relied upon the suggestions or advice of Seller in structuring the financial components of this transaction.

**4.05    Disclaimer.**  BUYER HEREBY ACKOWLEDGES AND AGREES THAT, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN SECTION 3 ABOVE AND OTHERWISE EXPRESSLY STATED IN THIS AGREEMENT OR ANY ANCILLARY DOCUMENT, SELLER MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOVEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER RELATING TO THE PURCHASED ASSETS INCLUDING, WITHOUT LIMITATION, INCOME TO BE DERIVED OR EXPENSES TO BE INCURRED IN CONNECTION WITH THE PURCHASED ASSETS, THE VALUE OF THE PURCHASED ASSETS, TITLE TO THE PURCHASED ASSETS (OR ANY PORTION THEREOF), OR ANY OTHER MATTER OR THING RELATING TO THE PURCHASED ASSETS OR ANY PORTION THEREOF.

WITHOUT IN ANY WAY LIMITING THIS THE FOREGOING, SELLER HEREBY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AS TO ANY PORTION OF THE PURCHASED ASSETS. BUYER FURTHER ACKNOLWEDGES THAT BUYER HAS CONDUCTED AN INDEPENDENT INSPECTION AND INVESTIGATION OF THE PHYSICAL CONDITION OF THE PURCHASED ASSETS AS BUYER DEEMED NECESSARY OR APPROPRIATE AND THAT IN PROCEEDING WITH ITS ACQUISITION OF THE PURCHASED ASSETS, EXCEPT FOR ANY REPRESENTATIONS AND WARRANTIES EXPRESSLY SET FORTH IN SECTION 3, BUYER IS DOING SO BASED SOLELY UPON SUCH INDEPENDENT INSPECTIONS AND INVESTIGATIONS. ACCORDINGLY, BUYER WILL ACCEPT THE PURCHASED ASSETS AT THE CLOSING "AS IS," "WHERE IS," AND "WITH ALL FAULTS" INCLUDING THE INVENTORY WHICH IS PURCHASED STRICTLY WITHOUT ANY POSSIBLE REPRESENTATIONS OR WARRANTIES.

## ARTICLE 5: CONDUCT PRIOR TO THE CLOSING

**5.01    Access and Information.**  Subject to the right of Seller to limit access to certain proprietary or confidential information prior to entry of the Sale Order and satisfaction of all conditions to Closing, upon prior notice to Seller, Seller shall  afford to Buyer and to Buyer's financial advisors, legal counsel, accountants, consultants, and other authorized representatives, access during normal business hours throughout the period prior to the Closing Date, upon reasonable notice, to its books, records, properties, plants, and personnel relating to the Purchased Assets and, during any such period, shall furnish as promptly as practicable to Purchaser, at Purchaser's expense, copies of such books and records as Purchaser shall reasonably request.

**5.02    Conduct of Business Pending Closing.**  Subject to any obligations as debtors in possession under the Bankruptcy Code and except as otherwise expressly contemplated by this Agreement or the Orders of the Bankruptcy Court or except as described on Schedule 5.02 hereto, from the date hereof until the Closing Date, Seller shall use commercially reasonable efforts to conduct the Business substantially in the manner as conducted on the date of this Agreement.  Without limiting the generality of the foregoing, subject to any obligations as debtors in possession under the bankruptcy Code and except as otherwise expressly contemplated by this Agreement or the Orders of the bankruptcy Court or with the prior written consent of Purchaser (which consent shall not be unreasonably withheld or delayed), from the date hereof until the Closing Date, Seller shall:

(a)    Use, preserve and maintain the Purchased Assets in the ordinary course of business and not cause material damage to or destruction or loss of any such Purchased Assets;

(b)    Continue to maintain the insurance covering the Purchased Assets in effect as of the date of this Agreement;

(c)    Not commit any act or omit to do any act, nor permit any act or omission to act, which causes a material breach of any Assumed Contract except for any act or omission in

connection with or as a result of the bankruptcy Case or the holdback of payments to vendors on or after the Filing Date;

(d)     Except in the ordinary course of business and except for sales of Equipment, not enter into any agreement or agreements for the sale of a material amount of any of the Purchased Assets unless any such item of Equipment is no longer necessary for the operation of the Business; and

(e)     Not, without prior consent of Purchaser, grant any raises or bonuses to employees, except such raises or bonuses or fringe benefits provided in any key employee retention plan or other employee incentive or severance plan approved by the Bankruptcy Court prior to the Closing.

**5.03  Cure Amounts.**  The cure amounts, as determined by the Bankruptcy Court, if any, necessary to cure all defaults and to pay all actual or pecuniary losses that have resulted from such defaults under the Assumed Contracts, shall be paid by Seller, on or before Closing, and not by Purchaser.  Purchaser shall have no liability for any cure amounts.

**5.04  Bankruptcy Auction and Approval.**  This Agreement shall be subject to the consideration of higher or better offers submitted at an auction (the "Auction"), and to the issuance by the Bankruptcy Court of an order approving this Agreement and the sale by Seller to Buyer of the Purchased Assets, free and clear of all liens and interests in the property pursuant to Bankruptcy Code Section 363(f) and (m) and authorizing the assumption and assignment of the Assumed Contracts pursuant to bankruptcy Code Section 365 (the "Sale Order").

**5.05  Commercially Reasonable Efforts; Transfer of Assets.**  Seller shall use commercially reasonable efforts to obtain the Sale Order required for the consummation of the transactions contemplated by this Agreement subject to Seller's right to accept higher or better offers at Auction.

## ARTICLE 6:  CONDITIONS PRECEDENT TO BUYER'S OBLIGATIONS HEREUNDER

**6.01**     The obligations of Buyer hereunder are subject to the satisfaction at Closing, or prior thereto as may be provided herein or agreed upon by the parties, of the following conditions:

(a)     Each of the acts and undertakings of the Seller to be performed on or before Closing hereunder, pursuant to the terms hereof, including, but not limited to, the deliveries described in Section 2.02 (Deliveries by Seller at Closing), shall have been duly performed in every respect;

(b)  The representations and warranties made by the Seller in this Agreement shall be true and correct at and as of Closing;

(c)     No action, suit, investigation or other proceeding relating to the transactions contemplated hereby shall have been instituted or threatened before any court or by any governmental body which seeks to restrain, enjoin or modify in any material respect the transactions contemplated hereby, or which seeks material damages or other material relief in

connection therewith, and no law, rule or regulation shall have been enacted, issued or promulgated which creates a substantial risk that such transactions may be restrained, modified in any material respect, or adjudged illegal or invalid for any reason;

(d)     The Sale Order shall have been entered by the bankruptcy Court and the effectiveness of the Sale Order shall not have been modified, reversed, vacated, stayed, restrained or enjoined on the Closing Date;

(e)     To the extent not addressed or covered  by the Sale Order, Seller shall have received the consent of all third parties holding Encumbrances, Claims or interests against the Purchased Assets to the release of all such Encumbrances, Claims and interests in the Purchased Assets as required under 11 U.S.C. 363(b) and (f);

(f)     Seller shall have delivered to Buyer such bills of sale, deed, endorsements, assignments, and other good and sufficient instruments of conveyance and transfer, in form and substance reasonably satisfactory to Buyer and its counsel, as are effective to vest in Buyer good and marketable title to all of Seller's interest in the Purchased Assets free and clear of any encumbrances or Claims; and

(g) Seller shall have obtained approval of the Bankruptcy Court for the expense reimbursement and Break-up fee described in 9.04 below.

## ARTICLE 7:  CONDITIONS PRECEDENT TO THE OBLIGATIONS HEREUNDER OF THE SELLER

**7.01**   The obligations of the Seller to convey, transfer, assign and deliver the assets referred to herein are subject to the satisfaction at Closing, or prior thereto as may be agreed upon by the parties, of the following conditions:

(a)     Each of the acts and undertakings of Buyer to be performed on or before Closing hereunder pursuant to the terms hereof, including without limitation the deliveries described in Section 2.03 (Deliveries by Buyer at Closing), shall have been duly performed

(b)     The representations and warranties made by Buyer in this Agreement shall be correct at and as of Closing.  The acceptance by the Buyer at Closing of Seller's delivery of the items described in Section 2.02 (Deliveries by Seller at Closing) hereof shall constitute Buyer's further representation and warranty as to the correctness of Buyer's representations warranties, as applicable, at and as of the Closing;

(c)     No action, suit, investigation or other proceeding relating to the transactions contemplated hereby shall have been instituted or threatened before any court or by any governmental body which seeks to restrain, enjoin or modify in any material respect the transactions contemplated hereby, or which seeks material damages or other material relief in connection therewith, and no law, rule or regulation shall have been enacted, issued or promulgated which creates a substantial risk that such transactions may be restrained, modified in any material respect, or adjudged illegal or invalid for any reason;

(d)     The Sale Order shall have been entered by the Bankruptcy Court and the

effectiveness of the Sale Order shall not have been modified, reversed, vacated, stayed, restrained or enjoined o the Closing Date;

       (e)     To the extent not addressed or covered by the Sale Order, Seller shall have received the consent of all third parties holding Encumbrances, Claims or interests against the Purchased Assets to the release of all such Encumbrances, Claims and interests in the Purchased Assets as required under 11 U.S.C. 363(b) and (f).

## ARTICLE 8: ADDITIONAL AGREEMENTS

**8.01 Further Assurances.** Following the Closing and upon request of Buyer or Seller, as the case may be, and without further consideration, Seller or Buyer shall deliver to the other all further bills of sale, endorsements, assignments, financing or other statements, agreements and other instruments of conveyance, transfer, assignment and delivery and all powers of attorney as may be required for the better conveyance, transfer, assignment, delivery, creation, perfection, completion or otherwise to effectuate all of the transactions, including without limitation, motor vehicle certificates of title duly endorsed for transfer to Buyer and/or assignment of motor vehicle leases, contemplated by this Agreement.

**8.02 Certain Notifications.** At all times prior to Closing, each party hereto shall as promptly as reasonably practicable, notify the other in writing of the occurrence of any event as to which it obtains knowledge that is reasonably likely to result in the failure of a condition specified in Article 5 and Article 6.

**8.03 Access to Corporate and Business Records.** Upon reasonable advance notice following the Closing, upon request of Buyer or Seller, as the case may be, and without further consideration, Seller or Buyer, as the case may be, shall at no charge make available to the other party all Business Records or Corporate Records for use by either Buyer or Seller, as the case may be.

**8.04 Vermont Bulk Sales.** If applicable, Seller and Buyer shall comply with the requirements of the Vermont Department of Taxes regarding bulk sales and employment taxes. Buyer shall, if applicable, obtain a bulk sales certificate, and any other required tax certificate, indicating that all tax obligations and required contributions of the company have been satisfied, or will be satisfied, at closing. Seller shall indemnify and hold Buyer harmless from and against any and all liabilities related to the above.

## ARTICLE 9: TERMINATION

**9.01** Termination by Mutual Consent. This Agreement may be terminated at any time prior to the Closing by Mutual written agreement of Seller and Buyer.

**9.02** Termination by Seller. Seller may terminate this Agreement at any time prior to the Closing Date if:

(a)    there has been a material breach by Buyer of any of its representations or warranties contained in this Agreement which breach is not cured within ten (10) Business Days after written notice thereof;

(b)   the conditions to the obligations of Seller set forth herein shall not have been waived or satisfied on or before the Termination Date or such earlier date as may be specified therefore, including, without limitation, as a result of an overbid by a third party that results in a Sale Order for the transactions contemplated hereby not being entered by the Bankruptcy Court;

(c)   there shall be in effect a final non-appealable court order restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated hereby; or

(d)   the Closing Date shall not have occurred on or prior to sixty (60) days from the Filing Date (the "Termination Date"); provided, however, that the right to terminate shall not be available under this Section 9.02(d) if the Closing shall not have occurred by such date as a result of the failure of Seller to fulfill any of its obligations under this Agreement.

9.03   Termination by Buyer.  Buyer may terminate this Agreement at any time prior to the Closing Date if:

(a)   there has been a material breach by Seller of any of its representations or warranties contained in this Agreement which breach is not cured within ten (10) Business Days after written notice thereof;

(b)   the conditions or obligations of Buyer set forth herein shall not have been waived or satisfied on or before the Termination Date or such earlier date as may be specified therefore;

(c)   there shall be in effect a final non-appealable court order restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated hereby;

(d)   the entry of an order by the Bankruptcy Court authorizing the sale of the Purchased Assets of Seller to any entity other than Buyer; or

(e)   the Closing Date shall not have occurred on or prior to sixty (60) days from the Filing Date (the "Termination Date"); provided, however, that the right to terminate shall not be available under this Section 9.03(e) if the Closing shall not have occurred by such date as a result of the failure of Seller to fulfill any of its obligations under this Agreement.


### ARTICLE 10:  MISCELLANEOUS

10.01  **Benefit; Assignment; Survival**.  This Agreement shall not be assignable by either Party without the prior written consent of the other Party.  This Agreement shall inure to the benefit of and be binding upon the Parties hereto, and their successors and permitted assigns. The Parties specifically acknowledge and agree that the Seller as debtor-in-possession under the bankruptcy Code and any trustee appointed for Seller under the bankruptcy Code shall be

entitled to the benefit of this Agreement.  Nothing in this Agreement, express or implied, is intended to confer on any person other than the Parties hereto, and their respective successors and permitted assigns, any rights, remedies, obligations or liabilities under or by reason of this Agreement.

**10.02  Amendment**.  This Agreement and the other Transaction Documents may be amended only by a written agreement of the parties.  However, a party may in a writing signed only by such party (a) extend the time for the performance of any of the obligations of another party, (b) waive any inaccuracies in representations and warranties by another party, (c) waive compliance by another party with any of the obligations contained in this Agreement, and (d) waive the fulfillment of any condition that is precedent to performance by the party so waiving of any of its obligations under this Agreement.

**10.03  Best Efforts**.  Seller and Buyer shall use their respective best efforts with respect to matters within their control to cause the transactions contemplated by this Agreement to be consummated.

**10.04  Remedies Cumulative**.  No remedy conferred by any of the specific provisions of this Agreement or any other Transaction Document is intended to be exclusive of any other remedy, and each remedy shall be cumulative and shall be in addition to every other remedy provided herein or by law or otherwise. The election of any one or more remedies by any party shall not constitute a waiver of the right to pursue other available remedies.

**10.05  Expenses.**  All costs and expenses incurred in connection with this Agreement and the transactions contemplated thereby shall be paid by the party incurring such cost or expense provided, however that sales tax, if any, for equipment and property included in the Acquired Assets shall be paid by Buyer, and the real estate transfer taxes shall be paid pursuant to Vermont law, practice and custom.

**10.06  Governing Law**.  This Agreement and the other Transaction Documents shall be governed by and enforced in accordance with the internal laws of the State of Vermont, without reference to conflict of law principles.  The parties shall participate in mediation to attempt to resolve any dispute, controversy or claim that arises in relation to this Agreement. Buyer and Seller agree that upon filing Seller's filing bankruptcy, all disputes arising hereunder shall, prior to the issuance of a final decree from the bankruptcy Court closing the Bankruptcy Case, be resolved by the Bankruptcy Court which shall have exclusive jurisdiction over all disputes and other matters relating to the interpretation and enforcement of this Agreement or any ancillary document executed pursuant hereto, and Buyer expressly consents to and agrees not to contest such exclusive jurisdiction.  If the Bankruptcy Court does not have or abstains from exercising such jurisdiction, Buyer expressly consents to and agrees not to contest the non exclusive jurisdiction of the courts of the state of Vermont and, to the extent permitted by applicable law, of any Federal Court in Vermont.

**10.07  Notices**.  Any notices or other communications required or permitted hereunder or under any other Transaction Document shall be sufficiently given if sent by registered or certified mail, postage prepaid, by facsimile or other electronic transfer with proof of receipt, or by a recognized overnight delivery service with proof of receipt, addressed as follows, or to such

other address or addresses as may hereafter be furnished in writing by one party to the other by notice given pursuant to this Section 9.07:

To Buyer:
Protocol management Solutions, LTD
c/o Law Offices of Eichel and Teason
P.O. Box 1040
Manchester, VT 05254
Attention: Brain Teason, Esq.

To Seller:
Applejack Art Partners, Inc.
450 Applejack Road
P.O. Box 1527
Manchester Center, VT 05255
Attention: Jack Appelman

**10.08    Entire Agreement**. This Agreement and the other Transaction Documents, including the Schedules and Exhibits hereto and thereto, contains the entire Agreement between the parties hereto with respect to the subject matter hereof; all representations, promises and prior or contemporaneous understandings between the parties with respect to the subject matter hereof are merged into and expressed in this instrument; and any and all prior agreements between the parties with respect to the subject matter hereof, are hereby terminated and cancelled.

**10.09    Counterparts**. This Agreement may be executed in counterparts, each of which shall constitute an original and both of which taken together shall constitute one and the same Agreement. Delivery of an electronic counterpart shall be effective as delivery of a manually executed counterpart.

**[Remainder of Page Intentionally Left Blank]**

IN WITNESS WHEREOF, each of the parties hereto has executed this Agreement as of the day and year first above written.

PROTOCOL MANAGEMENT SOLUTIONS, LTD

By:_____
    Name:
    Title:

APPLEJACK ART PARTNERS, INC.

By:_____
    Name:
    Title:

IN WITNESS WHEREOF, each of the parties hereto has executed this Agreement as of the day and year first above written.

PROTOCOL MANAGEMENT SOLUTIONS, LTD.

By:_____
    Name: EHUD SHELEG
    Title: MANAGING PARTNER

APPLEJACK ART PARTNERS, INC.

By:_____
    Name:
    Title:

| Item | Price | Quanitity On Hand | Unit Cost | Inventory Valuation |
|---|---|---|---|---|
| A-0012 | 1.50 | 887 | 0.38 | 332.55 |
| AA0201 | 12.00 | 947 | 3.00 | 2,840.40 |
| AA0202 | 12.00 | 943 | 3.00 | 2,829.60 |
| AD 001 | 5.00 | 1342 | 1.25 | 1,677.00 |
| AD 002 | 5.00 | 1477 | 1.25 | 1,846.50 |
| AD 003 | 5.00 | 1484 | 1.25 | 1,854.75 |
| AD 004 | 5.00 | 1157 | 1.25 | 1,446.00 |
| AD 006 | 5.00 | 1367 | 1.25 | 1,708.50 |
| AD 007 | 5.00 | 1359 | 1.25 | 1,698.75 |
| AD 008 | 5.00 | 1337 | 1.25 | 1,671.00 |
| AD 009 | 5.00 | 1019 | 1.25 | 1,274.25 |
| AD 011 | 5.00 | 1778 | 1.25 | 2,222.25 |
| AD0001 | 1.50 | 2123 | 0.38 | 796.28 |
| AD0002 | 1.50 | 2119 | 0.38 | 794.70 |
| AD0003 | 1.50 | 2243 | 0.38 | 841.28 |
| AD0004 | 1.50 | 2570 | 0.38 | 963.90 |
| AD-D1001 | 3.00 | 1434 | 0.75 | 1,075.50 |
| AD-D1002 | 3.00 | 1434 | 0.75 | 1,075.50 |
| AD-D1003 | 3.00 | 1500 | 0.75 | 1,125.00 |
| AD-D1004 | 3.00 | 1433 | 0.75 | 1,075.05 |
| AG0301 | 15.00 | 1857 | 3.75 | 6,963.75 |
| AG0309 | 15.00 | 470 | 3.75 | 1,764.00 |
| AH0101 | 3.00 | 43 | 0.75 | 32.40 |
| AH0103 | 3.00 | 1660 | 0.75 | 1,244.70 |
| AH0104 | 3.00 | 1732 | 0.75 | 1,298.70 |
| AH0501 | 20.00 | 2042 | 5.00 | 10,212.00 |
| AH0502 | 20.00 | 1901 | 5.00 | 9,507.00 |
| AH0504 | 20.00 | 2233 | 5.00 | 11,163.00 |
| AI 001 | 16.00 | 544 | 4.00 | 2,174.40 |
| AI 002 | 16.00 | 723 | 4.00 | 2,892.00 |
| AL 001 | 16.00 | 233 | 4.00 | 933.60 |
| AL 002 | 16.00 | 92 | 4.00 | 369.60 |
| AL 003 | 16.00 | 207 | 4.00 | 828.00 |
| AL 004 | 16.00 | 231 | 4.00 | 924.00 |
| AL0101 | 3.00 | 360 | 0.75 | 270.00 |
| AL0102 | 3.00 | 360 | 0.75 | 270.00 |
| AM0002 | 12.50 | 554 | 3.13 | 1,732.50 |
| AM0021 | 3.00 | 267 | 0.75 | 200.25 |
| AM0029 | 3.50 | 2253 | 0.88 | 1,971.38 |
| AM0030 | 3.50 | 676 | 0.88 | 591.68 |
| AM0033 | 3.00 | 4149 | 0.75 | 3,111.75 |
| AM0042 | 1.00 | 2269 | 0.25 | 567.15 |
| AM0043 | 1.00 | 1407 | 0.25 | 351.75 |
| AM0044 | 1.00 | 2367 | 0.25 | 591.75 |

| | | | | |
|---|---|---|---|---|
| AM0045 | 1.00 | 1417 | 0.25 | 354.15 |
| AM0061 | 12.50 | 676 | 3.13 | 2,113.13 |
| AM0063 | 3.00 | 2 | 0.75 | 1.35 |
| AM0066 | 1.00 | 1250 | 0.25 | 312.60 |
| AM0067 | 1.00 | 661 | 0.25 | 165.15 |
| AM0068 | 1.00 | 1400 | 0.25 | 350.10 |
| AM0069 | 1.00 | 594 | 0.25 | 148.50 |
| AM0070 | 3.00 | 2005 | 0.75 | 1,503.90 |
| AM0091 | 1.75 | 2960 | 0.44 | 1,295.18 |
| AM0092 | 1.75 | 2552 | 0.44 | 1,116.41 |
| AM0093 | 1.75 | 1556 | 0.44 | 680.66 |
| AM0094 | 1.75 | 1022 | 0.44 | 447.30 |
| AM0095 | 1.75 | 2771 | 0.44 | 1,212.49 |
| AM0096 | 1.75 | 1265 | 0.44 | 553.35 |
| AM0097 | 1.75 | 2163 | 0.44 | 946.31 |
| AM0098 | 1.75 | 1095 | 0.44 | 479.06 |
| AM0380 | 3.00 | 637 | 0.75 | 477.45 |
| AM0382 | 3.00 | 472 | 0.75 | 353.70 |
| AM0383 | 3.00 | 529 | 0.75 | 396.45 |
| AM0417 | 12.50 | 268 | 3.13 | 836.25 |
| AM0418 | 12.50 | 850 | 3.13 | 2,656.88 |
| AM0420 | 12.50 | 158 | 3.13 | 495.00 |
| AM0429 | 1.00 | 2422 | 0.25 | 605.40 |
| AM0430 | 1.00 | 2090 | 0.25 | 522.60 |
| AM0431 | 1.00 | 1735 | 0.25 | 433.80 |
| AM0432 | 1.00 | 1483 | 0.25 | 370.80 |
| AM0593 | 3.00 | 799 | 0.75 | 599.40 |
| AM0594 | 3.00 | 534 | 0.75 | 400.50 |
| AM0595 | 3.00 | 466 | 0.75 | 349.65 |
| AM0597 | 12.50 | 71 | 3.13 | 223.13 |
| AM0601 | 5.00 | 125 | 1.25 | 156.00 |
| AM0604 | 3.00 | 443 | 0.75 | 332.55 |
| AM0605 | 3.00 | 1042 | 0.75 | 781.65 |
| AM0607 | 3.00 | 905 | 0.75 | 679.05 |
| AM0608 | 12.50 | 274 | 3.13 | 856.88 |
| AM0609 | 12.50 | 81 | 3.13 | 253.13 |
| AM0610 | 12.50 | 110 | 3.13 | 345.00 |
| AM0611 | 12.50 | 142 | 3.13 | 444.38 |
| AM0614 | 3.00 | 1964 | 0.75 | 1,473.30 |
| AM0615 | 3.00 | 140 | 0.75 | 105.30 |
| AM0618 | 12.50 | 141 | 3.13 | 440.63 |
| AM0619 | 12.50 | 4 | 3.13 | 11.25 |
| AM0620 | 3.00 | 2971 | 0.75 | 2,227.95 |
| AM0621 | 3.00 | 2950 | 0.75 | 2,212.20 |
| AM0622 | 3.00 | 2935 | 0.75 | 2,201.40 |
| AN1040 | 3.00 | 1793 | 0.75 | 1,344.60 |
| AN1041 | 3.00 | 2089 | 0.75 | 1,566.45 |

| | | | | |
|---|---|---|---|---|
| AN1050 | 3.00 | 2073 | 0.75 | 1,554.75 |
| AN1166 | 3.00 | 3617 | 0.75 | 2,712.60 |
| AN1168 | 3.00 | 3445 | 0.75 | 2,583.45 |
| AN1169 | 3.00 | 3663 | 0.75 | 2,747.25 |
| AN1177 | 3.00 | 1424 | 0.75 | 1,067.85 |
| AN1230 | 20.00 | 472 | 5.00 | 2,361.00 |
| AN1231 | 12.50 | 1 | 3.13 | 1.88 |
| AN1233 | 3.00 | 1 | 0.75 | 0.90 |
| AN1234 | 3.00 | 47 | 0.75 | 35.10 |
| AN1235 | 12.50 | 285 | 3.13 | 890.63 |
| AN1236 | 12.50 | 53 | 3.13 | 165.00 |
| AN1237 | 12.50 | 107 | 3.13 | 335.63 |
| AN1238 | 12.50 | 140 | 3.13 | 436.88 |
| AN1249 | 5.00 | 1237 | 1.25 | 1,545.75 |
| AN1252 | 5.00 | 623 | 1.25 | 779.25 |
| AN1254 | 3.00 | 1 | 0.75 | 0.90 |
| AN1258 | 12.50 | 28 | 3.13 | 86.25 |
| AN1260 | 12.50 | 59 | 3.13 | 185.63 |
| AN1265 | 3.00 | 2921 | 0.75 | 2,190.60 |
| AN1266 | 3.00 | 1497 | 0.75 | 1,122.75 |
| AN1267 | 3.00 | 1574 | 0.75 | 1,180.35 |
| AN1273 | 3.00 | 392 | 0.75 | 294.30 |
| AN1274 | 3.00 | 334 | 0.75 | 250.20 |
| ANT101 | 6.00 | 9 | 1.50 | 13.50 |
| ANT102 | 6.00 | 9 | 1.50 | 13.50 |
| ANT103 | 6.00 | 9 | 1.50 | 13.50 |
| ANT104 | 6.00 | 9 | 1.50 | 13.50 |
| ANT159 | 12.00 | 11 | 3.00 | 32.40 |
| ANT160 | 12.00 | 14 | 3.00 | 41.40 |
| ANT165 | 12.00 | 10 | 3.00 | 28.80 |
| ANT166 | 12.00 | 8 | 3.00 | 23.40 |
| ANT173 | 12.00 | 11 | 3.00 | 34.20 |
| ANT176 | 12.00 | 11 | 3.00 | 32.40 |
| ANT93 | 8.00 | 7 | 2.00 | 13.20 |
| ANT94 | 8.00 | 7 | 2.00 | 13.20 |
| AO0305 | 12.50 | 176 | 3.13 | 549.38 |
| AO0306 | 12.50 | 313 | 3.13 | 976.88 |
| AP 001 | 12.00 | 255 | 3.00 | 765.00 |
| AP 002 | 12.00 | 148 | 3.00 | 442.80 |
| AP0101 | 3.00 | 71 | 0.75 | 53.55 |
| AP0102 | 3.00 | 216 | 0.75 | 162.00 |
| AP0304 | 20.00 | 1927 | 5.00 | 9,636.00 |
| AP0505 | 15.00 | 678 | 3.75 | 2,542.50 |
| AP0506 | 15.00 | 1720 | 3.75 | 6,450.75 |
| AP0507 | 15.00 | 2746 | 3.75 | 10,296.00 |
| AP0508 | 15.00 | 2855 | 3.75 | 10,707.75 |
| AP0605 | 8.00 | 1414 | 2.00 | 2,828.40 |

| | | | | |
|---|---|---|---|---|
| AP0606 | 8.00 | 1619 | 2.00 | 3,238.80 |
| AP0607 | 8.00 | 1489 | 2.00 | 2,978.40 |
| AP0608 | 8.00 | 1747 | 2.00 | 3,494.40 |
| AR 001 | 12.00 | 106 | 3.00 | 318.60 |
| AR 003 | 16.00 | 548 | 4.00 | 2,193.60 |
| AR 005 | 16.00 | 126 | 4.00 | 504.00 |
| AR0301 | 18.00 | 2019 | 4.50 | 9,085.50 |
| AR0302 | 18.00 | 2948 | 4.50 | 13,267.80 |
| AT0601 | 25.00 | 949 | 6.25 | 5,928.75 |
| AU 001 | 12.00 | 9 | 3.00 | 27.00 |
| BB0001 | 1.00 | 5073 | 0.25 | 1,268.25 |
| BB0002 | 1.00 | 6388 | 0.25 | 1,597.05 |
| BB0003 | 1.00 | 5597 | 0.25 | 1,399.35 |
| BB0004 | 1.00 | 5579 | 0.25 | 1,394.85 |
| BB0302 | 12.50 | 1 | 3.13 | 3.75 |
| BB0304 | 12.50 | 103 | 3.13 | 322.50 |
| BD 1004 | 4.00 | 178 | 1.00 | 177.60 |
| BD 2001 | 12.00 | 1693 | 3.00 | 5,077.80 |
| BD 2002 | 12.00 | 1562 | 3.00 | 4,687.20 |
| BD 2003 | 12.00 | 1516 | 3.00 | 4,546.80 |
| BD 2004 | 12.00 | 1514 | 3.00 | 4,543.20 |
| BE 001 | 6.00 | 144 | 1.50 | 216.00 |
| BE 002 | 6.00 | 87 | 1.50 | 130.50 |
| BE 0128 | 6.00 | 1502 | 1.50 | 2,253.60 |
| BE 0129 | 6.00 | 1609 | 1.50 | 2,413.80 |
| BE 0135 | 6.00 | 1698 | 1.50 | 2,547.00 |
| BE 0135/A | 6.00 | 1018 | 1.50 | 1,526.40 |
| BE 0136 | 6.00 | 1611 | 1.50 | 2,416.50 |
| BE 0136/A | 6.00 | 1018 | 1.50 | 1,526.40 |
| BE 0328 | 18.00 | 508 | 4.50 | 2,284.20 |
| BE 0328/A | 18.00 | 150 | 4.50 | 675.00 |
| BE 0329 | 18.00 | 2067 | 4.50 | 9,301.50 |
| BE 0330 | 18.00 | 598 | 4.50 | 2,689.20 |
| BE0031 | 1.50 | 726 | 0.38 | 272.25 |
| BE0032 | 1.50 | 726 | 0.38 | 272.25 |
| BE0033 | 1.50 | 726 | 0.38 | 272.25 |
| BE0034 | 1.50 | 726 | 0.38 | 272.25 |
| BE0102 | 3.00 | 2225 | 0.75 | 1,668.60 |
| BE0104 | 3.00 | 2378 | 0.75 | 1,783.35 |
| BE0107 | 3.00 | 2974 | 0.75 | 2,230.65 |
| BE0109 | 3.00 | 2641 | 0.75 | 1,980.90 |
| BE0117 | 3.00 | 947 | 0.75 | 710.55 |
| BE0204 | 5.00 | 701 | 1.25 | 876.00 |
| BE0205 | 5.00 | 4207 | 1.25 | 5,259.00 |
| BE0207 | 5.00 | 1473 | 1.25 | 1,841.25 |
| BE0208 | 5.00 | 3184 | 1.25 | 3,980.25 |
| BE0209 | 5.00 | 2822 | 1.25 | 3,528.00 |

| | | | | |
|---|---|---|---|---|
| BE0210 | 5.00 | 2819 | 1.25 | 3,524.25 |
| BE0215 | 5.00 | 948 | 1.25 | 1,185.00 |
| BE0216 | 5.00 | 1556 | 1.25 | 1,944.75 |
| BE0217 | 5.00 | 1486 | 1.25 | 1,857.00 |
| BE0218 | 5.00 | 2084 | 1.25 | 2,605.50 |
| BE0219 | 5.00 | 4033 | 1.25 | 5,040.75 |
| BE0220 | 5.00 | 2569 | 1.25 | 3,211.50 |
| BE0221 | 5.00 | 2221 | 1.25 | 2,776.50 |
| BE0222 | 5.00 | 3566 | 1.25 | 4,457.25 |
| BE0401 | 2.50 | 612 | 0.63 | 382.50 |
| BE0403 | 2.50 | 448 | 0.63 | 280.13 |
| BI0407 | 2.50 | 1298 | 0.63 | 811.13 |
| BE0423 | 2.50 | 2689 | 0.63 | 1,680.75 |
| BE0424 | 2.50 | 2718 | 0.63 | 1,698.75 |
| BE0425 | 2.50 | 2543 | 0.63 | 1,589.63 |
| BE0426 | 2.50 | 2550 | 0.63 | 1,593.75 |
| BE0505 | 6.25 | 999 | 1.56 | 1,560.94 |
| BE0508 | 6.25 | 1679 | 1.56 | 2,624.06 |
| BE0510 | 6.25 | 3293 | 1.56 | 5,145.94 |
| BE0511 | 6.25 | 3509 | 1.56 | 5,482.50 |
| BE0512 | 6.25 | 2474 | 1.56 | 3,865.31 |
| BE0525 | 6.25 | 504 | 1.56 | 787.50 |
| BE1001 | 2.25 | 2576 | 0.56 | 1,449.23 |
| BE1002 | 2.25 | 2777 | 0.56 | 1,562.29 |
| BE1003 | 2.25 | 1696 | 0.56 | 953.78 |
| BE1004 | 2.25 | 1493 | 0.56 | 840.04 |
| BE1005 | 2.25 | 2363 | 0.56 | 1,329.41 |
| BE1006 | 2.25 | 2573 | 0.56 | 1,447.20 |
| BE1007 | 2.25 | 2404 | 0.56 | 1,352.03 |
| BE1008 | 2.25 | 2504 | 0.56 | 1,408.39 |
| BE2001 | 3.50 | 1112 | 0.88 | 973.35 |
| BE2002 | 3.50 | 1282 | 0.88 | 1,121.40 |
| BE2003 | 3.50 | 802 | 0.88 | 701.93 |
| BE2004 | 3.50 | 867 | 0.88 | 758.63 |
| BE2005 | 3.50 | 1505 | 0.88 | 1,316.70 |
| BE2006 | 3.50 | 1641 | 0.88 | 1,435.88 |
| BE2007 | 3.50 | 1744 | 0.88 | 1,526.18 |
| BE4001 | 3.00 | 646 | 0.75 | 484.65 |
| BE4010 | 3.00 | 1391 | 0.75 | 1,043.55 |
| BE4011 | 2.50 | 484 | 0.63 | 302.63 |
| BE4014 | 2.50 | 1486 | 0.63 | 928.50 |
| BE4015 | 2.50 | 1447 | 0.63 | 904.50 |
| BE4017 | 2.50 | 1704 | 0.63 | 1,065.00 |
| BE4018 | 2.50 | 1434 | 0.63 | 896.25 |
| BE5015 | 3.00 | 37 | 0.75 | 27.90 |
| BE5017 | 3.00 | 149 | 0.75 | 111.60 |
| BI0761 | 6.00 | 1625 | 1.50 | 2,438.10 |

| | | | | |
|---|---|---|---|---|
| BI0762 | 6.00 | 1633 | 1.50 | 2,448.90 |
| BI0763 | 6.00 | 437 | 1.50 | 656.10 |
| BI0768 | 1.75 | 2115 | 0.44 | 925.31 |
| BI0769 | 1.75 | 540 | 0.44 | 236.25 |
| BI0771 | 1.75 | 22 | 0.44 | 9.45 |
| BI0775 | 1.00 | 164 | 0.25 | 41.10 |
| BI0804 | 12.50 | 19 | 3.13 | 60.00 |
| BI0807 | 12.50 | 43 | 3.13 | 135.00 |
| BI0809 | 5.00 | 2447 | 1.25 | 3,058.50 |
| BI0817 | 1.75 | 1463 | 0.44 | 639.98 |
| BI0819 | 1.75 | 353 | 0.44 | 154.35 |
| BI0820 | 1.00 | 2341 | 0.25 | 585.15 |
| BI0821 | 1.00 | 3637 | 0.25 | 909.15 |
| BI0822 | 1.00 | 2827 | 0.25 | 706.65 |
| BI0823 | 1.00 | 3440 | 0.25 | 860.10 |
| BI0835 | 3.00 | 5 | 0.75 | 3.60 |
| BI0837 | 3.00 | 2969 | 0.75 | 2,226.60 |
| BI0939 | 1.75 | 1770 | 0.44 | 774.38 |
| BI0941 | 1.75 | 1073 | 0.44 | 469.61 |
| BI0969 | 3.00 | 518 | 0.75 | 388.35 |
| BI0971 | 3.00 | 386 | 0.75 | 289.35 |
| BI1134 | 3.00 | 1889 | 0.75 | 1,416.60 |
| BI1136 | 3.00 | 5029 | 0.75 | 3,771.90 |
| BI1186 | 12.50 | 33 | 3.13 | 103.13 |
| BI1187 | 12.50 | 1325 | 3.13 | 4,141.88 |
| BI1188 | 12.50 | 2474 | 3.13 | 7,730.63 |
| BI1189 | 12.50 | 1717 | 3.13 | 5,366.25 |
| BL 001 | 14.00 | 1217 | 3.50 | 4,258.80 |
| BM0007 | 2.50 | 493 | 0.63 | 308.25 |
| BM0008 | 2.50 | 493 | 0.63 | 308.25 |
| BM2009 | 3.00 | 297 | 0.75 | 222.75 |
| BM2010 | 3.00 | 257 | 0.75 | 192.60 |
| BN 001 | 12.00 | 161 | 3.00 | 484.20 |
| BN 002 | 12.00 | 191 | 3.00 | 574.20 |
| BR 003 | 16.00 | 734 | 4.00 | 2,937.60 |
| BR 005 | 16.00 | 1170 | 4.00 | 4,680.00 |
| BR 010 | 5.00 | 2399 | 1.25 | 2,999.25 |
| BR 014 | 5.00 | 1796 | 1.25 | 2,244.75 |
| BR 015 | 5.00 | 1370 | 1.25 | 1,712.25 |
| BS 008 | 22.00 | 292 | 5.50 | 1,607.10 |
| BU0502 | 30.00 | 1242 | 7.50 | 9,315.00 |
| BU0506 | 30.00 | 798 | 7.50 | 5,985.00 |
| BW0014 | 20.00 | 1253 | 5.00 | 6,267.00 |
| BW0015 | 20.00 | 1355 | 5.00 | 6,777.00 |
| BW0018 | 12.50 | 83 | 3.13 | 258.75 |
| BW0024 | 6.00 | 879 | 1.50 | 1,318.50 |
| BW0025 | 6.00 | 1936 | 1.50 | 2,903.40 |

| BW0030 | 15.00 | 1189 | 3.75 | 4,459.50 |
|---|---|---|---|---|
| BW0031 | 15.00 | 1279 | 3.75 | 4,794.75 |
| BW0046 | 6.00 | 437 | 1.50 | 656.10 |
| BW0051 | 6.00 | 582 | 1.50 | 873.00 |
| BW1001 | 3.00 | 64 | 0.75 | 48.15 |
| BW36 | 25.00 | 47 | 6.25 | 292.50 |
| BWM13 | 18.00 | 6 | 4.50 | 27.00 |
| BWM17 | 18.00 | 6 | 4.50 | 27.00 |
| BWM19 | 18.00 | 6 | 4.50 | 27.00 |
| BWM20 | 18.00 | 6 | 4.50 | 27.00 |
| BWM36 | 18.00 | 16 | 4.50 | 72.90 |
| BWM39 | 18.00 | 5 | 4.50 | 21.60 |
| BWM41 | 18.00 | 13 | 4.50 | 59.40 |
| BX0001 | 1.50 | 1268 | 0.38 | 475.65 |
| BX0002 | 1.50 | 1165 | 0.38 | 436.73 |
| BX0003 | 1.50 | 1270 | 0.38 | 476.10 |
| BX0005 | 1.50 | 1790 | 0.38 | 671.18 |
| BX0006 | 1.50 | 1787 | 0.38 | 670.05 |
| BX0102 | 3.00 | 1364 | 0.75 | 1,023.30 |
| BX0103 | 3.00 | 694 | 0.75 | 520.20 |
| BX0107 | 3.00 | 7486 | 0.75 | 5,614.65 |
| BX0108 | 3.00 | 7949 | 0.75 | 5,961.60 |
| BX0303 | 12.50 | 165 | 3.13 | 515.63 |
| BX0304 | 12.50 | 279 | 3.13 | 871.88 |
| BX0307 | 12.50 | 203 | 3.13 | 635.63 |
| BX0308 | 12.50 | 188 | 3.13 | 586.88 |
| CB0002 | 2.50 | 970 | 0.63 | 606.00 |
| CB0004 | 2.50 | 2353 | 0.63 | 1,470.38 |
| CB0011 | 2.50 | 2566 | 0.63 | 1,603.50 |
| CB0105 | 3.00 | 287 | 0.75 | 215.10 |
| CB0123 | 3.00 | 1187 | 0.75 | 890.55 |
| CB0124 | 3.00 | 1181 | 0.75 | 886.05 |
| CB0125 | 3.00 | 1241 | 0.75 | 931.05 |
| CB0126 | 3.00 | 1240 | 0.75 | 930.15 |
| CB0129 | 3.00 | 636 | 0.75 | 477.00 |
| CB0130 | 3.00 | 935 | 0.75 | 701.10 |
| CB0301/A | 12.50 | 598 | 3.13 | 1,869.38 |
| CB0303/A | 12.50 | 142 | 3.13 | 444.38 |
| CB0519 | 8.00 | 549 | 2.00 | 1,098.00 |
| CB0520 | 8.00 | 473 | 2.00 | 945.60 |
| CB0521 | 8.00 | 593 | 2.00 | 1,185.60 |
| CB0522 | 8.00 | 593 | 2.00 | 1,185.60 |
| CB0611/A | 30.00 | 696 | 7.50 | 5,220.00 |
| CB0641 | 25.00 | 1247 | 6.25 | 7,796.25 |
| CB15 | 30.00 | 22 | 7.50 | 162.00 |
| CB22 | 30.00 | 24 | 7.50 | 180.00 |
| CC0601 | 30.00 | 1241 | 7.50 | 9,306.00 |

| | | | | |
|---|---|---|---|---|
| CE0202/A | 15.00 | 18 | 3.75 | 67.50 |
| CE0203/A | 15.00 | 124 | 3.75 | 465.75 |
| CE0305 | 20.00 | 534 | 5.00 | 2,670.00 |
| CE0306 | 20.00 | 605 | 5.00 | 3,024.00 |
| CE1511 | 10.00 | 21 | 2.50 | 52.50 |
| CE1513 | 16.00 | 284 | 4.00 | 1,137.60 |
| CE1514 | 16.00 | 284 | 4.00 | 1,135.20 |
| CH 001 | 22.00 | 235 | 5.50 | 1,290.30 |
| CH 003 | 14.00 | 180 | 3.50 | 630.00 |
| CH 0104 | 6.00 | 1425 | 1.50 | 2,137.50 |
| CH 0202 | 12.00 | 125 | 3.00 | 376.20 |
| CI0001 | 1.75 | 556 | 0.44 | 243.08 |
| CI0004 | 1.75 | 563 | 0.44 | 246.49 |
| CI0017 | 1.75 | 860 | 0.44 | 376.16 |
| CI0018 | 1.75 | 1643 | 0.44 | 718.99 |
| CI0020 | 1.75 | 2752 | 0.44 | 1,203.83 |
| CI0052 | 6.00 | 651 | 1.50 | 976.50 |
| CI0053 | 6.00 | 293 | 1.50 | 440.10 |
| CI0054 | 6.00 | 437 | 1.50 | 655.20 |
| CI0055 | 6.00 | 774 | 1.50 | 1,161.00 |
| CI0056 | 6.00 | 1554 | 1.50 | 2,331.00 |
| CI0060 | 6.00 | 1734 | 1.50 | 2,601.00 |
| CI0065 | 6.00 | 2094 | 1.50 | 3,141.00 |
| CI0100 | 3.50 | 2866 | 0.88 | 2,507.40 |
| CI0101 | 3.50 | 780 | 0.88 | 682.50 |
| CI0102 | 3.50 | 668 | 0.88 | 584.85 |
| CI0103 | 3.50 | 605 | 0.88 | 529.73 |
| CI0104 | 3.50 | 3035 | 0.88 | 2,655.45 |
| CI0105 | 3.50 | 1802 | 0.88 | 1,577.10 |
| CK 005/A | 4.00 | 7 | 1.00 | 7.20 |
| CK 006/A | 4.00 | 10 | 1.00 | 9.60 |
| CK 007/A | 4.00 | 1946 | 1.00 | 1,946.40 |
| CK 008 | 8.00 | 556 | 2.00 | 1,112.40 |
| CK 008/A | 4.00 | 1913 | 1.00 | 1,913.40 |
| CK 009 | 8.00 | 1571 | 2.00 | 3,141.60 |
| CK 009/A | 4.00 | 3664 | 1.00 | 3,664.20 |
| CK 011/A | 4.00 | 1474 | 1.00 | 1,473.60 |
| CK 012/A | 4.00 | 1702 | 1.00 | 1,702.20 |
| CK 037 | 12.00 | 94 | 3.00 | 280.80 |
| CK 039 | 12.00 | 163 | 3.00 | 487.80 |
| CK 045 | 20.00 | 1339 | 5.00 | 6,696.00 |
| CK 046/A | 10.00 | 651 | 2.50 | 1,627.50 |
| CK 047/A | 10.00 | 851 | 2.50 | 2,127.00 |
| CK 049 | 10.00 | 1070 | 2.50 | 2,674.50 |
| CK 050 | 10.00 | 1485 | 2.50 | 3,712.50 |
| CK 051 | 12.00 | 2210 | 3.00 | 6,631.20 |
| CK 051/A | 4.00 | 5318 | 1.00 | 5,317.80 |

| | | | | |
|---|---|---|---|---|
| CK 052 | 12.00 | 524 | 3.00 | 1,573.20 |
| CK 053 | 12.00 | 487 | 3.00 | 1,459.80 |
| CK 054/A | 4.00 | 3731 | 1.00 | 3,730.80 |
| CK 058/A | 12.00 | 1148 | 3.00 | 3,445.20 |
| CK 059 | 18.00 | 151 | 4.50 | 680.40 |
| CK 059/A | 6.00 | 319 | 1.50 | 478.80 |
| CK 060 | 18.00 | 97 | 4.50 | 434.70 |
| CK 060/A | 6.00 | 328 | 1.50 | 492.30 |
| CK 061/A | 6.00 | 1391 | 1.50 | 2,087.10 |
| CK 062/A | 6.00 | 1394 | 1.50 | 2,090.70 |
| CK 063 | 18.00 | 138 | 4.50 | 621.00 |
| CK 063/A | 6.00 | 752 | 1.50 | 1,128.60 |
| CK 064/A | 6.00 | 749 | 1.50 | 1,123.20 |
| CK 069 | 18.00 | 60 | 4.50 | 270.00 |
| CK 069/A | 6.00 | 2599 | 1.50 | 3,898.80 |
| CK 070/A | 6.00 | 1683 | 1.50 | 2,524.50 |
| CK 071 | 18.00 | 106 | 4.50 | 475.20 |
| CK 071/A | 6.00 | 788 | 1.50 | 1,181.70 |
| CK 072/A | 6.00 | 1712 | 1.50 | 2,568.60 |
| CK 073 | 8.00 | 445 | 2.00 | 889.20 |
| CK 074 | 8.00 | 360 | 2.00 | 720.00 |
| CM0014 | 3.00 | 1490 | 0.75 | 1,117.80 |
| CM0024 | 3.00 | 1410 | 0.75 | 1,057.50 |
| CO01 | 28.00 | 10 | 7.00 | 67.20 |
| CO03 | 28.00 | 11 | 7.00 | 75.60 |
| CO04 | 28.00 | 10 | 7.00 | 67.20 |
| CR0302 | 12.50 | 79 | 3.13 | 245.63 |
| CR0303 | 12.50 | 48 | 3.13 | 150.00 |
| CR0304 | 12.50 | 171 | 3.13 | 534.38 |
| CR0602 | 20.00 | 1019 | 5.00 | 5,094.00 |
| CR0604 | 20.00 | 915 | 5.00 | 4,575.00 |
| CS0301 | 18.00 | 86 | 4.50 | 388.80 |
| CT 004 | 22.00 | 117 | 5.50 | 643.50 |
| CW 001 | 5.00 | 1154 | 1.25 | 1,442.25 |
| CW 002 | 5.00 | 3031 | 1.25 | 3,789.00 |
| CW 003 | 5.00 | 240 | 1.25 | 300.00 |
| CW 003/A | 5.00 | 1743 | 1.25 | 2,178.75 |
| CW 005 | 5.00 | 626 | 1.25 | 782.25 |
| CW 006 | 5.00 | 602 | 1.25 | 753.00 |
| DA0211 | 5.00 | 346 | 1.25 | 432.75 |
| DA0212 | 5.00 | 347 | 1.25 | 434.25 |
| DA0213 | 5.00 | 1067 | 1.25 | 1,333.50 |
| DA0214 | 5.00 | 1067 | 1.25 | 1,333.50 |
| DB 002 | 12.00 | 212 | 3.00 | 637.20 |
| DB 004 | 12.00 | 190 | 3.00 | 568.80 |
| DC0101 | 3.00 | 60 | 0.75 | 45.00 |
| DC0301 | 15.00 | 42 | 3.75 | 157.50 |

| | | | | |
|---|---|---|---|---|
| DD0103 | 3.00 | 1587 | 0.75 | 1,190.25 |
| DD0104 | 3.00 | 1650 | 0.75 | 1,237.50 |
| DE 5001 | 20.00 | 1489 | 5.00 | 7,446.00 |
| DE 5002 | 20.00 | 1489 | 5.00 | 7,443.00 |
| DE0075 | 3.00 | 1786 | 0.75 | 1,339.20 |
| DE0076 | 3.00 | 148 | 0.75 | 111.15 |
| DE0077 | 3.00 | 76 | 0.75 | 57.15 |
| DG 003 | 16.00 | 1350 | 4.00 | 5,400.00 |
| DH0101 | 3.00 | 2822 | 0.75 | 2,116.35 |
| DH0102 | 3.00 | 2672 | 0.75 | 2,004.30 |
| DH0301 | 12.50 | 1745 | 3.13 | 5,452.50 |
| DH0302 | 12.50 | 1832 | 3.13 | 5,726.25 |
| DH0304 | 12.50 | 1661 | 3.13 | 5,190.00 |
| DL 001 | 14.00 | 55 | 3.50 | 191.10 |
| DL 0111 | 6.00 | 815 | 1.50 | 1,223.10 |
| DL 0112 | 6.00 | 829 | 1.50 | 1,242.90 |
| DL 0113 | 6.00 | 72 | 1.50 | 108.00 |
| DL 0114 | 6.00 | 1791 | 1.50 | 2,686.50 |
| DL 0119 | 6.00 | 298 | 1.50 | 447.30 |
| DL 0120 | 6.00 | 254 | 1.50 | 380.70 |
| DL 0121 | 6.00 | 170 | 1.50 | 254.70 |
| DL 0122 | 6.00 | 797 | 1.50 | 1,196.10 |
| DL 0125 | 6.00 | 629 | 1.50 | 943.20 |
| DL 0126 | 6.00 | 628 | 1.50 | 941.40 |
| DL 0141 | 6.00 | 1502 | 1.50 | 2,252.70 |
| DL 0142 | 6.00 | 1513 | 1.50 | 2,269.80 |
| DL 0204 | 12.00 | 272 | 3.00 | 815.40 |
| DL 0204/A | 12.00 | 949 | 3.00 | 2,847.60 |
| DL 0206/A | 12.00 | 150 | 3.00 | 450.00 |
| DL 0217/A | 12.00 | 949 | 3.00 | 2,847.60 |
| DL 0283 | 6.00 | 1693 | 1.50 | 2,539.80 |
| DL 0284 | 6.00 | 1696 | 1.50 | 2,543.40 |
| DL 0304 | 18.00 | 4670 | 4.50 | 21,016.80 |
| DL 0312 | 18.00 | 86 | 4.50 | 386.10 |
| DL 0313 | 18.00 | 1200 | 4.50 | 5,400.00 |
| DL 0314 | 18.00 | 561 | 4.50 | 2,524.50 |
| DL 0319 | 18.00 | 905 | 4.50 | 4,071.60 |
| DL 0320 | 18.00 | 664 | 4.50 | 2,986.20 |
| DL 0323 | 18.00 | 1611 | 4.50 | 7,249.50 |
| DL 0324 | 18.00 | 1476 | 4.50 | 6,642.00 |
| DL 0325 | 18.00 | 551 | 4.50 | 2,478.60 |
| DL 0335 | 18.00 | 928 | 4.50 | 4,174.20 |
| DL 0336 | 18.00 | 935 | 4.50 | 4,209.30 |
| DL 0364 | 18.00 | 996 | 4.50 | 4,482.00 |
| DL 0365 | 18.00 | 996 | 4.50 | 4,482.00 |
| DL 0366 | 18.00 | 1050 | 4.50 | 4,725.00 |
| DL 0371 | 20.00 | 1392 | 5.00 | 6,960.00 |

| | | | | |
|---|---|---|---|---|
| DL 0372 | 20.00 | 1633 | 5.00 | 8,163.00 |
| DL 0375 | 20.00 | 1608 | 5.00 | 8,040.00 |
| DL 0376 | 20.00 | 1702 | 5.00 | 8,508.00 |
| DL 0377 | 20.00 | 1730 | 5.00 | 8,652.00 |
| DL 0378 | 20.00 | 1726 | 5.00 | 8,631.00 |
| DL 0379 | 18.00 | 1342 | 4.50 | 6,039.90 |
| DL 0393 | 18.00 | 1940 | 4.50 | 8,731.80 |
| DL 0508 | 10.00 | 1295 | 2.50 | 3,237.00 |
| DL 0543 | 14.00 | 1713 | 3.50 | 5,995.50 |
| DL 0547 | 14.00 | 1665 | 3.50 | 5,827.50 |
| DL 0548 | 14.00 | 1667 | 3.50 | 5,833.80 |
| DL 0707 | 20.00 | 808 | 5.00 | 4,041.00 |
| DL 0708 | 20.00 | 641 | 5.00 | 3,204.00 |
| DL 0744 | 20.00 | 1397 | 5.00 | 6,984.00 |
| DL 0745 | 20.00 | 1541 | 5.00 | 7,704.00 |
| DL 0746 | 20.00 | 1735 | 5.00 | 8,676.00 |
| DL 1027 | 4.00 | 1421 | 1.00 | 1,421.40 |
| DL 1029 | 4.00 | 1502 | 1.00 | 1,502.40 |
| DL 2029 | 8.00 | 630 | 2.00 | 1,260.00 |
| DL 2031 | 12.00 | 1097 | 3.00 | 3,290.40 |
| DL 2032 | 12.00 | 1200 | 3.00 | 3,600.00 |
| DL 2035 | 12.00 | 1076 | 3.00 | 3,227.40 |
| DL 2036 | 12.00 | 1267 | 3.00 | 3,799.80 |
| DL 2060 | 6.00 | 2107 | 1.50 | 3,160.80 |
| DL 2060/A | 6.00 | 1098 | 1.50 | 1,647.00 |
| DL 2062/A | 6.00 | 135 | 1.50 | 202.50 |
| DL 2079 | 6.00 | 1366 | 1.50 | 2,049.30 |
| DL 2080 | 6.00 | 1354 | 1.50 | 2,030.40 |
| DL 2081 | 6.00 | 1337 | 1.50 | 2,006.10 |
| DL 3060 | 12.00 | 228 | 3.00 | 684.00 |
| DL 3062 | 12.00 | 228 | 3.00 | 684.00 |
| DL 4095 | 12.00 | 1372 | 3.00 | 4,114.80 |
| DL 4096 | 12.00 | 1479 | 3.00 | 4,437.00 |
| DL 5060 | 14.00 | 60 | 3.50 | 210.00 |
| DL 5061 | 14.00 | 60 | 3.50 | 210.00 |
| DM 0001 | 3.00 | 1356 | 0.75 | 1,017.00 |
| DM 0002 | 3.00 | 1356 | 0.75 | 1,017.00 |
| DM 0003 | 3.00 | 1048 | 0.75 | 785.70 |
| DM 0004 | 3.00 | 1048 | 0.75 | 786.15 |
| DM 0005 | 3.00 | 1946 | 0.75 | 1,459.35 |
| DM 0006 | 3.00 | 1333 | 0.75 | 999.90 |
| DM 0007 | 3.00 | 6000 | 0.75 | 4,500.00 |
| DM 0008 | 3.00 | 5997 | 0.75 | 4,497.75 |
| DM 0009 | 3.00 | 1119 | 0.75 | 839.25 |
| DM 0010 | 3.00 | 1422 | 0.75 | 1,066.50 |
| DM 0011 | 3.00 | 1422 | 0.75 | 1,066.50 |
| DM 0012 | 3.00 | 1422 | 0.75 | 1,066.50 |

| | | | | |
|---|---|---|---|---|
| DM 0013 | 3.00 | 158 | 0.75 | 118.80 |
| DM 0014 | 3.00 | 1061 | 0.75 | 796.05 |
| DM 0015 | 3.00 | 402 | 0.75 | 301.50 |
| DM 0016 | 3.00 | 1632 | 0.75 | 1,224.00 |
| DM 0017 | 3.00 | 3214 | 0.75 | 2,410.65 |
| DM 0018 | 3.00 | 3214 | 0.75 | 2,410.65 |
| DM 0019 | 3.00 | 2922 | 0.75 | 2,191.50 |
| DM 0020 | 3.00 | 298 | 0.75 | 223.20 |
| DM 0021 | 3.00 | 627 | 0.75 | 470.25 |
| DM 0022 | 3.00 | 688 | 0.75 | 516.15 |
| DM 0023 | 3.00 | 2922 | 0.75 | 2,191.50 |
| DM 0024 | 3.00 | 1993 | 0.75 | 1,494.90 |
| DM 0025 | 3.00 | 2554 | 0.75 | 1,915.20 |
| DM 0026 | 3.00 | 3214 | 0.75 | 2,410.20 |
| DM 0028 | 3.00 | 1085 | 0.75 | 813.60 |
| DM 0029 | 3.00 | 2622 | 0.75 | 1,966.50 |
| DM 0030 | 3.00 | 2922 | 0.75 | 2,191.50 |
| DM 0031 | 3.00 | 2856 | 0.75 | 2,142.00 |
| DM 0032 | 3.00 | 2856 | 0.75 | 2,142.00 |
| DM 0033 | 3.00 | 626 | 0.75 | 469.35 |
| DM 0034 | 3.00 | 656 | 0.75 | 491.85 |
| DM 0035 | 3.00 | 2856 | 0.75 | 2,142.00 |
| DM 2146 | 3.00 | 2863 | 0.75 | 2,146.95 |
| DM 0037 | 3.00 | 2925 | 0.75 | 2,193.75 |
| DM 0038 | 3.00 | 2922 | 0.75 | 2,191.50 |
| DM 0101 | 3.00 | 2074 | 0.75 | 1,555.65 |
| DM 0102 | 3.00 | 2060 | 0.75 | 1,544.85 |
| DM 0103 | 3.00 | 2054 | 0.75 | 1,540.35 |
| DM 0104 | 3.00 | 1494 | 0.75 | 1,120.50 |
| DM 0105 | 3.00 | 1498 | 0.75 | 1,123.65 |
| DM 0106 | 3.00 | 1300 | 0.75 | 974.70 |
| DM 0107 | 3.00 | 1300 | 0.75 | 974.70 |
| DM 0108 | 3.00 | 1887 | 0.75 | 1,415.25 |
| DM 0501 | 3.00 | 1731 | 0.75 | 1,298.25 |
| DM 0502 | 3.00 | 2062 | 0.75 | 1,546.65 |
| DM 1002 | 3.00 | 1132 | 0.75 | 849.15 |
| DM 1003 | 3.00 | 500 | 0.75 | 375.30 |
| DM 1004 | 3.00 | 472 | 0.75 | 354.15 |
| DM 1005 | 3.00 | 540 | 0.75 | 405.00 |
| DM 1006 | 3.00 | 532 | 0.75 | 399.15 |
| DM 1012 | 3.00 | 11 | 0.75 | 8.10 |
| DM 1013 | 3.00 | 467 | 0.75 | 350.10 |
| DM 1014 | 3.00 | 527 | 0.75 | 395.10 |
| DM 1015 | 3.00 | 593 | 0.75 | 445.05 |
| DM 1016 | 3.00 | 593 | 0.75 | 445.05 |
| DM 1017 | 3.00 | 503 | 0.75 | 377.55 |
| DM 1018 | 3.00 | 497 | 0.75 | 373.05 |

| | | | | |
|---|---|---|---|---|
| DM 1019 | 3.00 | 515 | 0.75 | 386.55 |
| DM 1020 | 3.00 | 197 | 0.75 | 148.05 |
| DM 1021 | 3.00 | 593 | 0.75 | 445.05 |
| DM 1022 | 3.00 | 593 | 0.75 | 445.05 |
| DM 1023 | 3.00 | 767 | 0.75 | 575.55 |
| DM 1024 | 3.00 | 473 | 0.75 | 355.05 |
| DM 1025 | 3.00 | 449 | 0.75 | 337.05 |
| DM 1026 | 3.00 | 551 | 0.75 | 413.55 |
| DM 1027 | 3.00 | 125 | 0.75 | 93.60 |
| DM 1028 | 3.00 | 122 | 0.75 | 91.80 |
| DM 1029 | 3.00 | 124 | 0.75 | 92.70 |
| DM 1030 | 3.00 | 136 | 0.75 | 102.15 |
| DM 1031 | 3.00 | 643 | 0.75 | 481.95 |
| DM 1032 | 3.00 | 647 | 0.75 | 485.10 |
| DM 1033 | 3.00 | 4 | 0.75 | 3.15 |
| DM 1034 | 3.00 | 6 | 0.75 | 4.50 |
| DM 1035 | 3.00 | 136 | 0.75 | 102.15 |
| DM 1036 | 3.00 | 11 | 0.75 | 8.10 |
| DM 1038 | 3.00 | 1 | 0.75 | 0.45 |
| DM 1039 | 3.00 | 161 | 0.75 | 120.60 |
| DM 2001 | 3.00 | 1141 | 0.75 | 855.90 |
| DM 2002 | 3.00 | 1145 | 0.75 | 858.60 |
| DM 2003 | 3.00 | 1893 | 0.75 | 1,419.75 |
| DM 2004 | 3.00 | 1899 | 0.75 | 1,424.25 |
| DM 2005 | 3.00 | 1747 | 0.75 | 1,309.95 |
| DM 2006 | 3.00 | 1718 | 0.75 | 1,288.80 |
| DM 3001 | 3.00 | 591 | 0.75 | 443.25 |
| DM 3002 | 3.00 | 1850 | 0.75 | 1,387.35 |
| DM 3003 | 3.00 | 2045 | 0.75 | 1,533.60 |
| DM 3004 | 3.00 | 2071 | 0.75 | 1,553.40 |
| DM 4001 | 3.00 | 527 | 0.75 | 395.55 |
| DM 4002 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4003 | 3.00 | 233 | 0.75 | 175.05 |
| DM 4004 | 3.00 | 233 | 0.75 | 175.05 |
| DM 4005 | 3.00 | 542 | 0.75 | 406.80 |
| DM 4006 | 3.00 | 542 | 0.75 | 406.80 |
| DM 4007 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4008 | 3.00 | 533 | 0.75 | 400.05 |
| DM 4013 | 3.00 | 533 | 0.75 | 400.05 |
| DM 4014 | 3.00 | 320 | 0.75 | 239.85 |
| DM 4015 | 3.00 | 482 | 0.75 | 361.80 |
| DM 4016 | 3.00 | 467 | 0.75 | 350.55 |
| DM 4019 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4020 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4021 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4022 | 3.00 | 593 | 0.75 | 445.05 |
| DM 4023 | 3.00 | 533 | 0.75 | 400.05 |

| | | | | |
|---|---|---|---|---|
| DM 4024 | 3.00 | 545 | 0.75 | 408.60 |
| DM 4025 | 3.00 | 1264 | 0.75 | 947.70 |
| DM 4026 | 3.00 | 1370 | 0.75 | 1,027.80 |
| DN0101 | 3.00 | 2356 | 0.75 | 1,767.15 |
| DN0103 | 3.00 | 1985 | 0.75 | 1,488.60 |
| DN0104 | 3.00 | 3001 | 0.75 | 2,250.90 |
| DP 001 | 12.00 | 290 | 3.00 | 871.20 |
| DP 002 | 12.00 | 652 | 3.00 | 1,954.80 |
| DP 003 | 12.00 | 800 | 3.00 | 2,399.40 |
| DP 004 | 12.00 | 625 | 3.00 | 1,873.80 |
| DP0303 | 12.50 | 565 | 3.13 | 1,766.25 |
| DP0902 | 30.00 | 283 | 7.50 | 2,124.00 |
| DR0401 | 2.75 | 3709 | 0.69 | 2,549.66 |
| DR0402 | 2.75 | 5569 | 0.69 | 3,828.41 |
| DR0403 | 2.75 | 3685 | 0.69 | 2,533.58 |
| DR0404 | 2.75 | 5893 | 0.69 | 4,051.58 |
| DR0405 | 2.75 | 6229 | 0.69 | 4,282.16 |
| DR0406 | 2.75 | 6469 | 0.69 | 4,447.58 |
| DR0605 | 25.00 | 435 | 6.25 | 2,718.75 |
| DT0101 | 3.00 | 3005 | 0.75 | 2,254.05 |
| DT0102 | 3.00 | 3005 | 0.75 | 2,254.05 |
| DT0103 | 3.00 | 3035 | 0.75 | 2,276.10 |
| DT0104 | 3.00 | 3035 | 0.75 | 2,276.10 |
| DT0105 | 3.00 | 2986 | 0.75 | 2,239.20 |
| DT0106 | 3.00 | 2386 | 0.75 | 1,789.20 |
| DT0107 | 3.00 | 2951 | 0.75 | 2,213.10 |
| DT0108 | 3.00 | 2351 | 0.75 | 1,763.55 |
| DT0302 | 15.00 | 505 | 3.75 | 1,894.50 |
| DT0303 | 15.00 | 806 | 3.75 | 3,021.75 |
| DT0304 | 15.00 | 898 | 3.75 | 3,368.25 |
| DT0305 | 15.00 | 1613 | 3.75 | 6,048.00 |
| DT0306 | 15.00 | 1702 | 3.75 | 6,383.25 |
| DT0307 | 15.00 | 2947 | 3.75 | 11,049.75 |
| DT0308 | 15.00 | 2948 | 3.75 | 11,056.50 |
| DV0107 | 3.00 | 13 | 0.75 | 9.45 |
| EB0104 | 4.00 | 1947 | 1.00 | 1,947.00 |
| EC 001/A | 6.00 | 1157 | 1.50 | 1,736.10 |
| EC 002/A | 6.00 | 1352 | 1.50 | 2,028.60 |
| EC 003/A | 6.00 | 1458 | 1.50 | 2,187.00 |
| EC 004 | 16.00 | 868 | 4.00 | 3,472.80 |
| EC 004/A | 6.00 | 438 | 1.50 | 657.00 |
| EC 005 | 16.00 | 629 | 4.00 | 2,517.60 |
| EC 005/A | 6.00 | 1414 | 1.50 | 2,121.30 |
| EC 006 | 16.00 | 1471 | 4.00 | 5,882.40 |
| EC 006/A | 6.00 | 1411 | 1.50 | 2,115.90 |
| ED 003 | 12.00 | 261 | 3.00 | 783.00 |
| ED 007 | 12.00 | 1294 | 3.00 | 3,882.60 |

| | | | | |
|---|---|---|---|---|
| ED 008 | 12.00 | 100 | 3.00 | 298.80 |
| ED0002 | 2.50 | 1412 | 0.63 | 882.38 |
| ED0004 | 2.50 | 1367 | 0.63 | 854.63 |
| ED0005 | 2.50 | 2690 | 0.63 | 1,681.13 |
| ED0006 | 2.50 | 2684 | 0.63 | 1,677.75 |
| ED0007 | 2.50 | 2404 | 0.63 | 1,502.25 |
| ED0008 | 2.50 | 2832 | 0.63 | 1,770.00 |
| ED0010 | 2.50 | 1775 | 0.63 | 1,109.25 |
| ED0120 | 3.00 | 46 | 0.75 | 34.65 |
| ED0122 | 3.00 | 1487 | 0.75 | 1,115.55 |
| ED0214 | 5.00 | 1899 | 1.25 | 2,373.75 |
| ED0305 | 12.50 | 383 | 3.13 | 1,198.13 |
| ED0306 | 12.50 | 260 | 3.13 | 813.75 |
| ED0307 | 12.50 | 246 | 3.13 | 768.75 |
| ED0311 | 12.50 | 187 | 3.13 | 585.00 |
| ED0321 | 12.50 | 83 | 3.13 | 258.75 |
| ED0322 | 12.50 | 1913 | 3.13 | 5,979.38 |
| ED0323 | 12.50 | 517 | 3.13 | 1,614.38 |
| ED0324 | 12.50 | 1430 | 3.13 | 4,470.00 |
| ED0401 | 2.75 | 2129 | 0.69 | 1,463.96 |
| ED0402 | 2.75 | 2086 | 0.69 | 1,433.85 |
| ED0403 | 2.75 | 1190 | 0.69 | 818.40 |
| ED0404 | 2.75 | 2317 | 0.69 | 1,592.66 |
| ED0405 | 2.75 | 2241 | 0.69 | 1,540.69 |
| ED0406 | 2.75 | 2399 | 0.69 | 1,649.59 |
| ED0502 | 8.00 | 1117 | 2.00 | 2,233.20 |
| ED0503 | 8.00 | 2481 | 2.00 | 4,962.00 |
| ED0504 | 8.00 | 2525 | 2.00 | 5,049.60 |
| ED0505 | 8.00 | 3682 | 2.00 | 7,364.40 |
| ED0506 | 8.00 | 1408 | 2.00 | 2,816.40 |
| ED0601 | 20.00 | 599 | 5.00 | 2,997.00 |
| ED0624 | 20.00 | 1595 | 5.00 | 7,977.00 |
| EH 0203 | 12.00 | 690 | 3.00 | 2,070.00 |
| EH 0204 | 12.00 | 705 | 3.00 | 2,115.00 |
| EK 0101 | 6.00 | 1096 | 1.50 | 1,643.40 |
| EK 0102 | 6.00 | 1481 | 1.50 | 2,221.20 |
| EK 0103 | 6.00 | 1151 | 1.50 | 1,727.10 |
| EK 0104 | 6.00 | 1076 | 1.50 | 1,614.60 |
| EK 0301 | 18.00 | 164 | 4.50 | 739.80 |
| EK 0302 | 18.00 | 314 | 4.50 | 1,414.80 |
| EK 0303 | 18.00 | 658 | 4.50 | 2,961.90 |
| EK 0304 | 18.00 | 514 | 4.50 | 2,313.90 |
| EK0314 | 15.00 | 1521 | 3.75 | 5,703.75 |
| EK0322 | 18.00 | 2893 | 4.50 | 13,019.40 |
| EK0323 | 18.00 | 2893 | 4.50 | 13,016.70 |
| EK2005 | 6.00 | 657 | 1.50 | 985.50 |
| EK2006 | 6.00 | 657 | 1.50 | 985.50 |

| | | | | |
|---|---|---|---|---|
| ER0501 | 18.00 | 208 | 4.50 | 936.90 |
| ER0502 | 18.00 | 1912 | 4.50 | 8,604.90 |
| ES0002 | 2.00 | 698 | 0.50 | 348.90 |
| ES0003 | 2.00 | 698 | 0.50 | 348.90 |
| ES0004 | 2.00 | 698 | 0.50 | 348.90 |
| ES0005 | 2.00 | 698 | 0.50 | 348.90 |
| ES0201 | 3.50 | 22 | 0.88 | 18.90 |
| FL 001 | 25.00 | 290 | 6.25 | 1,811.25 |
| FL0089 | 3.75 | 1132 | 0.94 | 1,061.44 |
| FL0090 | 3.75 | 2243 | 0.94 | 2,103.19 |
| FL0096 | 1.75 | 242 | 0.44 | 106.05 |
| FL0100 | 3.50 | 3073 | 0.88 | 2,688.53 |
| FL0101 | 3.50 | 1628 | 0.88 | 1,424.85 |
| FL0102 | 3.50 | 3433 | 0.88 | 3,004.05 |
| FL0103 | 3.50 | 2774 | 0.88 | 2,427.08 |
| FL0104 | 3.50 | 3116 | 0.88 | 2,726.85 |
| FL0105 | 3.50 | 2657 | 0.88 | 2,324.70 |
| FL0106 | 3.50 | 2078 | 0.88 | 1,818.08 |
| FL0107 | 3.50 | 2225 | 0.88 | 1,946.70 |
| FL0108 | 3.50 | 2668 | 0.88 | 2,334.15 |
| FL0109 | 3.50 | 1776 | 0.88 | 1,554.00 |
| FL0110 | 3.50 | 2234 | 0.88 | 1,954.58 |
| FL0111 | 3.50 | 2682 | 0.88 | 2,346.75 |
| FL0112 | 1.75 | 114 | 0.44 | 49.88 |
| FL0113 | 1.75 | 264 | 0.44 | 115.50 |
| FL0115 | 1.75 | 978 | 0.44 | 427.88 |
| FL0116 | 1.75 | 1853 | 0.44 | 810.60 |
| FL0122 | 1.75 | 778 | 0.44 | 340.46 |
| FL0123 | 1.75 | 1633 | 0.44 | 714.53 |
| FL0124 | 3.00 | 717 | 0.75 | 537.75 |
| FL0126 | 3.00 | 808 | 0.75 | 606.15 |
| FL0548 | 6.00 | 329 | 1.50 | 494.10 |
| FL0549 | 6.00 | 2933 | 1.50 | 4,400.10 |
| FL0550 | 6.00 | 2075 | 1.50 | 3,112.20 |
| FL0551 | 6.00 | 2599 | 1.50 | 3,898.80 |
| FL0552 | 6.00 | 1669 | 1.50 | 2,503.80 |
| FL0553 | 6.00 | 1718 | 1.50 | 2,576.70 |
| FL0554 | 1.75 | 233 | 0.44 | 101.85 |
| FL0555 | 1.75 | 605 | 0.44 | 264.86 |
| FL0556 | 1.75 | 1 | 0.44 | 0.53 |
| FL0558 | 1.75 | 2446 | 0.44 | 1,070.21 |
| FL0559 | 1.75 | 1 | 0.44 | 0.53 |
| FL0957 | 3.75 | 2507 | 0.94 | 2,350.13 |
| FL0958 | 1.00 | 36 | 0.25 | 9.00 |
| FL1088 | 1.75 | 894 | 0.44 | 391.13 |
| FL1090 | 1.75 | 1874 | 0.44 | 820.05 |
| FL2095 | 20.00 | 2350 | 5.00 | 11,751.00 |

| | | | | |
|---|---|---|---|---|
| FL2098 | 20.00 | 174 | 5.00 | 870.00 |
| FL2099 | 12.50 | 544 | 3.13 | 1,698.75 |
| FL2102 | 12.50 | 626 | 3.13 | 1,957.50 |
| FL2106 | 5.00 | 7 | 1.25 | 9.00 |
| FL2193 | 3.00 | 619 | 0.75 | 464.40 |
| FL2244 | 20.00 | 1620 | 5.00 | 8,100.00 |
| FL2245 | 20.00 | 1560 | 5.00 | 7,800.00 |
| FL2249 | 12.50 | 50 | 3.13 | 155.63 |
| FL2254 | 3.00 | 441 | 0.75 | 330.75 |
| FL2418 | 3.00 | 4053 | 0.75 | 3,039.75 |
| FL2419 | 3.00 | 770 | 0.75 | 577.80 |
| FL2421 | 3.00 | 2242 | 0.75 | 1,681.65 |
| FL2447 | 12.50 | 16 | 3.13 | 48.75 |
| FL2455 | 3.00 | 670 | 0.75 | 502.20 |
| FL2456 | 3.00 | 206 | 0.75 | 154.80 |
| FL2458 | 3.00 | 730 | 0.75 | 547.20 |
| FL2463 | 12.50 | 59 | 3.13 | 183.75 |
| FL2473 | 3.00 | 17 | 0.75 | 13.05 |
| FL2512 | 5.00 | 2302 | 1.25 | 2,877.75 |
| FL2542 | 20.00 | 720 | 5.00 | 3,600.00 |
| FL2543 | 20.00 | 720 | 5.00 | 3,600.00 |
| FL2544 | 20.00 | 1080 | 5.00 | 5,400.00 |
| FL2545 | 20.00 | 2400 | 5.00 | 12,000.00 |
| FL2546 | 12.50 | 454 | 3.13 | 1,417.50 |
| FL2548 | 12.50 | 105 | 3.13 | 328.13 |
| FL2549 | 12.50 | 2320 | 3.13 | 7,250.63 |
| FP0203 | 5.00 | 1466 | 1.25 | 1,833.00 |
| FP0206 | 5.00 | 833 | 1.25 | 1,041.00 |
| FP0218 | 5.00 | 86 | 1.25 | 108.00 |
| FP0219 | 5.00 | 26 | 1.25 | 33.00 |
| FP0221 | 5.00 | 86 | 1.25 | 108.00 |
| FP0304 | 12.50 | 2544 | 3.13 | 7,950.00 |
| FP0503 | 20.00 | 29 | 5.00 | 147.00 |
| FP0515 | 20.00 | 29 | 5.00 | 147.00 |
| FP0516 | 20.00 | 29 | 5.00 | 144.00 |
| FP0527 | 20.00 | 30 | 5.00 | 150.00 |
| FP0530 | 20.00 | 30 | 5.00 | 150.00 |
| FP0531 | 20.00 | 30 | 5.00 | 150.00 |
| FP0604 | 20.00 | 2284 | 5.00 | 11,418.00 |
| FP0632 | 20.00 | 30 | 5.00 | 150.00 |
| FP0633 | 20.00 | 30 | 5.00 | 150.00 |
| FR 001 | 4.00 | 577 | 1.00 | 576.60 |
| FR 002 | 4.00 | 595 | 1.00 | 594.60 |
| FR 003 | 4.00 | 1679 | 1.00 | 1,679.40 |
| FR 004 | 4.00 | 1510 | 1.00 | 1,509.60 |
| FR0101 | 5.00 | 544 | 1.25 | 680.25 |
| FR0102 | 5.00 | 425 | 1.25 | 531.75 |

| | | | | |
|---|---|---|---|---|
| FR0103 | 5.00 | 893 | 1.25 | 1,116.00 |
| FR0104 | 5.00 | 3436 | 1.25 | 4,295.25 |
| FR0106 | 1.75 | 35 | 0.44 | 15.23 |
| FR0107 | 1.75 | 5 | 0.44 | 2.10 |
| FR0193 | 3.00 | 372 | 0.75 | 279.00 |
| FR0194 | 3.00 | 372 | 0.75 | 279.00 |
| FR0196 | 3.00 | 384 | 0.75 | 288.00 |
| FR0236 | 3.00 | 878 | 0.75 | 658.35 |
| FR0237 | 3.00 | 587 | 0.75 | 440.55 |
| FR0238 | 3.00 | 1034 | 0.75 | 775.35 |
| FR0239 | 3.00 | 878 | 0.75 | 658.80 |
| FR0240 | 3.00 | 281 | 0.75 | 210.60 |
| FR0241 | 3.00 | 720 | 0.75 | 540.00 |
| FR0242 | 3.00 | 1482 | 0.75 | 1,111.50 |
| FR0243 | 3.00 | 689 | 0.75 | 517.05 |
| FR0244 | 5.00 | 2535 | 1.25 | 3,168.75 |
| FR0248 | 3.00 | 1763 | 0.75 | 1,322.55 |
| FR0249 | 3.00 | 1180 | 0.75 | 885.15 |
| FR0250 | 3.00 | 2980 | 0.75 | 2,234.70 |
| FR0252 | 5.00 | 3326 | 1.25 | 4,158.00 |
| FR0253 | 5.00 | 2537 | 1.25 | 3,171.00 |
| FR0255 | 5.00 | 1179 | 1.25 | 1,473.75 |
| FR0256 | 3.00 | 5921 | 0.75 | 4,441.05 |
| FR0257 | 3.00 | 271 | 0.75 | 202.95 |
| FR0258 | 3.00 | 1742 | 0.75 | 1,306.80 |
| FR0259 | 3.00 | 884 | 0.75 | 662.85 |
| GB 002 | 2.00 | 570 | 0.50 | 285.00 |
| GB 003 | 2.00 | 456 | 0.50 | 228.00 |
| GB 004 | 2.00 | 480 | 0.50 | 240.00 |
| GB 005 | 2.00 | 480 | 0.50 | 240.00 |
| GC01 | 30.00 | 6 | 7.50 | 45.00 |
| GM0101 | 3.00 | 868 | 0.75 | 651.15 |
| GM0103 | 3.00 | 1378 | 0.75 | 1,033.20 |
| GM0107 | 3.00 | 1370 | 0.75 | 1,027.35 |
| GM0108 | 3.00 | 1369 | 0.75 | 1,026.45 |
| GM0307 | 12.50 | 2138 | 3.13 | 6,680.63 |
| GO0101 | 3.00 | 1868 | 0.75 | 1,400.85 |
| GO0102 | 3.00 | 1871 | 0.75 | 1,403.10 |
| GO0103 | 3.00 | 4781 | 0.75 | 3,585.60 |
| GO0104 | 3.00 | 1565 | 0.75 | 1,173.60 |
| GO0105 | 3.00 | 2305 | 0.75 | 1,728.45 |
| GO0106 | 3.00 | 2203 | 0.75 | 1,651.95 |
| GO0111 | 3.00 | 258 | 0.75 | 193.50 |
| GO0112 | 3.00 | 204 | 0.75 | 153.00 |
| GO0301 | 12.50 | 292 | 3.13 | 913.13 |
| GO0302 | 12.50 | 128 | 3.13 | 399.38 |
| GO0303 | 12.50 | 93 | 3.13 | 290.63 |

| | | | | |
|---|---|---|---|---|
| GO0304 | 12.50 | 88 | 3.13 | 275.63 |
| GO0305 | 12.50 | 30 | 3.13 | 93.75 |
| GO0306 | 12.50 | 13 | 3.13 | 39.38 |
| GO0307 | 12.50 | 2635 | 3.13 | 8,233.13 |
| GO0308 | 12.50 | 2249 | 3.13 | 7,029.38 |
| GO0312 | 12.50 | 240 | 3.13 | 750.00 |
| GO0314 | 12.50 | 911 | 3.13 | 2,846.25 |
| GO0409 | 2.50 | 2466 | 0.63 | 1,541.25 |
| GO0410 | 2.50 | 2612 | 0.63 | 1,632.38 |
| GR0307/A | 12.50 | 23 | 3.13 | 71.25 |
| GR0503 | 25.00 | 2454 | 6.25 | 15,337.50 |
| HB 001 | 6.00 | 2869 | 1.50 | 4,302.90 |
| HB 005 | 6.00 | 3034 | 1.50 | 4,551.30 |
| HB 006 | 6.00 | 2620 | 1.50 | 3,929.40 |
| HB 007 | 6.00 | 1958 | 1.50 | 2,937.60 |
| HB 008 | 6.00 | 1594 | 1.50 | 2,390.40 |
| HB 009 | 6.00 | 1920 | 1.50 | 2,880.00 |
| HB0001 | 5.00 | 1979 | 1.25 | 2,473.50 |
| HB0002 | 5.00 | 1859 | 1.25 | 2,323.50 |
| HB0004 | 5.00 | 1061 | 1.25 | 1,326.00 |
| HB0006 | 3.00 | 779 | 0.75 | 584.10 |
| HB0007 | 12.50 | 835 | 3.13 | 2,610.00 |
| HB0008 | 12.50 | 1149 | 3.13 | 3,590.63 |
| HB0009 | 5.00 | 2278 | 1.25 | 2,847.75 |
| HB0010 | 5.00 | 358 | 1.25 | 447.75 |
| HB0011 | 3.00 | 176 | 0.75 | 132.30 |
| HB0012 | 3.00 | 644 | 0.75 | 482.85 |
| HB0013 | 5.00 | 238 | 1.25 | 297.00 |
| HB0014 | 5.00 | 1555 | 1.25 | 1,943.25 |
| HB0015 | 5.00 | 1916 | 1.25 | 2,394.75 |
| HB0016 | 5.00 | 976 | 1.25 | 1,220.25 |
| HB0017 | 20.00 | 772 | 5.00 | 3,861.00 |
| HD0301 | 18.00 | 2099 | 4.50 | 9,444.60 |
| HD0302 | 18.00 | 2112 | 4.50 | 9,504.00 |
| HE0001 | 1.50 | 2841 | 0.38 | 1,065.38 |
| HE0002 | 1.50 | 2632 | 0.38 | 986.85 |
| HE0004 | 1.50 | 2931 | 0.38 | 1,099.13 |
| HE001 | 12.50 | 96 | 3.13 | 300.00 |
| HE0102 | 3.00 | 1792 | 0.75 | 1,344.15 |
| HE0104 | 3.00 | 1957 | 0.75 | 1,467.90 |
| HE0301 | 12.50 | 61 | 3.13 | 191.25 |
| HE0302 | 12.50 | 71 | 3.13 | 221.25 |
| HE0303 | 12.50 | 142 | 3.13 | 444.38 |
| HE0304 | 12.50 | 558 | 3.13 | 1,743.75 |
| HG 002 | 12.00 | 1137 | 3.00 | 3,411.00 |
| HG 004 | 12.00 | 226 | 3.00 | 676.80 |
| HG0001 | 5.00 | 750 | 1.25 | 937.50 |

| | | | | |
|---|---|---|---|---|
| HG0002 | 5.00 | 1505 | 1.25 | 1,881.75 |
| HG0003 | 5.00 | 822 | 1.25 | 1,027.50 |
| HG0004 | 5.00 | 662 | 1.25 | 827.25 |
| HG0005 | 5.00 | 315 | 1.25 | 393.75 |
| HG0006 | 5.00 | 1050 | 1.25 | 1,312.50 |
| HG0008 | 3.00 | 239 | 0.75 | 179.55 |
| HG0009 | 5.00 | 2188 | 1.25 | 2,734.50 |
| HG0010 | 5.00 | 1857 | 1.25 | 2,321.25 |
| HG0011 | 3.00 | 2375 | 0.75 | 1,781.10 |
| HG0012 | 3.00 | 1475 | 0.75 | 1,106.10 |
| HG0013 | 12.00 | 758 | 3.00 | 2,273.40 |
| HH0005 | 6.00 | 591 | 1.50 | 886.50 |
| HH0006 | 3.00 | 501 | 0.75 | 375.75 |
| HH0104 | 2.00 | 412 | 0.50 | 206.10 |
| HH0346 | 20.00 | 104 | 5.00 | 519.00 |
| HH0355 | 20.00 | 739 | 5.00 | 3,693.00 |
| HH0356 | 20.00 | 449 | 5.00 | 2,244.00 |
| HH0357 | 20.00 | 1098 | 5.00 | 5,490.00 |
| HH0453 | 8.00 | 1968 | 2.00 | 3,936.00 |
| HH0454 | 8.00 | 1974 | 2.00 | 3,948.00 |
| HH0455 | 8.00 | 792 | 2.00 | 1,584.00 |
| HH0456 | 8.00 | 792 | 2.00 | 1,584.00 |
| HH1036 | 2.50 | 167 | 0.63 | 104.25 |
| HH1042 | 0.35 | 1462 | 0.09 | 127.89 |
| HH1044 | 2.50 | 171 | 0.63 | 106.88 |
| HH1049 | 2.50 | 1483 | 0.63 | 927.00 |
| HH2005 | 3.00 | 515 | 0.75 | 386.55 |
| HH2007 | 3.00 | 595 | 0.75 | 446.40 |
| HH2039 | 3.00 | 838 | 0.75 | 628.20 |
| HH2040 | 3.00 | 3111 | 0.75 | 2,333.25 |
| HM0010 | 10.00 | 600 | 2.50 | 1,500.00 |
| HO 001/B | 2.00 | 884 | 0.50 | 442.20 |
| HO 002/B | 2.00 | 2587 | 0.50 | 1,293.60 |
| HO 005/B | 2.00 | 1073 | 0.50 | 536.70 |
| HO 006/B | 2.00 | 1469 | 0.50 | 734.40 |
| HO 007/B | 2.00 | 180 | 0.50 | 90.00 |
| HO 008/B | 2.00 | 124 | 0.50 | 62.10 |
| HO 009/B | 2.00 | 2920 | 0.50 | 1,460.10 |
| HO 010/B | 2.00 | 3504 | 0.50 | 1,752.00 |
| HO 011 | 18.00 | 1691 | 4.50 | 7,608.60 |
| HO 011/B | 2.00 | 2922 | 0.50 | 1,461.00 |
| HO 012/B | 2.00 | 3163 | 0.50 | 1,581.30 |
| HP0002 | 20.00 | 599 | 5.00 | 2,994.00 |
| HP0608 | 30.00 | 1363 | 7.50 | 10,224.00 |
| HR 001 | 12.00 | 65 | 3.00 | 196.20 |
| HR 003 | 12.00 | 32 | 3.00 | 95.40 |
| HR 004 | 12.00 | 24 | 3.00 | 72.00 |

| | | | | |
|---|---|---|---|---|
| HR0002 | 10.00 | 170 | 2.50 | 426.00 |
| HR0003 | 10.00 | 84 | 2.50 | 210.00 |
| HR0305 | 15.00 | 53 | 3.75 | 200.25 |
| HR0603 | 20.00 | 3108 | 5.00 | 15,540.00 |
| HR0606 | 20.00 | 1324 | 5.00 | 6,618.00 |
| HS0017 | 2.50 | 1 | 0.63 | 0.38 |
| HS0018 | 2.50 | 1 | 0.63 | 0.75 |
| HS0306 | 20.00 | 711 | 5.00 | 3,555.00 |
| HS0307/A | 12.00 | 522 | 3.00 | 1,566.00 |
| HS0314/A | 12.00 | 2569 | 3.00 | 7,705.80 |
| HS1033 | 2.50 | 220 | 0.63 | 137.25 |
| HS1034 | 2.50 | 212 | 0.63 | 132.38 |
| HS2011/A | 4.00 | 449 | 1.00 | 449.40 |
| HS2056 | 4.00 | 177 | 1.00 | 177.00 |
| HS2057 | 4.00 | 179 | 1.00 | 178.80 |
| HS3010 | 12.00 | 67 | 3.00 | 201.60 |
| HS3011 | 12.00 | 67 | 3.00 | 201.60 |
| HS3025 | 12.00 | 66 | 3.00 | 198.00 |
| HS3026 | 12.00 | 67 | 3.00 | 199.80 |
| HS5062 | 15.00 | 625 | 3.75 | 2,342.25 |
| HS5063 | 15.00 | 625 | 3.75 | 2,344.50 |
| HS5064 | 15.00 | 625 | 3.75 | 2,344.50 |
| HU 001 | 12.00 | 731 | 3.00 | 2,192.40 |
| HU 002 | 12.00 | 71 | 3.00 | 212.40 |
| HU 003 | 12.00 | 59 | 3.00 | 178.20 |
| HU 004 | 12.00 | 90 | 3.00 | 270.00 |
| HUM001 | 1.50 | 1941 | 0.38 | 727.88 |
| HUM002 | 1.50 | 1336 | 0.38 | 501.08 |
| HUM003 | 1.50 | 1333 | 0.38 | 499.95 |
| HUM004 | 1.50 | 1342 | 0.38 | 503.33 |
| IS 001 | 18.00 | 903 | 4.50 | 4,063.50 |
| IS 002 | 18.00 | 1256 | 4.50 | 5,651.10 |
| J-0233 | 3.00 | 800 | 0.75 | 599.85 |
| J-0235 | 3.00 | 1498 | 0.75 | 1,123.20 |
| J-0237 | 1.75 | 9352 | 0.44 | 4,091.59 |
| J-0238 | 1.75 | 1734 | 0.44 | 758.63 |
| J-0239 | 1.75 | 5506 | 0.44 | 2,408.70 |
| J-0240 | 1.75 | 1099 | 0.44 | 480.90 |
| J-0241 | 1.00 | 4711 | 0.25 | 1,177.80 |
| J-0242 | 1.00 | 3805 | 0.25 | 951.30 |
| J-0243 | 1.00 | 3542 | 0.25 | 885.45 |
| J-0244 | 1.00 | 2164 | 0.25 | 541.05 |
| J-0596 | 3.50 | 450 | 0.88 | 393.75 |
| J-0649 | 1.75 | 4052 | 0.44 | 1,772.93 |
| J-1093 | 3.00 | 4 | 0.75 | 2.70 |
| J-1099 | 3.00 | 3934 | 0.75 | 2,950.20 |
| J-1140 | 12.50 | 261 | 3.13 | 815.63 |

| | | | | |
|---|---|---|---|---|
| J-1141 | 12.50 | 1917 | 3.13 | 5,990.63 |
| J-1142 | 12.50 | 1550 | 3.13 | 4,845.00 |
| J-1144 | 5.00 | 304 | 1.25 | 380.25 |
| J-1145 | 5.00 | 251 | 1.25 | 313.50 |
| J-1146 | 5.00 | 377 | 1.25 | 471.00 |
| J-1147 | 5.00 | 322 | 1.25 | 402.00 |
| J-1148 | 3.00 | 529 | 0.75 | 396.90 |
| J-1149 | 3.00 | 302 | 0.75 | 226.80 |
| J-1150 | 3.00 | 374 | 0.75 | 280.80 |
| J-1152 | 12.50 | 2525 | 3.13 | 7,891.88 |
| J-1153 | 12.50 | 1098 | 3.13 | 3,431.25 |
| J-1155 | 12.50 | 1024 | 3.13 | 3,198.75 |
| J-1156 | 12.50 | 1288 | 3.13 | 4,023.75 |
| J-1157 | 12.50 | 1369 | 3.13 | 4,276.88 |
| J-1158 | 12.50 | 2273 | 3.13 | 7,102.50 |
| J-1159 | 12.50 | 3494 | 3.13 | 10,918.13 |
| JC0003 | 1.50 | 1310 | 0.38 | 491.18 |
| JC0005 | 1.50 | 230 | 0.38 | 86.18 |
| JC0103 | 3.00 | 1920 | 0.75 | 1,440.00 |
| JC0105 | 3.00 | 1994 | 0.75 | 1,495.35 |
| JD0201 | 5.00 | 294 | 1.25 | 367.50 |
| JG 0101 | 6.00 | 107 | 1.50 | 161.10 |
| JG 0103 | 6.00 | 394 | 1.50 | 591.30 |
| JG 0104 | 6.00 | 1186 | 1.50 | 1,779.30 |
| JG 0107 | 6.00 | 1191 | 1.50 | 1,786.50 |
| JG 0108 | 6.00 | 1042 | 1.50 | 1,562.40 |
| JG 0109 | 6.00 | 1498 | 1.50 | 2,246.40 |
| JG 0110 | 6.00 | 1516 | 1.50 | 2,274.30 |
| JG 0111 | 6.00 | 913 | 1.50 | 1,369.80 |
| JG 0112 | 6.00 | 1005 | 1.50 | 1,507.50 |
| JG 0113 | 6.00 | 2497 | 1.50 | 3,744.90 |
| JG 0301 | 18.00 | 164 | 4.50 | 739.80 |
| JG 0302 | 18.00 | 1696 | 4.50 | 7,630.20 |
| JG 0305 | 18.00 | 145 | 4.50 | 653.40 |
| JG 0306 | 18.00 | 56 | 4.50 | 251.10 |
| JG 0307 | 18.00 | 35 | 4.50 | 156.60 |
| JG 0308 | 18.00 | 113 | 4.50 | 510.30 |
| JG 0309 | 18.00 | 133 | 4.50 | 599.40 |
| JG 0310 | 18.00 | 1073 | 4.50 | 4,830.30 |
| JG 0311 | 18.00 | 46 | 4.50 | 207.90 |
| JG 0312 | 18.00 | 204 | 4.50 | 918.00 |
| JG 0313 | 18.00 | 47 | 4.50 | 210.60 |
| JH0104/A | 3.00 | 60 | 0.75 | 45.00 |
| JH0304/A | 12.50 | 42 | 3.13 | 131.25 |
| JH0304C | 12.50 | 1800 | 3.13 | 5,625.00 |
| JM0001 | 3.00 | 4682 | 0.75 | 3,511.35 |
| JM0002 | 3.00 | 4102 | 0.75 | 3,076.20 |

| | | | | |
|---|---|---|---|---|
| JM001 | 50.00 | 11 | 12.50 | 135.00 |
| JM0110 | 3.00 | 937 | 0.75 | 702.90 |
| JM0111 | 3.00 | 2746 | 0.75 | 2,059.65 |
| JM0112 | 3.00 | 2761 | 0.75 | 2,070.45 |
| JM0113 | 3.00 | 1756 | 0.75 | 1,317.15 |
| JM0114 | 3.00 | 1965 | 0.75 | 1,473.75 |
| JM0115 | 3.00 | 1492 | 0.75 | 1,118.70 |
| JM0117 | 3.00 | 2566 | 0.75 | 1,924.20 |
| JM0118 | 3.00 | 2406 | 0.75 | 1,804.50 |
| JM0301 | 12.50 | 1145 | 3.13 | 3,577.50 |
| JM0305 | 12.50 | 423 | 3.13 | 1,321.88 |
| JM0309 | 12.50 | 1 | 3.13 | 1.88 |
| JN 001 | 10.00 | 715 | 2.50 | 1,786.50 |
| JN 002 | 10.00 | 697 | 2.50 | 1,741.50 |
| JP0705 | 25.00 | 857 | 6.25 | 5,355.00 |
| JP0712 | 25.00 | 1047 | 6.25 | 6,543.75 |
| JW0601 | 20.00 | 739 | 5.00 | 3,693.00 |
| JW0604 | 20.00 | 1214 | 5.00 | 6,069.00 |
| K724 | 28.00 | 2 | 7.00 | 12.60 |
| KD0101/B | 3.00 | 750 | 0.75 | 562.50 |
| KD0102/B | 3.00 | 17 | 0.75 | 12.60 |
| KD0108 | 3.00 | 716 | 0.75 | 537.30 |
| KD0110 | 3.00 | 623 | 0.75 | 467.55 |
| KD0116 | 3.00 | 5 | 0.75 | 3.60 |
| KD0117 | 3.00 | 51 | 0.75 | 38.25 |
| KD0324 | 12.50 | 827 | 3.13 | 2,585.63 |
| KD0326/A | 12.50 | 38 | 3.13 | 120.00 |
| KD0333 | 18.00 | 1489 | 4.50 | 6,701.40 |
| KR0105 | 3.00 | 341 | 0.75 | 256.05 |
| KR0106 | 3.00 | 2884 | 0.75 | 2,162.70 |
| KR0107 | 3.00 | 2943 | 0.75 | 2,207.25 |
| KR0108 | 3.00 | 403 | 0.75 | 302.40 |
| KR0305 | 15.00 | 145 | 3.75 | 542.25 |
| KR0306 | 15.00 | 173 | 3.75 | 648.00 |
| KR0308 | 15.00 | 146 | 3.75 | 549.00 |
| LA 0125/A | 6.00 | 715 | 1.50 | 1,071.90 |
| LA 0126/A | 6.00 | 715 | 1.50 | 1,072.80 |
| LA 0127/A | 6.00 | 715 | 1.50 | 1,072.80 |
| LA 0128/A | 6.00 | 715 | 1.50 | 1,072.80 |
| LA 03177 | 18.00 | 2205 | 4.50 | 9,922.50 |
| LA 0326 | 18.00 | 1051 | 4.50 | 4,727.70 |
| LA 0327 | 18.00 | 1697 | 4.50 | 7,635.60 |
| LA 0395 | 18.00 | 2363 | 4.50 | 10,632.60 |
| LA 0497 | 15.00 | 4 | 3.75 | 15.75 |
| LA 0501 | 8.00 | 256 | 2.00 | 512.40 |
| LA 0502 | 8.00 | 284 | 2.00 | 568.80 |
| LA 0796 | 30.00 | 43 | 7.50 | 324.00 |

| | | | | |
|---|---|---|---|---|
| LA 10040 | 2.50 | 30 | 0.63 | 18.75 |
| LA 10041 | 2.50 | 30 | 0.63 | 18.75 |
| LA 10227 | 5.00 | 467 | 1.25 | 584.25 |
| LA 10228 | 5.00 | 468 | 1.25 | 585.00 |
| LA 10414 | 12.00 | 1238 | 3.00 | 3,713.40 |
| LA 10415 | 12.00 | 1238 | 3.00 | 3,715.20 |
| LA 106020 | 15.00 | 647 | 3.75 | 2,425.50 |
| LA 106021 | 15.00 | 641 | 3.75 | 2,403.00 |
| LA 10622 | 20.00 | 1734 | 5.00 | 8,670.00 |
| LA 1063/A | 2.50 | 150 | 0.63 | 93.75 |
| LA 1065/A | 2.50 | 150 | 0.63 | 93.75 |
| LA 1067 | 4.00 | 1259 | 1.00 | 1,258.80 |
| LA 1068 | 4.00 | 1259 | 1.00 | 1,259.40 |
| LA 10848/A | 15.00 | 221 | 3.75 | 828.00 |
| LA 10849/A | 15.00 | 220 | 3.75 | 825.75 |
| LA 1089 | 6.00 | 1811 | 1.50 | 2,716.20 |
| LA 1090 | 6.00 | 1607 | 1.50 | 2,411.10 |
| LA 1091 | 6.00 | 1811 | 1.50 | 2,716.20 |
| LA 1092 | 6.00 | 1609 | 1.50 | 2,413.80 |
| LA 11010 | 2.50 | 1146 | 0.63 | 716.25 |
| LA 11011 | 2.50 | 1146 | 0.63 | 716.25 |
| LA 11050 | 2.50 | 75 | 0.63 | 46.88 |
| LA 11051 | 2.50 | 855 | 0.63 | 534.38 |
| LA 11052 | 2.50 | 66 | 0.63 | 41.25 |
| LA 11053 | 2.50 | 2055 | 0.63 | 1,284.38 |
| LA 11504 | 2.50 | 312 | 0.63 | 195.00 |
| LA 11505 | 2.50 | 311 | 0.63 | 194.63 |
| LA 12002 | 12.00 | 839 | 3.00 | 2,516.40 |
| LA 12003 | 12.00 | 809 | 3.00 | 2,428.20 |
| LA 12010 | 12.00 | 656 | 3.00 | 1,967.40 |
| LA 12011 | 12.00 | 657 | 3.00 | 1,971.00 |
| LA 12178 | 12.00 | 68 | 3.00 | 203.40 |
| LA 12179 | 12.00 | 186 | 3.00 | 558.00 |
| LA 14006 | 18.00 | 982 | 4.50 | 4,417.20 |
| LA 14007 | 18.00 | 952 | 4.50 | 4,284.90 |
| LA 14008 | 18.00 | 1217 | 4.50 | 5,478.30 |
| LA 14009 | 18.00 | 1112 | 4.50 | 5,005.80 |
| LA 14056 | 12.00 | 1277 | 3.00 | 3,832.20 |
| LA 14057 | 12.00 | 1287 | 3.00 | 3,861.00 |
| LA 15047 | 15.00 | 300 | 3.75 | 1,125.00 |
| LA 15066 | 15.00 | 409 | 3.75 | 1,534.50 |
| LA 15067 | 15.00 | 409 | 3.75 | 1,534.50 |
| LA 16002 | 20.00 | 319 | 5.00 | 1,596.00 |
| LA 16003 | 20.00 | 859 | 5.00 | 4,293.00 |
| LA 18006 | 20.00 | 354 | 5.00 | 1,770.00 |
| LA 18007 | 20.00 | 330 | 5.00 | 1,650.00 |
| LA 2101/A | 2.50 | 150 | 0.63 | 93.75 |

| | | | | |
|---|---|---|---|---|
| LA 2102/A | 2.50 | 150 | 0.63 | 93.75 |
| LA 4083 | 12.00 | 159 | 3.00 | 477.00 |
| LA 4083/A | 12.00 | 159 | 3.00 | 477.00 |
| LA 5088 | 20.00 | 687 | 5.00 | 3,435.00 |
| LB 001 | 16.00 | 1754 | 4.00 | 7,015.20 |
| LB 001/A | 8.00 | 1486 | 2.00 | 2,972.40 |
| LB 002 | 16.00 | 1780 | 4.00 | 7,120.80 |
| LB 002/A | 8.00 | 1411 | 2.00 | 2,822.40 |
| LB0301 | 20.00 | 3745 | 5.00 | 18,723.00 |
| LB0302 | 20.00 | 1128 | 5.00 | 5,640.00 |
| LC 002 | 12.00 | 350 | 3.00 | 1,051.20 |
| LC 005 | 12.00 | 460 | 3.00 | 1,380.60 |
| LD 002 | 12.00 | 359 | 3.00 | 1,076.40 |
| LD 004 | 12.00 | 660 | 3.00 | 1,980.00 |
| LF0002 | 1.50 | 1264 | 0.38 | 473.85 |
| LF0003 | 1.50 | 1439 | 0.38 | 539.78 |
| LF0004 | 1.50 | 1418 | 0.38 | 531.90 |
| LF0005 | 1.50 | 1126 | 0.38 | 422.10 |
| LF0006 | 1.50 | 1493 | 0.38 | 559.80 |
| LF0008 | 1.50 | 1499 | 0.38 | 562.28 |
| LF01 | 25.00 | 4 | 6.25 | 22.50 |
| LJ0127 | 3.00 | 2353 | 0.75 | 1,764.45 |
| LJ0128 | 3.00 | 2329 | 0.75 | 1,746.45 |
| LJ0130 | 3.00 | 2673 | 0.75 | 2,004.75 |
| LJ0132 | 3.00 | 2165 | 0.75 | 1,623.60 |
| LJ0517 | 6.25 | 2377 | 1.56 | 3,714.38 |
| LJ0518 | 6.25 | 2294 | 1.56 | 3,584.06 |
| LJ0520 | 6.25 | 2157 | 1.56 | 3,370.31 |
| LJ0719 | 20.00 | 4704 | 5.00 | 23,520.00 |
| LJ0720 | 20.00 | 3809 | 5.00 | 19,044.00 |
| LJ0723 | 20.00 | 4942 | 5.00 | 24,708.00 |
| LJ0724 | 20.00 | 5420 | 5.00 | 27,102.00 |
| LJ13002 | 5.00 | 1255 | 1.25 | 1,569.00 |
| LJ50106 | 3.00 | 1260 | 0.75 | 945.00 |
| LM 0219 | 5.00 | 1799 | 1.25 | 2,249.25 |
| LM 0220 | 5.00 | 1769 | 1.25 | 2,211.75 |
| LM 0221 | 5.00 | 1784 | 1.25 | 2,230.50 |
| LM 0222 | 5.00 | 1829 | 1.25 | 2,286.75 |
| LM 0233 | 12.00 | 1542 | 3.00 | 4,626.00 |
| LM 1005 | 2.50 | 2061 | 0.63 | 1,288.13 |
| LM 1006 | 2.50 | 2063 | 0.63 | 1,289.63 |
| LM 1007 | 2.50 | 1770 | 0.63 | 1,106.25 |
| LM 1008 | 2.50 | 1709 | 0.63 | 1,068.00 |
| LM 1009 | 5.00 | 928 | 1.25 | 1,159.50 |
| LM 1013/A | 2.50 | 150 | 0.63 | 93.75 |
| LM 1014/A | 2.50 | 150 | 0.63 | 93.75 |
| LM 1062 | 2.50 | 69 | 0.63 | 43.13 |

| | | | | |
|---|---|---|---|---|
| LM 1065 | 2.50 | 69 | 0.63 | 43.13 |
| LM 2005 | 8.00 | 401 | 2.00 | 802.80 |
| LM 2006 | 8.00 | 432 | 2.00 | 864.00 |
| LM 2007 | 8.00 | 416 | 2.00 | 831.60 |
| LM 2008 | 8.00 | 476 | 2.00 | 951.60 |
| LM 2009 | 9.00 | 1475 | 2.25 | 3,319.65 |
| LM 2010 | 9.00 | 1475 | 2.25 | 3,318.30 |
| LM 2011 | 12.00 | 1079 | 3.00 | 3,238.20 |
| LM 2012 | 12.00 | 1073 | 3.00 | 3,220.20 |
| LM 2014 | 12.00 | 991 | 3.00 | 2,973.60 |
| LN 001 | 12.00 | 1363 | 3.00 | 4,087.80 |
| LN 002 | 12.00 | 1361 | 3.00 | 4,084.20 |
| LO 0505 | 8.00 | 1908 | 2.00 | 3,816.00 |
| LO 0506 | 8.00 | 767 | 2.00 | 1,533.60 |
| LP 001 | 4.00 | 536 | 1.00 | 535.80 |
| LP 002 | 4.00 | 475 | 1.00 | 475.20 |
| LU0018 | 3.00 | 431 | 0.75 | 323.55 |
| LU0024 | 5.00 | 714 | 1.25 | 892.50 |
| LU0025 | 5.00 | 716 | 1.25 | 894.75 |
| LU0204 | 5.00 | 103 | 1.25 | 128.25 |
| LU0217 | 5.00 | 577 | 1.25 | 721.50 |
| LU0224 | 5.00 | 268 | 1.25 | 334.50 |
| LU0229 | 5.00 | 94 | 1.25 | 117.75 |
| LU0243 | 5.00 | 1802 | 1.25 | 2,253.00 |
| LU0244 | 5.00 | 1823 | 1.25 | 2,279.25 |
| LU0307 | 20.00 | 676 | 5.00 | 3,381.00 |
| LU0501 | 10.00 | 1094 | 2.50 | 2,734.50 |
| LU0830/A | 15.00 | 4 | 3.75 | 15.75 |
| LU0843/A | 15.00 | 638 | 3.75 | 2,391.75 |
| LU0959 | 40.00 | 140 | 10.00 | 1,404.00 |
| LW 004 | 16.00 | 42 | 4.00 | 168.00 |
| MD 001 | 6.00 | 715 | 1.50 | 1,071.90 |
| MD 004 | 6.00 | 520 | 1.50 | 779.40 |
| MD 0105 | 6.00 | 1768 | 1.50 | 2,651.40 |
| MD 0106 | 6.00 | 1729 | 1.50 | 2,592.90 |
| MD 0109 | 6.00 | 1450 | 1.50 | 2,175.30 |
| MD 0110 | 6.00 | 1132 | 1.50 | 1,698.30 |
| MD0303 | 15.00 | 2033 | 3.75 | 7,623.00 |
| MD1213 | 6.00 | 150 | 1.50 | 225.00 |
| ME0102/A | 6.00 | 84 | 1.50 | 126.00 |
| ME0103/A | 6.00 | 84 | 1.50 | 126.00 |
| MFA109 | 30.00 | 35 | 7.50 | 261.00 |
| MFA138 | 35.00 | 5 | 8.75 | 42.00 |
| MG 001 | 16.00 | 1280 | 4.00 | 5,119.20 |
| MG 002 | 16.00 | 1315 | 4.00 | 5,260.80 |
| MM0102 | 4.00 | 2336 | 1.00 | 2,336.40 |
| MM0103 | 4.00 | 1185 | 1.00 | 1,185.00 |

| | | | | |
|---|---|---|---|---|
| MM0302 | 15.00 | 320 | 3.75 | 1,201.50 |
| MM0303 | 15.00 | 1789 | 3.75 | 6,709.50 |
| MM0304 | 15.00 | 1160 | 3.75 | 4,351.50 |
| MN 001 | 12.00 | 226 | 3.00 | 676.80 |
| MN0119 | 3.00 | 929 | 0.75 | 697.05 |
| MN0120 | 3.00 | 929 | 0.75 | 697.05 |
| MN0121 | 3.00 | 929 | 0.75 | 697.05 |
| MN0122 | 3.00 | 818 | 0.75 | 613.35 |
| MN0123 | 3.00 | 806 | 0.75 | 604.80 |
| MN0211 | 2.75 | 1816 | 0.69 | 1,248.64 |
| MN0212 | 2.75 | 1816 | 0.69 | 1,248.64 |
| MN0213 | 2.75 | 1816 | 0.69 | 1,248.64 |
| MN0214 | 2.75 | 1816 | 0.69 | 1,248.64 |
| MN03 | 30.00 | 12 | 7.50 | 90.00 |
| MN04 | 30.00 | 9 | 7.50 | 67.50 |
| MN0412 | 15.00 | 30 | 3.75 | 112.50 |
| MN09 | 30.00 | 5 | 7.50 | 40.50 |
| MN10 | 30.00 | 9 | 7.50 | 67.50 |
| MP 002 | 14.00 | 1796 | 3.50 | 6,287.40 |
| MP0005 | 1.75 | 3270 | 0.44 | 1,430.63 |
| MP0006 | 1.75 | 1852 | 0.44 | 810.34 |
| MP0007 | 1.75 | 2327 | 0.44 | 1,018.24 |
| MP0008 | 1.75 | 1555 | 0.44 | 680.40 |
| MP0014 | 3.50 | 1109 | 0.88 | 970.73 |
| MR0205 | 5.00 | 13 | 1.25 | 16.50 |
| MR0206 | 5.00 | 9 | 1.25 | 11.25 |
| MS0402 | 2.50 | 1845 | 0.63 | 1,153.13 |
| MS0403 | 2.50 | 2843 | 0.63 | 1,776.75 |
| MS0404 | 2.50 | 2650 | 0.63 | 1,656.00 |
| MS0405 | 2.50 | 2747 | 0.63 | 1,717.13 |
| MS0406 | 2.50 | 2651 | 0.63 | 1,656.75 |
| MS0501 | 6.25 | 886 | 1.56 | 1,383.75 |
| MS0502 | 6.25 | 434 | 1.56 | 678.75 |
| MS0503 | 6.25 | 397 | 1.56 | 620.63 |
| MS0504 | 6.25 | 652 | 1.56 | 1,019.06 |
| MT 001 | 12.00 | 49 | 3.00 | 147.60 |
| MT 002 | 12.00 | 56 | 3.00 | 167.40 |
| MT 003 | 12.00 | 194 | 3.00 | 583.20 |
| MT 004 | 12.00 | 221 | 3.00 | 662.40 |
| MT 005 | 12.00 | 297 | 3.00 | 891.00 |
| MT 006 | 12.00 | 331 | 3.00 | 991.80 |
| MT 007 | 12.00 | 247 | 3.00 | 739.80 |
| MT 008 | 12.00 | 301 | 3.00 | 903.60 |
| MU 001 | 22.00 | 679 | 5.50 | 3,735.60 |
| MW0199 | 3.00 | 428 | 0.75 | 320.85 |
| MW0225 | 12.00 | 2095 | 3.00 | 6,283.80 |
| MW0313 | 15.00 | 1151 | 3.75 | 4,315.50 |

| | | | | |
|---|---|---|---|---|
| MW0437 | 2.75 | 1159 | 0.69 | 796.95 |
| MW0442 | 2.75 | 3856 | 0.69 | 2,650.73 |
| MW1012 | 3.00 | 2632 | 0.75 | 1,973.70 |
| MW1013 | 3.00 | 2651 | 0.75 | 1,988.10 |
| MW1072 | 5.00 | 1146 | 1.25 | 1,432.50 |
| MW1075 | 5.00 | 1148 | 1.25 | 1,434.75 |
| MW2020 | 8.00 | 357 | 2.00 | 714.00 |
| MW2021 | 8.00 | 295 | 2.00 | 589.20 |
| MW2022 | 8.00 | 419 | 2.00 | 838.80 |
| MW2023 | 8.00 | 327 | 2.00 | 654.00 |
| NA0301 | 15.00 | 4 | 3.75 | 15.75 |
| NB0101 | 3.00 | 55 | 0.75 | 40.95 |
| NB0104 | 3.00 | 50 | 0.75 | 37.35 |
| NC 001 | 25.00 | 228 | 6.25 | 1,425.00 |
| NG 0101 | 8.00 | 1927 | 2.00 | 3,853.20 |
| NG 0102 | 8.00 | 1788 | 2.00 | 3,576.00 |
| NG 0111 | 6.00 | 2161 | 1.50 | 3,240.90 |
| NG 0112 | 6.00 | 2169 | 1.50 | 3,253.50 |
| NG 0113 | 6.00 | 2174 | 1.50 | 3,261.60 |
| NG 0114 | 6.00 | 2160 | 1.50 | 3,240.00 |
| NG 0115 | 6.00 | 399 | 1.50 | 598.50 |
| NG 0116 | 6.00 | 714 | 1.50 | 1,071.00 |
| NG 0203 | 12.00 | 2066 | 3.00 | 6,199.20 |
| NG 0204 | 12.00 | 2215 | 3.00 | 6,643.80 |
| NG 0205 | 12.00 | 2241 | 3.00 | 6,723.00 |
| NG 0206 | 12.00 | 1499 | 3.00 | 4,498.20 |
| NG 0207 | 12.00 | 2533 | 3.00 | 7,597.80 |
| NG 0209 | 12.00 | 1678 | 3.00 | 5,032.80 |
| NG 0210 | 12.00 | 2070 | 3.00 | 6,210.00 |
| NG 0301 | 18.00 | 446 | 4.50 | 2,008.80 |
| NG 0302 | 18.00 | 272 | 4.50 | 1,223.10 |
| NG 0418 | 5.00 | 956 | 1.25 | 1,195.50 |
| NG 0517 | 10.00 | 2655 | 2.50 | 6,637.50 |
| NG 0518 | 10.00 | 2655 | 2.50 | 6,637.50 |
| NR0002 | 1.00 | 2012 | 0.25 | 502.95 |
| NR0003 | 1.00 | 2597 | 0.25 | 649.20 |
| NR0004 | 1.00 | 1465 | 0.25 | 366.15 |
| NR0005 | 1.00 | 2457 | 0.25 | 614.25 |
| NR0006 | 1.00 | 291 | 0.25 | 72.75 |
| NR0008 | 1.00 | 389 | 0.25 | 97.35 |
| NR0011 | 1.00 | 1525 | 0.25 | 381.15 |
| NR0012 | 1.00 | 1644 | 0.25 | 411.00 |
| NR0014 | 1.00 | 1381 | 0.25 | 345.30 |
| NR0017 | 1.00 | 306 | 0.25 | 76.50 |
| NR0020 | 1.00 | 649 | 0.25 | 162.30 |
| NR0021 | 1.00 | 1538 | 0.25 | 384.60 |
| NR0023 | 1.00 | 1792 | 0.25 | 448.05 |

| | | | | |
|---|---|---|---|---|
| NR0024 | 1.00 | 2318 | 0.25 | 579.45 |
| NR0025 | 1.00 | 599 | 0.25 | 149.70 |
| NR0026 | 1.00 | 3110 | 0.25 | 777.45 |
| NR0027 | 1.00 | 3469 | 0.25 | 867.15 |
| NR0028 | 1.00 | 2075 | 0.25 | 518.85 |
| NR0029 | 1.00 | 771 | 0.25 | 192.75 |
| NR0030 | 1.00 | 481 | 0.25 | 120.30 |
| NR0032 | 1.00 | 1583 | 0.25 | 395.70 |
| NR0034 | 1.00 | 1634 | 0.25 | 408.60 |
| NR0035 | 1.00 | 1195 | 0.25 | 298.65 |
| NR0036 | 1.00 | 2597 | 0.25 | 649.20 |
| NR0041 | 1.00 | 1799 | 0.25 | 449.70 |
| NR0043 | 1.00 | 2447 | 0.25 | 611.70 |
| NR0045 | 1.00 | 167 | 0.25 | 41.70 |
| NR0046 | 1.00 | 2006 | 0.25 | 501.60 |
| NR0047 | 1.00 | 641 | 0.25 | 160.35 |
| NR0048 | 1.00 | 1126 | 0.25 | 281.55 |
| NR0049 | 1.00 | 898 | 0.25 | 224.40 |
| NR0052 | 1.00 | 1823 | 0.25 | 455.85 |
| NR0055 | 1.00 | 108 | 0.25 | 27.00 |
| NR0058 | 1.00 | 2623 | 0.25 | 655.80 |
| NR0059 | 1.00 | 1849 | 0.25 | 462.30 |
| NR0068 | 1.00 | 1458 | 0.25 | 364.50 |
| NR0069 | 1.00 | 322 | 0.25 | 80.40 |
| NR0070 | 1.00 | 267 | 0.25 | 66.75 |
| NR0072 | 1.00 | 145 | 0.25 | 36.30 |
| NR0073 | 1.00 | 1489 | 0.25 | 372.30 |
| NR0074 | 1.00 | 1021 | 0.25 | 255.30 |
| NR0075 | 1.00 | 136 | 0.25 | 33.90 |
| NR0077 | 1.00 | 1021 | 0.25 | 255.30 |
| NR0079 | 1.00 | 2249 | 0.25 | 562.20 |
| NR0102 | 3.00 | 1 | 0.75 | 0.45 |
| NR0107/D | 3.00 | 110 | 0.75 | 82.35 |
| NR0118 | 3.00 | 14 | 0.75 | 10.35 |
| NR0124 | 3.00 | 2296 | 0.75 | 1,721.70 |
| NR0151 | 3.00 | 598 | 0.75 | 448.65 |
| NR0152 | 3.00 | 1690 | 0.75 | 1,267.65 |
| NR0168 | 3.00 | 1349 | 0.75 | 1,011.60 |
| NR0179 | 3.00 | 1639 | 0.75 | 1,229.40 |
| NR0401 | 0.50 | 3299 | 0.13 | 412.35 |
| NR0406 | 0.50 | 749 | 0.13 | 93.60 |
| NR0411 | 0.50 | 1799 | 0.13 | 224.85 |
| NR0414 | 0.50 | 3899 | 0.13 | 487.35 |
| NR0511 | 0.75 | 1799 | 0.19 | 337.28 |
| NR0514 | 0.75 | 4739 | 0.19 | 888.53 |
| NR0611 | 1.00 | 3839 | 0.25 | 959.70 |
| NR0614 | 1.00 | 1649 | 0.25 | 412.20 |

| | | | | |
|---|---|---|---|---|
| NW0401 | 3.00 | 1506 | 0.75 | 1,129.50 |
| NW0402 | 3.00 | 1459 | 0.75 | 1,094.40 |
| NW0403 | 3.00 | 739 | 0.75 | 553.95 |
| NW0413 | 6.00 | 2230 | 1.50 | 3,344.40 |
| NW0414 | 6.00 | 1744 | 1.50 | 2,615.40 |
| NW0501 | 8.00 | 5696 | 2.00 | 11,392.80 |
| NW0503 | 8.00 | 5726 | 2.00 | 11,452.80 |
| NW0515 | 30.00 | 1192 | 7.50 | 8,937.00 |
| NW2001 | 6.00 | 5744 | 1.50 | 8,615.70 |
| NW2002 | 6.00 | 5474 | 1.50 | 8,210.70 |
| NW2003 | 6.00 | 5317 | 1.50 | 7,975.80 |
| NW2004 | 6.00 | 4143 | 1.50 | 6,214.50 |
| NY0025 | 1.75 | 141 | 0.44 | 61.69 |
| NY0027 | 1.75 | 193 | 0.44 | 84.53 |
| NY0103 | 3.00 | 3105 | 0.75 | 2,328.75 |
| NY0121 | 3.00 | 1844 | 0.75 | 1,382.85 |
| NY0146 | 4.00 | 1847 | 1.00 | 1,847.40 |
| NY0314 | 12.50 | 47 | 3.13 | 148.13 |
| NY0403 | 2.50 | 5435 | 0.63 | 3,396.75 |
| NY0406 | 2.50 | 229 | 0.63 | 142.88 |
| NY0411 | 2.50 | 1847 | 0.63 | 1,154.63 |
| NY0412 | 2.50 | 1888 | 0.63 | 1,179.75 |
| NY0418 | 2.50 | 3023 | 0.63 | 1,889.63 |
| NY0502 | 6.25 | 1313 | 1.56 | 2,051.25 |
| NY0503 | 6.25 | 1903 | 1.56 | 2,973.75 |
| NY0512 | 6.25 | 3376 | 1.56 | 5,275.31 |
| OV0101 | 3.00 | 907 | 0.75 | 680.40 |
| OV0102 | 3.00 | 906 | 0.75 | 679.50 |
| OV0103 | 3.00 | 2516 | 0.75 | 1,886.85 |
| OV0104 | 3.00 | 2900 | 0.75 | 2,174.85 |
| OV0129 | 3.00 | 592 | 0.75 | 443.70 |
| OV0130 | 3.00 | 592 | 0.75 | 443.70 |
| OV0131 | 3.00 | 592 | 0.75 | 443.70 |
| OV0132 | 3.00 | 592 | 0.75 | 443.70 |
| OV0133 | 3.00 | 1572 | 0.75 | 1,179.00 |
| OV0134 | 3.00 | 1579 | 0.75 | 1,183.95 |
| OV0301 | 15.00 | 2032 | 3.75 | 7,618.50 |
| OV0302 | 15.00 | 2091 | 3.75 | 7,841.25 |
| OV0303 | 15.00 | 988 | 3.75 | 3,705.75 |
| OV0304 | 15.00 | 986 | 3.75 | 3,699.00 |
| PA 0312 | 18.00 | 1712 | 4.50 | 7,705.80 |
| PA 0419 | 4.00 | 1669 | 1.00 | 1,669.20 |
| PA 0420 | 4.00 | 1672 | 1.00 | 1,671.60 |
| PA 0421 | 4.00 | 1644 | 1.00 | 1,644.00 |
| PA 0422 | 4.00 | 1817 | 1.00 | 1,816.80 |
| PA 0423 | 4.00 | 1828 | 1.00 | 1,827.60 |
| PA 0424 | 4.00 | 1382 | 1.00 | 1,381.80 |

| | | | | |
|---|---|---|---|---|
| PA 0425 | 4.00 | 1382 | 1.00 | 1,382.40 |
| PA 0426 | 4.00 | 1628 | 1.00 | 1,628.40 |
| PA 0519 | 10.00 | 1611 | 2.50 | 4,027.50 |
| PA 0520 | 10.00 | 1612 | 2.50 | 4,029.00 |
| PA 0521 | 10.00 | 1605 | 2.50 | 4,012.50 |
| PA 0522 | 10.00 | 1623 | 2.50 | 4,057.50 |
| PA 0523 | 10.00 | 1658 | 2.50 | 4,146.00 |
| PA 0524 | 10.00 | 1595 | 2.50 | 3,988.50 |
| PA 0525 | 10.00 | 1582 | 2.50 | 3,954.00 |
| PA 0526 | 10.00 | 1622 | 2.50 | 4,056.00 |
| PA105 | 15.00 | 23 | 3.75 | 85.50 |
| PA106 | 15.00 | 32 | 3.75 | 121.50 |
| PA108 | 15.00 | 3 | 3.75 | 11.25 |
| PA109 | 15.00 | 14 | 3.75 | 54.00 |
| PA110 | 15.00 | 9 | 3.75 | 33.75 |
| PA111 | 15.00 | 13 | 3.75 | 47.25 |
| PA112 | 15.00 | 10 | 3.75 | 36.00 |
| PA147 | 28.00 | 9 | 7.00 | 63.00 |
| PA148 | 28.00 | 9 | 7.00 | 63.00 |
| PA81 | 6.00 | 7 | 1.50 | 10.80 |
| PA82 | 6.00 | 7 | 1.50 | 10.80 |
| PA83 | 6.00 | 7 | 1.50 | 9.90 |
| PA85 | 6.00 | 12 | 1.50 | 18.00 |
| PA86 | 6.00 | 12 | 1.50 | 18.00 |
| PA88 | 6.00 | 15 | 1.50 | 22.50 |
| PC 0001 | 1.50 | 658 | 0.38 | 246.60 |
| PC 0002 | 1.50 | 732 | 0.38 | 274.50 |
| PC 0003 | 1.50 | 748 | 0.38 | 280.35 |
| PC 0004 | 1.50 | 2345 | 0.38 | 879.30 |
| PC 0005 | 1.50 | 985 | 0.38 | 369.45 |
| PC 0006 | 1.50 | 1124 | 0.38 | 421.65 |
| PC 0007 | 1.50 | 437 | 0.38 | 164.03 |
| PC 0008 | 1.50 | 667 | 0.38 | 249.98 |
| PC 0009 | 1.50 | 665 | 0.38 | 249.30 |
| PC 0010 | 1.50 | 1021 | 0.38 | 382.73 |
| PC 0011 | 1.50 | 517 | 0.38 | 193.95 |
| PC 0012 | 1.50 | 274 | 0.38 | 102.60 |
| PC 0013 | 1.50 | 1683 | 0.38 | 631.13 |
| PC 0014 | 1.50 | 1351 | 0.38 | 506.70 |
| PC 0015 | 1.50 | 55 | 0.38 | 20.70 |
| PC 0016 | 1.50 | 325 | 0.38 | 121.73 |
| PC 0017 | 1.50 | 116 | 0.38 | 43.65 |
| PC 0018 | 1.50 | 353 | 0.38 | 132.30 |
| PC 0019 | 1.50 | 193 | 0.38 | 72.45 |
| PC 0020 | 1.50 | 58 | 0.38 | 21.83 |
| PC 0021 | 1.50 | 596 | 0.38 | 223.65 |
| PC 0022 | 1.50 | 608 | 0.38 | 227.93 |

| | | | | |
|---|---|---|---|---|
| PC 0023 | 1.50 | 692 | 0.38 | 259.65 |
| PC 0024 | 1.50 | 1012 | 0.38 | 379.35 |
| PC 0025 | 1.50 | 1065 | 0.38 | 399.38 |
| PC 0026 | 1.50 | 445 | 0.38 | 166.95 |
| PC 0027 | 1.50 | 801 | 0.38 | 300.38 |
| PC 0028 | 1.50 | 509 | 0.38 | 190.80 |
| PC 0029 | 1.50 | 848 | 0.38 | 317.93 |
| PC 0030 | 1.50 | 1290 | 0.38 | 483.75 |
| PC 0031 | 1.50 | 750 | 0.38 | 281.25 |
| PC 0032 | 1.50 | 770 | 0.38 | 288.90 |
| PC 0033 | 1.50 | 674 | 0.38 | 252.68 |
| PC 0034 | 1.50 | 505 | 0.38 | 189.45 |
| PC 0035 | 1.50 | 1330 | 0.38 | 498.83 |
| PC 0036 | 1.50 | 1750 | 0.38 | 656.10 |
| PC 0037 | 1.50 | 1153 | 0.38 | 432.45 |
| PC 0038 | 1.50 | 1685 | 0.38 | 631.80 |
| PC 0039 | 1.50 | 2715 | 0.38 | 1,018.13 |
| PC 0040 | 1.50 | 2512 | 0.38 | 942.08 |
| PC 0041 | 1.50 | 2557 | 0.38 | 958.73 |
| PC 0042 | 1.50 | 3418 | 0.38 | 1,281.83 |
| PC 0043 | 1.50 | 2887 | 0.38 | 1,082.70 |
| PC 0044 | 1.50 | 3195 | 0.38 | 1,198.13 |
| PC 0045 | 1.50 | 823 | 0.38 | 308.48 |
| PC 0046 | 1.50 | 1397 | 0.38 | 523.80 |
| PC 0047 | 1.50 | 1313 | 0.38 | 492.30 |
| PC 0048 | 1.50 | 462 | 0.38 | 173.25 |
| PC 0049 | 1.50 | 1563 | 0.38 | 586.13 |
| PC 0050 | 1.50 | 672 | 0.38 | 252.00 |
| PC 0051 | 1.50 | 1193 | 0.38 | 447.30 |
| PC 0052 | 1.50 | 1607 | 0.38 | 602.78 |
| PC 0053 | 1.50 | 1606 | 0.38 | 602.33 |
| PC 0054 | 1.50 | 2220 | 0.38 | 832.50 |
| PC 0055 | 1.50 | 1820 | 0.38 | 682.65 |
| PC 0056 | 1.50 | 1470 | 0.38 | 551.25 |
| PC 0057 | 1.50 | 2359 | 0.38 | 884.48 |
| PC 0058 | 1.50 | 2070 | 0.38 | 776.25 |
| PC 0059 | 1.50 | 181 | 0.38 | 67.73 |
| PC 0060 | 1.50 | 745 | 0.38 | 279.23 |
| PC 0061 | 1.50 | 637 | 0.38 | 238.73 |
| PC 0062 | 1.50 | 798 | 0.38 | 299.25 |
| PC 0063 | 1.50 | 14 | 0.38 | 5.40 |
| PC 0065 | 1.50 | 653 | 0.38 | 245.03 |
| PC 0066 | 1.50 | 415 | 0.38 | 155.70 |
| PC 0068 | 1.50 | 707 | 0.38 | 265.28 |
| PC 0070 | 1.50 | 386 | 0.38 | 144.90 |
| PC 0071 | 1.50 | 452 | 0.38 | 169.65 |
| PC 0073 | 1.50 | 830 | 0.38 | 311.40 |

| | | | | |
|---|---|---|---|---|
| PC 0074 | 1.50 | 788 | 0.38 | 295.43 |
| PC 0075 | 1.50 | 684 | 0.38 | 256.50 |
| PC 0076 | 1.50 | 856 | 0.38 | 321.08 |
| PC 0077 | 1.50 | 863 | 0.38 | 323.78 |
| PC 0078 | 1.50 | 702 | 0.38 | 263.25 |
| PC 0079 | 1.50 | 668 | 0.38 | 250.43 |
| PC 0080 | 1.50 | 520 | 0.38 | 195.08 |
| PC 0081 | 1.50 | 763 | 0.38 | 285.98 |
| PC 0082 | 1.50 | 878 | 0.38 | 329.18 |
| PC 0083 | 1.50 | 564 | 0.38 | 211.50 |
| PC 0084 | 1.50 | 411 | 0.38 | 154.13 |
| PC 0085 | 1.50 | 431 | 0.38 | 161.78 |
| PC 0086 | 1.50 | 594 | 0.38 | 222.75 |
| PC 0087 | 1.50 | 1195 | 0.38 | 448.20 |
| PC 0088 | 1.50 | 1319 | 0.38 | 494.78 |
| PC 0089 | 1.50 | 1069 | 0.38 | 400.95 |
| PC 0090 | 1.50 | 590 | 0.38 | 221.18 |
| PC 0091 | 1.50 | 367 | 0.38 | 137.48 |
| PC 0092 | 1.50 | 1822 | 0.38 | 683.33 |
| PC 0093 | 1.50 | 617 | 0.38 | 231.30 |
| PC 0094 | 1.50 | 395 | 0.38 | 148.28 |
| PC 0095 | 1.50 | 15 | 0.38 | 5.63 |
| PC 0096 | 1.50 | 1290 | 0.38 | 483.75 |
| PC 0097 | 1.50 | 388 | 0.38 | 145.35 |
| PC 0098 | 1.50 | 444 | 0.38 | 166.50 |
| PC 0100 | 1.50 | 388 | 0.38 | 145.35 |
| PC 0101 | 1.50 | 3310 | 0.38 | 1,241.33 |
| PC 0102 | 1.50 | 4566 | 0.38 | 1,712.25 |
| PC 0103 | 1.50 | 5504 | 0.38 | 2,064.15 |
| PC 0104 | 1.50 | 3146 | 0.38 | 1,179.90 |
| PC 0105 | 1.50 | 1709 | 0.38 | 640.80 |
| PC 0106 | 1.50 | 2129 | 0.38 | 798.30 |
| PC 0107 | 1.50 | 236 | 0.38 | 88.43 |
| PC 0108 | 1.50 | 221 | 0.38 | 82.80 |
| PC 0109 | 1.50 | 662 | 0.38 | 248.40 |
| PC 0111 | 1.50 | 146 | 0.38 | 54.90 |
| PC 0112 | 1.50 | 90 | 0.38 | 33.75 |
| PC 0113 | 1.50 | 343 | 0.38 | 128.70 |
| PC 0114 | 1.50 | 245 | 0.38 | 92.03 |
| PC 0115 | 1.50 | 408 | 0.38 | 153.00 |
| PC 0116 | 1.50 | 1753 | 0.38 | 657.23 |
| PC 0117 | 1.50 | 1277 | 0.38 | 479.03 |
| PC 0118 | 1.50 | 481 | 0.38 | 180.23 |
| PC 0119 | 1.50 | 458 | 0.38 | 171.68 |
| PC 0120 | 1.50 | 830 | 0.38 | 311.40 |
| PC 0121 | 1.50 | 170 | 0.38 | 63.68 |
| PC 0122 | 1.50 | 217 | 0.38 | 81.23 |

| | | | | |
|---|---|---|---|---|
| PC 0123 | 1.50 | 153 | 0.38 | 57.38 |
| PC 0124 | 1.50 | 107 | 0.38 | 40.05 |
| PC 0125 | 1.50 | 578 | 0.38 | 216.68 |
| PC 0126 | 1.50 | 415 | 0.38 | 155.70 |
| PC 0127 | 1.50 | 752 | 0.38 | 281.93 |
| PC 0128 | 1.50 | 698 | 0.38 | 261.90 |
| PC 0129 | 1.50 | 578 | 0.38 | 216.68 |
| PC 0130 | 1.50 | 1948 | 0.38 | 730.58 |
| PC 0131 | 1.50 | 2842 | 0.38 | 1,065.83 |
| PC 0132 | 1.50 | 1264 | 0.38 | 473.85 |
| PC 0133 | 1.50 | 1088 | 0.38 | 407.93 |
| PC 0134 | 1.50 | 298 | 0.38 | 111.60 |
| PC 0135 | 1.50 | 565 | 0.38 | 211.95 |
| PC 0136 | 1.50 | 496 | 0.38 | 186.08 |
| PC 0137 | 1.50 | 739 | 0.38 | 277.20 |
| PC 0138 | 1.50 | 165 | 0.38 | 61.88 |
| PC 0139 | 1.50 | 77 | 0.38 | 29.03 |
| PC 0140 | 1.50 | 131 | 0.38 | 49.28 |
| PC 0141 | 1.50 | 136 | 0.38 | 51.08 |
| PC 0142 | 1.50 | 73 | 0.38 | 27.45 |
| PC 0143 | 1.50 | 171 | 0.38 | 64.13 |
| PC 0145 | 1.50 | 33 | 0.38 | 12.38 |
| PC 0147 | 1.50 | 32 | 0.38 | 11.93 |
| PC 0149 | 1.50 | 587 | 0.38 | 220.28 |
| PC 0150 | 1.50 | 697 | 0.38 | 261.45 |
| PC 0151 | 1.50 | 697 | 0.38 | 261.23 |
| PC 0152 | 1.50 | 743 | 0.38 | 278.55 |
| PC 0153 | 1.50 | 361 | 0.38 | 135.23 |
| PC 0154 | 1.50 | 7607 | 0.38 | 2,852.78 |
| PC 0155 | 1.50 | 1340 | 0.38 | 502.65 |
| PC 0156 | 1.50 | 1175 | 0.38 | 440.55 |
| PC 0157 | 1.50 | 1134 | 0.38 | 425.25 |
| PC 0158 | 1.50 | 774 | 0.38 | 290.25 |
| PC 0159 | 1.50 | 968 | 0.38 | 362.93 |
| PC 0160 | 1.50 | 353 | 0.38 | 132.30 |
| PC 0161 | 1.50 | 457 | 0.38 | 171.23 |
| PC 0162 | 1.50 | 817 | 0.38 | 306.23 |
| PC 0163 | 1.50 | 679 | 0.38 | 254.70 |
| PC 0164 | 1.50 | 838 | 0.38 | 314.33 |
| PC 0165 | 1.50 | 1904 | 0.38 | 714.15 |
| PC 0166 | 1.50 | 583 | 0.38 | 218.48 |
| PC 0169 | 1.50 | 304 | 0.38 | 113.85 |
| PC 0174 | 1.50 | 126 | 0.38 | 47.25 |
| PC 0175 | 1.50 | 2153 | 0.38 | 807.30 |
| PC 0176 | 1.50 | 749 | 0.38 | 281.03 |
| PC 0177 | 1.50 | 1902 | 0.38 | 713.25 |
| PC 0178 | 1.50 | 1121 | 0.38 | 420.30 |

| | | | | |
|---|---|---|---|---|
| PC 0179 | 1.50 | 656 | 0.38 | 246.15 |
| PC 0180 | 1.50 | 964 | 0.38 | 361.35 |
| PC 0181 | 1.50 | 1654 | 0.38 | 620.10 |
| PC 0182 | 1.50 | 829 | 0.38 | 310.95 |
| PC 0183 | 1.50 | 2591 | 0.38 | 971.78 |
| PC 0184 | 1.50 | 2500 | 0.38 | 937.58 |
| PC 0185 | 1.50 | 1840 | 0.38 | 690.08 |
| PC 0186 | 1.50 | 2038 | 0.38 | 764.10 |
| PC 0187 | 1.50 | 464 | 0.38 | 173.93 |
| PC 0188 | 1.50 | 252 | 0.38 | 94.50 |
| PC 0189 | 1.50 | 333 | 0.38 | 124.88 |
| PC 0190 | 1.50 | 564 | 0.38 | 211.50 |
| PC 0191 | 1.50 | 1726 | 0.38 | 647.10 |
| PC 0192 | 1.50 | 2065 | 0.38 | 774.45 |
| PC 0193 | 1.50 | 2058 | 0.38 | 771.75 |
| PC 0194 | 1.50 | 1969 | 0.38 | 738.45 |
| PC 0195 | 1.50 | 1735 | 0.38 | 650.70 |
| PC 0196 | 1.50 | 1895 | 0.38 | 710.78 |
| PC 0197 | 1.50 | 1922 | 0.38 | 720.90 |
| PC 0198 | 1.50 | 2164 | 0.38 | 811.35 |
| PC 0199 | 1.50 | 2038 | 0.38 | 764.10 |
| PC 0201 | 1.50 | 1440 | 0.38 | 540.00 |
| PC 0202 | 1.50 | 1563 | 0.38 | 586.13 |
| PC 0203 | 1.50 | 1562 | 0.38 | 585.68 |
| PC 0204 | 1.50 | 1798 | 0.38 | 674.10 |
| PC 0205 | 1.50 | 1558 | 0.38 | 584.10 |
| PC 0206 | 1.50 | 2201 | 0.38 | 825.53 |
| PC 0207 | 1.50 | 4853 | 0.38 | 1,819.80 |
| PC 0208 | 1.50 | 5264 | 0.38 | 1,974.15 |
| PC 0209 | 1.50 | 2849 | 0.38 | 1,068.30 |
| PC 0210 | 1.50 | 3279 | 0.38 | 1,229.63 |
| PC 0211 | 1.50 | 3419 | 0.38 | 1,282.28 |
| PC 0212 | 1.50 | 3525 | 0.38 | 1,321.88 |
| PC 0213 | 1.50 | 404 | 0.38 | 151.65 |
| PC 0215 | 1.50 | 1019 | 0.38 | 382.05 |
| PC 0216 | 1.50 | 685 | 0.38 | 256.73 |
| PC 0217 | 1.50 | 922 | 0.38 | 345.60 |
| PC 0218 | 1.50 | 689 | 0.38 | 258.30 |
| PC 0219 | 1.50 | 367 | 0.38 | 137.70 |
| PC 0220 | 1.50 | 578 | 0.38 | 216.90 |
| PC 0221 | 1.50 | 413 | 0.38 | 155.03 |
| PC 0222 | 1.50 | 384 | 0.38 | 144.00 |
| PC 0223 | 1.50 | 845 | 0.38 | 317.03 |
| PC 0224 | 1.50 | 1371 | 0.38 | 514.13 |
| PC 0225 | 1.50 | 1390 | 0.38 | 521.10 |
| PC 0226 | 1.50 | 1112 | 0.38 | 416.93 |
| PC 0228 | 1.50 | 1203 | 0.38 | 451.13 |

| | | | | |
|---|---|---|---|---|
| PC 0229 | 1.50 | 1051 | 0.38 | 393.98 |
| PC 0230 | 1.50 | 346 | 0.38 | 129.83 |
| PC 0231 | 1.50 | 785 | 0.38 | 294.53 |
| PC 0232 | 1.50 | 1058 | 0.38 | 396.90 |
| PC 0233 | 1.50 | 1111 | 0.38 | 416.48 |
| PC 0234 | 1.50 | 943 | 0.38 | 353.70 |
| PC 0235 | 1.50 | 541 | 0.38 | 202.95 |
| PC 0236 | 1.50 | 473 | 0.38 | 177.30 |
| PC 0237 | 1.50 | 678 | 0.38 | 254.25 |
| PC 0238 | 1.50 | 1383 | 0.38 | 518.63 |
| PC 0239 | 1.50 | 666 | 0.38 | 249.75 |
| PC 0240 | 1.50 | 1853 | 0.38 | 695.03 |
| PC 0241 | 1.50 | 1717 | 0.38 | 643.95 |
| PC 0242 | 1.50 | 890 | 0.38 | 333.68 |
| PC 0243 | 1.50 | 1192 | 0.38 | 447.08 |
| PC 0244 | 1.50 | 836 | 0.38 | 313.65 |
| PC 0245 | 1.50 | 763 | 0.38 | 285.98 |
| PC 0246 | 1.50 | 879 | 0.38 | 329.63 |
| PC 0247 | 1.50 | 767 | 0.38 | 287.78 |
| PC 0248 | 1.50 | 378 | 0.38 | 141.75 |
| PC 0249 | 1.50 | 218 | 0.38 | 81.90 |
| PC 0250 | 1.50 | 686 | 0.38 | 257.18 |
| PC 0251 | 1.50 | 878 | 0.38 | 329.40 |
| PC 0252 | 1.50 | 859 | 0.38 | 322.20 |
| PC 0253 | 1.50 | 604 | 0.38 | 226.58 |
| PC 0254 | 1.50 | 1044 | 0.38 | 391.50 |
| PC 0255 | 1.50 | 644 | 0.38 | 241.65 |
| PC 0256 | 1.50 | 363 | 0.38 | 136.13 |
| PC 0257 | 1.50 | 310 | 0.38 | 116.10 |
| PC 0258 | 1.50 | 288 | 0.38 | 108.00 |
| PC 0259 | 1.50 | 382 | 0.38 | 143.33 |
| PC 0260 | 1.50 | 538 | 0.38 | 201.83 |
| PC 0261 | 1.50 | 616 | 0.38 | 230.85 |
| PC 0262 | 1.50 | 877 | 0.38 | 328.95 |
| PC 0263 | 1.50 | 365 | 0.38 | 137.03 |
| PC 0264 | 1.50 | 535 | 0.38 | 200.48 |
| PC 0265 | 1.50 | 329 | 0.38 | 123.30 |
| PC 0266 | 1.50 | 449 | 0.38 | 168.30 |
| PC 0267 | 1.50 | 335 | 0.38 | 125.78 |
| PC 0268 | 1.50 | 850 | 0.38 | 318.60 |
| PC 0269 | 1.50 | 40 | 0.38 | 15.08 |
| PC 0270 | 1.50 | 437 | 0.38 | 164.03 |
| PC 0271 | 1.50 | 399 | 0.38 | 149.63 |
| PC 0272 | 1.50 | 1656 | 0.38 | 621.00 |
| PC 0273 | 1.50 | 1652 | 0.38 | 619.43 |
| PC 0274 | 1.50 | 385 | 0.38 | 144.23 |
| PC 0275 | 1.50 | 389 | 0.38 | 145.80 |

| | | | | |
|---|---|---|---|---|
| PC 0276 | 1.50 | 524 | 0.38 | 196.65 |
| PC 0277 | 1.50 | 481 | 0.38 | 180.23 |
| PC 0278 | 1.50 | 526 | 0.38 | 197.33 |
| PC 0279 | 1.50 | 481 | 0.38 | 180.45 |
| PC 0280 | 1.50 | 893 | 0.38 | 334.80 |
| PC 0281 | 1.50 | 462 | 0.38 | 173.25 |
| PC 0282 | 1.50 | 1873 | 0.38 | 702.45 |
| PC 0283 | 1.50 | 460 | 0.38 | 172.35 |
| PC 0284 | 1.50 | 590 | 0.38 | 221.18 |
| PC 0285 | 1.50 | 1869 | 0.38 | 700.88 |
| PC 0286 | 1.50 | 900 | 0.38 | 337.50 |
| PC 0287 | 1.50 | 986 | 0.38 | 369.68 |
| PC 0288 | 1.50 | 943 | 0.38 | 353.70 |
| PC 0289 | 1.50 | 881 | 0.38 | 330.53 |
| PC 0290 | 1.50 | 655 | 0.38 | 245.70 |
| PC 0291 | 1.50 | 313 | 0.38 | 117.23 |
| PC 0292 | 1.50 | 931 | 0.38 | 348.98 |
| PC 0293 | 1.50 | 962 | 0.38 | 360.90 |
| PC 0294 | 1.50 | 1019 | 0.38 | 382.05 |
| PC 0295 | 1.50 | 974 | 0.38 | 365.18 |
| PC 0296 | 1.50 | 962 | 0.38 | 360.90 |
| PC 0297 | 1.50 | 1091 | 0.38 | 409.05 |
| PC 0298 | 1.50 | 1189 | 0.38 | 445.95 |
| PC 0299 | 1.50 | 1164 | 0.38 | 436.50 |
| PC 0300 | 1.50 | 844 | 0.38 | 316.58 |
| PC 0301 | 1.50 | 766 | 0.38 | 287.10 |
| PC 0302 | 1.50 | 2194 | 0.38 | 822.83 |
| PC 0303 | 1.50 | 1890 | 0.38 | 708.75 |
| PC 0304 | 1.50 | 2078 | 0.38 | 779.40 |
| PC 0305 | 1.50 | 1632 | 0.38 | 612.00 |
| PC 0306 | 1.50 | 2225 | 0.38 | 834.53 |
| PC 0307 | 1.50 | 2267 | 0.38 | 850.28 |
| PC 0308 | 1.50 | 2179 | 0.38 | 817.20 |
| PC 0309 | 1.50 | 1932 | 0.38 | 724.50 |
| PC 0310 | 1.50 | 1885 | 0.38 | 706.73 |
| PC 0311 | 1.50 | 362 | 0.38 | 135.68 |
| PC 0312 | 1.50 | 467 | 0.38 | 175.05 |
| PC 0313 | 1.50 | 474 | 0.38 | 177.75 |
| PC 0314 | 1.50 | 462 | 0.38 | 173.25 |
| PC 0315 | 1.50 | 2142 | 0.38 | 803.25 |
| PC 0316 | 1.50 | 2015 | 0.38 | 755.55 |
| PC 0317 | 1.50 | 1885 | 0.38 | 706.73 |
| PC 0318 | 1.50 | 2178 | 0.38 | 816.75 |
| PC 0319 | 1.50 | 490 | 0.38 | 183.83 |
| PC 0320 | 1.50 | 703 | 0.38 | 263.48 |
| PC 0321 | 1.50 | 734 | 0.38 | 275.18 |
| PC 0322 | 1.50 | 615 | 0.38 | 230.63 |

| | | | | |
|---|---|---|---|---|
| PC 0323 | 1.50 | 596 | 0.38 | 223.65 |
| PC 0324 | 1.50 | 944 | 0.38 | 353.93 |
| PC 0325 | 1.50 | 423 | 0.38 | 158.63 |
| PC 0326 | 1.50 | 398 | 0.38 | 149.18 |
| PC 0327 | 1.50 | 524 | 0.38 | 196.43 |
| PC 0328 | 1.50 | 1124 | 0.38 | 421.65 |
| PC 0329 | 1.50 | 1045 | 0.38 | 391.73 |
| PC 0330 | 1.50 | 1347 | 0.38 | 505.13 |
| PC 0331 | 1.50 | 1385 | 0.38 | 519.30 |
| PC 0332 | 1.50 | 1420 | 0.38 | 532.58 |
| PC 0333 | 1.50 | 1294 | 0.38 | 485.10 |
| PC 0334 | 1.50 | 154 | 0.38 | 57.60 |
| PC 0335 | 1.50 | 164 | 0.38 | 61.65 |
| PC 0336 | 1.50 | 493 | 0.38 | 184.95 |
| PC 0337 | 1.50 | 689 | 0.38 | 258.53 |
| PC 0338 | 1.50 | 805 | 0.38 | 301.95 |
| PC 0339 | 1.50 | 802 | 0.38 | 300.83 |
| PC 0340 | 1.50 | 800 | 0.38 | 300.15 |
| PC 0341 | 1.50 | 836 | 0.38 | 313.43 |
| PC 0342 | 1.50 | 1478 | 0.38 | 554.18 |
| PC 0343 | 1.50 | 1394 | 0.38 | 522.68 |
| PC 0344 | 1.50 | 1793 | 0.38 | 672.53 |
| PC 0345 | 1.50 | 1743 | 0.38 | 653.63 |
| PC 0346 | 1.50 | 1028 | 0.38 | 385.43 |
| PC 0347 | 1.50 | 1237 | 0.38 | 463.95 |
| PC 0348 | 1.50 | 871 | 0.38 | 326.70 |
| PC 0349 | 1.50 | 736 | 0.38 | 276.08 |
| PC 0350 | 1.50 | 910 | 0.38 | 341.33 |
| PC 0351 | 1.50 | 722 | 0.38 | 270.90 |
| PC 0352 | 1.50 | 1061 | 0.38 | 398.03 |
| PC 0353 | 1.50 | 1522 | 0.38 | 570.60 |
| PC 0354 | 1.50 | 756 | 0.38 | 283.50 |
| PC 0355 | 1.50 | 1456 | 0.38 | 545.85 |
| PC 0356 | 1.50 | 1454 | 0.38 | 545.40 |
| PC 0357 | 1.50 | 617 | 0.38 | 231.30 |
| PC 0358 | 1.50 | 637 | 0.38 | 238.73 |
| PC 0359 | 1.50 | 3337 | 0.38 | 1,251.23 |
| PC 0360 | 1.50 | 3511 | 0.38 | 1,316.48 |
| PC 0361 | 1.50 | 1243 | 0.38 | 465.98 |
| PC 0362 | 1.50 | 1433 | 0.38 | 537.53 |
| PC 0363 | 1.50 | 1140 | 0.38 | 427.50 |
| PC 0364 | 1.50 | 1145 | 0.38 | 429.30 |
| PC 0365 | 1.50 | 695 | 0.38 | 260.55 |
| PC 0366 | 1.50 | 722 | 0.38 | 270.90 |
| PC 0367 | 1.50 | 202 | 0.38 | 75.83 |
| PC 0368 | 1.50 | 225 | 0.38 | 84.38 |
| PC 0369 | 1.50 | 865 | 0.38 | 324.23 |

| | | | | |
|---|---|---|---|---|
| PC 0370 | 1.50 | 1064 | 0.38 | 398.93 |
| PC 0371 | 1.50 | 505 | 0.38 | 189.23 |
| PC 0372 | 1.50 | 547 | 0.38 | 204.98 |
| PC 0373 | 1.50 | 693 | 0.38 | 259.88 |
| PC 0374 | 1.50 | 2464 | 0.38 | 924.08 |
| PC 0375 | 1.50 | 2245 | 0.38 | 841.73 |
| PC 0376 | 1.50 | 2632 | 0.38 | 986.85 |
| PC 0377 | 1.50 | 4064 | 0.38 | 1,523.93 |
| PC 0378 | 1.50 | 2100 | 0.38 | 787.50 |
| PC 0379 | 1.50 | 4487 | 0.38 | 1,682.55 |
| PC 0380 | 1.50 | 1185 | 0.38 | 444.38 |
| PC 0388 | 1.50 | 1004 | 0.38 | 376.65 |
| PC 0389 | 1.50 | 1118 | 0.38 | 419.18 |
| PC 0395 | 1.50 | 1489 | 0.38 | 558.23 |
| PC 0396 | 1.50 | 1526 | 0.38 | 572.40 |
| PC 0397 | 1.50 | 1407 | 0.38 | 527.63 |
| PC 0402 | 1.50 | 1414 | 0.38 | 530.33 |
| PC 0403 | 1.50 | 1414 | 0.38 | 530.10 |
| PC 0404 | 1.50 | 1415 | 0.38 | 530.78 |
| PC 0405 | 1.50 | 1413 | 0.38 | 529.88 |
| PC 0501 | 1.50 | 237 | 0.38 | 88.88 |
| PC 0502 | 1.50 | 237 | 0.38 | 88.88 |
| PC/BC 002 | 1.50 | 253 | 0.38 | 94.73 |
| PC/BC 003 | 1.50 | 524 | 0.38 | 196.43 |
| PC/BC 004 | 1.50 | 852 | 0.38 | 319.50 |
| PC/BC 005 | 1.50 | 194 | 0.38 | 72.90 |
| PC/BC 006 | 1.50 | 250 | 0.38 | 93.60 |
| PC/BC 007 | 1.50 | 9 | 0.38 | 3.38 |
| PC/BC 008 | 1.50 | 371 | 0.38 | 139.28 |
| PC/BC 009 | 1.50 | 7142 | 0.38 | 2,678.18 |
| PC/BC 010 | 1.50 | 201 | 0.38 | 75.38 |
| PC/BC 011 | 1.50 | 609 | 0.38 | 228.38 |
| PC/BC 012 | 1.50 | 161 | 0.38 | 60.53 |
| PC/BC 013 | 1.50 | 158 | 0.38 | 59.40 |
| PC/BC 014 | 1.50 | 73 | 0.38 | 27.23 |
| PC/BC 015 | 1.50 | 140 | 0.38 | 52.65 |
| PC/BC 016 | 1.50 | 43 | 0.38 | 16.20 |
| PC/BC 017 | 1.50 | 168 | 0.38 | 63.00 |
| PC/BC 018 | 1.50 | 343 | 0.38 | 128.48 |
| PC/BC 019 | 1.50 | 120 | 0.38 | 45.00 |
| PC/BC 020 | 1.50 | 283 | 0.38 | 105.98 |
| PC/BC 021 | 1.50 | 263 | 0.38 | 98.55 |
| PC/BC 022 | 1.50 | 313 | 0.38 | 117.23 |
| PC/BC 023 | 1.50 | 279 | 0.38 | 104.63 |
| PE0191 | 3.00 | 310 | 0.75 | 232.20 |
| PE0192 | 3.00 | 316 | 0.75 | 236.70 |
| PE0371 | 20.00 | 232 | 5.00 | 1,161.00 |

| | | | | |
|---|---|---|---|---|
| PE0502 | 25.00 | 1629 | 6.25 | 10,181.25 |
| PE0504 | 25.00 | 1175 | 6.25 | 7,342.50 |
| PE0505 | 25.00 | 677 | 6.25 | 4,230.00 |
| PE0506 | 25.00 | 14 | 6.25 | 86.25 |
| PE0615 | 15.00 | 1584 | 3.75 | 5,940.00 |
| PE1037 | 2.50 | 870 | 0.63 | 543.75 |
| PE1038 | 2.50 | 870 | 0.63 | 543.75 |
| PE1224 | 10.00 | 1722 | 2.50 | 4,305.00 |
| PE1227 | 8.00 | 1919 | 2.00 | 3,838.80 |
| PE1228 | 8.00 | 1919 | 2.00 | 3,838.80 |
| PE1403 | 10.00 | 33 | 2.50 | 82.50 |
| PE1404 | 10.00 | 33 | 2.50 | 82.50 |
| PE1413 | 10.00 | 81 | 2.50 | 202.50 |
| PE1414 | 10.00 | 81 | 2.50 | 202.50 |
| PE3051 | 8.00 | 1532 | 2.00 | 3,063.60 |
| PE3089 | 5.00 | 360 | 1.25 | 450.00 |
| PE3090 | 5.00 | 360 | 1.25 | 450.00 |
| PE3093 | 5.00 | 300 | 1.25 | 375.00 |
| PE3094 | 5.00 | 300 | 1.25 | 375.00 |
| PE4031 | 12.00 | 144 | 3.00 | 432.00 |
| PE4032 | 12.00 | 120 | 3.00 | 360.00 |
| PE4039 | 12.00 | 894 | 3.00 | 2,682.00 |
| PE4089 | 12.00 | 273 | 3.00 | 819.00 |
| PE4090 | 12.00 | 273 | 3.00 | 819.00 |
| PF 0101 | 6.00 | 395 | 1.50 | 593.10 |
| PF 0103 | 6.00 | 1442 | 1.50 | 2,163.60 |
| PF 0104 | 6.00 | 1447 | 1.50 | 2,169.90 |
| PF 0105 | 5.00 | 1550 | 1.25 | 1,937.25 |
| PF 0105/A | 5.00 | 1876 | 1.25 | 2,344.50 |
| PF 0106 | 5.00 | 1869 | 1.25 | 2,336.25 |
| PF 0106/A | 5.00 | 1883 | 1.25 | 2,354.25 |
| PF 0107 | 5.00 | 1769 | 1.25 | 2,211.75 |
| PF 0107/A | 5.00 | 2667 | 1.25 | 3,333.75 |
| PF 0108/A | 5.00 | 2653 | 1.25 | 3,315.75 |
| PG 003 | 5.00 | 962 | 1.25 | 1,202.25 |
| PH0166 | 20.00 | 232 | 5.00 | 1,158.00 |
| PH0168 | 20.00 | 455 | 5.00 | 2,274.00 |
| PH0169 | 12.50 | 142 | 3.13 | 442.50 |
| PH0170 | 12.50 | 982 | 3.13 | 3,069.38 |
| PH0173 | 3.00 | 684 | 0.75 | 513.00 |
| PH0174 | 3.00 | 134 | 0.75 | 100.35 |
| PH0175 | 3.00 | 711 | 0.75 | 533.25 |
| PH-0179 | 20.00 | 1198 | 5.00 | 5,991.00 |
| PH-0181 | 20.00 | 311 | 5.00 | 1,554.00 |
| PH-0182 | 20.00 | 2177 | 5.00 | 10,884.00 |
| PH-0183 | 12.50 | 23 | 3.13 | 73.13 |
| PH-0189 | 3.00 | 1533 | 0.75 | 1,149.75 |

| | | | | |
|---|---|---|---|---|
| PH-0190 | 3.00 | 740 | 0.75 | 554.85 |
| PH0195 | 12.50 | 143 | 3.13 | 448.13 |
| PH0196 | 12.50 | 87 | 3.13 | 271.88 |
| PH0197 | 12.50 | 152 | 3.13 | 476.25 |
| PH0198 | 12.50 | 30 | 3.13 | 93.75 |
| PH0212 | 12.50 | 142 | 3.13 | 444.38 |
| PH0213 | 12.50 | 810 | 3.13 | 2,531.25 |
| PH0216 | 5.00 | 1045 | 1.25 | 1,305.75 |
| PH0217 | 5.00 | 566 | 1.25 | 707.25 |
| PH0218 | 5.00 | 1401 | 1.25 | 1,751.25 |
| PH0223 | 20.00 | 1718 | 5.00 | 8,589.00 |
| PH0224 | 20.00 | 2603 | 5.00 | 13,014.00 |
| PH0225 | 20.00 | 2596 | 5.00 | 12,981.00 |
| PH0226 | 20.00 | 773 | 5.00 | 3,864.00 |
| PH0227 | 20.00 | 1126 | 5.00 | 5,631.00 |
| PH0228 | 20.00 | 2158 | 5.00 | 10,791.00 |
| PH0230 | 20.00 | 2228 | 5.00 | 11,142.00 |
| PH0232 | 12.50 | 172 | 3.13 | 536.25 |
| PH0233 | 12.50 | 83 | 3.13 | 258.75 |
| PH0237 | 12.50 | 137 | 3.13 | 429.38 |
| PH0239 | 20.00 | 775 | 5.00 | 3,876.00 |
| PH0240 | 5.00 | 1312 | 1.25 | 1,639.50 |
| PH0241 | 5.00 | 886 | 1.25 | 1,107.00 |
| PH0242 | 5.00 | 649 | 1.25 | 811.50 |
| PH0243 | 5.00 | 943 | 1.25 | 1,179.00 |
| PH0245 | 5.00 | 346 | 1.25 | 432.75 |
| PH0246 | 5.00 | 138 | 1.25 | 172.50 |
| PH0247 | 3.00 | 758 | 0.75 | 568.35 |
| PH0249 | 3.00 | 413 | 0.75 | 310.05 |
| PH0253 | 3.00 | 471 | 0.75 | 353.25 |
| PH0254 | 3.00 | 1034 | 0.75 | 775.35 |
| PH0259 | 5.00 | 1461 | 1.25 | 1,826.25 |
| PH0260 | 5.00 | 1641 | 1.25 | 2,051.25 |
| PH0261 | 5.00 | 707 | 1.25 | 884.25 |
| PH0263 | 3.00 | 5 | 0.75 | 4.05 |
| PH0265 | 3.00 | 953 | 0.75 | 715.05 |
| PI0101 | 3.00 | 3729 | 0.75 | 2,796.75 |
| PI0102/A | 4.00 | 383 | 1.00 | 383.40 |
| PI0104 | 3.00 | 4 | 0.75 | 2.70 |
| PI0105 | 3.00 | 4 | 0.75 | 2.70 |
| PI0106 | 3.00 | 4 | 0.75 | 2.70 |
| PM 001 | 16.00 | 1226 | 4.00 | 4,905.60 |
| PM 003 | 16.00 | 1195 | 4.00 | 4,780.80 |
| PM 004 | 16.00 | 385 | 4.00 | 1,540.80 |
| PN01 | 28.00 | 14 | 7.00 | 100.80 |
| PN02 | 28.00 | 13 | 7.00 | 92.40 |
| PN03 | 28.00 | 12 | 7.00 | 84.00 |

| | | | | |
|---|---|---|---|---|
| PN04 | 28.00 | 12 | 7.00 | 84.00 |
| PO0040 | 1.75 | 1743 | 0.44 | 762.56 |
| PO0041 | 1.75 | 3190 | 0.44 | 1,395.45 |
| PO0114 | 1.00 | 739 | 0.25 | 184.65 |
| PO0115 | 1.00 | 1474 | 0.25 | 368.55 |
| PO0408 | 3.00 | 2213 | 0.75 | 1,659.60 |
| PO0422 | 5.00 | 1 | 1.25 | 1.50 |
| PO0423 | 5.00 | 264 | 1.25 | 330.00 |
| PO0425 | 6.00 | 594 | 1.50 | 891.00 |
| PO0436 | 12.50 | 284 | 3.13 | 886.88 |
| PO0438 | 3.00 | 1023 | 0.75 | 767.25 |
| PO0439 | 3.00 | 2519 | 0.75 | 1,889.10 |
| PO0467 | 12.50 | 1 | 3.13 | 3.75 |
| PO0474 | 3.00 | 1414 | 0.75 | 1,060.65 |
| PO0885 | 3.75 | 320 | 0.94 | 300.38 |
| PO0886 | 3.75 | 2038 | 0.94 | 1,910.25 |
| PO0887 | 3.75 | 2098 | 0.94 | 1,966.50 |
| PO0888 | 3.75 | 2037 | 0.94 | 1,909.69 |
| PO1015 | 6.00 | 1245 | 1.50 | 1,867.50 |
| PO1016 | 6.00 | 1134 | 1.50 | 1,701.00 |
| PO1019 | 1.75 | 630 | 0.44 | 275.63 |
| PO1021 | 1.00 | 1283 | 0.25 | 320.70 |
| PO1022 | 1.00 | 2976 | 0.25 | 744.00 |
| PO1056 | 6.00 | 681 | 1.50 | 1,021.50 |
| PO1058 | 6.00 | 1580 | 1.50 | 2,370.60 |
| PO1059 | 6.00 | 549 | 1.50 | 823.50 |
| PO1060 | 6.00 | 555 | 1.50 | 832.50 |
| PO1067 | 1.75 | 3935 | 0.44 | 1,721.48 |
| PO1069 | 1.75 | 2603 | 0.44 | 1,138.73 |
| PO1070 | 1.75 | 495 | 0.44 | 216.56 |
| PO1071 | 1.75 | 1362 | 0.44 | 595.88 |
| PO1073 | 1.00 | 898 | 0.25 | 224.55 |
| PO1074 | 1.00 | 1318 | 0.25 | 329.55 |
| PO1075 | 1.00 | 2089 | 0.25 | 522.30 |
| PO1077 | 1.00 | 2601 | 0.25 | 650.25 |
| PO1078 | 1.00 | 1131 | 0.25 | 282.75 |
| PO1090 | 6.00 | 2538 | 1.50 | 3,807.00 |
| PO1098 | 1.75 | 1841 | 0.44 | 805.35 |
| PO1099 | 1.75 | 1420 | 0.44 | 621.08 |
| PO1118 | 12.50 | 334 | 3.13 | 1,042.50 |
| PO1119 | 12.50 | 172 | 3.13 | 536.25 |
| PO1120 | 12.50 | 724 | 3.13 | 2,263.13 |
| PO1121 | 12.50 | 69 | 3.13 | 215.63 |
| PO1123 | 12.50 | 664 | 3.13 | 2,075.63 |
| PO1124 | 12.50 | 3 | 3.13 | 9.38 |
| PO1127 | 12.50 | 352 | 3.13 | 1,098.75 |
| PO1128 | 12.50 | 250 | 3.13 | 781.88 |

| | | | | |
|---|---|---|---|---|
| PO1131 | 5.00 | 287 | 1.25 | 358.50 |
| PO1132 | 5.00 | 584 | 1.25 | 729.75 |
| PO1137 | 5.00 | 615 | 1.25 | 768.75 |
| PO1139 | 5.00 | 414 | 1.25 | 517.50 |
| PO1140 | 5.00 | 880 | 1.25 | 1,099.50 |
| PO1141 | 3.00 | 1910 | 0.75 | 1,432.80 |
| PO1153 | 1.00 | 2694 | 0.25 | 673.50 |
| PO1154 | 1.00 | 2844 | 0.25 | 711.00 |
| PO1155 | 1.00 | 1803 | 0.25 | 450.75 |
| PO1156 | 1.00 | 1938 | 0.25 | 484.50 |
| PO1157 | 1.00 | 2123 | 0.25 | 530.70 |
| PO1158 | 1.00 | 2934 | 0.25 | 733.50 |
| PO1159 | 1.00 | 2394 | 0.25 | 598.50 |
| PO1160 | 1.00 | 1944 | 0.25 | 486.00 |
| PO1161 | 1.00 | 1419 | 0.25 | 354.75 |
| PO1162 | 1.00 | 1800 | 0.25 | 450.00 |
| PO1163 | 1.00 | 4116 | 0.25 | 1,029.00 |
| PO1182 | 12.50 | 1380 | 3.13 | 4,312.50 |
| PO1185 | 6.25 | 938 | 1.56 | 1,466.25 |
| PO1186 | 6.25 | 913 | 1.56 | 1,426.88 |
| PO1199 | 12.50 | 349 | 3.13 | 1,089.38 |
| PO1210 | 12.50 | 907 | 3.13 | 2,835.00 |
| PO1212 | 6.25 | 1060 | 1.56 | 1,656.56 |
| PO1214 | 3.00 | 37 | 0.75 | 27.90 |
| PO1222 | 6.25 | 736 | 1.56 | 1,149.38 |
| PO1240 | 20.00 | 1958 | 5.00 | 9,792.00 |
| PO1241 | 20.00 | 1107 | 5.00 | 5,535.00 |
| PO1242 | 20.00 | 2261 | 5.00 | 11,304.00 |
| PO1244 | 12.50 | 380 | 3.13 | 1,188.75 |
| PO1245 | 12.50 | 2930 | 3.13 | 9,155.63 |
| PO1246 | 12.50 | 2029 | 3.13 | 6,341.25 |
| PO1247 | 12.50 | 223 | 3.13 | 697.50 |
| PO1248 | 12.50 | 2329 | 3.13 | 7,278.75 |
| PO1250 | 12.50 | 2114 | 3.13 | 6,605.63 |
| PO1251 | 12.50 | 2570 | 3.13 | 8,030.63 |
| PO1252 | 12.50 | 230 | 3.13 | 720.00 |
| PO1253 | 12.50 | 1371 | 3.13 | 4,284.38 |
| PO1254 | 12.50 | 2633 | 3.13 | 8,227.50 |
| PO1255 | 12.50 | 379 | 3.13 | 1,183.13 |
| PO1257 | 3.00 | 590 | 0.75 | 442.80 |
| PO1258 | 3.00 | 290 | 0.75 | 217.35 |
| PO1259 | 3.00 | 3269 | 0.75 | 2,451.60 |
| PO1260 | 3.00 | 8 | 0.75 | 5.85 |
| PO1261 | 3.00 | 1 | 0.75 | 0.45 |
| PO1262 | 3.00 | 1939 | 0.75 | 1,454.40 |
| PO1265 | 3.00 | 1788 | 0.75 | 1,341.00 |
| PO1266 | 3.00 | 1 | 0.75 | 0.90 |

| | | | | |
|---|---|---|---|---|
| PO1267 | 3.00 | 1 | 0.75 | 0.45 |
| PO1268 | 12.50 | 1877 | 3.13 | 5,865.00 |
| PO1269 | 6.25 | 1193 | 1.56 | 1,863.75 |
| PO1270 | 6.25 | 1192 | 1.56 | 1,862.81 |
| PO1271 | 12.50 | 1192 | 3.13 | 3,725.63 |
| PO1272 | 3.00 | 3592 | 0.75 | 2,694.15 |
| PO1275 | 6.25 | 396 | 1.56 | 618.75 |
| PO1280/B | 1.50 | 750 | 0.38 | 281.25 |
| PO1281 | 12.50 | 720 | 3.13 | 2,250.00 |
| PO1282 | 12.50 | 1161 | 3.13 | 3,628.13 |
| PO1282/B | 1.50 | 1194 | 0.38 | 447.75 |
| PO1284 | 3.00 | 1362 | 0.75 | 1,021.50 |
| PO1286 | 3.00 | 1069 | 0.75 | 801.90 |
| PO1287 | 3.00 | 1069 | 0.75 | 801.90 |
| PP0504 | 20.00 | 1314 | 5.00 | 6,570.00 |
| PP1132 | 20.00 | 683 | 5.00 | 3,414.00 |
| PP1133 | 12.50 | 1 | 3.13 | 3.75 |
| PP1134 | 12.50 | 442 | 3.13 | 1,381.88 |
| PP1135 | 12.50 | 204 | 3.13 | 637.50 |
| PP1136 | 12.50 | 2738 | 3.13 | 8,555.63 |
| PP1682 | 1.00 | 4794 | 0.25 | 1,198.50 |
| PP1744 | 1.00 | 1944 | 0.25 | 486.00 |
| PP1961 | 12.50 | 150 | 3.13 | 468.75 |
| PP1968 | 5.00 | 595 | 1.25 | 743.25 |
| PP1970 | 3.00 | 290 | 0.75 | 217.35 |
| PP1971 | 3.00 | 260 | 0.75 | 195.30 |
| PP1972 | 3.00 | 290 | 0.75 | 217.80 |
| PP1973 | 1.00 | 1 | 0.25 | 0.15 |
| PP1974 | 1.00 | 293 | 0.25 | 73.20 |
| PP2090 | 3.00 | 892 | 0.75 | 669.15 |
| PP2211 | 3.00 | 568 | 0.75 | 426.15 |
| PP2324 | 6.25 | 5981 | 1.56 | 9,345.94 |
| PP2325 | 6.25 | 3431 | 1.56 | 5,361.56 |
| PP2326 | 12.50 | 739 | 3.13 | 2,308.13 |
| PP2327 | 6.25 | 15 | 1.56 | 23.44 |
| PP2330 | 6.25 | 383 | 1.56 | 599.06 |
| PP2331 | 6.25 | 1043 | 1.56 | 1,629.38 |
| PP2333 | 6.25 | 142 | 1.56 | 222.19 |
| PP2334 | 6.25 | 98 | 1.56 | 153.75 |
| PP2335 | 12.50 | 1 | 3.13 | 3.75 |
| PP2336 | 6.25 | 1342 | 1.56 | 2,096.25 |
| PP2337 | 6.25 | 2348 | 1.56 | 3,668.44 |
| PP2339 | 6.25 | 300 | 1.56 | 468.75 |
| PP2340 | 6.25 | 120 | 1.56 | 187.50 |
| PP2341 | 12.50 | 291 | 3.13 | 909.38 |
| PP2342 | 6.25 | 2764 | 1.56 | 4,319.06 |
| PP2343 | 6.25 | 2422 | 1.56 | 3,783.75 |

| | | | | |
|---|---|---|---|---|
| PP2344 | 12.50 | 158 | 3.13 | 495.00 |
| PP2345 | 6.25 | 421 | 1.56 | 657.19 |
| PP2347 | 12.50 | 1 | 3.13 | 3.75 |
| PP2348 | 6.25 | 593 | 1.56 | 926.25 |
| PP2349 | 6.25 | 2402 | 1.56 | 3,752.81 |
| PP2350 | 20.00 | 1072 | 5.00 | 5,358.00 |
| PP2351 | 20.00 | 665 | 5.00 | 3,324.00 |
| PP2353 | 12.50 | 2524 | 3.13 | 7,888.13 |
| PP2354 | 20.00 | 230 | 5.00 | 1,152.00 |
| PP2355 | 20.00 | 652 | 5.00 | 3,261.00 |
| PP2356 | 20.00 | 473 | 5.00 | 2,367.00 |
| PP2357 | 20.00 | 652 | 5.00 | 3,258.00 |
| PP2358 | 12.50 | 1972 | 3.13 | 6,161.25 |
| PP2359 | 12.50 | 1085 | 3.13 | 3,391.88 |
| PP2361 | 12.50 | 2134 | 3.13 | 6,669.38 |
| PP2366 | 20.00 | 997 | 5.00 | 4,986.00 |
| PP2367 | 12.50 | 1830 | 3.13 | 5,718.75 |
| PP2368 | 6.25 | 259 | 1.56 | 405.00 |
| PP2369 | 6.25 | 948 | 1.56 | 1,481.25 |
| PP2371 | 6.25 | 475 | 1.56 | 742.50 |
| PP2372 | 6.25 | 574 | 1.56 | 897.19 |
| PP2396 | 12.50 | 549 | 3.13 | 1,715.63 |
| PPU2338 | 25.00 | 216 | 6.25 | 1,350.00 |
| PS 002 | 12.00 | 908 | 3.00 | 2,725.20 |
| PS 004 | 12.00 | 827 | 3.00 | 2,480.40 |
| PS 3001 | 7.00 | 30 | 1.75 | 52.50 |
| PS 3002 | 7.00 | 30 | 1.75 | 52.50 |
| PS 3003 | 7.00 | 30 | 1.75 | 52.50 |
| PS 3012 | 7.00 | 30 | 1.75 | 52.50 |
| RA0104/A | 3.00 | 1109 | 0.75 | 831.60 |
| RA0107 | 4.00 | 436 | 1.00 | 435.60 |
| RA0108 | 3.00 | 146 | 0.75 | 109.80 |
| RA0308 | 15.00 | 1 | 3.75 | 2.25 |
| RA0309 | 15.00 | 39 | 3.75 | 146.25 |
| RB 001/A | 6.00 | 1392 | 1.50 | 2,088.00 |
| RB 002 | 16.00 | 2058 | 4.00 | 8,232.00 |
| RB 003 | 16.00 | 1330 | 4.00 | 5,318.40 |
| RE0005 | 1.00 | 13933 | 0.25 | 3,483.15 |
| RE0005/A | 1.00 | 2030 | 0.25 | 507.45 |
| RE0005/B | 1.50 | 597 | 0.38 | 223.88 |
| RE0006/A | 3.50 | 829 | 0.88 | 725.55 |
| RE0010/A | 3.00 | 1618 | 0.75 | 1,213.65 |
| RE0013 | 6.00 | 138 | 1.50 | 207.00 |
| RE0014 | 1.75 | 137 | 0.44 | 60.11 |
| RE0015 | 5.00 | 140 | 1.25 | 174.75 |
| RE0020 | 5.00 | 138 | 1.25 | 172.50 |
| RE0056 | 12.50 | 1 | 3.13 | 3.75 |

| | | | | |
|---|---|---|---|---|
| RE0057 | 20.00 | 1 | 5.00 | 6.00 |
| RE0121 | 3.00 | 2561 | 0.75 | 1,921.05 |
| RE0151 | 1.50 | 4475 | 0.38 | 1,678.28 |
| RE0152 | 1.50 | 3515 | 0.38 | 1,318.05 |
| RE1500 | 3.50 | 6345 | 0.88 | 5,551.88 |
| REU0112 | 25.00 | 77 | 6.25 | 483.75 |
| RH1405 | 8.00 | 718 | 2.00 | 1,435.20 |
| RH1406 | 8.00 | 718 | 2.00 | 1,435.20 |
| RISD001 | 35.00 | 140 | 8.75 | 1,228.50 |
| RL0101 | 4.00 | 2526 | 1.00 | 2,526.00 |
| RL0102 | 4.00 | 2817 | 1.00 | 2,817.00 |
| RL0103 | 4.00 | 4004 | 1.00 | 4,003.80 |
| RL0104 | 4.00 | 3727 | 1.00 | 3,726.60 |
| RL0301 | 18.00 | 598 | 4.50 | 2,691.90 |
| RL0302 | 18.00 | 533 | 4.50 | 2,400.30 |
| RL0303 | 18.00 | 2587 | 4.50 | 11,639.70 |
| RL0304 | 18.00 | 2563 | 4.50 | 11,531.70 |
| RM0501 | 20.00 | 648 | 5.00 | 3,240.00 |
| RM0502 | 20.00 | 1508 | 5.00 | 7,542.00 |
| RM0504 | 20.00 | 1621 | 5.00 | 8,103.00 |
| RP 001 | 18.00 | 737 | 4.50 | 3,318.30 |
| RR0101 | 3.00 | 2956 | 0.75 | 2,216.70 |
| RR0102 | 3.00 | 2777 | 0.75 | 2,083.05 |
| RR0301 | 12.50 | 4382 | 3.13 | 13,693.13 |
| RR0302 | 12.50 | 3893 | 3.13 | 12,166.88 |
| RR0601 | 20.00 | 3525 | 5.00 | 17,625.00 |
| RR0602 | 20.00 | 2905 | 5.00 | 14,526.00 |
| RW 0112 | 6.00 | 1744 | 1.50 | 2,616.30 |
| SB05 | 30.00 | 15 | 7.50 | 112.50 |
| SB1403 | 8.00 | 1017 | 2.00 | 2,034.00 |
| SB1404 | 8.00 | 1017 | 2.00 | 2,034.00 |
| SB1406 | 8.00 | 1017 | 2.00 | 2,034.00 |
| SB1407 | 8.00 | 1017 | 2.00 | 2,034.00 |
| SC1368 | 1.00 | 197 | 0.25 | 49.35 |
| SC1369 | 1.00 | 1643 | 0.25 | 410.70 |
| SC1370 | 1.00 | 653 | 0.25 | 163.35 |
| SC1792 | 6.00 | 831 | 1.50 | 1,246.50 |
| SC1795 | 6.00 | 593 | 1.50 | 890.10 |
| SC1796 | 6.00 | 1164 | 1.50 | 1,746.00 |
| SC1819 | 1.75 | 2514 | 0.44 | 1,099.88 |
| SC1823 | 1.75 | 4644 | 0.44 | 2,031.75 |
| SC1826 | 1.00 | 2574 | 0.25 | 643.50 |
| SC1827 | 1.00 | 1304 | 0.25 | 325.95 |
| SC1828 | 1.00 | 637 | 0.25 | 159.15 |
| SC1829 | 1.00 | 695 | 0.25 | 173.70 |
| SC1831 | 1.00 | 35 | 0.25 | 8.70 |
| SC1832 | 1.00 | 803 | 0.25 | 200.85 |

| | | | | |
|---|---|---|---|---|
| SC1953 | 1.75 | 1455 | 0.44 | 636.56 |
| SC1955 | 1.00 | 924 | 0.25 | 231.00 |
| SC1956 | 1.00 | 2784 | 0.25 | 696.00 |
| SC2044 | 6.00 | 1014 | 1.50 | 1,521.00 |
| SC2060 | 1.75 | 1453 | 0.44 | 635.78 |
| SC2061 | 1.75 | 2987 | 0.44 | 1,306.73 |
| SC2063 | 1.75 | 437 | 0.44 | 191.10 |
| SC2064 | 1.75 | 494 | 0.44 | 216.30 |
| SC2065 | 1.75 | 960 | 0.44 | 420.00 |
| SC2066 | 1.75 | 1553 | 0.44 | 679.35 |
| SC2067 | 1.75 | 1133 | 0.44 | 495.60 |
| SC2068 | 1.00 | 4877 | 0.25 | 1,219.35 |
| SC2069 | 1.00 | 9533 | 0.25 | 2,383.20 |
| SC2070 | 1.00 | 14394 | 0.25 | 3,598.50 |
| SC2071 | 1.00 | 15533 | 0.25 | 3,883.20 |
| SC2072 | 1.00 | 4021 | 0.25 | 1,005.15 |
| SC2073 | 1.00 | 3485 | 0.25 | 871.35 |
| SC2074 | 1.00 | 10190 | 0.25 | 2,547.45 |
| SC2075 | 1.00 | 9125 | 0.25 | 2,281.20 |
| SC2345 | 1.75 | 2093 | 0.44 | 915.60 |
| SC2346 | 1.75 | 458 | 0.44 | 200.29 |
| SC2351 | 1.00 | 1194 | 0.25 | 298.50 |
| SC2352 | 1.00 | 1569 | 0.25 | 392.25 |
| SC2860 | 1.75 | 1794 | 0.44 | 784.88 |
| SC2861 | 1.75 | 1249 | 0.44 | 546.53 |
| SC2863 | 1.75 | 2647 | 0.44 | 1,158.15 |
| SC2864 | 1.00 | 744 | 0.25 | 186.00 |
| SC2865 | 1.00 | 624 | 0.25 | 156.00 |
| SC2866 | 1.00 | 294 | 0.25 | 73.50 |
| SC2920 | 1.75 | 3133 | 0.44 | 1,370.78 |
| SC2921 | 1.75 | 1982 | 0.44 | 867.04 |
| SC2922 | 1.75 | 272 | 0.44 | 118.91 |
| SC2923 | 1.75 | 812 | 0.44 | 355.16 |
| SC2924 | 1.00 | 3455 | 0.25 | 863.85 |
| SC2926 | 1.00 | 1503 | 0.25 | 375.75 |
| SC2927 | 1.00 | 1355 | 0.25 | 338.85 |
| SC2980 | 1.75 | 3594 | 0.44 | 1,572.38 |
| SC2981 | 1.75 | 1343 | 0.44 | 587.48 |
| SC2982 | 1.75 | 67 | 0.44 | 29.40 |
| SC3118 | 1.75 | 2178 | 0.44 | 952.88 |
| SC3119 | 1.75 | 1933 | 0.44 | 845.51 |
| SC3121 | 1.75 | 167 | 0.44 | 73.24 |
| SC3124 | 1.00 | 2254 | 0.25 | 563.40 |
| SC3503 | 3.00 | 218 | 0.75 | 163.35 |
| SC3507 | 1.75 | 2485 | 0.44 | 1,087.01 |
| SC3509 | 1.75 | 1064 | 0.44 | 465.41 |
| SC3511 | 1.00 | 719 | 0.25 | 179.70 |

| | | | | |
|---|---|---|---|---|
| SC3513 | 1.00 | 2015 | 0.25 | 503.85 |
| SC3729 | 20.00 | 2200 | 5.00 | 11,001.00 |
| SC3732 | 20.00 | 1078 | 5.00 | 5,388.00 |
| SC3733 | 12.50 | 141 | 3.13 | 440.63 |
| SC3734 | 12.50 | 75 | 3.13 | 234.38 |
| SC3736 | 12.50 | 98 | 3.13 | 305.63 |
| SC3743 | 3.00 | 1 | 0.75 | 0.90 |
| SC3744 | 3.00 | 1768 | 0.75 | 1,326.15 |
| SC3749 | 12.50 | 615 | 3.13 | 1,921.88 |
| SC3752 | 12.50 | 75 | 3.13 | 234.38 |
| SC3757 | 3.00 | 8 | 0.75 | 6.30 |
| SC3761 | 1.00 | 1233 | 0.25 | 308.25 |
| SC3762 | 1.00 | 594 | 0.25 | 148.50 |
| SC3763 | 1.00 | 714 | 0.25 | 178.50 |
| SC3764 | 1.00 | 315 | 0.25 | 78.75 |
| SC3783 | 1.75 | 1642 | 0.44 | 718.20 |
| SC3784 | 1.75 | 1733 | 0.44 | 758.10 |
| SC3818 | 20.00 | 1132 | 5.00 | 5,661.00 |
| SC3825 | 5.00 | 39 | 1.25 | 48.75 |
| SC3887 | 5.00 | 46 | 1.25 | 57.00 |
| SC3917 | 20.00 | 1355 | 5.00 | 6,774.00 |
| SC3946 | 12.50 | 177 | 3.13 | 553.13 |
| SC3955 | 20.00 | 412 | 5.00 | 2,061.00 |
| SC3956 | 20.00 | 1249 | 5.00 | 6,243.00 |
| SC3962 | 5.00 | 845 | 1.25 | 1,056.00 |
| SC3963 | 5.00 | 875 | 1.25 | 1,093.50 |
| SC3964 | 5.00 | 923 | 1.25 | 1,153.50 |
| SC3965 | 3.00 | 383 | 0.75 | 287.10 |
| SC3966 | 3.00 | 139 | 0.75 | 104.40 |
| SC3967 | 3.00 | 55 | 0.75 | 40.95 |
| SC3968 | 3.00 | 606 | 0.75 | 454.50 |
| SC3969 | 20.00 | 52 | 5.00 | 261.00 |
| SC3973 | 12.50 | 29 | 3.13 | 91.88 |
| SC3974 | 12.50 | 211 | 3.13 | 658.13 |
| SC3981 | 3.00 | 1718 | 0.75 | 1,288.35 |
| SC3982 | 3.00 | 2872 | 0.75 | 2,154.15 |
| SC3997 | 20.00 | 2241 | 5.00 | 11,205.00 |
| SC3998 | 20.00 | 1373 | 5.00 | 6,864.00 |
| SC3999 | 20.00 | 2279 | 5.00 | 11,394.00 |
| SC4000 | 20.00 | 1625 | 5.00 | 8,127.00 |
| SC4001 | 12.50 | 40 | 3.13 | 125.63 |
| SC4003 | 12.50 | 849 | 3.13 | 2,653.13 |
| SC4006 | 5.00 | 60 | 1.25 | 75.00 |
| SC4007 | 5.00 | 120 | 1.25 | 150.00 |
| SC4008 | 5.00 | 107 | 1.25 | 133.50 |
| SC4011 | 3.00 | 138 | 0.75 | 103.50 |
| SC4046 | 12.50 | 179 | 3.13 | 558.75 |

| | | | | |
|---|---|---|---|---|
| SC4047 | 5.00 | 868 | 1.25 | 1,084.50 |
| SC4048 | 5.00 | 1312 | 1.25 | 1,640.25 |
| SC4050 | 5.00 | 1341 | 1.25 | 1,676.25 |
| SC4051 | 3.00 | 518 | 0.75 | 388.35 |
| SC4056 | 20.00 | 48 | 5.00 | 240.00 |
| SC4058 | 12.50 | 887 | 3.13 | 2,773.13 |
| SC4060 | 12.50 | 443 | 3.13 | 1,385.63 |
| SC4064 | 5.00 | 2588 | 1.25 | 3,235.50 |
| SC4067 | 3.00 | 2074 | 0.75 | 1,555.20 |
| SC4068 | 3.00 | 1468 | 0.75 | 1,101.15 |
| SC4070 | 20.00 | 1921 | 5.00 | 9,603.00 |
| SC4071 | 12.50 | 1402 | 3.13 | 4,381.88 |
| SC4072 | 12.50 | 26 | 3.13 | 82.50 |
| SC4079 | 12.50 | 833 | 3.13 | 2,604.38 |
| SC4080 | 12.50 | 1074 | 3.13 | 3,356.25 |
| SC4087 | 3.00 | 2842 | 0.75 | 2,131.20 |
| SC4088 | 3.00 | 3593 | 0.75 | 2,694.60 |
| SC4089 | 3.00 | 2993 | 0.75 | 2,244.60 |
| SC4090 | 3.00 | 2480 | 0.75 | 1,860.30 |
| SC4091 | 12.50 | 821 | 3.13 | 2,565.00 |
| SC4093 | 12.50 | 2126 | 3.13 | 6,643.13 |
| SC4095 | 3.00 | 1402 | 0.75 | 1,051.20 |
| SC4096 | 3.00 | 2122 | 0.75 | 1,591.20 |
| SC4097 | 3.00 | 1433 | 0.75 | 1,075.05 |
| SC4098 | 3.00 | 53 | 0.75 | 39.60 |
| SC4111 | 3.00 | 56 | 0.75 | 41.85 |
| SC4112 | 3.00 | 43 | 0.75 | 32.40 |
| SC4113 | 3.00 | 1 | 0.75 | 0.45 |
| SC4114 | 3.00 | 44 | 0.75 | 33.30 |
| SD0101 | 3.00 | 2884 | 0.75 | 2,163.15 |
| SD0102 | 3.00 | 6021 | 0.75 | 4,515.75 |
| SD0103 | 3.00 | 1425 | 0.75 | 1,068.75 |
| SD0402 | 2.50 | 479 | 0.63 | 299.25 |
| SD0403 | 2.50 | 1077 | 0.63 | 673.13 |
| SD0404 | 2.50 | 1096 | 0.63 | 684.75 |
| SD0502 | 6.25 | 1261 | 1.56 | 1,969.69 |
| SD0503 | 6.25 | 2217 | 1.56 | 3,464.06 |
| SD0504 | 6.25 | 2075 | 1.56 | 3,242.81 |
| SD1001 | 2.25 | 2433 | 0.56 | 1,368.56 |
| SD1002 | 2.25 | 2275 | 0.56 | 1,279.46 |
| SD1004 | 2.25 | 2248 | 0.56 | 1,264.28 |
| SD1005 | 2.25 | 2411 | 0.56 | 1,356.41 |
| SD1006 | 2.25 | 2481 | 0.56 | 1,395.56 |
| SD2001 | 2.75 | 1910 | 0.69 | 1,313.40 |
| SD2002 | 2.75 | 1844 | 0.69 | 1,267.61 |
| SD2003 | 2.75 | 2045 | 0.69 | 1,406.21 |
| SD2004 | 2.75 | 1925 | 0.69 | 1,323.71 |

| | | | | |
|---|---|---|---|---|
| SD2005 | 2.75 | 2089 | 0.69 | 1,436.33 |
| SD2006 | 2.75 | 1955 | 0.69 | 1,343.93 |
| SD2007 | 2.75 | 1057 | 0.69 | 726.83 |
| SD2008 | 2.75 | 1820 | 0.69 | 1,251.11 |
| SF0201 | 5.00 | 294 | 1.25 | 367.50 |
| SF0701 | 75.00 | 755 | 18.75 | 14,163.75 |
| SF0702 | 75.00 | 765 | 18.75 | 14,343.75 |
| SG0001 | 1.50 | 2662 | 0.38 | 998.33 |
| SG0002 | 1.50 | 2307 | 0.38 | 865.13 |
| SG0003 | 1.50 | 2830 | 0.38 | 1,061.10 |
| SG0005 | 1.50 | 3001 | 0.38 | 1,125.23 |
| SG0009 | 1.50 | 3118 | 0.38 | 1,169.10 |
| SG0010 | 1.50 | 2975 | 0.38 | 1,115.78 |
| SG0012 | 1.50 | 6525 | 0.38 | 2,446.88 |
| SG0013 | 1.50 | 6247 | 0.38 | 2,342.70 |
| SG0014 | 1.50 | 2950 | 0.38 | 1,106.33 |
| SG0102 | 3.00 | 2248 | 0.75 | 1,685.70 |
| SG0103 | 3.00 | 1951 | 0.75 | 1,462.95 |
| SG0104 | 3.00 | 1952 | 0.75 | 1,463.85 |
| SG0106 | 3.00 | 2396 | 0.75 | 1,797.30 |
| SG0107 | 3.00 | 6832 | 0.75 | 5,124.15 |
| SG0110 | 3.00 | 3095 | 0.75 | 2,321.10 |
| SG0111 | 3.00 | 2663 | 0.75 | 1,997.10 |
| SG0114 | 3.00 | 2720 | 0.75 | 2,039.85 |
| SG0201 | 5.00 | 2867 | 1.25 | 3,584.25 |
| SG0202 | 5.00 | 2870 | 1.25 | 3,588.00 |
| SG0203 | 5.00 | 2828 | 1.25 | 3,534.75 |
| SG0204 | 5.00 | 2554 | 1.25 | 3,192.00 |
| SG0207 | 5.00 | 3306 | 1.25 | 4,132.50 |
| SG0208 | 5.00 | 3245 | 1.25 | 4,056.00 |
| SG0403 | 2.50 | 2389 | 0.63 | 1,492.88 |
| SG0404 | 2.50 | 2400 | 0.63 | 1,500.00 |
| SG0405 | 2.50 | 2363 | 0.63 | 1,477.13 |
| SG0501 | 6.25 | 2533 | 1.56 | 3,958.13 |
| SG0502 | 6.25 | 2715 | 1.56 | 4,242.19 |
| SG0503 | 6.25 | 2229 | 1.56 | 3,482.81 |
| SG0504 | 6.25 | 2049 | 1.56 | 3,201.56 |
| SG0505 | 6.25 | 2512 | 1.56 | 3,925.31 |
| SG0506 | 6.25 | 2564 | 1.56 | 4,005.94 |
| SG2102 | 12.50 | 1342 | 3.13 | 4,192.50 |
| SG2103 | 12.50 | 622 | 3.13 | 1,944.38 |
| SG2104 | 12.50 | 2213 | 3.13 | 6,915.00 |
| SG2114 | 12.50 | 1912 | 3.13 | 5,973.75 |
| SG2115 | 12.50 | 1823 | 3.13 | 5,698.13 |
| SG2116 | 5.00 | 2558 | 1.25 | 3,198.00 |
| SG2121 | 5.00 | 343 | 1.25 | 429.00 |
| SG2131 | 6.00 | 1282 | 1.50 | 1,923.30 |

| | | | | |
|---|---|---|---|---|
| SG2132 | 6.00 | 448 | 1.50 | 672.30 |
| SG2133 | 5.00 | 1295 | 1.25 | 1,618.50 |
| SG2134 | 5.00 | 2300 | 1.25 | 2,875.50 |
| SG2135 | 5.00 | 710 | 1.25 | 888.00 |
| SG2136 | 5.00 | 716 | 1.25 | 895.50 |
| SG2140 | 5.00 | 290 | 1.25 | 363.00 |
| SG2141 | 5.00 | 502 | 1.25 | 627.00 |
| SG2147 | 5.00 | 1117 | 1.25 | 1,396.50 |
| SG2148 | 5.00 | 1234 | 1.25 | 1,542.75 |
| SG2150 | 5.00 | 1007 | 1.25 | 1,258.50 |
| SG2153 | 5.00 | 1341 | 1.25 | 1,676.25 |
| SG2154 | 5.00 | 1835 | 1.25 | 2,294.25 |
| SG2155 | 5.00 | 1789 | 1.25 | 2,236.50 |
| SG2156 | 5.00 | 1579 | 1.25 | 1,974.00 |
| SG5200 | 12.50 | 2393 | 3.13 | 7,477.50 |
| SH 001 | 5.00 | 818 | 1.25 | 1,022.25 |
| SH 003 | 5.00 | 469 | 1.25 | 586.50 |
| SJ0113 | 4.00 | 1537 | 1.00 | 1,536.60 |
| SK0104 | 2.50 | 2198 | 0.63 | 1,373.63 |
| SK0111 | 3.00 | 940 | 0.75 | 705.15 |
| SK0201 | 8.00 | 1440 | 2.00 | 2,880.00 |
| SK0203 | 8.00 | 1352 | 2.00 | 2,703.60 |
| SK0204 | 8.00 | 1355 | 2.00 | 2,709.60 |
| SK0209/A | 6.00 | 766 | 1.50 | 1,149.30 |
| SK0210\A | 6.00 | 766 | 1.50 | 1,149.30 |
| SK0211 | 12.00 | 415 | 3.00 | 1,245.60 |
| SK0501 | 20.00 | 993 | 5.00 | 4,965.00 |
| SK0507 | 20.00 | 1861 | 5.00 | 9,306.00 |
| SK0508 | 20.00 | 1556 | 5.00 | 7,779.00 |
| SK2016 | 5.00 | 1557 | 1.25 | 1,946.25 |
| SK2017 | 5.00 | 1557 | 1.25 | 1,946.25 |
| SL0143 | 12.50 | 395 | 3.13 | 1,235.63 |
| SL0144 | 12.50 | 567 | 3.13 | 1,771.88 |
| SL0145 | 3.00 | 800 | 0.75 | 599.85 |
| SL0151 | 1.00 | 1580 | 0.25 | 394.95 |
| SL0829 | 12.50 | 940 | 3.13 | 2,938.13 |
| SL0832 | 12.50 | 2511 | 3.13 | 7,846.88 |
| SL0833 | 5.00 | 1012 | 1.25 | 1,264.50 |
| SL0834 | 5.00 | 2283 | 1.25 | 2,853.75 |
| SL0836 | 5.00 | 1176 | 1.25 | 1,470.00 |
| SL0838 | 3.00 | 11 | 0.75 | 8.10 |
| SL0845 | 12.50 | 91 | 3.13 | 285.00 |
| SL0847 | 12.50 | 109 | 3.13 | 341.25 |
| SL0848 | 12.50 | 83 | 3.13 | 260.63 |
| SL0851 | 5.00 | 1462 | 1.25 | 1,827.75 |
| SL0881 | 5.00 | 167 | 1.25 | 209.25 |
| SL0892 | 12.50 | 1883 | 3.13 | 5,885.63 |

| | | | | |
|---|---|---|---|---|
| SL0896 | 5.00 | 205 | 1.25 | 255.75 |
| SL0897 | 5.00 | 2713 | 1.25 | 3,391.50 |
| SL0901 | 3.00 | 36 | 0.75 | 27.00 |
| SL0917 | 3.00 | 1034 | 0.75 | 775.80 |
| SL0918 | 3.00 | 863 | 0.75 | 647.55 |
| SL0939 | 20.00 | 293 | 5.00 | 1,464.00 |
| SL0940 | 20.00 | 106 | 5.00 | 531.00 |
| SL0941 | 12.50 | 113 | 3.13 | 352.50 |
| SL0942 | 12.50 | 37 | 3.13 | 116.25 |
| SL0943 | 12.50 | 147 | 3.13 | 459.38 |
| SL0945 | 5.00 | 886 | 1.25 | 1,107.75 |
| SL0946 | 5.00 | 289 | 1.25 | 361.50 |
| SL0947 | 5.00 | 178 | 1.25 | 222.75 |
| SL0948 | 5.00 | 32 | 1.25 | 39.75 |
| SL0950 | 3.00 | 1028 | 0.75 | 770.85 |
| SL0952 | 3.00 | 303 | 0.75 | 227.25 |
| SP0409 | 12.50 | 1403 | 3.13 | 4,385.63 |
| SP0411 | 5.00 | 612 | 1.25 | 765.00 |
| SP0413 | 5.00 | 289 | 1.25 | 361.50 |
| SP0416 | 3.00 | 2959 | 0.75 | 2,219.40 |
| SP0417 | 3.00 | 2960 | 0.75 | 2,220.30 |
| SP0418 | 3.00 | 1571 | 0.75 | 1,178.55 |
| SP0419 | 3.00 | 2091 | 0.75 | 1,568.25 |
| SP0421 | 3.00 | 651 | 0.75 | 488.25 |
| SP0422 | 3.00 | 1733 | 0.75 | 1,300.05 |
| SP0423 | 20.00 | 203 | 5.00 | 1,014.00 |
| SP0425 | 12.50 | 1069 | 3.13 | 3,339.38 |
| SP0427 | 12.50 | 2034 | 3.13 | 6,356.25 |
| SP0428 | 12.50 | 1563 | 3.13 | 4,884.38 |
| SP0429 | 3.00 | 319 | 0.75 | 238.95 |
| SP0430 | 3.00 | 5 | 0.75 | 3.60 |
| SP0431 | 3.00 | 3232 | 0.75 | 2,424.15 |
| SP0432 | 3.00 | 408 | 0.75 | 306.00 |
| SP0433 | 12.50 | 1391 | 3.13 | 4,346.25 |
| SP0435 | 12.50 | 1300 | 3.13 | 4,061.25 |
| SP0436 | 12.50 | 3548 | 3.13 | 11,086.88 |
| SP0437 | 3.00 | 1956 | 0.75 | 1,467.00 |
| SP0439 | 3.00 | 142 | 0.75 | 106.65 |
| SP0440 | 3.00 | 786 | 0.75 | 589.50 |
| SR0001 | 1.50 | 3299 | 0.38 | 1,237.28 |
| SR0002 | 1.50 | 1965 | 0.38 | 736.88 |
| SR0003 | 1.50 | 4666 | 0.38 | 1,749.60 |
| SR0004 | 1.50 | 5566 | 0.38 | 2,087.10 |
| SR0005 | 1.50 | 952 | 0.38 | 357.08 |
| SR0006 | 1.50 | 862 | 0.38 | 323.33 |
| SR0007 | 1.50 | 172 | 0.38 | 64.58 |
| SR0008 | 1.50 | 1649 | 0.38 | 618.30 |

| | | | | |
|---|---|---|---|---|
| SR0101 | 3.00 | 361 | 0.75 | 270.90 |
| SR0103 | 3.00 | 1 | 0.75 | 0.90 |
| SR0104 | 3.00 | 2231 | 0.75 | 1,673.55 |
| SR0105 | 3.00 | 1808 | 0.75 | 1,355.85 |
| SR0106 | 3.00 | 2077 | 0.75 | 1,557.90 |
| SR0107 | 3.00 | 2272 | 0.75 | 1,703.70 |
| SR0305 | 12.50 | 144 | 3.13 | 450.00 |
| SR0306 | 12.50 | 114 | 3.13 | 356.25 |
| SR0307 | 12.50 | 138 | 3.13 | 431.25 |
| SR0308 | 12.50 | 152 | 3.13 | 476.25 |
| SR0401 | 2.50 | 1116 | 0.63 | 697.50 |
| SR0402 | 2.50 | 1332 | 0.63 | 832.50 |
| SR0404 | 2.50 | 3257 | 0.63 | 2,035.88 |
| SR0501 | 6.25 | 2474 | 1.56 | 3,866.25 |
| SR0502 | 6.25 | 2635 | 1.56 | 4,117.50 |
| SR0503 | 6.25 | 2741 | 1.56 | 4,283.44 |
| SR0506 | 6.25 | 2703 | 1.56 | 4,223.44 |
| SR1217 | 4.00 | 150 | 1.00 | 150.00 |
| ST 001 | 25.00 | 120 | 6.25 | 750.00 |
| ST0101 | 4.00 | 1706 | 1.00 | 1,706.40 |
| SU 0008 | 4.00 | 416 | 1.00 | 416.40 |
| SU 0009 | 4.00 | 413 | 1.00 | 413.40 |
| SU 0010 | 4.00 | 460 | 1.00 | 460.20 |
| SU 0011 | 4.00 | 63 | 1.00 | 63.00 |
| SU 0012 | 4.00 | 292 | 1.00 | 292.20 |
| SU 0013 | 4.00 | 361 | 1.00 | 361.20 |
| SU 0014 | 4.00 | 320 | 1.00 | 319.80 |
| SU 0015 | 4.00 | 293 | 1.00 | 292.80 |
| SU 0016 | 4.00 | 562 | 1.00 | 562.20 |
| SU 0017 | 4.00 | 352 | 1.00 | 352.20 |
| SU 0018 | 4.00 | 422 | 1.00 | 422.40 |
| SU 0020 | 4.00 | 2269 | 1.00 | 2,269.20 |
| SU 0021 | 4.00 | 307 | 1.00 | 307.20 |
| SU 0022 | 4.00 | 80 | 1.00 | 79.80 |
| SU 0028 | 4.00 | 279 | 1.00 | 279.00 |
| SU 0030 | 4.00 | 236 | 1.00 | 236.40 |
| SU 0105 | 6.00 | 1778 | 1.50 | 2,667.60 |
| SU 0302 | 18.00 | 557 | 4.50 | 2,505.60 |
| SU 0303 | 18.00 | 128 | 4.50 | 575.10 |
| SU 0305 | 18.00 | 572 | 4.50 | 2,573.10 |
| SU 0306 | 18.00 | 741 | 4.50 | 3,334.50 |
| SW 001 | 12.00 | 590 | 3.00 | 1,769.40 |
| SW 002 | 12.00 | 890 | 3.00 | 2,669.40 |
| SW0001 | 1.50 | 2654 | 0.38 | 995.18 |
| SW0002 | 1.50 | 2953 | 0.38 | 1,107.23 |
| SW0003 | 1.50 | 1085 | 0.38 | 407.03 |
| SW0004 | 1.50 | 3037 | 0.38 | 1,138.95 |

| SW0102 | 3.00 | 563 | 0.75 | 422.55 |
|--------|------|-----|------|--------|
| SW0104 | 3.00 | 267 | 0.75 | 200.25 |
| SW0106 | 3.00 | 2 | 0.75 | 1.35 |
| SW0108 | 3.00 | 502 | 0.75 | 376.20 |
| SW0201 | 5.00 | 1979 | 1.25 | 2,473.50 |
| SW0202 | 5.00 | 2405 | 1.25 | 3,006.00 |
| SW0203 | 5.00 | 2446 | 1.25 | 3,057.00 |
| SW0204 | 5.00 | 2450 | 1.25 | 3,062.25 |
| SW0206 | 5.00 | 1270 | 1.25 | 1,587.00 |
| SW0208 | 5.00 | 1406 | 1.25 | 1,757.25 |
| SW0209 | 5.00 | 1771 | 1.25 | 2,214.00 |
| SW0211 | 5.00 | 1083 | 1.25 | 1,353.75 |
| T2 | 6.00 | 38 | 1.50 | 56.70 |
| TAT003 | 1.50 | 1489 | 0.38 | 558.23 |
| TAT004 | 1.50 | 1489 | 0.38 | 558.45 |
| TAT401 | 2.50 | 582 | 0.63 | 363.75 |
| TAT402 | 2.50 | 582 | 0.63 | 363.75 |
| TAT403 | 2.50 | 733 | 0.63 | 457.88 |
| TAT404 | 2.50 | 727 | 0.63 | 454.13 |
| TAT501 | 6.25 | 2692 | 1.56 | 4,205.63 |
| TAT502 | 6.25 | 2686 | 1.56 | 4,196.25 |
| TAT503 | 6.25 | 2684 | 1.56 | 4,194.38 |
| TAT504 | 6.25 | 2090 | 1.56 | 3,266.25 |
| TD01 | 28.00 | 11 | 7.00 | 75.60 |
| TD02 | 28.00 | 12 | 7.00 | 84.00 |
| TD03 | 28.00 | 9 | 7.00 | 63.00 |
| TD06 | 28.00 | 12 | 7.00 | 84.00 |
| TD12 | 28.00 | 7 | 7.00 | 50.40 |
| TM 001 | 12.00 | 783 | 3.00 | 2,349.00 |
| TM 002 | 12.00 | 566 | 3.00 | 1,699.20 |
| TM 003 | 12.00 | 415 | 3.00 | 1,245.60 |
| TM 004 | 12.00 | 712 | 3.00 | 2,136.60 |
| TP 001 | 20.00 | 163 | 5.00 | 816.00 |
| TR 001 | 20.00 | 1049 | 5.00 | 5,247.00 |
| TR0041 | 12.50 | 110 | 3.13 | 345.00 |
| TR0043 | 12.50 | 455 | 3.13 | 1,421.25 |
| TR0055 | 12.50 | 2079 | 3.13 | 6,496.88 |
| TS 001 | 18.00 | 448 | 4.50 | 2,014.20 |
| TU 0301 | 18.00 | 1466 | 4.50 | 6,598.80 |
| TU 0302 | 18.00 | 1474 | 4.50 | 6,633.90 |
| TU 0304 | 18.00 | 1860 | 4.50 | 8,370.00 |
| UN0528 | 10.00 | 989 | 2.50 | 2,472.00 |
| V-0054 | 3.00 | 1950 | 0.75 | 1,462.50 |
| V-0056 | 3.00 | 1058 | 0.75 | 793.80 |
| VB0001 | 1.00 | 7847 | 0.25 | 1,961.85 |
| VB0002 | 1.00 | 4192 | 0.25 | 1,047.90 |
| VB0004 | 1.00 | 3739 | 0.25 | 934.80 |

| | | | | |
|---|---|---|---|---|
| VB0006 | 1.00 | 4183 | 0.25 | 1,045.80 |
| VB0007 | 1.50 | 7478 | 0.38 | 2,804.18 |
| VB0008 | 1.50 | 4477 | 0.38 | 1,678.73 |
| VB0009 | 1.50 | 4535 | 0.38 | 1,700.55 |
| VB0010 | 1.50 | 4786 | 0.38 | 1,794.60 |
| VB0011 | 1.50 | 4643 | 0.38 | 1,741.05 |
| VB0012 | 1.50 | 4567 | 0.38 | 1,712.48 |
| VB0013 | 1.50 | 4161 | 0.38 | 1,560.38 |
| VB0014 | 1.50 | 4660 | 0.38 | 1,747.35 |
| VB0016 | 1.50 | 4406 | 0.38 | 1,652.40 |
| VB0017 | 1.50 | 4327 | 0.38 | 1,622.70 |
| VB0018 | 1.50 | 4441 | 0.38 | 1,665.45 |
| VB0020 | 1.50 | 4792 | 0.38 | 1,797.08 |
| VB0022 | 1.50 | 4742 | 0.38 | 1,778.40 |
| VB0101 | 3.00 | 384 | 0.75 | 288.00 |
| VB0102 | 3.00 | 440 | 0.75 | 330.30 |
| VB0103 | 3.00 | 507 | 0.75 | 380.25 |
| VB0104 | 3.00 | 440 | 0.75 | 329.85 |
| VB0105 | 3.00 | 777 | 0.75 | 582.75 |
| VB0106 | 3.00 | 727 | 0.75 | 544.95 |
| VB0107 | 3.00 | 143 | 0.75 | 107.10 |
| VB0108 | 3.00 | 1 | 0.75 | 0.45 |
| VB0109 | 3.00 | 524 | 0.75 | 392.85 |
| VB0110 | 3.00 | 410 | 0.75 | 307.80 |
| VB0111 | 3.00 | 146 | 0.75 | 109.35 |
| VB0112 | 3.00 | 98 | 0.75 | 73.80 |
| VB0119 | 3.00 | 1198 | 0.75 | 898.65 |
| VB0122 | 3.00 | 1430 | 0.75 | 1,072.35 |
| VB0207 | 5.00 | 1939 | 1.25 | 2,424.00 |
| VB0208 | 5.00 | 1880 | 1.25 | 2,350.50 |
| VB0209 | 5.00 | 2058 | 1.25 | 2,572.50 |
| VB0210 | 5.00 | 2103 | 1.25 | 2,628.75 |
| VB0211 | 5.00 | 1825 | 1.25 | 2,280.75 |
| VB0214 | 5.00 | 2439 | 1.25 | 3,048.75 |
| VB0215 | 5.00 | 1337 | 1.25 | 1,671.00 |
| VB0216 | 5.00 | 1466 | 1.25 | 1,832.25 |
| VB0217 | 5.00 | 1321 | 1.25 | 1,651.50 |
| VB0218 | 5.00 | 920 | 1.25 | 1,149.75 |
| VB0219 | 5.00 | 1933 | 1.25 | 2,415.75 |
| VB0220 | 5.00 | 1690 | 1.25 | 2,112.00 |
| VB0222 | 5.00 | 1936 | 1.25 | 2,420.25 |
| VB0501 | 2.50 | 3885 | 0.63 | 2,428.13 |
| VB0502 | 2.50 | 3666 | 0.63 | 2,291.25 |
| VB0503 | 2.50 | 3964 | 0.63 | 2,477.63 |
| VB0505 | 2.50 | 3767 | 0.63 | 2,354.25 |
| VB0506 | 2.50 | 3902 | 0.63 | 2,438.63 |
| VB0601 | 6.25 | 2255 | 1.56 | 3,523.13 |

| | | | | |
|---|---|---|---|---|
| VB0602 | 6.25 | 2042 | 1.56 | 3,190.31 |
| VB0603 | 6.25 | 4081 | 1.56 | 6,376.88 |
| VB0604 | 6.25 | 3202 | 1.56 | 5,003.44 |
| VB0605 | 6.25 | 4006 | 1.56 | 6,259.69 |
| VB0606 | 6.25 | 3991 | 1.56 | 6,236.25 |
| VE0101 | 3.00 | 826 | 0.75 | 619.20 |
| VE0103 | 3.00 | 826 | 0.75 | 619.20 |
| VG05 | 30.00 | 14 | 7.50 | 108.00 |
| VH 001 | 12.00 | 43 | 3.00 | 127.80 |
| VH 002 | 12.00 | 72 | 3.00 | 216.00 |
| VH 007 | 12.00 | 1512 | 3.00 | 4,536.00 |
| VH0018 | 1.50 | 4384 | 0.38 | 1,643.85 |
| VH0019 | 1.50 | 1087 | 0.38 | 407.48 |
| VH0020 | 1.50 | 997 | 0.38 | 373.73 |
| VH0119 | 3.00 | 232 | 0.75 | 173.70 |
| VH0120 | 3.00 | 637 | 0.75 | 477.45 |
| VH0301 | 12.50 | 168 | 3.13 | 525.00 |
| VH2002 | 5.00 | 2533 | 1.25 | 3,166.50 |
| VH2003 | 5.00 | 2389 | 1.25 | 2,985.75 |
| VK 001/A | 6.00 | 369 | 1.50 | 553.50 |
| VK 002/A | 6.00 | 369 | 1.50 | 553.50 |
| VK 006/A | 6.00 | 369 | 1.50 | 553.50 |
| VK 008/A | 6.00 | 369 | 1.50 | 553.50 |
| VL 002 | 12.00 | 1253 | 3.00 | 3,758.40 |
| VL 004 | 12.00 | 1420 | 3.00 | 4,260.60 |
| VL 006 | 18.00 | 212 | 4.50 | 953.10 |
| VW 0001 | 3.00 | 2220 | 0.75 | 1,665.00 |
| VW 0002 | 3.00 | 2282 | 0.75 | 1,711.35 |
| VW 0003 | 3.00 | 2228 | 0.75 | 1,671.30 |
| VW 0004 | 3.00 | 2336 | 0.75 | 1,751.85 |
| VW 0005 | 3.00 | 1023 | 0.75 | 767.25 |
| VW 0021 | 3.00 | 2075 | 0.75 | 1,556.55 |
| VW 0022 | 3.00 | 2078 | 0.75 | 1,558.80 |
| VW 0109 | 6.00 | 3100 | 1.50 | 4,650.30 |
| VW 0110 | 6.00 | 3081 | 1.50 | 4,621.50 |
| VW 0122 | 6.00 | 1649 | 1.50 | 2,473.20 |
| VW 0123 | 6.00 | 1665 | 1.50 | 2,497.50 |
| VW 0133 | 6.00 | 757 | 1.50 | 1,134.90 |
| VW 0134 | 6.00 | 742 | 1.50 | 1,112.40 |
| VW 0136 | 6.00 | 1484 | 1.50 | 2,226.60 |
| VW 0142 | 6.00 | 1981 | 1.50 | 2,971.80 |
| VW 0150 | 6.00 | 1748 | 1.50 | 2,622.60 |
| VW 0151 | 6.00 | 1697 | 1.50 | 2,545.20 |
| VW 0152 | 6.00 | 823 | 1.50 | 1,233.90 |
| VW 0153 | 6.00 | 346 | 1.50 | 519.30 |
| VW 0154 | 6.00 | 679 | 1.50 | 1,018.80 |
| VW 0155 | 6.00 | 752 | 1.50 | 1,127.70 |

| | | | | |
|---|---|---|---|---|
| VW 0156 | 6.00 | 1597 | 1.50 | 2,395.80 |
| VW 0158 | 6.00 | 1768 | 1.50 | 2,651.40 |
| VW 0159 | 6.00 | 1650 | 1.50 | 2,475.00 |
| VW 0303 | 18.00 | 2533 | 4.50 | 11,396.70 |
| VW 0304 | 18.00 | 2477 | 4.50 | 11,145.60 |
| VW 0306 | 18.00 | 1567 | 4.50 | 7,052.40 |
| VW 0308 | 18.00 | 1637 | 4.50 | 7,368.30 |
| VW 0309 | 18.00 | 75 | 4.50 | 337.50 |
| VW 0311 | 18.00 | 964 | 4.50 | 4,336.20 |
| VW 0314 | 18.00 | 2372 | 4.50 | 10,675.80 |
| VW 0324 | 18.00 | 576 | 4.50 | 2,592.00 |
| VW 0333 | 18.00 | 235 | 4.50 | 1,058.40 |
| VW 0335 | 18.00 | 1437 | 4.50 | 6,466.50 |
| VW 0336 | 18.00 | 1681 | 4.50 | 7,565.40 |
| VW 0344 | 18.00 | 66 | 4.50 | 297.00 |
| VW 0347 | 18.00 | 1679 | 4.50 | 7,557.30 |
| VW 0348 | 18.00 | 1667 | 4.50 | 7,503.30 |
| VW 0349 | 18.00 | 1662 | 4.50 | 7,479.00 |
| VW 0350 | 18.00 | 5 | 4.50 | 21.60 |
| VW 0351 | 18.00 | 319 | 4.50 | 1,433.70 |
| VW 0352 | 18.00 | 656 | 4.50 | 2,953.80 |
| VW 0353 | 18.00 | 148 | 4.50 | 664.20 |
| VW 0354 | 18.00 | 758 | 4.50 | 3,410.10 |
| VW 0355 | 18.00 | 778 | 4.50 | 3,499.20 |
| VW 0358 | 18.00 | 1628 | 4.50 | 7,327.80 |
| VW 0359 | 18.00 | 1770 | 4.50 | 7,965.00 |
| VW 0425 | 4.00 | 262 | 1.00 | 262.20 |
| VW 0426 | 4.00 | 496 | 1.00 | 495.60 |
| VW 0428 | 4.00 | 46 | 1.00 | 45.60 |
| VW 0431 | 4.00 | 1939 | 1.00 | 1,938.60 |
| VW 0432 | 4.00 | 1678 | 1.00 | 1,677.60 |
| VW 0527 | 10.00 | 80 | 2.50 | 199.50 |
| VW 0530 | 10.00 | 1588 | 2.50 | 3,970.50 |
| VW 0531 | 10.00 | 845 | 2.50 | 2,113.50 |
| VW 10007 | 2.50 | 701 | 0.63 | 438.38 |
| VW 10008 | 2.50 | 701 | 0.63 | 438.38 |
| VW 1001 | 2.50 | 102 | 0.63 | 63.75 |
| VW 1002 | 2.50 | 179 | 0.63 | 111.75 |
| VW 1003 | 2.50 | 265 | 0.63 | 165.38 |
| VW 1004 | 2.50 | 550 | 0.63 | 343.50 |
| VW 1010 | 2.50 | 86 | 0.63 | 53.63 |
| VW 10115 | 6.00 | 1307 | 1.50 | 1,961.10 |
| VW 1013 | 4.00 | 538 | 1.00 | 538.20 |
| VW 10131/A | 6.00 | 720 | 1.50 | 1,080.00 |
| VW 1014 | 4.00 | 530 | 1.00 | 529.80 |
| VW 1015 | 4.00 | 1894 | 1.00 | 1,894.20 |
| VW 1016 | 4.00 | 1786 | 1.00 | 1,785.60 |

| | | | | |
|---|---|---|---|---|
| VW 102001 | 4.00 | 1349 | 1.00 | 1,349.40 |
| VW 102002 | 4.00 | 1346 | 1.00 | 1,346.40 |
| VW 1026 | 4.00 | 593 | 1.00 | 592.80 |
| VW 1029 | 4.00 | 695 | 1.00 | 695.40 |
| VW 1030 | 4.00 | 778 | 1.00 | 778.20 |
| VW 10301 | 10.00 | 1349 | 2.50 | 3,373.50 |
| VW 10302 | 10.00 | 932 | 2.50 | 2,331.00 |
| VW 10303 | 10.00 | 1046 | 2.50 | 2,616.00 |
| VW 10304 | 10.00 | 1150 | 2.50 | 2,874.00 |
| VW 1031 | 4.00 | 819 | 1.00 | 819.00 |
| VW 10313 | 18.00 | 1369 | 4.50 | 6,161.40 |
| VW 10314 | 18.00 | 1265 | 4.50 | 5,694.30 |
| VW 10315 | 18.00 | 2240 | 4.50 | 10,079.10 |
| VW 10316 | 18.00 | 1618 | 4.50 | 7,281.90 |
| VW 1032 | 4.00 | 793 | 1.00 | 793.20 |
| VW 10320 | 18.00 | 1576 | 4.50 | 7,090.20 |
| VW 10321 | 18.00 | 1156 | 4.50 | 5,200.20 |
| VW 10322 | 18.00 | 1159 | 4.50 | 5,213.70 |
| VW 1033 | 4.00 | 560 | 1.00 | 559.80 |
| VW 1034 | 4.00 | 741 | 1.00 | 741.00 |
| VW 1041 | 4.00 | 871 | 1.00 | 871.20 |
| VW 1042 | 4.00 | 690 | 1.00 | 690.00 |
| VW 1043 | 4.00 | 684 | 1.00 | 684.00 |
| VW 1044 | 4.00 | 535 | 1.00 | 534.60 |
| VW 2001 | 8.00 | 1365 | 2.00 | 2,730.00 |
| VW 2009 | 8.00 | 856 | 2.00 | 1,711.20 |
| VW 2010 | 8.00 | 436 | 2.00 | 872.40 |
| VW 2011 | 8.00 | 653 | 2.00 | 1,306.80 |
| VW 2013 | 16.00 | 958 | 4.00 | 3,832.80 |
| VW 2014 | 16.00 | 883 | 4.00 | 3,532.80 |
| VW 2017 | 12.00 | 400 | 3.00 | 1,200.60 |
| VW 2041 | 5.00 | 1762 | 1.25 | 2,202.75 |
| VW 2042 | 5.00 | 1536 | 1.25 | 1,920.00 |
| VW 2044 | 5.00 | 1762 | 1.25 | 2,202.75 |
| VW 2045 | 5.00 | 1267 | 1.25 | 1,584.00 |
| VW 2046 | 5.00 | 1319 | 1.25 | 1,649.25 |
| VW 2047 | 5.00 | 812 | 1.25 | 1,015.50 |
| VW 2048 | 5.00 | 1489 | 1.25 | 1,860.75 |
| VW 2049 | 8.00 | 1538 | 2.00 | 3,075.60 |
| VW 2051 | 8.00 | 1375 | 2.00 | 2,750.40 |
| VW 2052 | 8.00 | 935 | 2.00 | 1,870.80 |
| VW 2058 | 8.00 | 59 | 2.00 | 118.80 |
| VW 2242 | 8.00 | 1247 | 2.00 | 2,493.60 |
| VW 2243 | 8.00 | 736 | 2.00 | 1,472.40 |
| VW 2244 | 8.00 | 704 | 2.00 | 1,408.80 |
| VW 2245 | 8.00 | 1124 | 2.00 | 2,247.60 |
| WGW0506 | 20.00 | 1700 | 5.00 | 8,502.00 |

| | | | | |
|---|---|---|---|---|
| WH0601 | 25.00 | 1187 | 6.25 | 7,421.25 |
| WM0301 | 12.50 | 1831 | 3.13 | 5,720.63 |
| WM0303 | 12.50 | 228 | 3.13 | 712.50 |
| WM0304 | 12.50 | 34 | 3.13 | 105.00 |
| WR 0108 | 3.00 | 945 | 0.75 | 708.75 |
| WR 0110 | 3.00 | 960 | 0.75 | 720.00 |
| WR 0305 | 18.00 | 7 | 4.50 | 29.70 |
| WR 0401 | 4.00 | 1063 | 1.00 | 1,062.60 |
| WR 0402 | 4.00 | 988 | 1.00 | 987.60 |
| WR 0501 | 10.00 | 2156 | 2.50 | 5,391.00 |
| WR 0509 | 10.00 | 450 | 2.50 | 1,125.00 |
| WS 002 | 10.00 | 1014 | 2.50 | 2,535.00 |
| WS 004 | 10.00 | 443 | 2.50 | 1,108.50 |
| x16 | 6.00 | 29 | 1.50 | 44.10 |
| x168 | 6.00 | 55 | 1.50 | 82.80 |
| x325 | 6.00 | 2 | 1.50 | 3.60 |
| x4 | 6.00 | 3 | 1.50 | 4.50 |
| x673 | 6.00 | 1 | 1.50 | 0.90 |
| x841 | 6.00 | 3 | 1.50 | 4.50 |
| y179 | 12.00 | 17 | 3.00 | 50.40 |
| y270 | 12.00 | 3 | 3.00 | 9.00 |
| y310 | 12.00 | 6 | 3.00 | 18.00 |
| y331 | 12.00 | 15 | 3.00 | 45.00 |
| y390 | 12.00 | 65 | 3.00 | 194.40 |
| y44 | 12.00 | 9 | 3.00 | 27.00 |
| y547 | 12.00 | 13 | 3.00 | 39.60 |
| y637 | 12.00 | 2 | 3.00 | 5.40 |
| y682 | 12.00 | 1 | 3.00 | 3.60 |
| y686 | 12.00 | 13 | 3.00 | 39.60 |
| YN 0112/A | 6.00 | 360 | 1.50 | 540.00 |
| YN 0113/A | 6.00 | 360 | 1.50 | 540.00 |
| YN 0513 | 22.00 | 1295 | 5.50 | 7,121.40 |
| YN 1218 | 12.00 | 493 | 3.00 | 1,479.60 |
| YN 1219 | 12.00 | 492 | 3.00 | 1,476.00 |
| YN 2009 | 12.00 | 713 | 3.00 | 2,140.20 |
| YN 2010 | 12.00 | 757 | 3.00 | 2,271.60 |
| YN 2014 | 10.00 | 1642 | 2.50 | 4,105.50 |
| YN 2015 | 10.00 | 1643 | 2.50 | 4,107.00 |
| YN 2016 | 10.00 | 1642 | 2.50 | 4,105.50 |
| YN 2017 | 10.00 | 1643 | 2.50 | 4,107.00 |
| YN0601 | 35.00 | 100 | 8.75 | 871.50 |
| YN0602 | 35.00 | 265 | 8.75 | 2,320.50 |
| YN0930 | 60.00 | 808 | 15.00 | 12,123.00 |
| YN0933 | 60.00 | 831 | 15.00 | 12,465.00 |
| z265 | 4.00 | 180 | 1.00 | 180.00 |
| Z266 | 4.00 | 180 | 1.00 | 180.00 |
| z267 | 4.00 | 180 | 1.00 | 180.00 |

| | | | | |
|---|---|---|---|---|
| z268 | 4.00 | 120 | 1.00 | 120.00 |
| z269 | 4.00 | 180 | 1.00 | 180.00 |
| z270 | 4.00 | 120 | 1.00 | 120.00 |
| ZA0109 | 3.00 | 288 | 0.75 | 216.00 |
| ZA0115 | 3.00 | 1510 | 0.75 | 1,132.65 |
| ZA0126 | 3.00 | 2999 | 0.75 | 2,249.55 |
| ZA0134 | 3.00 | 2215 | 0.75 | 1,661.40 |
| ZA0147 | 3.00 | 2449 | 0.75 | 1,836.90 |
| ZA0148 | 3.00 | 2080 | 0.75 | 1,560.15 |
| ZA0149 | 3.00 | 1229 | 0.75 | 922.05 |
| ZA0150 | 3.00 | 1126 | 0.75 | 844.65 |
| ZA0247 | 6.00 | 2727 | 1.50 | 4,090.50 |
| ZA0248 | 6.00 | 2739 | 1.50 | 4,108.50 |
| ZA0249 | 6.00 | 2792 | 1.50 | 4,187.70 |
| ZA0250 | 6.00 | 2823 | 1.50 | 4,234.50 |
| ZA0304 | 15.00 | 39 | 3.75 | 146.25 |
| ZA0305 | 15.00 | 2641 | 3.75 | 9,904.50 |
| ZA0307 | 15.00 | 428 | 3.75 | 1,604.25 |
| ZA0308 | 15.00 | 830 | 3.75 | 3,111.75 |
| ZA0309 | 15.00 | 2708 | 3.75 | 10,154.25 |
| ZA0310 | 15.00 | 63 | 3.75 | 236.25 |
| ZA0313 | 15.00 | 2161 | 3.75 | 8,104.50 |
| ZA0315 | 15.00 | 1913 | 3.75 | 7,173.00 |
| ZA0316 | 15.00 | 1119 | 3.75 | 4,196.25 |
| ZA0331 | 15.00 | 1731 | 3.75 | 6,491.25 |
| ZA0332 | 15.00 | 2386 | 3.75 | 8,948.25 |
| ZA0333 | 15.00 | 2461 | 3.75 | 9,227.25 |
| ZA0334 | 15.00 | 2001 | 3.75 | 7,503.75 |
| ZA0340 | 15.00 | 265 | 3.75 | 992.25 |
| ZA0341 | 15.00 | 353 | 3.75 | 1,323.00 |
| ZA0342 | 15.00 | 157 | 3.75 | 589.50 |
| ZA0501 | 20.00 | 536 | 5.00 | 2,682.00 |
| ZA0505 | 20.00 | 1642 | 5.00 | 8,211.00 |
| ZA0506 | 20.00 | 1754 | 5.00 | 8,769.00 |
| ZA0509 | 20.00 | 784 | 5.00 | 3,921.00 |
| ZA0513 | 20.00 | 446 | 5.00 | 2,232.00 |
| ZA0515 | 20.00 | 1730 | 5.00 | 8,649.00 |
| ZA0516 | 20.00 | 1241 | 5.00 | 6,207.00 |
| ZA0531 | 20.00 | 2028 | 5.00 | 10,140.00 |
| ZA0532 | 20.00 | 1663 | 5.00 | 8,316.00 |
| ZA0540 | 20.00 | 1823 | 5.00 | 9,114.00 |
| ZA0542 | 20.00 | 1883 | 5.00 | 9,414.00 |
| ZA0545 | 20.00 | 2748 | 5.00 | 13,740.00 |
| ZA0654 | 30.00 | 1451 | 7.50 | 10,885.50 |
| | | 3,577,544 | | 5,088,024 |

EXHIBIT "B"
SIX MONTH OPERATING BUDGET/PROJECTION

**APPLEJACK ART PARTNERS, INC.**

Exhibit B          Projected Cash Flow for Period May 1, 2011 - November 30, 2011

| | | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | | 20,000 | 102,524 | 167,048 | 217,572 | 90,862 | 233,152 | 225,442 |
| | | | | | | | | |
| Cash From Licensing | | 140,000 | 80,000 | 60,000 | | - | - | - |
| Cash From Publishing | | 150,000 | 110,000 | 100,000 | | - | - | - |
| AppleJack Building - Rents | | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 |
| Inventory Auction | | | | | | 150,000 | | |
| | Total Cash In | 304,000 | 204,000 | 174,000 | 14,000 | 164,000 | 14,000 | 14,000 |
| | | | | | | | | |
| Cost of Goods Sold | | | | | | - | - | - |
| Freight Expenses | | 3,000 | 4,000 | 3,000 | | | | |
| | **Total Cost of Goods** | 3,000 | 4,000 | 3,000 | - | - | - | - |
| | | | | | | | | |
| Selling Expenses | | | | | | | | |
|   Postage | | 1,000 | 1,000 | 1,000 | | - | - | - |
|   Artist Royalties | | 110,000 | 50,000 | 40,000 | 80,000 | | | |
| | Total | 111,000 | 51,000 | 41,000 | 80,000 | - | - | - |
| | | | | | | | | |
| Operating Expenses | | | | | | | | |
|   Repair and Maintenance | | 800 | 800 | 800 | 500 | 500 | 500 | 500 |
|   Supplies | | 500 | 500 | 500 | | | | |
| | Total | 1,300 | 1,300 | 1,300 | 500 | 500 | 500 | 500 |
| | | | | | | | | |
| Administrative Expenses | | | | | | | | |
|   Insurance | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|   Liquidating Trustee | | | | | 5,000 | | | |
|   Bank Payments | | | | | | | | |
|     Protocol | | 6,800 | 6,800 | 6,800 | 6,800 | | | |
|     Protocol Principal | | | | | | | - | - |
|     Wells Fargo (Wachovia) | | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 |
|     VEDA** | | 6,576 | 6,576 | 6,576 | 2,210 | 2,210 | 2,210 | 2,210 |
|   Leases | | 5,000 | 5,000 | 5,000 | 5,000 | - | - | - |
|   Payroll | | 32,000 | 32,000 | 32,000 | | | | |
|   Payroll Taxes | | 3,600 | 3,600 | 3,600 | | | | |
|   Credit Card Charges | | 1,000 | 1,000 | 1,000 | | | | |
|   Bank Charges | | 200 | 200 | 200 | 200 | | | |
|   Property Taxes | | | | | 15,000 | | | |
|   Electric | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
|   Gas/Propane | | 6,000 | 6,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|   Telephone Expense | | 4,000 | 4,000 | 4,000 | 4,000 | | | |
|   Bankruptcy Trustee | | 3,000 | - | - | 3,000 | - | - | 3,000 |
| | Total | 86,176 | 83,176 | 78,176 | 60,210 | 21,210 | 21,210 | 24,210 |
| | | | | | | | | |
|   Disbursement to Unsecured Creditors | | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Total Cash Out** | | 201,476 | 139,476 | 123,476 | 140,710 | 21,710 | 21,710 | 24,710 |
| | | | | | | | | |
| **Ending Cash** | | 102,524 | 167,048 | 217,572 | 90,862 | 233,152 | 225,442 | 214,732 |

NOTE: * For the purpose of this cash flow it has been assumed the Plan's proposed asset sale will occur on July 15, 2011

** Plan is for full payment of $6576 until the sale of building, then interest only of $2210.

EXHIBIT "C"
2009 TAX RETURN

# Form 1120S

## U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

# 2009

For calendar year 2009 or tax year beginning , 2009, ending ,

| | | | |
|---|---|---|---|
| **A** S election effective date 02/03/97 | Use IRS label. Other-wise, print or type. | **Name** Applejack Art Partners, Inc. | **D** Employer identification number 03-0339345 |
| **B** Business activity code number (see instrs) 511190 | | Number, street, and room or suite no. If a P.O. box, see instructions. P O Box 1527 | **E** Date incorporated 02/03/97 |
| **C** Check if Sch M-3 attached [X] | | City or town, state, and ZIP code Manchester Center VT 05255 | **F** Total assets (see instructions) $ 10,768,355. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes [X] No If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** [X] Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year............................. ▶ 6

**Caution.** Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## INCOME

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales .. | 7,472,176. **b** Less returns and allowances .. 4,363. **c** Bal ▶ | **1c** | 7,467,813. |
| **2** Cost of goods sold (Schedule A, line 8) .............................. | | **2** | 5,211,565. |
| **3** Gross profit. Subtract line 2 from line 1c ............................ | | **3** | 2,256,248. |
| **4** Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* ... | | **4** | |
| **5** Other income (loss) *(attach statement)*.....*.. STMT | | **5** | 125,136. |
| **6** **Total income (loss).** Add lines 3 through 5 ........................ ▶ | | **6** | 2,381,384. |

## DEDUCTIONS (SEE INSTRS)

| | | | |
|---|---|---|---|
| **7** Compensation of officers .................................................. | | **7** | 265,000. |
| **8** Salaries and wages (less employment credits) ............................. | | **8** | 2,168,258. |
| **9** Repairs and maintenance .................................................. | | **9** | 76,712. |
| **10** Bad debts ............................................................... | | **10** | 8,014. |
| **11** Rents ................................................................... | | **11** | 107,665. |
| **12** Taxes and licenses ...................................................... | | **12** | 260,986. |
| **13** Interest ................................................................ | | **13** | 245,126. |
| **14** Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)*... | | **14** | 114,549. |
| **15** Depletion **(Do not deduct oil and gas depletion.)** ........................ | | **15** | |
| **16** Advertising ............................................................. | | **16** | 42,443. |
| **17** Pension, profit-sharing, etc, plans ..................................... | | **17** | 54,589. |
| **18** Employee benefit programs ............................................... | | **18** | |
| **19** Other deductions *(attach statement)*.......*.. STMT | | **19** | 2,454,565. |
| **20** **Total deductions.** Add lines 7 through 19 ......................... ▶ | | **20** | 5,797,907. |
| **21** Ordinary business income (loss). Subtract line 20 from line 6 ........... | | **21** | -3,416,523. |

## TAX AND PAYMENTS

| | | | | |
|---|---|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax *(see instructions)* | **22a** | | | |
| **b** Tax from Schedule D (Form 1120S) .................. | **22b** | | | |
| **c** Add lines 22a and 22b *(see instructions for additional taxes)* ............. | | | **22c** | |
| **23a** 2009 estimated tax payments and 2008 overpayment credited to 2009 .. | **23a** | 0. | | |
| **b** Tax deposited with Form 7004 ..................... | **23b** | | | |
| **c** Credit for federal tax paid on fuels *(attach Form 4136)* ........ | **23c** | | | |
| **d** Add lines 23a through 23c ............................................... | | | **23d** | 0. |
| **24** Estimated tax penalty *(see instructions)*. Check if Form 2220 is attached ........ ▶ ☐ | | | **24** | |
| **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ....... | | | **25** | 0. |
| **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ..... Refunded ▶ | | | **26** | |
| **27** Enter amount from line 26 Credited to 2010 estimated tax ▶ | | | **27** | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Signature of officer | Date 4/6/11 | ▶ Title CEO |

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code | Self-Prepared | | EIN |
| | | | Phone no. |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

SPSA0112 12/16/09

Form **1120S** (2009)

## Schedule A   Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 4,474,911. |
| 2 | Purchases | 2 | 3,904,188. |
| 3 | Cost of labor | 3 | 1,990,031. |
| 4 | Additional section 263A costs *(attach statement)* | 4 | |
| 5 | Other costs *(attach statement)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 10,369,130. |
| 7 | Inventory at end of year | 7 | 3,480,632. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 6,888,498. |

9a Check all methods used for valuing closing inventory:

   *(i)*   [X]   Cost as described in Regulations section 1.471-3

   *(ii)*   [ ]   Lower of cost or market as described in Regulations section 1.471-4

   *(iii)*   [ ]   Other (Specify method used and attach explanation.) ▶

   **b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) .............. ▶ [ ]

   **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .............. ▶ [ ]

   **d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ..................... | **9d** |

   **e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .......... [ ] Yes [X] No

   **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ............................. [ ] Yes [X] No

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method:  **a** [ ] Cash  **b** [X] Accrual  **c** [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ▶ **Manufacturing**  **b** Product or service... ▶ **Art Products** | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ......... ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ....... $ | | |
| 8 | Are the corporation's total receipts *(see instructions)* for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| I N C O M E (L O S S) | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -3,416,523. |
| | 2 | Net rental real estate income (loss) *(attach Form 8825)* | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | **b** | Expenses from other rental activities *(attach statement)* | 3b | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | 140. |
| | 5 | Dividends:  **a** Ordinary dividends | 5a | |
| | | **b** Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 7 | |
| | 8a | Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | 8a | |
| | **b** | Collectibles (28%) gain (loss) | 8b | |
| | **c** | Unrecaptured section 1250 gain *(attach statement)* | 8c | |
| | 9 | Net section 1231 gain (loss) *(attach Form 4797)* | 9 | -285,196. |
| | 10 | Other income (loss) *(see instructions)* .................. Type ▶ | 10 | |

SPSA0112   12/16/09

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Deduc-tions | 11 Section 179 deduction *(attach Form 4562)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a Contributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b Investment interest expense. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ▶_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _**(2)** Amount ▶ | 12c (2) | |
| | d Other deductions *(see instructions)*. . . Type ▶ **Other Misc Item Dedns (2% Floor)** | 12d | 178. |
| Credits | 13a Low-income housing credit (section 42(j)(5)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13a | |
| | b Low-income housing credit (other). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)*. . . . . . . . . . . . . . . | 13c | |
| | d Other rental real estate credits *(see instrs)* Type ▶_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 13d | |
| | e Other rental credits *(see instrs)* Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)*. . . . . . . . . . . . . . . . . . . . . . . | 13f | |
| | g Other credits *(see instructions)* . . . . . . Type ▶ | 13g | |
| Foreign Trans-actions | 14a Name of country or U.S. possession. . . . . . . ▶_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | b Gross income from all sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14b | |
| | c Gross income sourced at shareholder level. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14d | |
| | e General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14e | |
| | f Other *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14g | |
| | h Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14i | |
| | j General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | k Other *(attach statement)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid    ☐ Accrued . . . . . . . . . . . . . . . . . . . . . . . . | 14l | |
| | m Reduction in taxes available for credit | | |
| | *(attach statement)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| Alterna-tive Mini-mum Tax (AMT) Items | 15a Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15a | -115,982. |
| | b Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | -238,198. |
| | c Depletion (other than oil and gas). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15c | |
| | d Oil, gas, and geothermal properties — gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15d | |
| | e Oil, gas, and geothermal properties — deductions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15e | |
| | f Other AMT items *(attach statement)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15f | |
| Items Affec-ting Share-holder Basis | 16a Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a | 773. |
| | b Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | c Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | 4,964. |
| | d Property distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16d | |
| | e Repayment of loans from shareholders. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16e | |
| Other Inform-ation | 17a Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17a | 140. |
| | b Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . . . | 17c | |
| | d Other items and amounts | | |
| | *(attach statement)* | | |
| Recon-ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right col-umn. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l. . . | 18 | -3,701,757. |

BAA                                                                                      Form **1120S** (2009)

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 99,955. | | 2,993. |
| 2a | Trade notes and accounts receivable | 1,141,344. | | 845,306. | |
| b | Less allowance for bad debts | | 1,141,344. | | 845,306. |
| 3 | Inventories | | 4,474,911. | | 3,480,632. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities *(see instructions)* | | | | |
| 6 | Other current assets *(attach stmt)* .... Ln .6. St | | 185,532. | | 264,312. |
| 7 | Loans to shareholders | | 0. | | 0. |
| 8 | Mortgage and real estate loans | | 0. | | 0. |
| 9 | Other investments *(attach statement)* | | | | 0. |
| 10a | Buildings and other depreciable assets | 1,025,465. | | 6,475,460. | |
| b | Less accumulated depreciation | 1,008,511. | 16,954. | 1,123,060. | 5,352,400. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 0. | | 125,000. |
| 13a | Intangible assets (amortizable only) | 1,489,083. | | 366,854. | |
| b | Less accumulated amortization | 112,945. | 1,376,138. | 183,506. | 183,348. |
| 14 | Other assets *(attach stmt)* .... Ln .14. St | | 765,757. | | 514,364. |
| 15 | Total assets | | 8,060,591. | | 10,768,355. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,542,180. | | 1,400,128. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 280,781. | | 996,982. |
| 18 | Other current liabilities *(attach stmt)* .. Ln .18. St | | 99,955. | | 153,506. |
| 19 | Loans from shareholders | | 10,000. | | 4,181,467. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 6,077,287. | | 4,907,906. |
| 21 | Other liabilities *(attach statement)* .... Ln .21. St | | 913,203. | | 56,602. |
| 22 | Capital stock | | 98,000. | | 98,000. |
| 23 | Additional paid-in capital | | 1,241,732. | | 4,882,259. |
| 24 | Retained earnings | | -2,202,547. | | -5,908,495. |
| 25 | Adjustments to shareholders' equity *(att stmt)* | | | | |
| 26 | Less cost of treasury stock | | 0. | | 0. |
| 27 | Total liabilities and shareholders' equity | | 8,060,591. | | 10,768,355. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ _ |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): |
| a | Depreciation ....... $ _ _ _ _ _ _ _ _ _ _ | | a | Depreciation .... $ _ _ _ _ _ _ _ _ _ _ _ |
| b | Travel and entertainment . $ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 | Add lines 5 and 6 |
| 4 | Add lines 1 through 3 | | 8 | Income (loss) (Schedule K, ln 18). Line 4 less ln 7 |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed *(see instructions)* |
|---|---|

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -2,202,547. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions ............*. STMT | 140. | 773. | |
| 4 | Loss from page 1, line 21 | 3,416,523. | | |
| 5 | Other reductions ............*. STMT | 290,338. | | |
| 6 | Combine lines 1 through 5 | -5,909,268. | 773. | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -5,909,268. | 773. | |

| **SCHEDULE M-3**<br>**(Form 1120S)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation for S Corporations**<br>**With Total Assets of $10 Million or More**<br>▶ Attach to Form 1120S.<br>▶ See separate instructions. | OMB No. 1545-0130<br><br>**2009** |
|---|---|---|

| Name of corporation | Employer identification number |
|---|---|
| Applejack Art Partners, Inc. | 03-0339345 |

### Part I  Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1 a** Did the corporation prepare a certified audited non-tax-basis income statement for the period ending with or within this tax year?
(See instructions if multiple non-tax-basis income statements are prepared.)

   ☐ **Yes.** Skip line 1b and complete lines 2 through 11 with respect to that income statement.

   ☒ **No.** Go to line 1b.

  **b** Did the corporation prepare a non-tax-basis income statement for that period?

   ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.

   ☐ **No.** Skip lines 2 through 3b and enter the corporation's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning **01/01/09**     Ending **12/31/09**

**3 a** Has the corporation's income statement been restated for the income statement period on line 2?

   ☐ **Yes.** (If 'Yes', attach an explanation and the amount of each item restated.)

   ☒ **No.**

  **b** Has the corporation's income statement been restated for any of the five income statement periods preceding the period on line 2?

   ☐ **Yes.** (If 'Yes', attach an explanation and the amount of each item restated.)

   ☒ **No.**

| | | |
|---|---|---:|
| **4 a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | −3,416,523. |
|   **b** Indicate accounting standards used for line 4a (see instructions):<br>   (1) ☒ GAAP   (2) ☐ IFRS<br>   (3) ☐ Tax-basis  (4) ☐ Other (specify) _____ | | |
| **5 a** Net income from nonincludible foreign entities (attach schedule) | **5a** | |
|   **b** Net loss from nonincludible foreign entities (attach schedule and enter as a positive amount) | **5b** | |
| **6 a** Net income from nonincludible U.S. entities (attach schedule) | **6a** | |
|   **b** Net loss from nonincludible U.S. entities (attach schedule and enter as a positive amount) | **6b** | |
| **7 a** Net income (loss) of other foreign disregarded entities (attach schedule) | **7a** | |
|   **b** Net income (loss) of other U.S. disregarded entities (except qualified subchapter S subsidiaries (attach schedule) | **7b** | |
|   **c** Net income (loss) of other qualified subchapter S subsidiaries (QSubs)(attach schedule) | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach schedule) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach schedule) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach schedule) | **10** | |
| **11** Net income (loss) per income statement of the corporation. Combine lines 4 through 10<br>Note. Part I, line 11, must equal Part II, line 26, column (a). | **11** | −3,416,523. |

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 12,713,641. | 12,921,830. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

| Name of corporation | Employer identification number |
|---|---|
| Applejack Art Partners, Inc. | 03-0339345 |

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return** (see instructions)

| Income (Loss) Items | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations (attach schedule) | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions (attach schedule) | | | | |
| 4 Gross foreign distributions previously taxed (attach schedule) | | | | |
| 5 Income (loss) from equity method U.S. corporations (attach schedule) | | | | |
| 6 U.S. dividends not eliminated in tax consolidation | | | | |
| 7 Income (loss) from U.S. partnerships (attach schedule) | | | | |
| 8 Income (loss) from foreign partnerships (attach schedule) | | | | |
| 9 Income (loss) from other pass-through entities (attach schedule) | | | | |
| 10 Items relating to reportable transactions (attach details) | | | | |
| 11 Interest income (attach Form 8916-A) | | | -773. | |
| 12 Total accrual to cash adjustment | | | | |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (attach Form 8916-A) | | | | |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach details) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach schedule) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | | | -773. | |
| 24 Total expense/deduction items (from Part III, line 30) | | -185,120. | 4,964. | -180,156. |
| 25 Other items with no differences | | | | |
| 26 Reconciliation totals. Combine lines 23 through 25 | -3,416,523. | 0. | 0. | -3,701,757. |

**Note.** Line 26, column (a), must equal the amount on Part I, line 11, and column (d) must equal Form 1120S, Schedule K, line 18.

Name of corporation

Applejack Art Partners, Inc.

Employer identification number

03-0339345

### Part III — Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return — Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Equity-based compensation | | | | |
| 8 Meals and entertainment | | | | |
| 9 Fines and penalties | | | -4,964. | -4,964. |
| 10 Judgments, damages, awards, and similar costs | | | | |
| 11 Pension and profit-sharing | | | | |
| 12 Other post-retirement benefits | | | | |
| 13 Deferred compensation | | | | |
| 14 Charitable contribution of cash and tangible property | | | | |
| 15 Charitable contribution of intangible property | | | | |
| 16 Current year acquisition or reorganization investment banking fees | | | | |
| 17 Current year acquisition or reorganization legal and accounting fees | | | | |
| 18 Current year acquisition/reorganization other costs | | | | |
| 19 Amortization/impairment of goodwill | | | | |
| 20 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 Other amortization or impairment write-offs | 70,571. | | | 70,571. |
| 22 Section 198 environmental remediation costs. | | | | |
| 23a Depletion — Oil & Gas | | | | |
| b Depletion — Other than Oil & Gas | | | | |
| 24 Depreciation | 114,549. | | | 114,549. |
| 25 Bad debt expense | | | | |
| 26 Interest expense (attach Form 8916-A) | | | | |
| 27 Corporate owned life insurance premiums | | | | |
| 28 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 Other expense/deduction items with differences (attach schedule) | | | | |
| 30 Total expense/deduction items. Combine lines 1 through 29. Enter here and on Part II, line 24, reporting positive amounts as negative and negative as positive | 185,120. | | -4,964. | 180,156. |

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions.  ▶ Attach to your tax return. | **2009** Attachment Sequence No. **67** |

Name(s) shown on return: **Applejack Art Partners, Inc.**
Identifying number: **03-0339345**
Business or activity to which this form relates: **Form 1120S Line 21**

## Part I  Election To Expense Certain Property Under Section 179

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses. | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ........ ▶ 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | 43,185. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ........ ▶ ☐ | | |

### Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | 07/09 | 6,072,421. | 39 yrs | MM | S/L | 71,364. |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 114,549. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**  FDIZ0812 07/07/09  Form **4562** (2009)

| Part V | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

| 24 a Do you have evidence to support the business/investment use claimed? . . . . . . . . . . | | Yes | | No | **24b** If 'Yes,' is the evidence written? . . . . . . | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1. . . . . . . . . . . . . . . . . . | 28 | |
|---|---|---|
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 29 |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . . . . . . . . . . . . . . | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . . . . | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . . . . | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . . . . . | | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . . . . . . . . | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

| 43 Amortization of costs that began before your 2009 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | 70,571. |
|---|---|---|
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 | 70,571. |

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to your tax return.    ► See separate instructions. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| Applejack Art Partners, Inc. | 03-0339345 |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2009 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . . . . . . . . . . . . . . . | **1** |

**Part I    Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year** (see instructions)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| Business Assets | 02/23/08 | 12/31/09 | 93000 | | 285000 | -192000 |
| Equipment | 01/01/05 | 03/31/09 | 0 | 608227 | 701423 | -93196 |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 43 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . . . . . . . . . . . . . . . . | **7** | -285,196. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) . . . . . . . . . . . . . . . . . . . . | **9** | |

**Part II    Ordinary Gains and Losses** (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 35 and 42a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

**a** If the loss on line 11 includes a loss from Form 4684, line 39, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18a** |

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18b** |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**                                                Form **4797** (2009)

Form **8916-A**

Department of the Treasury
Internal Revenue Service

**Supplemental Attachment to Schedule M-3**

► Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.

OMB No. 1545-2061

**2009**

Name of common parent

Applejack Art Partners, Inc.

Name of subsidiary

Employer identification number

03-0339345

Employer identification number

**Part I**  Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions.... | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense ........................... | | | | |
| b Other equity based compensation............... | | | | |
| c Meals and entertainment ...................... | | | | |
| d Parachute payments ........................... | | | | |
| e Compensation with section 162(m) limitation...... | | | | |
| f Pension and profit sharing...................... | | | | |
| g Other post-retirement benefits .................. | | | | |
| h Deferred compensation ........................ | | | | |
| i Section 198 environmental remediation costs..... | | | | |
| j Amortization ................................. | | | | |
| k Depletion ................................... | | | | |
| l Depreciation ................................. | | | | |
| m Corporate owned life insurance premiums ....... | | | | |
| n Other section 263A costs...................... | | | | |
| 3 Inventory shrinkage accruals ................... | | | | |
| 4 Excess inventory and obsolescence reserves ..... | | | | |
| 5 Lower of cost or market write-downs ............. | | | | |
| 6 Other items with differences (attach schedule) ............................ | | | | |
| 7 Other items with no differences................... | | | | |
| 8 **Total cost of goods sold.** Add lines 1 through 7, in columns a, b, c, and d..................... | | | | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **8916-A** (2009)

## Part II    Interest Income

| Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1  Tax-exempt interest income .................... | | | -773. | |
| 2  Interest income from hybrid securities ........... | | | | |
| 3  Sale/lease interest income ..................... | | | | |
| 4a Intercompany interest income — From outside tax affiliated group ............................. | | | | |
| 4b Intercompany interest income — From tax affiliated group ............................. | | | | |
| 5  Other interest income .......................... | | | | |
| 6  Total interest income. Add lines 1 through 5. Enter total on Schedule M-3 (Forms 1120, 1120-PC, and 1120-L), Part II, line 13 or Schedule M-3 (Forms 1065 and 1120-S) Part II, line 11 ............................ | | | -773. | |

## Part III   Interest Expense

| Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1  Interest expense from hybrid securities ........... | | | | |
| 2  Lease/purchase interest expense ................. | | | | |
| 3a Intercompany interest expense — Paid to outside tax affiliated group ............................ | | | | |
| 3b Intercompany interest expense — Paid to tax affiliated group ............................. | | | | |
| 4  Other interest expense .......................... | | | | |
| 5  Total interest expense. Add lines 1 through 4. Enter total on Schedule M-3 (Form 1120) Part III, line 8; Schedule M-3 (Forms 1120-PC and 1120-L), Part III, line 36; Schedule M-3 (Form 1065) Part III, line 27; or Schedule M-3 (Form 1120-S) Part III, line 26............................ | | | | |

Form **8916-A** (2009)

# EXHIBIT "D"
## PLAN OF LIQUIDATION

(Filed as separate document)

EXHIBIT "E"
MARCH OPERATING REPORT

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

In re _APPLEJACK ART PARTNERS INC_

Debtor

Case No. _10-10911_

Reporting Period: _MARCH 2011_

Federal Tax I.D. # _03-0339345_

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Statement of Operations | | ✓ | |
| Balance Sheet | MOR-2 | ✓ | |
| Status of Post-petition Taxes | MOR-3 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | MOR-4 | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | | | |
| Listing of Aged Accounts Payable | MOR-4 | ✓ | |
| Accounts Receivable Reconciliation and Aging | | | |
| Taxes Reconciliation and Aging | MOR-5 | ✓ | |
| Payments to Insiders and Professional | MOR-5 | ✓ | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | ✓ | |
| Debtor Questionnaire | MOR-6 | ✓ | |
| | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ✗ _[signature]_

Date _4/29/11_

Signature of Authorized Individual*

Date _____

Printed Name of Authorized Individual

Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Debtor:** APPLEJACK ART PARTNERS

**Case No.** 10-10911
**Reporting Period** March 2011
**Federal Tax I.D.#** 03-0339345

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER (ROYALTY) | Current Month Actual (Total of all Accts) |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | 3,438 | 3,898 | - | 46,137 | 53,474 |
| RECEIPTS | | | | | |
| CASH SALES | - | - | | - | - |
| ACCTS REC. PREPETITON | - | - | | | - |
| ACCTS REC. POST PETITION | 187,123 | | | 34,498 | 221,622 |
| LOANS & ADVANCES | - | | | - | - |
| SALES OF ASSETS | | | | | - |
| OTHER (attach list) | | | | | - |
| TRANSFERS (from DIP accts) | - | 99,000 | | | 99,000 |
| **TOTAL RECEIPTS** | 187,123 | 99,000 | - | 34,498 | 320,622 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | 101,589 | | | 101,589 |
| PAYROLL TAXES | | | | | |
| SALES, USE & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | 8,473 | | | | 8,473 |
| SECURED/RENTAL/LEASES | | | | | - |
| INSURANCE | 6,038 | | | | 6,038 |
| ADMINISTRATIVE | 6,836 | | | | 6,836 |
| SELLING | | | | | - |
| ROYALTIES | | | | 24,083 | |
| OTHER (attach list) | 98,522 | | | | 98,522 |
| OWNER DRAW * | | | | | - |
| TRANSFERS (to DIP accts) | 43,000 | | | 56,000 | 99,000 |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| TOTAL DISBURSEMENTS | 162,869 | 101,589 | - | 80,083 | 344,541 |
| | | | | | |
| NET CASH FLOW | | | | | |
| RECEIPTS less DISBURSEMENTS | 24,255 | (2,589) | - | (45,585) | (23,919) |
| | | | | | |
| CASH - END OF MONTH | 27,693 | 1,309 | - | 552 | 29,555 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | 344,541 |
| Less: transfers to other Debtor in POSSESSION ACCOUNT | (99,000) |
| Plus: Estate Disbursements Made By Outside Sources (i.e. from escrow accts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QTRLY FEES | 245,541 |

FORM MOR-1
02/2008
PAGE 1 OF 1

**Debtor:** APPLEJACK ART PARTNERS

### BANK RECONCILIATIONS

|  | OPERATING | PAYROLL | TAX | OTHER ROYALTIES |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 27,693 | 1,309 |  | 552 |
|  |  |  |  |  |
| BANK BALANCE | 30,126 | 1,309 |  | 12572 |
| (+) DEPOSITS IN TRANSIT | 21,003 | - |  |  |
| (attach list) | - |  |  | - |
| (-) OUTSTANDING CHECK | 23,436 |  |  | 12,021 |
| (attach list) |  |  |  |  |
| OTHER (attach explanation) |  |  |  |  |
|  | - | - |  |  |
| ADJUSTED BANK BALANCE* | 27,693 | 1,309 | - | 552 |

*"Adjusted Bank Balance" must equal "Balance per Books"

0

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| CHECKS OUTSTANDING | Date | Amount | Ck# | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

# Applejact Art Partners

## Other Cash Disbursements

| | |
|---|---:|
| Telephone & Utilities | 26,311 |
| Freight | 190 |
| Loans & Leases | 11,112 |
| Repairs & Maint | 507 |
| Production Materials | 35,447 |
| Postage | 2,068 |
| Rep Commissions | 587 |
| NYS Levy | 12,445 |
| Computers | 9,855 |
| | |
| Total Other | 98,522 |

**Debtor:** APPLEJACK ART PARTNERS

**Case No.** 10-10911
**Reporting Period**     March 2011
**Federal Tax I.D.#**     03-0339345

## STATEMENT OF OPERATIONS

| REVENUES | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| GROSS REVENUES | 225,391 | 2,330,520 |
| Less:  Returns and Allowances | | 3,898 |
| Net Revenue | 225,391 | 2,326,622 |
| COST OF GOODS SOLD | - | - |
| Beginning Inventory | - | - |
| Add:  Purchases | - | |
| Add: Cost of Labor | - | |
| Add:  Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 113,249 | - |
| Gross Profit | 112,143 | 2,326,622 |
| OPERATING EXPENSES | | |
| Advertising | | - |
| Auto and Truck Expense | 1,988 | 21,293 |
| Bad Debts | | 28,819 |
| Contributions | | |
| Employee Benefits Programs | 6,943 | 62,905 |
| Officer/Insider Compensation* | | - |
| Insurance | 251 | 23,547 |
| Management Fees/Bonuses | | - |
| Office Expense | 399 | 736 |
| Pension & Profit-Sharing Plans | 4,599 | 51,315 |
| Repairs and Maintenance | 3,340 | 15,786 |
| Rent and Lease Expense | 9,137 | 18,861 |
| Salaries/Commissions/Fees | 56,430 | 623,821 |
| Supplies | 477 | 477 |
| Taxes - Payroll | 9,134 | 70,746 |
| Taxes - Real Estate | | 36,695 |
| Taxes - Other | | 284 |
| Travel and Entertainment | (1,087) | 12,494 |
| Utilities & Telephone | 27,039 | 149,728 |
| Other (attach schedule) | 6,455 | 108,472 |
| Total Operating Expense Before Depreciation | 125,105 | 1,225,978 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (12,962) | 1,313 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) - - *rent* | 15,943 | 89,951 |
| Interest Expense | 2,955 | 116,749 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 26 | (25,485) |

## STATEMENT OF OPERATIONS

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 | | |
| see continuation sheet | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | - | |
| Total Reorganization Expenses | - | |
| Income Taxes | - | |
| Net Profit (Loss) | 26 | |

*"insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| Outside Services | | |
|---|---|---|
| Postage | 2,002 | 0 |
| Other misc (return legal retainer) | | |
| Payroll Fees | 232 | |
| Bank & Credit Card Fees | 4,221 | |
| Packing Materials | | |
| Show Expense - Licensing | - | |
| Total Other Costs | 6,455 | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

RENTAL INCOME

| Brook Valley | 417 | 3,015 |
|---|---|---|
| Decorative Interiors | 766 | 6,129 |
| R.K. Miles | 11,170 | 44,490 |
| Mcgaw Graphics | | 21,000 |
| Scott Thompson Builders | 800 | 6,400 |
| Hound Dogs | | 525 |
| Dirty Diamonds | 1,283 | 10,266 |
| Depot 62 | 1,000 | 4,500 |
| | | |
| Total Rental Income | 15,436 | 96,325 |

OTHER INCOME

| Misc | 507 | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Debtor:** APPLEJACK ART PARTNERS

**Case No.** 10-10911
**Reporting Period** March 2011
**Federal Tax I.D.#** 03-0339345

**Balance Sheet**

| ASSETS<br>Current Assets | Current Month | Prior Month | Petition Date |
|---|---|---|---|
| Unrestricted Cash and Equivalents | 29,554 | 53,474 | 21,819 |
| Restricted Cash and Equivalents | - | - | |
| Accounts Receivable (Net) | 782,811 | 742,985 | 404,692 |
| Notes Receivable | - | | |
| Inventories | 3,540,194 | 3,521,928 | 3,775,681 |
| Prepaid Expenses | 16,715 | 16,715 | 57,925 |
| Professional Retainers | 25,000 | 25,000 | |
| Other Current Assets (attach schedule) | 443,032 | 443,032 | 443,032 |
| TOTAL CURRENT ASSETS | 4,837,305 | 4,803,134 | 4,703,149 |
| Property and Equipment | - | - | |
| Real Property and Improvements (net) | 6,131,377 | 6,131,377 | 6,131,377 |
| Machinery and Equipment | 98,417 | 98,417 | 98,417 |
| Furniture, Fixtures and Office Equipment | 50,545 | 50,545 | 50,545 |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | - | | |
| TOTAL PROPERTY & EQUIPMENT | 6,280,339 | 6,280,339 | 6,280,339 |
| Other Assets | - | | |
| Amounts Due from Insiders | - | | |
| Other Assets (attach schedule) | 564,364 | 564,364 | 564,364 |
| TOTAL OTHER ASSETS | 564,364 | 564,364 | 564,364 |
| **TOTAL ASSETS** | 11,682,008 | 11,647,837 | 11,547,852 |

| LIABILITIES AND OWNER EQUITY<br>Liabilities (Post-Petition) | Current Month | Prior Month | Petition Date |
|---|---|---|---|
| Accounts Payable | 33,561 | 21,656 | |
| Royalties Payable | 183,200 | 160,959 | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent/Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders | | | |
| Other Post Petition Liabilities (attach schedule) | - | - | |
| TOTAL POST-PETITION LIABILITIES | 216,761 | 182,615 | - |
| Liabilities (Pre-Petition) | | | |
| Secured Debt | 6,999,761 | 6,999,761 | 6,999,761 |
| Priority Debt | | | |
| Unsecured Debt | 6,448,015 | 6,448,015 | 6,448,015 |
| TOTAL PRE-PETITION LIABILITIES | 13,447,776 | 13,447,776 | 13,447,776 |
| TOTAL LIABILITIES | 13,664,537 | 13,630,391 | 13,447,776 |
| Owners Equity | | | |
| Capital Stock | 98,000 | 98,000 | 98,000 |
| Additional Paid-in Capital | 4,152,364 | 4,152,364 | 4,152,364 |
| Partner's Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings Pre-Petition | (6,150,288) | (6,150,288) | (6,150,288) |
| Retained Earnings Post-Petition | (82,605) | (82,630) | |
| Adjustments to Owner Equity | | | |
| Post-Petition Contributions | | | |
| NET OWNER'S EQUITY | (1,982,529) | (1,982,554) | (1,899,924) |
| **TOTAL LIABILITIES AND OWNER'S EQUITY** | 11,682,008 | 11,647,837 | 11,547,852 |

**Balance Sheet**

| ASSETS | Current Month | Prior Month | Petition Date |
|---|---|---|---|
| Other Current Assets | | | |
| Loans to Officers | 121,872 | 3,898 | |
| Other | 321,160 | 321,160 | 321,160 |
| | - | - | |
| | - | - | |
| **TOTAL OTHER CURRENT ASSETS** | **443,032** | **325,058** | **321,160** |
| | - | | |
| Other Assets | | | |
| Goodwill HOA (net) | 112,126 | 112,126 | 112,126 |
| Goodwill Ross (net) | 100,000 | - | 100,000 |
| Software | 1,161 | 1,161 | 1,161 |
| Ownership Interest in Boehm LLC | 275,000 | 275,000 | 275,000 |
| Trade Names (net) | 1,936 | - | 1,936 |
| Trade Marks (net) | 45,336 | 45,336 | 45,336 |
| Domain Names (net) | 28,805 | 28,805 | 28,805 |
| | - | | |
| **TOTAL OTHER ASSETS** | **564,364** | **462,428** | **564,364** |
| | - | | |

| LIABILITIES AND OWNER EQUITY | | | |
|---|---|---|---|
| | - | | |
| Other Post-Petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OTHER POST-PETITION LIABILITIES | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

## STATUS OF POST - PETITION TAXES

| FEDERAL | Beginning Tax | Amount Withheld and / or accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA - Employee | | | | | | |
| FICA - Employer | | All payroll related taxes are processed by a 3rd party, "Paydata Inc." | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | - | | | - | | |
| **Total Federal Taxes** | | | | | | |
| STATE and LOCAL | | | | | | |
| Withholding | - | - | | | | |
| **Sales** | | | | | | |
| Excise | | | | | | |
| Unemployment | | - | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | - | | | | | |
| **Total State and Local** | | | | | | |
| | - | | | | | |
| TOTAL TAXES | - | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBT                -

Attached aged listing of accounts payable              0              Number of Days Past Due

| | Current | 1-30 | 31-60 | 60-90 | over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 19,069 | 14,492 | - | - | - | 33,561 |
| Royalties Payable | 46,957 | 136,243 | - | - | - | 183,200 |
| Taxes Payable | | | | | | - |
| Rent/Lease - Building | | | | | | - |
| Rent/Lease - Equipment | | | | | | - |
| Secured Debt / Adequate Protection Payments | | | | | | - |
| Profesional Fees | | | | | | - |
| Amounts Due to Insiders | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| Total Post-petition Debts | 66,026 | 150,735 | - | - | - | 216,761 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

**Debtor:** APPLEJACK ART PARTNERS

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| ACCOUNTS RECEIVABLE RECONCILIATION | AMOUNT |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 742,985 |
| Plus: Amounts billed during the period | 226,949 |
| Less: Amounts collected during the period | 187,123 |
| Total Accounts Receivable at the end of the reporting period | 782,811 |

| ACCOUNTS RECEIVABLE AGING | 0-30 | 31-60 | 61-90 | 91+ days | Total |
|---|---|---|---|---|---|
| 0-30 days old | 214,525 | | | | 214,525 |
| 31-60 days old | | 32,145 | | | 32,145 |
| 61-90 days old | | | 12,833 | | 12,833 |
| 91+ days old | | | | 523,308 | 523,308 |
| Total Accounts Receivable | 214,525 | 32,145 | 12,833 | 523,308 | 782,811 |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | - | | | |
| | | | | | |
| Net Accounts Receivable | 214,525 | 32,145 | 12,833 | 523,308 | 782,811 |

### TAXES RECONCILIATION AND AGING

| Taxes Payable | 0 | 31-60 | 61-90 | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 days old | | | | | - |
| 31-60 days old | | | | - | - |
| 61-90 days old | - | | | | - |
| 91+ days old | | | | - | - |
| Total Taxes Payable | | | | - | - |
| Total Accounts Payable | - | - | - | - | - |

FORM MOR-5
02/2008
PAGE 1 OF 1

**Debtor:** APPLEJACK ART PARTNERS

### PAYMENTS TO INSIDERS AND PROFESSIONALS

**INSIDERS**

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | - | - | |

**PROFESSIONALS**

| NAME | COURT ORDER DATE AUTH. PMT | AMT APPROVED | AMOUNT PAID | TOTAL PD TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| | - | - | | | |
| | | | | | |
| | | - | | | |
| | | | | | |
| | | | | | |
| | - | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | - | | | | |

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYBLE AND ADEQUATE PROTECTION PAYMENTS

-

-

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Subaru | 592 | 592 | |
| Vermont Economic Developmnet | 6,576 | 6,576 | |
| People's | 1,150 | 1,150 | |
| Graybar | 1,599 | 1,599 | |
| Berkshire Bank | 341 | 341 | |
| GE Capital | 587 | 587 | |
| | | | |
| | | | |
| | | | |
| Total | 10,846 | 10,846 | |

In re __APPLEJACK ART PARTNERS INC__    Case No. __10-10911__
    Debtor                                Reporting Period: __MARCH 2011__

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| 8 Are any post petition payroll taxes past due? | | ✓ |
| 9 Are any post petition State or Federal income taxes past due? | | ✓ |
| 10 Are any post petition real estate taxes past due? | | ✓ |
| 11 Are any other post petition taxes past due? | | ✓ |
| 12 Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 13 Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 14 Are any wage payments past due? | | ✓ |
| 15 Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |

# BERKSHIRE BANK

America's Most Exciting Bank·
P.O. Box 1308 • Pittsfield, MA 01202
**Temp-Return Service Requested**

| | |
|---|---|
| Statement Date: | **03-31-2011** |
| Account #: | **1144947** |
| Number of Checks: | **86** |
| Number of EChecks: | **0** |
| Total Check Amount: | **$116,763.35** |
| Page | **1 of 15** |

SHRE

000199



APPLEJACK ART PARTNERS INC
P O BOX 1527
MANCHESTER CENTER, VT 05255-1527

SHRE-008-000199-001-007-110403  000199 S07
0525515272 7

## Corporate Checking Summary          Account: 1144947

| Starting Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $28,752.11 | | $176,282.40 | | $0.00 | | $174,800.65 | | $107.54 | | $30,126.32 |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 03-01 | Deposit | $199.20 |
| 03-17 | Deposit | $527.10 |
| 03-22 | Deposit | $307.62 |
| 03-24 | Deposit | $404.70 |

Total Number of Deposits: **4**      Total Amount of Deposits: **$1,438.62**

## Remote Deposit Transaction

| Date | Description | Amount |
|---|---|---|
| 03-01 | Descriptive Deposit Remote Deposit | $555.87 |
| 03-02 | Descriptive Deposit Remote Deposit | $1,282.77 |
| 03-02 | Descriptive Deposit Remote Deposit | $524.08 |
| 03-03 | Descriptive Deposit Remote Deposit | $5,526.14 |
| 03-03 | Descriptive Deposit Remote Deposit | $1,786.53 |
| 03-04 | Descriptive Deposit Remote Deposit | $8,508.19 |
| 03-04 | Descriptive Deposit Remote Deposit | $559.64 |
| 03-07 | Descriptive Deposit Remote Deposit | $10,915.22 |
| 03-07 | Descriptive Deposit Remote Deposit | $3,509.75 |
| 03-07 | Descriptive Deposit Remote Deposit | $1,216.67 |
| 03-07 | Descriptive Deposit Remote Deposit | $213.25 |
| 03-08 | Descriptive Deposit Remote Deposit | $920.41 |
| 03-09 | Descriptive Deposit Remote Deposit | $1,392.76 |
| 03-09 | Descriptive Deposit Remote Deposit | $125.00 |
| 03-10 | Descriptive Deposit Remote Deposit | $2,730.13 |
| 03-10 | Descriptive Deposit Remote Deposit | $370.74 |
| 03-10 | Descriptive Deposit Remote Deposit | $9.86 |
| 03-11 | Descriptive Deposit Remote Deposit | $843.41 |
| 03-14 | Descriptive Deposit Remote Deposit | $2,549.99 |
| 03-14 | Descriptive Deposit Remote Deposit | $470.91 |
| 03-15 | Descriptive Deposit Remote Deposit | $1,103.37 |
| 03-15 | Descriptive Deposit Remote Deposit | $505.96 |

SHRE

015847

| | |
|---|---|
| Account Number: | 1144562 |
| Number of Checks: | 0 |
| Number Of EChecks: | 0 |
| Total Check Amt: | 0.00 |

Statement Date: 03-31-2011
Page: 1 of 4

IIlolulludululululllomullllulumllluldullullulil
015847 0.7900 AV 0.335      TR00051

APPLEJACK ART PARTNERS INC
P O BOX 1527
MANCHESTER CENTER   VT   05255-1527

## Statement Summary

| Account Number | Type | Balance |
|---|---|---|
| 1144562 | Express Business Checking | 1,309.18 |

## Account Summary for Express Business Checking - 1144562

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3,894.35 | | 99,000.00 | | 0.00 | | 101,581.17 | 4.00 | | 1,309.18 |

*******************************************************************************

---------Transactions for Express Business Checking - 1144562

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 03-01 | Starting Balance | | | 3,894.35 |
| 03-02 | Deposit Internet Transfer from 100021291222 | | 18,000.00 | 21,894.35 |
| 03-03 | External Withdrawal 6275 APPLEJA 6275 APPLEJACK ART P - IMPOUND | -53.45 | | 21,840.90 |
| 03-03 | External Withdrawal 6275 APPLEJA 6275 APPLEJACK ART P - IMPOUND | -3,950.48 | | 17,890.42 |
| 03-03 | External Withdrawal 6275 APPLEJA 6275 APPLEJACK ART P - IMPOUND | -5,727.99 | | 12,162.43 |
| 03-03 | External Withdrawal 6275 APPLEJA 6275 APPLEJACK ART P - IMPOUND | -10,167.91 | | 1,994.52 |
| 03-04 | External Withdrawal APPLEJACK ART PA - 401K 30339345 | -1,290.85 | | 703.67 |
| 03-08 | Deposit Internet Transfer from 1144947 | | 20,000.00 | 20,703.67 |
| 03-10 | External Withdrawal 6275 APPLEJA 6275 APPLEJACK ART P - IMPOUND | -53.45 | | 20,650.22 |

SHRE-003-015847-001-002-110402 015847 S04
05255152727



# BERKSHIRE BANK

**America's Most Exciting Bank**
P.O. Box 1308 • Pittsfield, MA 01202
**Temp-Return Service Requested**

SHRE

| | |
|---|---|
| Account Number: | 100021291222 |
| Number of Checks: | 36 |
| Number Of EChecks: | 0 |
| Total Check Amt: | 30,461.07 |

Statement Date: 03-31-2011
Page: 1 of 7



015850 1.1300 AV 0.460          TR00051

APPLEJACK ART PARTNERS INC
ARTIST ROYALTIES
P O BOX 1527
MANCHESTER CENTER   VT   05255-1527

## Statement Summary

| Account Number | Type | Balance |
|---|---|---|
| 100021291222 | Express Business Checking | 12,572.49 |

## Account Summary for Express Business Checking - 100021291222

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 64,548.72 | | 34,498.34 | | 0.00 | | 86,461.07 | | 13.50 | | 12,572.49 |

**************************************************************************

----------Transactions for Express Business Checking - 100021291222

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 03-01 | Starting Balance | | | 64,548.72 |
| 03-01 | Domestic Wire Deposit 1/INTERLITHO LICENSING GMBH | | 2,037.01 | 66,585.73 |
| 03-01 | 2208  Check | -1,000.00 | | 65,585.73 |
| 03-01 | 2010  Check | -363.34 | | 65,222.39 |
| 03-01 | 2068  Check | -40.18 | | 65,182.21 |
| 03-01 | 2142  Check | -13.56 | | 65,168.65 |
| 03-01 | 1863  Check | -6.08 | | 65,162.57 |
| 03-01 | Domestic Incoming Wire Fee | -4.50 | | 65,158.07 |
| 03-02 | Withdrawal Internet Transfer to 1144562 | -18,000.00 | | 47,158.07 |
| 03-02 | 2210  Check | -1,500.00 | | 45,658.07 |
| 03-02 | 2124  Check | -342.29 | | 45,315.78 |
| 03-02 | 2186  Check | -93.45 | | 45,222.33 |
| 03-02 | 1726  Check | -72.64 | | 45,149.69 |
| 03-02 | Deposit | | 1,837.12 | 46,986.81 |
| 03-03 | 2166  Check | -505.87 | | 46,480.94 |
| 03-03 | 2159  Check | -139.86 | | 46,341.08 |
| 03-03 | Deposit | | 1,230.94 | 47,572.02 |
| 03-04 | 2058  Check | -6.56 | | 47,565.46 |

015850

SHRE-005-015850-001-004-110402 015850 S04
0525515727

Register: 1050-00 · BERKSHIRE BANK - OPERATING

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/01/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 199.20 | 3,637.57 |
| 03/01/2011 | | | -split- | Deposit | | X | 555.87 | 4,193.44 |
| 03/01/2011 | | | -split- | Deposit | | X | 19,223.68 | 23,417.12 |
| 03/01/2011 | DEBIT | NY GRAPHIC SOCI... | 2000-08 · A/P New Ch ... | ACCT #64208 | 64.00 | X | | 23,353.12 |
| 03/01/2011 | DEBIT | WILD APPLE | 2000-08 · A/P New Ch ... | 14206 | 32.70 | X | | 23,320.42 |
| 03/01/2011 | 45680 | FEDERAL EXPRES... | 2000-08 · A/P New Ch ... | Acct#1683-436... | 9.19 | X | | 23,311.23 |
| 03/01/2011 | 045681 | ULINE ***FREE IT... | 2000-08 · A/P New Ch ... | po#ph030111 | 1,051.75 | X | | 22,259.48 |
| 03/01/2011 | 45682 | PENMOR LITHOG... | 2000-08 · A/P New Ch ... | quote#110788-... | 1,989.00 | X | | 20,270.48 |
| 03/01/2011 | sg301-1 | | 9000-00 · G & A EXP... | Foreign wire fe... | 50.00 | X | | 20,220.48 |
| 03/02/2011 | | | 6000-00 · SELLING E... | Deposit | | X | 1,282.77 | 21,503.25 |
| 03/02/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 2,766.60 | 24,269.85 |
| 03/02/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 524.08 | 24,793.93 |
| 03/02/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79098... | 112.10 | X | | 24,681.83 |
| 03/02/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79098... | 19.95 | X | | 24,661.88 |
| 03/02/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79098... | 1,137.50 | X | | 23,524.38 |
| 03/02/2011 | DEBIT | Lieberman's Gallery | 2000-08 · A/P New Ch ... | PO#TH0301-4 | 14.90 | X | | 23,509.48 |
| 03/02/2011 | DEBIT | LIEBERMAN'S GA... | 2000-08 · A/P New Ch ... | PO#TH0210-4 | 27.50 | X | | 23,481.98 |
| 03/02/2011 | 45683 | PC MALL | 2000-08 · A/P New Ch ... | | 644.24 | X | | 22,837.74 |
| 03/02/2011 | 45684 | DINOSAW | 2000-08 · A/P New Ch ... | | 398.20 | X | | 22,439.54 |
| 03/02/2011 | 45685 | DRYTAC CORPOR... | 2000-08 · A/P New Ch ... | PO#LQ030211 | 1,344.52 | X | | 21,095.02 |
| 03/03/2011 | | | -split- | Deposit | | X | 5,526.14 | 26,621.16 |
| 03/03/2011 | | | -split- | Deposit | | X | 1,786.53 | 28,407.69 |
| 03/03/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 657.30 | 29,064.99 |
| 03/03/2011 | | | -split- | Deposit | | X | 1,061.00 | 30,125.99 |
| 03/03/2011 | | | -split- | Deposit | | X | 7,022.03 | 37,148.02 |
| 03/03/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79438... | 17.40 | X | | 37,130.62 |
| 03/03/2011 | DEBIT | FLETCHER TERRY | 2000-08 · A/P New Ch ... | PO#MA030311 | 262.15 | X | | 36,868.47 |
| 03/03/2011 | 45686 | PC MALL | 2000-08 · A/P New Ch ... | | 7,344.41 | X | | 29,524.06 |
| 03/03/2011 | 45687 | PINE STATE TRAD... | 2000-08 · A/P New Ch ... | 806596 | 337.05 | X | | 29,187.01 |
| 03/03/2011 | 45688 | VT ECONOMIC DE... | 2000-08 · A/P New Ch ... | | 6,576.48 | X | | 22,610.53 |
| 03/03/2011 | 45689 | DORR OIL CO. | 2000-08 · A/P New Ch ... | ACCT# 7867 | 110.45 | X | | 22,500.08 |
| 03/03/2011 | 45690 | PITNEY BOWES - ... | 9000-00 · G & A EXP... | ACCT #30457... | 1,000.00 | X | | 21,500.08 |
| 03/03/2011 | 45691 | HASKINS GAS SER... | 9000-00 · G & A EXP... | ACCT #7876 | 3,125.00 | X | | 18,375.08 |
| 03/04/2011 | | | -split- | Deposit | | X | 559.64 | 18,934.72 |
| 03/04/2011 | | | -split- | Deposit | | X | 8,508.19 | 27,442.91 |
| 03/04/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79493... | 57.81 | X | | 27,385.10 |
| 03/04/2011 | DEBIT | NY GRAPHIC SOCI... | 2000-08 · A/P New Ch ... | ACCT #64208 | 264.00 | X | | 27,121.10 |
| 03/04/2011 | 45692 | JJ MOULDING | 2000-08 · A/P New Ch ... | VOID: | | X | | 27,121.10 |
| 03/04/2011 | 45693 | JJ Moulding - Vendor | 2000-08 · A/P New Ch ... | Paid with Bob's... | 1,117.20 | X | | 26,003.90 |
| 03/04/2011 | 45694 | DRYTAC CORPOR... | 2000-08 · A/P New Ch ... | PO#LQ030411 | 1,012.96 | X | | 24,990.94 |

Register: 1050-00 · BERKSHIRE BANK - OPERATING

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/04/2011 | 45695 | NY STATE DEPT. ... | 2105-10 · SALES TAX... | Warrant ID : E-... | 5,000.00 | X | | 19,990.94 |
| 03/06/2011 | | | -split- | Deposit | | X | 5,982.19 | 25,973.13 |
| 03/06/2011 | | | -split- | Deposit | | X | 78.30 | 26,051.43 |
| 03/06/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79547... | 69.13 | X | | 25,982.30 |
| 03/07/2011 | | | -split- | Deposit | | X | 1,216.67 | 27,198.97 |
| 03/07/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,201.99 | 28,400.96 |
| 03/07/2011 | | | -split- | Deposit | | X | 3,509.75 | 31,910.71 |
| 03/07/2011 | | | -split- | Deposit | | X | 213.25 | 32,123.96 |
| 03/07/2011 | | | -split- | Deposit | | X | 10,915.22 | 43,039.18 |
| 03/08/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 4,842.00 | 47,881.18 |
| 03/08/2011 | | | -split- | Deposit | | X | 920.41 | 48,801.59 |
| 03/08/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79655... | 1.28 | X | | 48,800.31 |
| 03/08/2011 | 45696 | DORR OIL CO. | 2000-08 · A/P New Ch... | ACCT# 7867 | 178.25 | X | | 48,622.06 |
| 03/08/2011 | 45697 | FEDERAL EXPRES... | 2000-08 · A/P New Ch... | Acct#1683-436... | 25.30 | X | | 48,596.76 |
| 03/08/2011 | 45698 | JOHN HANCOCK L... | 2000-08 · A/P New Ch... | 81-225-823 | 278.80 | X | | 48,317.96 |
| 03/08/2011 | 45699 | KARAS & KARAS | 2000-08 · A/P New Ch... | inv#378797,37... | 126.65 | X | | 48,191.31 |
| 03/08/2011 | 045700 | LARSON JUHL - Lo... | 2000-08 · A/P New Ch... | PO#BH030711... | 2,346.48 | X | | 45,844.83 |
| 03/08/2011 | | | 1051-00 · BERKSHIR... | Payroll Funds ... | 20,000.00 | X | | 25,844.83 |
| 03/09/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 125.00 | 25,969.83 |
| 03/09/2011 | | | -split- | Deposit | | X | 1,392.76 | 27,362.59 |
| 03/09/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79700... | 37.76 | X | | 27,324.83 |
| 03/09/2011 | 45701 | BCN, TELECOM | 2000-08 · A/P New Ch... | CUST #VT000... | 92.64 | X | | 27,232.19 |
| 03/09/2011 | 45702 | CVPS | 2000-08 · A/P New Ch... | | 7,954.24 | X | | 19,277.95 |
| 03/09/2011 | 45703 | SPRINT / NEXTEL ... | 2000-08 · A/P New Ch... | 874552280 | 246.77 | X | | 19,031.18 |
| 03/09/2011 | 45704 | UNIFIED LIFE INS... | 2000-08 · A/P New Ch... | 1292 | 24.00 | X | | 19,007.18 |
| 03/09/2011 | 45705 | HASKINS GAS SER... | 9000-00 · G & A EXP... | ACCT #7876 | 3,125.00 | X | | 15,882.18 |
| 03/10/2011 | | | -split- | Deposit | | X | 2,302.92 | 18,185.10 |
| 03/10/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 9.86 | 18,194.96 |
| 03/10/2011 | | | -split- | Deposit | | X | 2,730.13 | 20,925.09 |
| 03/10/2011 | | | -split- | Deposit | | X | 370.74 | 21,295.83 |
| 03/10/2011 | | | -split- | Deposit | | X | 2,045.16 | 23,340.99 |
| 03/10/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79752... | 30.35 | X | | 23,310.64 |
| 03/10/2011 | 45706 | NY STATE DEPT. ... | 2105-10 · SALES TAX... | Warrant ID : E-... | 5,000.00 | X | | 18,310.64 |
| 03/10/2011 | 45707 | SEALED AIR CORP... | 2000-08 · A/P New Ch... | PH022411-3 | 550.00 | X | | 17,760.64 |
| 03/11/2011 | | | -split- | Deposit | | X | 2,156.10 | 19,916.74 |
| 03/11/2011 | | | -split- | Deposit | | X | 843.41 | 20,760.15 |
| 03/11/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID#79805... | 28.74 | X | | 20,731.41 |
| 03/11/2011 | 45708 | OMEGA MOULDING | 2000-08 · A/P New Ch... | inv#464226 | 2,090.96 | X | | 18,640.45 |
| 03/13/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 154.70 | 18,795.15 |
| 03/14/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 4,052.61 | 22,847.76 |

Register: 1050-00 · BERKSHIRE BANK - OPERATING
From 03/01/2011 through 03/31/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/14/2011 | | | -split- | Deposit | | X | 2,549.99 | 25,397.75 |
| 03/14/2011 | | | -split- | Deposit | | X | 470.91 | 25,868.66 |
| 03/14/2011 | 45709 | GRAYBAR FINAN... | 2000-08 · A/P New Ch ... | | 1,599.28 | X | | 24,269.38 |
| 03/14/2011 | 45717 | PRO PAK - VENDOR | 2000-08 · A/P New Ch ... | | 3,358.34 | X | | 20,911.04 |
| 03/15/2011 | | | 6000-00 · SELLING E... | Deposit | | X | 1,103.37 | 22,014.41 |
| 03/15/2011 | | | -split- | Deposit | | X | 3,160.05 | 25,174.46 |
| 03/15/2011 | | | -split- | Deposit | | X | 505.96 | 25,680.42 |
| 03/15/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=79961... | 41.32 | X | | 25,639.10 |
| 03/15/2011 | 45710 | AFLAC | 2000-08 · A/P New Ch ... | ACCT # 97201 | 212.94 | X | | 25,426.16 |
| 03/15/2011 | 45711 | FEDERAL EXPRES... | 2000-08 · A/P New Ch ... | Acct#1683-436... | 9.91 | X | | 25,416.25 |
| 03/15/2011 | 45712 | TRAVELERS | 2000-08 · A/P New Ch ... | 7748L6138 | 251.10 | X | | 25,165.15 |
| 03/15/2011 | 045719 | ULINE ***FREE IT... | 2000-08 · A/P New Ch ... | order#40347404 | 1,305.90 | X | | 23,859.25 |
| 03/15/2011 | 45720 | NEILSON  & BAIN... | 2000-08 · A/P New Ch ... | PO#JD031411 | 4,433.00 | X | | 19,426.25 |
| 03/16/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 153.08 | 19,579.33 |
| 03/16/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 9,105.41 | 28,684.74 |
| 03/16/2011 | | | -split- | Deposit | | X | 846.00 | 29,530.74 |
| 03/16/2011 | DEBIT | NY GRAPHIC SOCI... | 2000-08 · A/P New Ch ... | ACCT #64208 | 6.00 | X | | 29,524.74 |
| 03/16/2011 | 45713 | DORR OIL CO. | 2000-08 · A/P New Ch ... | ACCT# 7867 | 335.15 | X | | 29,189.59 |
| 03/16/2011 | 45721 | DRYTAC CORPOR... | 2000-08 · A/P New Ch ... | PO#LQ031611 | 1,344.52 | X | | 27,845.07 |
| 03/17/2011 | | | -split- | Deposit | | X | 926.00 | 28,771.07 |
| 03/17/2011 | | | -split- | Deposit | | X | 1,060.61 | 29,831.68 |
| 03/17/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 527.10 | 30,358.78 |
| 03/17/2011 | | | -split- | Deposit | | X | 907.28 | 31,266.06 |
| 03/17/2011 | | | -split- | Deposit | | X | 341.24 | 31,607.30 |
| 03/17/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 651.80 | 32,259.10 |
| 03/17/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80061... | 0.94 | X | | 32,258.16 |
| 03/17/2011 | 45714 | COMCAST - CABL... | 2000-08 · A/P New Ch ... | 8773 50 098 00... | 59.95 | X | | 32,198.21 |
| 03/17/2011 | 45718 | HASKINS GAS SER... | 9000-00 · G & A EXP... | ACCT #7876 | 3,125.00 | X | | 29,073.21 |
| 03/17/2011 | 45722 | PENMOR LITHOG... | 2000-08 · A/P New Ch ... | quote#111057-... | 2,197.00 | X | | 26,876.21 |
| 03/18/2011 | | | -split- | Deposit | | X | 4,381.50 | 31,257.71 |
| 03/18/2011 | | | -split- | Deposit | | X | 6,781.20 | 38,038.91 |
| 03/18/2011 | | | -split- | Deposit | | X | 1,399.94 | 39,438.85 |
| 03/18/2011 | | | 9920-00 · MISC. INC... | Deposit | | X | 168.00 | 39,606.85 |
| 03/18/2011 | | | 1980-00 · CLEARING ... | Deposit | | X | 396.96 | 40,003.81 |
| 03/18/2011 | BY PHO... | NY STATE DEPT. ... | 2105-10 · SALES TAX... | conf#RPCA11... | 2,445.07 | X | | 37,558.74 |
| 03/18/2011 | DEBIT | HORTON COMPON... | 2000-08 · A/P New Ch ... | PO#LQ030711 | 1,237.18 | X | | 36,321.56 |
| 03/18/2011 | DEBIT | WILD APPLE | 2000-08 · A/P New Ch ... | 14206 | 48.30 | X | | 36,273.26 |
| 03/18/2011 | 45715 | AT&T / SBC | 2000-08 · A/P New Ch ... | 76556620579216 | 108.16 | X | | 36,165.10 |
| 03/18/2011 | 45716 | PC MALL | 2000-08 · A/P New Ch ... | | 1,294.86 | X | | 34,870.24 |
| 03/18/2011 | 45723 | CAMPBELL, HONG... | 2000-08 · A/P New Ch ... | visit Ravensbu... | 185.85 | X | | 34,684.39 |

Register: 1050-00 · BERKSHIRE BANK - OPERATING
From 03/01/2011 through 03/31/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/18/2011 | | | 1051-00 · BERKSHIR... | Payroll balance... | 1,000.00 | X | | 33,684.39 |
| 03/19/2011 | DEBIT | LIEBERMAN'S GA... | 2000-08 · A/P New Ch ... | po#KS0318-1 | 22.10 | X | | 33,662.29 |
| 03/20/2011 | | | -split- | Deposit | | X | 2,229.48 | 35,891.77 |
| 03/21/2011 | | | -split- | Deposit | | X | 435.99 | 36,327.76 |
| 03/21/2011 | | | -split- | Deposit | | X | 1,590.48 | 37,918.24 |
| 03/21/2011 | BANK T... | BERKSHIRE BANK... | 2701-00 · LONG TER... | 100020519090 | 340.61 | X | | 37,577.63 |
| 03/21/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80165... | 34.71 | X | | 37,542.92 |
| 03/21/2011 | 45724 | IKON OFFICE SOL... | 2000-08 · A/P New Ch ... | 4676714 | 172.85 | X | | 37,370.07 |
| 03/21/2011 | 45725 | RK MILES | 2000-08 · A/P New Ch ... | ACCT # 3662 | 33.95 | X | | 37,336.12 |
| 03/21/2011 | 45726 | NY STATE THRUW... | 9000-00 · G & A EXP... | VIOLATION #... | 118.20 | X | | 37,217.92 |
| 03/21/2011 | 45727 | WILLS INSURANCE | 2000-08 · A/P New Ch ... | 2011 Comercia... | 5,484.00 | X | | 31,733.92 |
| 03/21/2011 | 45728 | NEW PENN MOTO... | 5000-00 · COST OF G... | | 107.77 | X | | 31,626.15 |
| 03/22/2011 | | | -split- | Deposit | | X | 456.15 | 32,082.30 |
| 03/22/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 204.82 | 32,287.12 |
| 03/22/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 307.62 | 32,594.74 |
| 03/22/2011 | | | -split- | Deposit | | X | 266.42 | 32,861.16 |
| 03/22/2011 | Auto-Pay | DISCOVER - NOV... | 2010-00 · CREDIT CA... | | 266.00 | X | | 32,595.16 |
| 03/22/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80268... | 7.49 | X | | 32,587.67 |
| 03/22/2011 | DEBIT | PITNEY BOWES - ... | -split- | CONF#yhst-14... | 68.44 | X | | 32,519.23 |
| 03/22/2011 | 45729 | PITNEY BOWES - ... | 9000-00 · G & A EXP... | ACCT #30457... | 1,000.00 | X | | 31,519.23 |
| 03/22/2011 | 45730 | NY GRAPHIC SOCI... | 2000-08 · A/P New Ch ... | VOID: PO#TH... | | X | | 31,519.23 |
| 03/22/2011 | 45731 | NY GRAPHIC SOCI... | 2000-08 · A/P New Ch ... | ACCT #64208 ... | 1,120.00 | X | | 30,399.23 |
| 03/22/2011 | 45732 | MILL RIVER LUM... | 2000-08 · A/P New Ch ... | PO#LQ032111 | 510.00 | X | | 29,889.23 |
| 03/22/2011 | 45733 | PEOPLE'S UNITED ... | 2000-08 · A/P New Ch ... | 1228390 | 1,150.43 | X | | 28,738.80 |
| 03/23/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 347.69 | 29,086.49 |
| 03/23/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,020.00 | 30,106.49 |
| 03/23/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80309... | 16.73 | X | | 30,089.76 |
| 03/23/2011 | 45736 | DINOSAW | 2000-08 · A/P New Ch ... | | 432.60 | X | | 29,657.16 |
| 03/23/2011 | 45737 | PRO PAK - VENDOR | 2000-08 · A/P New Ch ... | | 1,434.00 | X | | 28,223.16 |
| 03/23/2011 | 45738 | DIRTY DIAMONDS | 1980-00 · CLEARING ... | | 396.96 | X | | 27,826.20 |
| 03/23/2011 | 45739 | ARTFUL THINGS | 7000-00 · OPERATIN... | UFE-M1042 B... | 1,996.00 | X | | 25,830.20 |
| 03/23/2011 | 45740 | AIM ENTERPRISES... | 7000-00 · OPERATIN... | UFE-M1042 B... | 499.00 | X | | 25,331.20 |
| 03/23/2011 | | | 1051-00 · BERKSHIR... | Payroll Funds... | 20,000.00 | X | | 5,331.20 |
| 03/24/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 31.14 | 5,362.34 |
| 03/24/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,732.00 | 7,094.34 |
| 03/24/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 106.99 | 7,201.33 |
| 03/24/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 440.00 | 7,641.33 |
| 03/24/2011 | | | -split- | Deposit | | X | 404.70 | 8,046.03 |
| 03/24/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80361... | 0.51 | X | | 8,045.52 |
| 03/24/2011 | 45734 | GSK CLIMATE CO... | 2000-08 · A/P New Ch ... | | 133.50 | X | | 7,912.02 |

Register: 1050-00 · BERKSHIRE BANK - OPERATING

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/24/2011 | 45741 | HASKINS GAS SER... | 9000-00 · G & A EXP... | ACCT #7876 | 3,125.00 | X | | 4,787.02 |
| 03/24/2011 | 045742 | ULINE ***FREE IT... | 2000-08 · A/P New Ch ... | ORDER#0040... | 1,391.00 | X | | 3,396.02 |
| 03/25/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 5,945.60 | 9,341.62 |
| 03/25/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,500.00 | 10,841.62 |
| 03/25/2011 | | | -split- | Deposit | | X | 364.30 | 11,205.92 |
| 03/25/2011 | | | -split- | Deposit | | X | 626.51 | 11,832.43 |
| 03/25/2011 | 45735 | RK MILES | 2000-08 · A/P New Ch ... | ACCT # 3662 | 6.63 | X | | 11,825.80 |
| 03/27/2011 | | | -split- | Deposit | | X | 225.05 | 12,050.85 |
| 03/27/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80466... | 3.69 | X | | 12,047.16 |
| 03/28/2011 | | | -split- | Deposit | | X | 2,714.59 | 14,761.75 |
| 03/28/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 683.29 | 15,445.04 |
| 03/28/2011 | | | -split- | Deposit | | X | 1,029.13 | 16,474.17 |
| 03/28/2011 | 45743 | CASELLA - 30-2900... | 2000-08 · A/P New Ch ... | 30-44205 4 | 124.80 | X | | 16,349.37 |
| 03/28/2011 | 45744 | CASELLA - 30-4243... | 2000-08 · A/P New Ch ... | 30-44241 8 | 48.65 | X | | 16,300.72 |
| 03/28/2011 | 45745 | CASELLA 30-44149 4 | 2000-08 · A/P New Ch ... | 30-44149 4 | 200.00 | X | | 16,100.72 |
| 03/28/2011 | 45746 | CVPS | 2000-08 · A/P New Ch ... | | 1,025.06 | X | | 15,075.66 |
| 03/28/2011 | 45747 | GE CAPITAL - 003 | 2000-08 · A/P New Ch ... | 7320939-003 | 587.27 | * | | 14,488.39 |
| 03/28/2011 | 45748 | K & J ASSOCIATES... | 2000-08 · A/P New Ch ... | Jan 1 - Feb 28, ... | 587.27 | * | | 13,901.12 |
| 03/28/2011 | 45749 | OPTIMUM LIGHTP... | 2000-08 · A/P New Ch ... | 42588 | 37.78 | * | | 13,863.34 |
| 03/28/2011 | 45750 | McGAW GRAPHICS | 1980-00 · CLEARING ... | misc. monies d... | 934.56 | X | | 12,928.78 |
| 03/28/2011 | 45751 | OMEGA MOULDIN... | 2000-08 · A/P New Ch ... | ACCT #66703 | 585.55 | X | | 12,343.23 |
| 03/28/2011 | 45752 | NEILSEN BAINBRI... | 2000-08 · A/P New Ch ... | VT4903 | 123.77 | * | | 12,219.46 |
| 03/29/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 177.28 | 12,396.74 |
| 03/29/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80572... | 108.96 | X | | 12,287.78 |
| 03/29/2011 | DEBIT | ALLPOSTERS.CO... | 2000-08 · A/P New Ch ... | PO#TH0328-7 | 68.73 | X | | 12,219.05 |
| 03/29/2011 | 45753 | FEDERAL EXPRES... | 2000-08 · A/P New Ch ... | Acct#1683-436... | 38.01 | * | | 12,181.04 |
| 03/30/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | * | 12,849.76 | 25,030.80 |
| 03/30/2011 | | | -split- | Deposit | | X | 339.57 | 25,370.37 |
| 03/30/2011 | | | -split- | Deposit | | X | 170.13 | 25,540.50 |
| 03/30/2011 | | | -split- | Deposit | | X | 674.45 | 26,214.95 |
| 03/30/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 4,910.00 | 31,124.95 |
| 03/30/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 396.55 | 31,521.50 |
| 03/30/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80617... | 43.43 | X | | 31,478.07 |
| 03/30/2011 | phone | LARSON JUHL - Lo... | 2000-08 · A/P New Ch ... | ACCT # 64487... | 1,406.69 | * | | 30,071.38 |
| 03/30/2011 | 45754 | APPELMAN, ANGE... | 2000-08 · A/P New Ch ... | REFILL FIRS... | 16.14 | X | | 30,055.24 |
| 03/30/2011 | 45755 | APPELMAN, JACK ... | 2000-08 · A/P New Ch ... | COURT DEP... | 85.74 | X | | 29,969.50 |
| 03/30/2011 | 45757 | DORR OIL CO. | 2000-08 · A/P New Ch ... | ACCT# 7867 | 537.10 | X | | 29,432.40 |
| 03/30/2011 | 45758 | PC MALL | 2000-08 · A/P New Ch ... | | 571.48 | * | | 28,860.92 |
| 03/30/2011 | 45759 | RK MILES - MANU... | 2000-08 · A/P New Ch ... | 1527 | 74.50 | * | | 28,786.42 |
| 03/30/2011 | 45760 | SUBARU (Chase) M... | 2000-08 · A/P New Ch ... | ACCT #10821... | 592.01 | * | | 28,194.41 |

Register: 1050-00 · BERKSHIRE BANK - OPERATING

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/30/2011 | | | 1051-00 · BERKSHIR... | Payroll | 2,000.00 | X | | 26,194.41 |
| 03/31/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 766.14 | 26,960.55 |
| 03/31/2011 | | | -split- | Deposit-adj per... | | X | 1,024.20 | 27,984.75 |
| 03/31/2011 | | | -split- | Deposit-adj per... | | X | 1,741.67 | 29,726.42 |
| 03/31/2011 | | | -split- | Deposit | | X | 1,324.88 | 31,051.30 |
| 03/31/2011 | | | -split- | Deposit | | * | 1,194.54 | 32,245.84 |
| 03/31/2011 | | | -split- | Deposit | | X | 2,648.34 | 34,894.18 |
| 03/31/2011 | | | -split- | Deposit | | X | 6,071.17 | 40,965.35 |
| 03/31/2011 | | | 9000-00 · G & A EXP... | Service Charge | 107.54 | X | | 40,857.81 |
| 03/31/2011 | CCADJ | | 9000-00 · G & A EXP... | Fee ID=80669... | 19.16 | * | | 40,838.65 |
| 03/31/2011 | 45756 | HASKINS GAS SER... | 9000-00 · G & A EXP... | ACCT #7876 | 3,125.00 | * | | 37,713.65 |
| 03/31/2011 | 45761 | ULTRAMITRE | 2000-08 · A/P New Ch ... | AA802362366... | 6,380.13 | * | | 31,333.52 |
| 03/31/2011 | 045762 | ULINE ***FREE IT... | 2000-08 · A/P New Ch ... | 569207 / ORD... | 875.00 | * | | 30,458.52 |
| 03/31/2011 | sg331-01 | | 1050-00 · BERKSHIR... | reverse old dep... | 1,741.67 | X | | 28,716.85 |
| 03/31/2011 | sg331-01 | | -split- | reverse old dep... | 1,024.20 | X | | 27,692.65 |

Register: 1050-10 · ARTIST ROYALTIES - ACCOUNT

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/01/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 2,037.01 | 48,173.81 |
| 03/02/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,837.12 | 50,010.93 |
| 03/02/2011 | 2212 | NEWLAND, JENNY | 2001-00 · ACCOUNTS... | | 3,367.51 | X | | 46,643.42 |
| 03/02/2011 | | | 1051-00 · BERKSHIR... | Payroll Funds ... | 18,000.00 | X | | 28,643.42 |
| 03/03/2011 | | | -split- | Deposit | | X | 1,230.94 | 29,874.36 |
| 03/04/2011 | | | -split- | Deposit | | X | 3,573.34 | 33,447.70 |
| 03/07/2011 | | | -split- | Deposit | | X | 5,550.00 | 38,997.70 |
| 03/08/2011 | | | -split- | Deposit | | X | 55.60 | 39,053.30 |
| 03/08/2011 | 2213 | BRABEAU, SUSAN | 2001-00 · ACCOUNTS... | | 3,725.00 | X | | 35,328.30 |
| 03/08/2011 | 2214 | VANDERDASSON, ... | 2001-00 · ACCOUNTS... | | 1,080.00 | X | | 34,248.30 |
| 03/08/2011 | 2215 | ANTONISHAK, TH... | 2001-00 · ACCOUNTS... | | 2,375.00 | X | | 31,873.30 |
| 03/08/2011 | 2216 | GARDNER, STEVE... | 2001-00 · ACCOUNTS... | | 25.00 | | | 31,848.30 |
| 03/08/2011 | 2217 | BEUKENKAMP-WI... | 2001-00 · ACCOUNTS... | TILE ART GA... | 5.00 | X | | 31,843.30 |
| 03/08/2011 | 2218 | WERNERSBACH, ... | 2001-00 · ACCOUNTS... | | 1,455.00 | X | | 30,388.30 |
| 03/08/2011 | 2219 | NEWLAND, JENNY | 2001-00 · ACCOUNTS... | | 200.00 | X | | 30,188.30 |
| 03/08/2011 | 2220 | DANIEL, KEVIN T. ... | 2001-00 · ACCOUNTS... | | 3,856.19 | * | | 26,332.11 |
| 03/09/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 1,400.00 | 27,732.11 |
| 03/09/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 131.09 | 27,863.20 |
| 03/10/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 217.95 | 28,081.15 |
| 03/11/2011 | | | -split- | Deposit | | X | 309.75 | 28,390.90 |
| 03/11/2011 | 2222 | SOHO EDITIONS I... | 2001-00 · ACCOUNTS... | | 2,519.11 | X | | 25,871.79 |
| 03/14/2011 | | | -split- | Deposit | | X | 7,810.56 | 33,682.35 |
| 03/15/2011 | 2223 | McGAW GRAPHICS | 4000-00 · SALES:4400... | monies deposit... | 585.00 | X | | 33,097.35 |
| 03/15/2011 | | | 1051-00 · BERKSHIR... | Payroll Funds ... | 21,000.00 | X | | 12,097.35 |
| 03/18/2011 | | | -split- | Deposit | | X | 643.10 | 12,740.45 |
| 03/21/2011 | | | -split- | Deposit | | X | 2,637.37 | 15,377.82 |
| 03/22/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 2,279.16 | 17,656.98 |
| 03/23/2011 | 2224 | SOHO EDITIONS I... | 2001-00 · ACCOUNTS... | | 2,500.00 | X | | 15,156.98 |
| 03/25/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 2,400.00 | 17,556.98 |
| 03/28/2011 | | | -split- | Deposit | | X | 1,564.01 | 19,120.99 |
| 03/28/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 321.34 | 19,442.33 |
| 03/28/2011 | 2225 | BEUKENKAMP-WI... | 2001-00 · ACCOUNTS... | | 150.00 | * | | 19,292.33 |
| 03/28/2011 | 2226 | BRABEAU, SUSAN | 2001-00 · ACCOUNTS... | | 500.00 | * | | 18,792.33 |
| 03/28/2011 | 2227 | OGARD, JOEL | 2001-00 · ACCOUNTS... | | 1,052.06 | * | | 17,740.27 |
| 03/28/2011 | 2228 | VANDERDASSON, ... | 2001-00 · ACCOUNTS... | | 675.00 | * | | 17,065.27 |
| 03/30/2011 | | | 1099-00 · UNDEPOSI... | Deposit | | X | 500.00 | 17,565.27 |
| 03/30/2011 | | | 1051-00 · BERKSHIR... | Payroll | 17,000.00 | X | | 565.27 |
| 03/31/2011 | | | 9000-00 · G & A EXP... | Service Charge | 13.50 | X | | 551.77 |

Register: 1051-00 · BERKSHIRE BANK - PAYROLL

From 03/01/2011 through 03/31/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/01/2011 | TH0304-2 | | 9000-00 · G & A EXP... | Go ID fee | 4.00 | X | | 3,894.35 |
| 03/02/2011 | | | 1050-10 · ARTIST RO... | Payroll Funds ... | | X | 18,000.00 | 21,894.35 |
| 03/04/2011 | AA02281... | | 9240-00 · 401K FEES ... | DIRECT DEP... | 1,290.85 | X | | 20,603.50 |
| 03/04/2011 | TH0304-1 | | 6000-00 · SELLING E... | Payroll | 19,899.83 | X | | 703.67 |
| 03/08/2011 | | | 1050-00 · BERKSHIR... | Payroll Funds ... | | X | 20,000.00 | 20,703.67 |
| 03/11/2011 | AA03091... | | 9240-00 · 401K FEES ... | DIRECT DEP... | 1,331.64 | X | | 19,372.03 |
| 03/11/2011 | TH0311-1 | | 6000-00 · SELLING E... | Payroll | 18,454.41 | X | | 917.62 |
| 03/15/2011 | AA03141... | | 9240-00 · 401K FEES ... | DIRECT DEP... | 625.16 | X | | 292.46 |
| 03/15/2011 | | | 1050-00 · ARTIST RO... | Payroll Funds ... | | X | 21,000.00 | 21,292.46 |
| 03/18/2011 | AA03091... | | 9240-00 · 401K FEES ... | DIRECT DEP... | 1,266.43 | X | | 20,026.03 |
| 03/18/2011 | TH0318-1 | | 6000-00 · SELLING E... | Payroll | 19,653.72 | X | | 372.31 |
| 03/18/2011 | | | 1050-00 · BERKSHIR... | Payroll balance... | | X | 1,000.00 | 1,372.31 |
| 03/23/2011 | | | 1050-00 · BERKSHIR... | Payrooll Funds... | | X | 20,000.00 | 21,372.31 |
| 03/25/2011 | AA03231... | | 9240-00 · 401K FEES ... | DIRECT DEP... | 1,272.40 | X | | 20,099.91 |
| 03/25/2011 | TH0325-1 | | 6000-00 · SELLING E... | Payroll | 19,527.32 | X | | 572.59 |
| 03/30/2011 | | | 1050-10 · ARTIST RO... | Payroll | | X | 17,000.00 | 17,572.59 |
| 03/30/2011 | | | 1050-00 · BERKSHIR... | Payroll | | X | 2,000.00 | 19,572.59 |
| 03/31/2011 | TH0401-1 | | 6000-00 · SELLING E... | Payroll | 18,259.41 | X | | 1,313.18 |